IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, WARNER BROS. RECORDS INC., SONY MUSIC ENTERTAINMENT, ARISTA RECORDS LLC, ARISTA MUSIC, ATLANTIC RECORDING CORPORATION, CAPITOL CHRISTIAN MUSIC GROUP, INC., ELEKTRA ENTERTAINMENT GROUP INC., FONOVISA, INC., FUELED BY RAMEN LLC, LAFACE RECORDS LLC, NONESUCH RECORDS INC., RHINO RECORDS, INC., ROC-A-FELLA RECORDS, LLC, TOOTH & NAIL, LLC, ZOMBA RECORDING LLC,<br>PLAINTIFFS,<br><br>V.<br><br>GRANDE COMMUNICATIONS NETWORKS LLC, AND PATRIOT MEDIA CONSULTING, LLC,<br>DEFENDANTS. | §§§§§§§§§§§§§§§§§§§§§§§§§<br><br>CAUSE NO. A-17-CV-365-LY |

## ORDER

**IT IS HEREBY ORDERED** that Defendants Grande Communications Networks LLC's Motion to Dismiss Plaintiffs' Complaint and Defendant Patriot Media Consulting, LLC's Motion to Dismiss For Failure to State a Claim filed June 19, 2017 (Clerk's Document Nos. 28 & 29), Plaintiffs' responses to each motion filed July 21, 2017 (Clerk's Document Nos. 33 & 34), and Defendants' replies to each of Plaintiffs' responses filed August 4, 2017 (Clerk's Document Nos. 37 & 38) are **REFERRED** to United States Magistrate Judge Andrew Austin for report and

recommendation. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72; Loc. R. W. D. Tex. Appx. C, Rule 1(d).

SIGNED this __14th__ day of August, 2017.

                                             _____
                                             LEE YEAKEL
                                             UNITED STATES DISTRICT JUDGE