IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2017 SEP -1  AM 10: 42
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ *am*_____
                DEPUTY

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, WARNER BROS. RECORDS INC., SONY MUSIC ENTERTAINMENT, ARISTA RECORDS LLC, ARISTA MUSIC, ATLANTIC RECORDING CORPORATION, CAPITOL CHRISTIAN MUSIC GROUP, INC., ELEKTRA ENTERTAINMENT GROUP INC., FONOVISA, INC., FUELED BY RAMEN LLC, LAFACE RECORDS LLC, NONESUCH RECORDS INC., RHINO RECORDS, INC., ROC-A-FELLA RECORDS, LLC, TOOTH & NAIL, LLC, ZOMBA RECORDING LLC,<br>PLAINTIFFS,<br><br>V.<br><br>GRANDE COMMUNICATIONS NETWORKS LLC, AND PATRIOT MEDIA CONSULTING, LLC,<br>DEFENDANTS. | §§§§§§§§§§§§§§§§§§§§§§§§§ <br><br>CAUSE NO. A-17-CV-365-LY |

## ORDER

Before the court is the above styled and numbered cause. The court received the parties' Joint Scheduling Submission on July 19, 2017 (Clerk's Document No. 32). The submission provides that the parties have not agreed to a schedule for this action. This position is unacceptable to the court. Having considered the case file, the court will stay all matters until the parties provide the court an agreed proposed scheduling order.

**IT IS ORDERED** that this action is **STAYED**, pending further order of this court.

**IT IS FURTHER ORDERED** that counsel meet and confer and present to the court for approval an Agreed Proposed Scheduling Order **on or before September 15, 2017.**

SIGNED this ___1st___ day of September, 2017.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE