**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., et al., § | |
| § | |
| V. § | CAUSE NO. A-17-CA-365-LY |
| § | |
| GRANDE COMMUNICATIONS § | |
| NETWORKS, LLC, and PATRIOT § | |
| MEDIA CONSULTING, LLC § | |

**ORDER**

Before the Court are various motions referred from the District Court. Having reviewed the motions, the Court **ORDERS** the parties to appear before the undersigned at the United States Courthouse located at 501 West 5th Street, Austin, Texas, for a hearing on all referred pending motions on **Tuesday, October 24, 2017 at 10:30 a.m.**

SIGNED this 11th day of October, 2017.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE