IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

```
FILED
MAR 19 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY CLERK
```

| | | |
|---|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, WARNER BROS. RECORDS INC., SONY MUSIC ENTERTAINMENT, ARISTA RECORDS LLC, ARISTA MUSIC, ATLANTIC RECORDING CORPORATION, CAPITOL CHRISTIAN MUSIC GROUP, INC., ELEKTRA ENTERTAINMENT GROUP INC., FONOVISA, INC., FUELED BY RAMEN LLC, LAFACE RECORDS LLC, NONESUCH RECORDS INC., RHINO RECORDS, INC., ROC-A-FELLA RECORDS, LLC, TOOTH & NAIL, LLC, ZOMBA RECORDING LLC, PLAINTIFFS, | § § § § § § § § § § § § § § § § § § | |
| V. | § § § § | CAUSE NO. A-17-CV-365-LY |
| GRANDE COMMUNICATIONS NETWORKS LLC, AND PATRIOT MEDIA CONSULTING, LLC, DEFENDANTS. | § § § § § § | |

## ORDER

Before the court is Plaintiffs' Unopposed Motion for Leave to File Objections to the Report and Recommendation Under Seal filed March 14, 2018 (Clerk's Document No. 73). Plaintiffs seek to file their objections to the Report and Recommendation of the United States Magistrate Judge signed February 28, 2018, and 1039 pages of exhibits, under seal.

Only in the rarest of circumstances will this court allow pleadings to be filed in sealed or redacted form with the complete pleading filed under seal. Attorneys should be adept enough

pleaders to avoid the stating of confidential or privileged matters within the body of a pleading. Exhibits to pleadings may be filed under seal with proper leave of court.

IT IS ORDERED that Plaintiffs' Unopposed Motion for Leave to File Objections to the Report and Recommendation Under Seal filed March 14, 2018 (Clerk's Document No. 73) is DENIED. The exhibits to the objections included with Document No. 73 however may remain under seal.

IT IS FURTHER ORDERED that Plaintiffs may, if they desire, file objections to the Report and Recommendation of the Magistrate Judge signed February 28, 2018, **on or before Friday, March 23, 2018**.

SIGNED this ___19th___ day of March, 2018.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE