IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, WARNER BROS. RECORDS INC., SONY MUSIC ENTERTAINMENT, ARISTA RECORDS LLC, ARISTA MUSIC, ATLANTIC RECORDING CORPORATION, CAPITOL CHRISTIAN MUSIC GROUP, INC., ELEKTRA ENTERTAINMENT GROUP INC., FONOVISA, INC., FUELED BY RAMEN LLC, LAFACE RECORDS LLC, NONESUCH RECORDS INC., RHINO RECORDS, INC., ROC-A-FELLA RECORDS, LLC, TOOTH & NAIL, LLC, ZOMBA RECORDING LLC, PLAINTIFFS, <br><br> V. <br><br> GRANDE COMMUNICATIONS NETWORKS LLC, AND PATRIOT MEDIA CONSULTING, LLC, DEFENDANTS. | § § § § § § § § § § § § § § § § § § § § § § § § § § <br><br> CAUSE NO. A-17-CV-365-LY |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to Amend Complaint to Allege Facts Based on Newly-Discovered Evidence filed May 5, 2018 (Clerk's Document No. 85), Defendant Grande Communications Networks, LLC and Non-Party Patriot Media Consulting, LLC's Response in Opposition to Plaintiffs' Motion for Leave to Amend filed May 17, 2018 (Clerk's Document No. 91) and any reply that may be filed are **REFERRED** to United States Magistrate Judge Andrew Austin for report and recommendation. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72; Loc. R. W. D. Tex. Appx. C, Rule 1(d).

Plaintiffs' Unopposed Motion for Leave to File Certain Exhibits to Plaintiffs' First Amended Complaint Under Seal filed May 3, 2018 (Clerk's Document No. 86) is **REFERRED** to United States Magistrate Judge Andrew Austin for disposition.  *See* 28 U.S.C. § 636(b)(1)(A), Fed. R. Civ. P. 72; Loc. R. W. D. Tex. Appx. C, Rule 1(d).

SIGNED this _____ day of May, 2018.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE