UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| GRANDE COMMUNICATIONS NETWORKS LLC and PATRIOT MEDIA CONSULTING, LLC, | ) No. 1:17-cv-00365 ) ) ) ) |
| Defendants. | ) ) |

## DECLARATION OF NICHOLAS B. CLIFFORD

I, Nicholas B. Clifford, declare as follows:

1. I am licensed to practice law in the State of Missouri and am a partner at the law firm of Armstrong Teasdale LLP. I am counsel of record for Defendant, Grande Communications Networks LLC ("Grande") in this suit against Plaintiffs UMG Recordings, Inc., et al. ("Plaintiffs"). I have been admitted to practice in the Western District of Texas on a *pro hac vice* basis pursuant to ECF No. 84 entered on April 20, 2018. I submit this declaration in support of Defendant Grande Communications Networks LLC's Motion to Authorize Service of Third-Party Subpoena by U.S. Marshal. I have personal knowledge of the facts set forth below and if called upon and sworn as a witness, I could and would competently testify to them.

2. Exhibit 1 is a true and accurate copy of the web page, www.ip-echelon.com, visited on May 24, 2018.

3. Exhibit 2 is a true and accurate copy of the web page, https://www.smh.com.au/technology/meet-australian-company-ipechelon-one-of-the-biggest-antipiracy-operations-in-the-world-20150429-1mw93k.html, last visited on May 24, 2018.

1

4. Exhibit 3 is a true and accurate copy of the web page, https://torrentfreak.com/piracy-phishing-scam-targets-u-s-isps-subscribers-160624/, last visited on May 24, 2018.

5. Exhibit 4 is a true and accurate copy of the IP-Echelon subpoena.

6. Armstrong Teasdale engaged Civil Action Group, Ltd. to serve the IP-Echelon subpoena on IP-Echelon at its office located at 7083 Hollywood Blvd., 1st Floor, Los Angeles CA 90028.  Civil Action attempted service at 3:28 pm on May 17, 2018, but the building receptionist at the ground floor would not verify if IP-Echelon was a tenant and refused to contact IP-Echelon.  *See* Exhibit 5.  On May 22, 2018, Civil Action attempted to serve IP-Echelon again, but the unidentified building receptionist refused to permit entry into the building or to provide any information at all.  *See* Exhibit 6.

7. I visited the California Secretary of State Business Search website (https://businesssearch.sos.ca.gov) to search for information on IP-Echelon Pty, Ltd. ("IP-Echelon"), but my search returned "0 entity records" for a corporation name search and for a LP/LLC name search. Accordingly, I could not identify any registration for IP-Echelon, and I could not identify a registered agent for service of process for IP-Echelon.

8. On Monday, May 21, 2018, I called IP-Echelon's US telephone number ((310) 606-2747) listed on the www.ip-echelon.com website.  I was unable to reach anybody and left a message, requesting a return call to me.  I have not received a return telephone call from IP-Echelon.  I also sent an email to the address (enquiries@ip-echelon.com) listed on the www.ip-echelon.com website, attaching Grande's subpoena and requesting that IP-Echelon contact me about the subpoena.  I have not received a return email from IP-Echelon.

9. Attached as Exhibit 7 is a true and accurate copy of a PGP-authenticated infringement notice received by Grande from Adrian Leatherland of IP-Echelon (via email from p2p@copyright.ip-echelon.com), dated April 18, 2017.

10. Attached as Exhibit 8 is a true and accurate copy of a non-authenticated, non-PGP signed infringement notice received by Grande purporting to be from Adrian Leatherland of IP-Echelon (via email from copyright@ip-echelon.net), dated June 27, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 24, 2018 in St. Louis, Missouri.

/s/     *Nicholas B. Clifford*
Nicholas B. Clifford