# Nicholas B. Clifford, Jr.

| | |
|---|---|
| **From:** | Julie A. Sullivan |
| **Sent:** | Friday, May 18, 2018 9:19 AM |
| **To:** | Nicholas B. Clifford, Jr. |
| **Subject:** | FW: 35869-3 - IP - Echelon Pty., Ltd. |

FYI – please advise.



Armstrong Teasdale LLP
Julie A. Sullivan | Intellectual Property Litigation Specialist
314.621.5070 ext. 7435 | FAX: 314.621.5065

**From:** Carolina E. Mejia [mailto:MejiaC@CivilActionGroup.com]
**Sent:** Friday, May 18, 2018 9:13 AM
**To:** Julie A. Sullivan
**Subject:** 35869-3 - IP - Echelon Pty., Ltd.

Hi Julie,

Latest Status: 5/17/2018 3:28 pm Attempted Service. PER FRONT DESK / ON THE FIRST FLOOR / TITLES 'WEWORK HOLLYWOOD' / THEY ARE AWARE OF ALL BUSINESSES LOCATED IN THIS BUILDING BUT THEY WILL NOT VERIFY IF SUBJECT IS LOCATED IN THE BUILDING. (PLS ADVISE HOW YOU WANT TO PROCEED. THERE IS A CHECK AND I WAS NOT COMFORTABLE LEAVING THE DOCUMENTS)
(excuse the caps please, it came that way from server)
Thanks,

**Carolina E. Mejia**



**Civil Action Group, Ltd.**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN  55439-3122
Email: MejiaC@civilactiongroup.com
Direct: 952-831-7776 x330
Toll Free: 800-328-7171
Fax: 952-831-8150
www.CivilActionGroup.com

Like Us    Follow us    Connect With Us 

1

*World leader in legal support services for over 40 years!*

**National** | **International** | **Translations** | **Medical Records** | **Court Reporting** | **Private Records** | **Public Records** | **Investigations** | **Surveillance** | **Computer Forensics**

**WARNING:** Our spam scanners will occasionally block legitimate emails. If you send an email with important instructions or information and you do not receive either a delivery confirmation or a reply within two business hours, please call the intended recipient to confirm receipt. Civil Action Group, Ltd. and its companies strictly adhere to an anti-spam policy. If you do not want to receive emails from CAG, please email unsubscribe@civilactiongroup.com or call 1-800-328-7171 and request to be removed. For existing customers who may have open files, unsubscribing may affect your ability to receive updates regarding your case.

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---