# Nicholas B. Clifford, Jr.

| | |
|---|---|
| **From:** | Julie A. Sullivan |
| **Sent:** | Thursday, May 24, 2018 8:49 AM |
| **To:** | Nicholas B. Clifford, Jr. |
| **Subject:** | FW: 35869-3 - IP-Echelon Pty., Ltd. |

fyi



Armstrong Teasdale LLP
Julie A. Sullivan | Intellectual Property Litigation Specialist
314.621.5070 ext. 7435 | FAX: 314.621.5065

**From:** Carolina E. Mejia [mailto:MejiaC@CivilActionGroup.com]
**Sent:** Thursday, May 24, 2018 8:47 AM
**To:** Julie A. Sullivan
**Subject:** 35869-3 - IP-Echelon Pty., Ltd.

Good Morning Julie,

Latest Status: 5/23/2018 4:20 pm Attempted Service. JOHN DOE - LOBBY FRONT DESK - 30+YRS, M, BLK, 5'9", 180LBS, BLK HAIR- DID NOT GRANT ME ACCESS & WOULD NOT PROVIDE ME ANY INFORMATION. I LEFT THE DOCUMENTS WITH JOHN DOE - LOBBY FRONT

I will send you copy of DD, as soon as I get one over from our private server.

Thanks,

**Carolina E. Mejia**



**Civil Action Group, Ltd.**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN  55439-3122
Email: MejiaC@civilactiongroup.com
Direct: 952-831-7776 x330
Toll Free: 800-328-7171
Fax: 952-831-8150
**www.CivilActionGroup.com**



Like Us    Follow us    Connect With Us

*World leader in legal support services for over 40 years!*

**National** | **International** | **Translations** | **Medical Records** | **Court Reporting** | **Private Records** | **Public Records** | **Investigations** | **Surveillance** | **Computer Forensics**

WARNING: Our spam scanners will occasionally block legitimate emails. If you send an email with important instructions or information and you do not receive either a delivery confirmation or a reply within two business hours, please call the intended recipient to confirm receipt. Civil Action Group, Ltd. and its companies strictly adhere to an anti-spam policy. If you do not want to receive emails from CAG, please email unsubscribe@civilactiongroup.com or call 1-800-328-7171 and request to be removed. For existing customers who may have open files, unsubscribing may affect your ability to receive updates regarding your case.

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---