IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2018 JUN -5  AM 9: 04



| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, WARNER BROS. RECORDS INC., SONY MUSIC ENTERTAINMENT, ARISTA RECORDS LLC, ARISTA MUSIC, ATLANTIC RECORDING CORPORATION, CAPITOL CHRISTIAN MUSIC GROUP, INC., ELEKTRA ENTERTAINMENT GROUP INC., FONOVISA, INC., FUELED BY RAMEN LLC, LAFACE RECORDS LLC, NONESUCH RECORDS INC., RHINO RECORDS, INC., ROC-A-FELLA RECORDS, LLC, TOOTH & NAIL, LLC, ZOMBA RECORDING LLC, PLAINTIFFS, § § § § § § § § § § § § § § § § § § § | |
| V. | CAUSE NO. A-17-CV-365-LY |
| GRANDE COMMUNICATIONS NETWORKS LLC, AND PATRIOT MEDIA CONSULTING, LLC, DEFENDANTS. § § § § § § | |

## ORDER

**IT IS HEREBY ORDERED** that Defendant Grande Communication Networks LLC's Motion to Authorize Service of Third-Party Subpoena by U.S. Marshal filed May 25, 2018 (Clerk's Document No. 94) and Plaintiffs' Opposition to Grande's Motion to Authorize Service of Third-Party Subpoena by U.S. Marshal filed June 1, 2018 (Clerk's Document No. 96), as well as any reply

that may be filed are **REFERRED** to United States Magistrate Judge Andrew Austin for disposition.

*See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72; Loc. R. W. D. Tex. Appx. C, Rule 1(d).

SIGNED this \_\_\_4th\_\_\_ day of June, 2018.

                                                            LEE YEAKEL
                                                            UNITED STATES DISTRICT JUDGE