UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>GRANDE COMMUNICATIONS NETWORKS LLC and PATRIOT MEDIA CONSULTING, LLC,<br><br>Defendants. | No. 1:17-cv-00365 |

**NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION TO AUTHORIZE SERVICE OF THIRD-PARTY SUBPOENA BY U.S. MARSHAL**

On May 25, 2018, Defendant Grande Communication Networks LLC ("Grande") filed its Motion to Authorize Service of Third-Party Subpoena by U.S. Marshal, Doc. 94 ("Motion"). Grande now files this Notice to inform the Court that Grande is withdrawing its previously-filed Motion because, in the time since the Motion was filed, counsel for third-party IP-Echelon contacted counsel for Grande and accepted service of the subpoena at issue in Grande's Motion. Accordingly, the relief sought in the Motion is no longer necessary. Therefore, Grande hereby provides notice to the Court and respectfully withdraws its Motion.

Dated:  June 6, 2018.                           By: /s/    *Nicholas B. Clifford*_____
                                                Richard L. Brophy
                                                Zachary C. Howenstine
                                                Margaret R. Szewczyk
                                                Nicholas B. Clifford
                                                Armstrong Teasdale LLP
                                                7700 Forsyth Blvd., Suite 1800
                                                St. Louis, Missouri 63105
                                                Telephone:  314.621.5070
                                                Fax:  314.621.5065
                                                rbrophy@armstrongteasdale.com
                                                zhowenstine@armstrongteasdale.com
                                                mszewczyk@armstrongteasdale.com
                                                nclifford@armstrongteasdale.com

                                                Attorneys for Defendant GRANDE
                                                COMMUNICATIONS NETWORKS LLC

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 6, 2018, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(b)(1).

                                                /s/     *Nicholas B. Clifford*_____
                                                Nicholas B. Clifford