**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| UMG RECORDINGS, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Cause No.  1:17-cv-00365-LY |
| GRANDE COMMUNICATIONS | ) | |
| NETWORKS LLC and PATRIOT MEDIA | ) | |
| CONSULTING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW MOTION TO**
**AUTHORIZE SERVICE OF THIRD-PARTY SUBPOENA BY U.S. MARSHAL**

Having considered Defendant Grande Communications Networks LLC's Motion to

Withdraw its Motion to Authorize Service of Third-Party Subpoena by U.S. Marshal, the Court

finds good cause that the Motion to Withdraw should be GRANTED because the Motion to

Authorize Service of Third-Party Subpoena by U.S. Marshal is now moot.

SO ORDERED this __ day of June, 2018.

_____
HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE