# EXHIBIT 10

| | |
|---|---|
| **From:** | Richard L. Brophy <RBrophy@ArmstrongTeasdale.com> |
| **Sent:** | Tuesday, January 30, 2018 3:36 PM |
| **To:** | Phil O'Beirne (POBeirne@steinmitchell.com); Robert B. Gilmore <RGilmore@steinmitchell.com> (RGilmore@steinmitchell.com) |
| **Cc:** | Nicholas B. Clifford, Jr.; Zachary C. Howenstine; Maggie Szewczyk; Paul L. Smelcer |
| **Subject:** | RIAA v. Grande - Outstanding Discovery Issues [IWOV-iDocs.FID3130226] |

Phil,

As we discussed on our last call, Plaintiffs' document production is woefully incomplete.  At this stage, we have only received production of two categories of documents: copyright registrations (SME_00000001 – SME_00000387; UMG_00000001 – UMG_00000801; WBR_00000001 – WBR_00000218) and DMCA notices (RC-D_0000001 – RC-D01350635).  In addition to the email searching addressed below, Plaintiffs have an affirmative obligation to conduct a search of other paper and digital files to identify materials responsive to our discovery requests.

We have yet to receive any production of materials responsive to our requests.  Plaintiffs agreed to produce documents responsive to many of Defendants' RFPs, including nos. 1, 3, 4, 5, 8, 9, 10, 11, 12, 13, 14, 17, 18, 19, 20, 21, 22, 23, 26, 27, 28, 29, 30, 31, 32, 33, 35, 37, 39, 40, 41, and 42.  As we indicated on our last call, it is essential that Plaintiffs provide a date certain by which documents responsive to our requests will be produced.  *Given the pressure Plaintiffs have applied to defendants to produce documents in this case, it is extremely troubling that Plaintiffs have essentially ignored their own discovery obligations.*  As you will surely appreciate, we cannot effectively identify or conduct depositions before receiving *and meaningfully reviewing* these materials.

We note that Plaintiffs have interposed numerous boiler-plate objections in response to our discovery requests.  It is not clear whether Plaintiffs are withholding responsive documents other than on the basis of privilege or work product protection.  Please clarify Plaintiffs' position.  In addition, please let us know the date by which we can expect to receive Plaintiffs' privilege log.

It appears that Plaintiffs are refusing to produce documents response to Request Nos. 15, 16, 34, 38, and 43.  Please let us know when you are available to meet and confer on those requests.

On our call, we indicated that we would be providing a list of search terms and custodians for an email search.  The following is a preliminary list, based upon Plaintiffs' initial disclosures.  Please note that the following list of custodians is not exhaustive and is based exclusively on Plaintiffs' initial disclosures.  As we did for Plaintiffs, we expect you to search any other custodians sufficiently related to this dispute.

Custodians
- Aaron Harrison, SVP Legal—Universal
- Jason Gallien, CFO—Universal
- Alasdair McMullan, SVP Legal—Universal
- Jeff Walker, EVP Legal—Sony
- Neil Carfora, EVP Finance—Sony
- Wade Leak, SVP/Deputy GC—Sony
- Jon Glass, SVP Legal—Warner
- Matt Flott, CFO—Warner
- Steven Poltorak, VP Music Rights—Warner

Search terms

1

\* indicates a space, character, or no space or character

- Rights*corp
- Bit*torrent OR Bit*torent OR Bitorent OR *torrent*
- Peer*to*peer OR P*2*p
- File*shar
- DMCA OR "Digital Millennium Copyright Act" OR "Digital Millenium Copyright Act"
- "Safe harbor"
- "Repeat infringer" OR "repeat* infring*"
- Grande OR Patriot
- Infring* OR Enfring* OR Infrng*
- Terminat* /5 infring*
- Acceptable /3 use
- [illegal* OR unlawful* OR pirat* or *authoriz*] /5 [music OR record* OR album* OR track* OR song* OR download* OR copy* OR file* OR mp3]
- [copy* OR download* OR shar* OR steal* OR stole*] /5 [music OR record* OR album* OR song* OR mp3]
- Cox AND [suit OR claim* OR verdict OR ruling OR SJ OR "summary judg" OR judg OR litigation OR case OR sued OR court OR Virginia OR EDVA OR BMG]
- [Copy OR download* OR duplicate OR share] /5 [song OR music OR work]
- Statut* /5 damag*
- Actual /5 damag*
- Digit* /5 sign*
- Detect* /5 [cop* OR duplic* OR download*]
- Sabec OR Boswell
- IP /5 address

We are available to discuss any questions or concerns you have.

Thanks,
Richard



Armstrong Teasdale LLP
**Richard L. Brophy** | Partner – IP Litigation
7700 Forsyth Blvd., Suite 1800, St. Louis, Missouri 63105-1847
DIRECT: 314.342.4159 | FAX: 314.613.8579 | MAIN OFFICE: 314.621.5070 | CELL: 314.566.5117
rbrophy@armstrongteasdale.com
www.armstrongteasdale.com

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*PRIVATE AND CONFIDENTIAL\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient or Armstrong Teasdale LLP. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by e-mail (admin@armstrongteasdale.com) or telephone (314-621-5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this**

**message that do not relate to the official business of Armstrong Teasdale LLP shall be understood as neither given nor endorsed by it.**