# EXHIBIT 11

| | |
|---|---|
| **From:** | Phil O'Beirne <POBeirne@steinmitchell.com> |
| **Sent:** | Friday, March 09, 2018 5:35 PM |
| **To:** | Richard L. Brophy; Maggie Szewczyk; Zachary C. Howenstine |
| **Cc:** | Pat Cipollone; Jonathan E. Missner; Robert B. Gilmore |
| **Subject:** | Search Terms Response |
| **Attachments:** | 2018.03.09 Grande - Search Terms Chart Defs v Pls.pdf |

Richard,
Attached is a chart reflecting a proposal addressing the remaining terms proposed by Defendants, for discussion purposes. Plaintiffs reserve the right to update these terms if necessary based on factual developments. As we have explained repeatedly, Plaintiffs intend to review responsive documents for relevance prior to production.

We look forward to speaking with you on Monday.

Best Regards,

**Philip J. O'Beirne**
**Stein Mitchell Cipollone Beato & Missner LLP**
1100 Connecticut Ave, NW Suite 1100
Washington, DC 20036
**Direct** 202.661.0900
**Mobile** 571.308.4967
**Main** 202.737.7777
pobeirne@steinmitchell.com
www.steinmitchell.com

***********************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Stein Mitchell Cipollone Beato & Missner LLP   If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by reply or by telephone at (202) 737-7777, and immediately destroy this communication and all copies thereof, including all attachments.

IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.
***********************************************************