# EXHIBIT 14

 (https://www.digitalmusicnews.com)



☰   TRENDING → Tencent Music Is About to File for a $30 Billion IPO (https://www.digitalmusicnews.com/2018/07/04/tencent-music-30-billion-ipo-spotify/)    

Home (https://www.digitalmusicnews.com) › Legal (https://www.digitalmusicnews.com/category/legal/) › Copyright (https://www.digitalmusicnews.com/category/legal/copyright/)

## Thousands of Fraudulent Copyright Infringement Demands are Being Emailed…

👤 Charlotte Hassan (https://www.digitalmusicnews.com/author/chassan/)   ⏲ June 24, 2016   💬 5 (https://www.digitalmusicnews.com/2016/06/24/investigations-underway-over-fake-dmca-takedown-notices/#comments)

(Investigations%20Underway%20Over%20Fake%20DMCA%20Takedown%20Notices)

**The latest scammers were so good, they even fooled Cox Communications.  Here's what to watch our for…**

According to TorrentFreak (https://torrentfreak.com/piracy-phishing-scam-targets-u-s-isps-subscribers-160624/), scammers are now using anti-piracy tracking company IP-Echelon and rights holders like Lionsgate to send false DMCA notices and settlement agreements to internet service providers (ISPs).  These are fraudulent, and you should **not** respond (and definitely not pay a fine).   Instead, please send them to news@digitalmusicnews.com and we will publish the fraudulent notice and report this to proper authorities.

Currently, there are two prominent anti-piracy companies known for sending direct DMCA notices — with a settlement fee — to ISPs: Rightscorp and CEG TEK.  Besides these two, few others are known to proceed in this manner, including IP-Echelon.  However, scammers portraying themselves as Lionsgate recently sent a DMCA takedown notice to a Cox subscriber who had downloaded a pirated copy of the movie *Allegiant*.

On top of the takedown notice, the subscriber was also faced with the ultimatum of a $150 settlement fee.  Either that, or face legal action.

TF was alerted by this and their suspicions grew, so they decided to reach out to IP-Echelon and Lionsgate, to which IP-Echelon responded…

> "The notices are fake and not sent by us. It's a phishing scam. The case is being investigated by US law enforcement."

The fact that scammers are getting away with this is worrying, but what's even more shocking is that Cox Communications was also initially fooled.  These scammers were clever: they knew that once they had sent the DMCA notice to Cox, Cox would forward this to their subscribers (which they did).  Previously, Cox refused to pass those notices along, though all of that changed with a massive legal loss against Rightscorp and BMG Music.



       

(link)

As a result, recipients were getting threats forwarded from Cox, which made the letters look even more authentic.

Initially, Cox wasn't even aware of the issue.  One customer responded to Cox asking whether it was 'real' or a 'scam,' none of which made Cox question the authenticity. Quite the opposite: Cox responded confirming that it was 'real'.  It was only later that they realized that they had fallen victim to a scam.

**So please beware!  Any internet subscribers receiving a settlement demand from IP-Echelon are being prompted to make their internet service providers aware of this.  There's a good chance it's a scam.**

*(Pixaby Image, CC0 Public Domain)*



**FROM THE WEB**                                                                                                       Powered by ZergNet



(http://www.zergnet.com/i/2923442/58294/0/0/0/1)
THESE STARS ALL DIED AT AGE 27
GRUNGE.COM
(HTTP://WWW.ZERGNET.COM/I/2923442/58294/0/0/0/1)



(http://www.zergnet.com/i/3075046/58294/0/0/0/2)
JOSELINE HERNANDEZ RIPS INTO NICKI MINAJ IN SCATHING RANT
BET.COM
(HTTP://WWW.ZERGNET.COM/I/3075046/58294/0/0/0/2)



(http://www.zergnet.com/i/3018282/58294/0/0/0/3)
CELEBRITIES WHO KILLED PEOPLE IN REAL LIFE
NICKISWIFT.COM
(HTTP://WWW.ZERGNET.COM/I/3018282/58294/0/0/0/3)



