# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al., § | |
| § | |
| V.  § | CAUSE NO. A-17-CA-365-LY |
| § | |
| GRANDE COMMUNICATIONS § | |
| NETWORKS, LLC, and PATRIOT § | |
| MEDIA CONSULTING, LLC § | |

## ORDER

Before the Court are various motions referred from the District Court. Having reviewed the motions, the Court **ORDERS** the parties to appear before the undersigned at the United States Courthouse located at 501 West 5th Street, Austin, Texas, for a hearing on all referred pending motions on **Thursday, August 16, 2018 at 10:00 a.m.**

SIGNED this 12th[th] day of July, 2018.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE