# Exhibit F
# Attorneys' Eyes Only
[To be filed under seal]