# Exhibit H
# CONFIDENTIAL
[To be filed under seal]