# Exhibit J
# Attorneys' Eyes Only
[To be filed under seal]