# Exhibit K
# Attorneys' Eyes Only
## [To be filed under seal]