# Exhibit M
# CONFIDENTIAL
[To be filed under seal]