# Exhibit Q

**From:** Marlon Lomax <Marlon.Lomax@mygrande.com>
**Sent:** Monday, October 14, 2013 5:10 PM
**To:** Ryan VanderWall; @OSC
**Cc:** Lamar Horton
**Subject:** RE: [abuse@grandecom.com #644240] Copyright Infringement - Notice ID # 22281070826

Ryan,

This is a notice that someone at that facility using the Grande provided data connection (GMAN), has illegally downloaded copyrighted content.

To be specific: "American Dad: The Complete Season 7".

This is notice that continued abuse of the Grande service may result in termination of the data services.

Thank you.

-----Original Message-----
From: Ryan VanderWall
Sent: Monday, October 14, 2013 3:35 PM
To: @OSC
Cc: Lamar Horton
Subject: FW: [abuse@grandecom.com #644240] Copyright Infringement - Notice ID # 22281070826
Importance: High

Customer isn't sure why they'd received this email?

Sincerely,
Ryan VanderWall
Grande Communications
Enterprise Sales Executive
ryan.vanderwall@mygrande.com
(512) 878-5286 Work
(512) 845-2274 Cell

To be successful, you have to have your heart in your business, and your business in your heart - Thomas Watson, Sr.

-----Original Message-----
From: Philip Cooke [mailto:philipcooke@hullsupply.com]
Sent: Monday, October 14, 2013 12:29 PM
To: Ryan VanderWall
Subject: FW: [abuse@grandecom.com #644240] Copyright Infringement - Notice ID # 22281070826

Ryan: What is this for?

Philip Cooke
General Manager

Main : 512-385-1262
Direct: 512-225-8072
Fax: 512-385-0225
Email: philipcooke@hullsupply.com

-----Original Message-----
From: abuse@grandecom.com [mailto:abuse@grandecom.com]
Sent: Monday, October 14, 2013 11:43 AM
To: philipcooke@hullsupply.com
Subject: [abuse@grandecom.com #644240] Copyright Infringement - Notice ID # 22281070826

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

Hello,

This message has been automatically generated in response to the creation of an abuse ticket regarding:

"[abuse@grandecom.com #644240] Copyright Infringement - Notice ID # 22281070826"

Please include the string:

[abuse@grandecom.com #644240]

in the subject line of all future correspondence about this issue.

The following complaint or abuse incident was received by Grande Communications and is being forwarded to you for review. Please investigate the incident and take any actions you find appropriate.
If you have any questions or comments regarding this report please direct them to abuse@grandecom.com.

Thank you,
Grande Abuse
abuse@grandecom.com

- --original message--
Return-Path: <fox.antipiracy@dtecnet.com>
Received: from outpost.dtecnet.com (50.97.85.3-static.reverse.softlayer.com [50.97.85.3])
by mxin03.lsn.net (8.14.4/8.14.4) with ESMTP id r9E4jLEo029765
for <abuse@grandecom.com>; Sun, 13 Oct 2013 23:45:21 -0500
X-Virus-Status: Clean
X-Virus-Scanned: clamav-milter 0.97.6 at av02.lsn.net

Received: from US-NOTICE1.us-reportsite.dtecnet.com (unknown [10.48.105.24])
by outpost.dtecnet.com (Postfix) with ESMTP id ACD032C0EAD
for <abuse@grandecom.com>; Sun, 13 Oct 2013 23:45:21 -0500 (CDT)
MIME-Version: 1.0
Date: Sun, 13 Oct 2013 23:44:45 -0500
X-Mailer: Chilkat Software Inc (http://www.chilkatsoft.com)
X-Priority: 3 (Normal)
Subject: Copyright Infringement - Notice ID # 22281070826
Content-Type: text/plain;
charset="utf-8"
To: abuse@grandecom.com
From: "DtecNet Software" <fox.antipiracy@dtecnet.com>
Reply-To: "No-Reply@DtecNet.com" <no-reply@dtecnet.com>
Message-ID:
<CHILKAT-MID-993c3d5e-734d-08e9-972e-0d28cfe011d2@US-NOTICE1.us-reportsite.d
tecnet.com>
Content-Transfer-Encoding: 8bit
X-MIME-Autoconverted: from quoted-printable to 8bit by mxin03.lsn.net id
r9E4jLEo029765

