# Exhibit S
# CONFIDENTIAL
[To be filed under seal]