# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| vs. § | Civil Action No. 1:17-cv-00365-LY |
| § | |
| GRANDE COMMUNICATIONS § | |
| NETWORKS LLC and PATRIOT MEDIA § | |
| CONSULTING, LLC, § | |
| § | |
| Defendants. § | |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN EXHIBITS TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO GRANDE COMMUNICATIONS NETWORKS LLC'S DMCA SAFE HARBOR DEFENSE

Plaintiffs move the Court for leave to file under seal certain exhibits to Plaintiffs' Motion for Partial Summary Judgment as to Grande Communications Networks LLC's DMCA Safe Harbor Defense. As set forth below, Grande has designated certain documents, discovery responses and deposition testimony as either Attorneys' Eyes Only or Confidential under the Confidentiality and Protective Order entered in this case.

While not conceding that the documents, discovery responses or deposition excerpts merit the Attorneys' Eyes Only or Confidential designations under the protective order, Plaintiffs seek leave to file them under seal, as required by the Court's Protective Order based on the current designations.

In particular, Plaintiffs seek to file the following exhibits to the Motion for Partial Summary Judgment as to Grande Communications Networks LLC's DMCA Safe Harbor Defense:

**ATTORNEYS' EYES ONLY DESIGNATION:**

Exhibit A:  Summary Judgment Appendix

Exhibit B:  Excerpts from Christianson Deposition (Vol. II)

Exhibit F:  P-57 (GRANDE0000155)

Exhibit J:  Grande's Third Amended Objections and Responses to Plaintiffs' First Set of Interrogatories dated November 24, 2017

Exhibit K:  Excerpts from Bloch Deposition

Exhibit R:  PX-169 (GRANDE2539474)

**CONFIDENTIAL DESIGNATION:**

Exhibit D:  PX-90

Exhibit H:  PX-60

Exhibit M:  PX-91

Exhibit P:  Grande's Supplemental Answers to Interrogatories 11 and 15 dated January 2, 2018

Exhibit S:  PX-137 (GRANDE0000115)

As set forth below, Defendants do not oppose the requested relief.

Dated:  August 8, 2018

Respectfully submitted,

By: */s/ Daniel C. Bitting*
Pat A. Cipollone, P.C. (admitted *pro hac vice*)
Jonathan E. Missner (admitted *pro hac vice*)
Robert B. Gilmore (admitted *pro hac vice*)
Philip J. O'Beirne (admitted *pro hac vice*)
**Stein Mitchell Cipollone Beato & Missner LLP**
1100 Connecticut Avenue, NW Suite 1100
Washington, DC 20036
Telephone: (202) 737-7777
Facsimile: (202) 296-8312
pcipollone@steinmitchell.com
jmissner@steinmitchell.com
rgilmore@steinmitchell.com
pobeirne@steinmitchell.com

        Daniel C. Bitting (State Bar No. 02362480)
        Paige A. Amstutz (State Bar No. 00796136)
        **Scott Douglass & McConnico LLP**
        303 Colorado Street, Suite 2400
        Austin, TX 78701
        Telephone: (512) 495-6300
        Facsimile: (512) 495-6399
        dbitting@scottdoug.com
        pamstutz@scottdoug.com

        *Attorneys for Plaintiffs*

## CERTIFICATE OF CONFERENCE

    I certify that counsel for Plaintiffs conferred with counsel for Defendants regarding the foregoing Motion for Leave. Defendants' counsel does not oppose the requested relief.

        By: */s/ Philip J. O'Beirne*
             Philip J. O'Beirne

## CERTIFICATE OF SERVICE

    The undersigned certifies that, on August 8, 2018, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document electronically.

        */s/ Daniel C. Bitting*
        Daniel C. Bitting