(http://www.zergnet.com/i/3044586/58294/0/0/0/4)
WHY HOLLYWOOD WON'T CAST THE WAYANS BROTHERS ANYMORE
NICKISWIFT.COM
(HTTP://WWW.ZERGNET.COM/I/3044586/58294/0/0/0/4)



(http://www.zergnet.com/i/3033380/58294/0/0/0/5)
SUSPECT IN XXXTENTACION DEATH POSTED THREATENING MESSAGE ONLINE
PAGESIX.COM (HTTP://WWW.ZERGNET.COM/I/3033380/58294/0/0/0/5)



(http://www.zergnet.com/i/3068790/58294/0/0/0/6)
TINA TURNER'S SON COMMITS SUICIDE
PAGESIX.COM (HTTP://WWW.ZERGNET.COM/I/3068790/58294/0/0/0/6)



(http://www.zergnet.com/i/2979633/58294/0/0/0/7)
CARDI B'S SISTER MAKES A SURPRISING REVEAL
PAGESIX.COM (HTTP://WWW.ZERGNET.COM/I/2979633/58294/0/0/0/7)



(http://www.zergnet.com/i/2909144/58294/0/0/0/8)
THE BIGGEST SCANDALS TO EVER PLAGUE 'GOOD MORNING AMERICA'
NICKISWIFT.COM (HTTP://WWW.ZERGNET.COM/I/2909144/58294/0/0/0/8)

DMCA (https://www.digitalmusicnews.com/tag/dmca/)

**RELATED POSTS**



US JUDGE ORDERS COX COMMUNICATIONS TO PAY BMG $8.4 MILLION (HTTPS://WWW.DIGITALMUSICNEWS.COM/2017/02/15/BREAKING-JUDGE-ORDERS-COX-COMMUNICATIONS-PAY-BMG-8-MILLION/)

Paul Resnikoff (https://www.digitalmusicnews.com/author/presnikoff)   February 15, 2017

1 (https://www.digitalmusicnews.com/2017/02/15/breaking-judge-orders-cox-communications-pay-bmg-8-million/#comments) (https://www.digitalmusicnews.com/2017/02/15/breaking-judge-orders-cox-communications-pay-bmg-8-million/)



YOUTUBE IS NOW FACING SERIOUS SCRUTINY IN EUROPE... (HTTPS://WWW.DIGITALMUSICNEWS.COM/2016/06/22/BATTLE-FOR-DMCA-REFORM-HEATS-UP-YOUTUBE-UNDER-FIRE/)

Charlotte Hassan (https://www.digitalmusicnews.com/author/chassan/) June 22, 2016 4 (https://www.digitalmusicnews.com/2016/06/22/battle-for-dmca-reform-heats-up-youtube-under-fire/#comments)

(https://www.digitalmusicnews.com/2016/06/22/battle-for-dmca-reform-heats-up-youtube-under-fire/)



GOOGLE'S DMCA TAKEDOWN NOTICES QUADRUPLE IN JUST TWO YEARS. WHAT'S BEING DONE? (HTTPS://WWW.DIGITALMUSICNEWS.COM/2016/06/21/GOOGLES-DMCA-TAKEDOWN-NOTICES-QUADRUPLE-TWO-YEARS/)

Charlotte Hassan (https://www.digitalmusicnews.com/author/chassan/)   June 21, 2016   (https://www.digitalmusicnews.com/2016/06/21/googles-dmca-takedown-notices-quadruple-two-years/#comments) (https://www.digitalmusicnews.com/2016/06/21/googles-dmca-takedown-notices-quadruple-two-years/)



**2ND CIRC: PRE-72S ARE COVERED BY DMCA SAFE HARBOR (HTTPS://WWW.DIGITALMUSICNEWS.COM/2016/06/16/2ND-CIRC-PRE-72S-ARE-COVERED-BY-DMCA-SAFE-HARBOR/)**

Charlotte Hassan (https://www.digitalmusicnews.com/author/chassan/)   June 16, 2016   2 (https://www.digitalmusicnews.com/2016/06/16/2nd-circ-pre-72s-are-covered-by-dmca-safe-harbor/#comments)
(https://www.digitalmusicnews.com/2016/06/16/2nd-circ-pre-72s-are-covered-by-dmca-safe-harbor/)