- -----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

Grande Communications

Re: Unauthorized Use of Twentieth Century FOX Film Corporation Property

Notice ID: 22281070826
Notice Date: 10-14-2013
Email: abuse@grandecom.com

Dear Sir or Madam:

TWENTIETH CENTURY FOX FILM CORPORATION and its affiliated companies (collectively, "FOX") are the exclusive owners of copyrights in numerous movies and television shows.

You are receiving this notice because an Internet account on your network was identified as having been recently used to illegally copy and/or distribute (e.g. download, upload) FOX content. The specific FOX content involved, the IP address where the infringement occurred, and the date and time of the infringement are documented below. .

This unauthorized copying and distribution constitutes copyright infringement under Section 106 of the U.S. Copyright Act. These are serious offenses which could lead to legal consequences for the account holder.
Also, depending upon the type of service Grande Communications is providing to this IP address, it may have legal and/or equitable liability if it does not expeditiously remove or disable access to the property listed below, or if it fails to implement a policy that provides for termination of subscribers who are repeat infringers (see, 17 U.S.C. 512).

Although various legal and equitable remedies may be available to FOX as a result of such infringement, FOX believes that the entire Internet community benefits when these matters are resolved cooperatively. We urge you to take immediate action to effect removal of the detected infringement listed in the below report, including:

(1) Notify the account holder of this infringement
(2) Require the account holder remove the infringing material
(3) Disable access to the infringing material

(4) Take appropriate action against the account holder under your Abuse Policy/Terms of Service

If your account holder has questions about this notice, please refer him/her to the website www.respectcopyrights.org which offers resources to help users ensure that their Internet accounts are not being used to violate copyright laws and provides information on how theft of movies and TV shows damages our economy and costs thousands of Americans their jobs. .
Today there are many exciting and innovative sources of authorized movie and television content available to users online. We encourage you to refer your account holder to the website http://www.mpaa.org/contentprotection/get-movies-tv-shows where they will find an array of legal choices.


We appreciate your efforts to cooperate in addressing content theft and fostering legal consumption of movies and TV shows. Please send us a prompt response indicating the actions you have taken to resolve this matter.
Please reference the above noted Notice ID 22281070826 in all correspondence, which should be directed to:

Email:
Fox.antipiracy@dtecnet.com
or:
https://www.markmonitor.com/AP-Notice/fox/

The undersigned has a good faith belief that use of FOX's property in the manner described herein is not authorized by FOX, its agents or the law.
Also, we hereby state that the information in this notification is accurate and, under penalty of perjury under the laws of the State of California and the United States, that the undersigned is authorized to act on behalf of FOX with respect to this matter.

Please be advised that this letter is not and is not intended to be a complete statement of FOXÃ¢ï¿½ï¿½s rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of FOX, all of which are specifically reserved.

Regards,

Thomas Sehested
CEO, DtecNet Inc.


Phone: 800-605-4953; Fax: 650-560-6385
Fox.antipiracy@dtecnet.com
[A pgp public key is available on the key server at http://pgp.mit.edu if you would like to verify the authenticity of this notice.]


Evidentiary Information:
Notice ID: 22281070826
Asset: AMERICAN DAD
File Name: American Dad - The Complete Season 7 [HDTV]
Timestamp: 2013-10-11 20:48:04.643 GMT
Last Seen Date: 2013-10-11 20:48:04.643 GMT File Size: 2776359395 IP Address: 24.155.147.196 Port ID: 55849
DNS: 24-155-147-196.static.grandenetworks.net
Protocol: BitTorrent


If you have some issues please reply to fox.antipiracy@dtecnet.com, reply to no-reply@dtecnet.com will be ignored.