**5 RESPONSES**

### Anonymous
June 24, 2016 (https://www.digitalmusicnews.com/2016/06/24/investigations-underway-over-fake-dmca-takedown-notices/#comment-271388)

"but what's even more shocking is"

…that DMN needs to get its stories from Torrentfreak, of all places. I know it's almost July, but you really can't say this has been a slow week…

> **REPLY (HTTPS://WWW.DIGITALMUSICNEWS.COM/2016/06/24/INVESTIGATIONS-UNDERWAY-OVER-FAKE-DMCA-TAKEDOWN-NOTICES/?REPLYTOCOM=271388#RESPOND)**

### Anonymous
June 27, 2016 (https://www.digitalmusicnews.com/2016/06/24/investigations-underway-over-fake-dmca-takedown-notices/#comment-271456)

Oh dear…..

> **REPLY (HTTPS://WWW.DIGITALMUSICNEWS.COM/2016/06/24/INVESTIGATIONS-UNDERWAY-OVER-FAKE-DMCA-TAKEDOWN-NOTICES/?REPLYTOCOM=271456#RESPOND)**

### Anonymous

June 25, 2016 (https://www.digitalmusicnews.com/2016/06/24/investigations-underway-over-fake-dmca-takedown-notices/#comment-271420)

I'm pretty sure it's not true.

**REPLY (HTTPS://WWW.DIGITALMUSICNEWS.COM/2016/06/24/INVESTIGATIONS-UNDERWAY-OVER-FAKE-DMCA-TAKEDOWN-NOTICES/?REPLYTOCOM=271420#RESPOND)**

### tebidenu12

June 26, 2016 (https://www.digitalmusicnews.com/2016/06/24/investigations-underway-over-fake-dmca-takedown-notices/#comment-271436)

I basically profit close to $10k-$12k every month doing an online job. For those of you who are prepared to do easy at home jobs for 2h-5h each day at your house and earn valuable paycheck while doing it…

Go to the web:>>>>>>>>> CareersPlus90.Tk

**REPLY (HTTPS://WWW.DIGITALMUSICNEWS.COM/2016/06/24/INVESTIGATIONS-UNDERWAY-OVER-FAKE-DMCA-TAKEDOWN-NOTICES/?REPLYTOCOM=271436#RESPOND)**

### Len Florian

June 27, 2016 (https://www.digitalmusicnews.com/2016/06/24/investigations-underway-over-fake-dmca-takedown-notices/#comment-271450)

I filed just filed a claim against The Rolling Stones for stealing the riff to one of my songs and using it to write Satisfaction.

**REPLY (HTTPS://WWW.DIGITALMUSICNEWS.COM/2016/06/24/INVESTIGATIONS-UNDERWAY-OVER-FAKE-DMCA-TAKEDOWN-NOTICES/?REPLYTOCOM=271450#RESPOND)**

## LEAVE A REPLY

Connect with:

(https://www.digitalmusicnews.com/wp-login.php?action=wordpress_social_authenticate&mode=login&provider=Facebook&redirect_to=https%3A%2F%2Fwww.digitalmusicnews.com%2F2016%2F06%2F24%2Finvestigations-underway-over-fake-dmca-takedown-notices%2F) (https://www.digitalmusicnews.com/wp-login.php?action=wordpress_social_authenticate&mode=login&provider=Google&redirect_to=https%3A%2F%2Fwww.digitalmusicnews.com%2F2016%2F06%2F24%2Finvestigations-underway-over-fake-dmca-takedown-notices%2F) (https://www.digitalmusicnews.com/wp-login.php?action=wordpress_social_authenticate&mode=login&provider=Twitter&redirect_to=https%3A%2F%2Fwww.digitalmusicnews.com%2F2016%2F06%2F24%2Finvestigations-underway-over-fake-dmca-takedown-notices%2F)

Your email address will not be published.

Comment

Name

**SUBMIT**

### SUBSCRIBE TO OUR DAILY NEWSLETTER

Your email address:

Sign up





Digital Music News ©2018 All Rights Reserved

Advertise (https://www.digitalmusicnews.com/advertise/)    Contact (https://www.digitalmusicnews.com/contact/)    About Us (https://www.digitalmusicnews.com/about/)