- - ---Start ACNS XML

<?xml version="1.0" encoding="UTF-8"?>
<Infringement xsi:schemaLocation="http://www.acns.net/ACNS
http://www.acns.net/v1.2/ACNS2v1_2.xsd" xmlns="http://www.acns.net/ACNS"
xmlns:xsi="http://www.w3.org/2001/XMLSchema-instance"> <Case>
<ID>22281070826</ID>
<Status>OPEN</Status>
<Severity>Normal</Severity>
<Ref_URL></Ref_URL>
</Case>
<Complainant>
<Entity>Twentieth Century Fox Film Corporation</Entity>
<Contact>Fox</Contact>
<Address> </Address>
<Phone>800-605-4953</Phone>
<Email>fox.antipiracy@dtecnet.com</Email>
</Complainant>
<Service_Provider>
<Entity>Grande Communications</Entity>
<Contact></Contact>
<Address>Grande Communications Networks, Inc. 401 Carlson
Cir San Marcos TX 78666 US </Address>
<Phone></Phone>
<Email>abuse@grandecom.com</Email>
</Service_Provider>
<Source>
<TimeStamp>2013-10-11T20:48:04.64Z</TimeStamp>
<IP_Address>24.155.147.196</IP_Address>
<Port>55849</Port>

<DNS_Name>24-155-147-196.static.grandenetworks.net</DNS_Name>
<Type>P2P</Type>
<SubType BaseType="P2P" Protocol="BITTORRENT" />
<Number_Files>1</Number_Files>
<IsSource>false</IsSource>
</Source>
<Content>
<Item>
<TimeStamp>2013-10-11T20:48:04.64Z</TimeStamp>
<AlsoSeen Start="2013-10-11T20:47:20.77Z"
End="2013-10-11T20:48:04.64Z"></AlsoSeen>
<Title>AMERICAN DAD</Title>
<Artist></Artist>
<FileName>American Dad - The Complete Season 7 [HDTV]</FileName>
<FileSize>2776359395</FileSize>
<Type>Video</Type>
<Hash
Type="SHA1">45B46A59C9F30B3CB1B5C14D4D5086D29BAEC77F</Hash>
</Item>
</Content>
<History></History>
<Notes></Notes><Type Retraction="false">DMCA</Type>

<Detection>
<Asset>
<OriginalAssetName>AMERICAN DAD</OriginalAssetName>
</Asset>
<ContentMatched Audio="true" Video="true" Text="false"
Human="false"/>
<HashMatched>true</HashMatched>
<MetadataMatched>false</MetadataMatched>
<VerificationID>Manual and hash
verification</VerificationID>
</Detection>
<Verification>
<VerificationLevel Type="DT">3</VerificationLevel>
</Verification>
<TextNotice><![CDATA[Grande Communications

Re: Unauthorized Use of Twentieth Century FOX Film Corporation Property

Notice ID: 22281070826
Notice Date: 10-14-2013
Email: abuse@grandecom.com

Dear Sir or Madam:

TWENTIETH CENTURY FOX FILM CORPORATION and its affiliated companies (collectively, "FOX") are the exclusive owners of copyrights in numerous movies and television shows.

You are receiving this notice because an Internet account on your network was identified as having been recently used to illegally copy and/or distribute (e.g. download, upload) FOX content. The specific FOX content involved, the IP address where the infringement occurred, and the date and time of the infringement are documented below. .

This unauthorized copying and distribution constitutes copyright infringement under Section 106 of the U.S. Copyright Act. These are serious offenses which could lead to legal consequences for the account holder.
Also, depending upon the type of service Grande Communications is providing to this IP address, it may have legal and/or equitable liability if it does not expeditiously remove or disable access to the property listed below, or if it fails to implement a policy that provides for termination of subscribers who are repeat infringers (see, 17 U.S.C. 512).

Although various legal and equitable remedies may be available to FOX as a result of such infringement, FOX believes that the entire Internet community benefits when these matters are resolved cooperatively. We urge you to take immediate action to effect removal of the detected infringement listed in the below report, including:

(1) Notify the account holder of this infringement
(2) Require the account holder remove the infringing material
(3) Disable access to the infringing material
(4) Take appropriate action against the account holder under your Abuse Policy/Terms of Service

If your account holder has questions about this notice, please refer him/her to the website www.respectcopyrights.org which offers resources to help users ensure that their Internet accounts are not being used to violate copyright laws and provides information on how theft of movies and TV shows damages our economy and costs thousands of Americans their jobs. .
Today there are many exciting and innovative sources of authorized movie and television content available to users online. We encourage you to refer your account holder to the website http://www.mpaa.org/contentprotection/get-movies-tv-shows where they will find an array of legal choices.

We appreciate your efforts to cooperate in addressing content theft and fostering legal consumption of movies and TV shows. Please send us a prompt response indicating the actions you have taken to resolve this matter.
Please reference the above noted Notice ID 22281070826 in all correspondence, which should be directed to:

Email:
Fox.antipiracy@dtecnet.com
or:
https://www.markmonitor.com/AP-Notice/fox/

The undersigned has a good faith belief that use of FOX's property in the manner described herein is not authorized by FOX, its agents or the law.
Also, we hereby state that the information in this notification is accurate and, under penalty of perjury under the laws of the State of California and the United States, that the undersigned is authorized to act on behalf of FOX with respect to this matter.

Please be advised that this letter is not and is not intended to be a complete statement of FOXÃ¢ï¿½ï¿½s rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of FOX, all of which are specifically reserved.

Regards,

Thomas Sehested
CEO, DtecNet Inc.

Phone: 800-605-4953; Fax: 650-560-6385
Fox.antipiracy@dtecnet.com
[A pgp public key is available on the key server at http://pgp.mit.edu if you would like to verify the authenticity of this notice.]

Evidentiary Information:
Notice ID: 22281070826
Asset: AMERICAN DAD
File Name: American Dad - The Complete Season 7 [HDTV]
Timestamp: 2013-10-11 20:48:04.643 GMT
Last Seen Date: 2013-10-11 20:48:04.643 GMT File Size: 2776359395 IP Address: 24.155.147.196 Port ID: 55849
DNS: 24-155-147-196.static.grandenetworks.net
Protocol: BitTorrent
]]></TextNotice>
</Infringement>
- - ---End ACNS XML
- -----BEGIN PGP SIGNATURE-----
Version: GnuPG v1.4.10 (MingW32)

iQEcBAEBAgAGBQJSW3a9AAoJEBG2KRe62OR8tYgIAIhOklBlo9gZyFYWOyI28MSh
m/k9773LKZmLioHPoMRR7+ngdPwu85OMiTaSKWXytMXOM3KKbRqTl2sS/ibznqV1
IIMiX6JmC3i+culF7wfmfBssgiRQkiGHZ9+UJE8UiHJ+188GwsHV1HOmQQzbBg7/
o0chEN7lbLLYJeQQwvzszw1aP1Ol4KHAjulO2zWMlbIswQUaj04QAdklVv3/1dBs
JtoDIqI0C9qlcP/szcEMKD3Se6R5PUJpsLdEuukz2/zuxOSTkg89xk0wpnJG5prX
TJ882SrvPBUavn0wC0FXpLPVFWEZ6enaqZjxZcwtiadVnLyaTCeGq8droJM7QJ8=

=picL
- -----END PGP SIGNATURE-----
-----BEGIN PGP SIGNATURE-----
Version: GnuPG v1.4.4 (GNU/Linux)

iD8DBQFSXB8ZZns00Ma3FKERAtjKAJ0aCrY7F3XiaPkR8/eOXeZvErjQHwCfVn1g
MzODt4NAVWE8cFjesPDyfck=
=zxD8
-----END PGP SIGNATURE-----