# Exhibit F
# Attorneys' Eyes Only
[To be filed under seal]

| | A | B | C |
|---|---|---|---|
| 1 | Account | Days | Weighted Infringement |
| 2 | 8685100010895350 | 30 | 100 |
| 3 | 8683606011073468 | 28 | 93 |
| 4 | 8683606011152114 | 25 | 83 |
| 5 | 8685100040052832 | 24 | 80 |
| 6 | 8685100011136754 | 23 | 77 |
| 7 | 8685250050011556 | 23 | 77 |
| 8 | 8685350060002056 | 23 | 77 |
| 9 | 8683606011349710 | 22 | 73 |
| 10 | 8683405060094073 | 19 | 63 |
| 11 | 8685200011433522 | 19 | 63 |
| 12 | 8685200011508703 | 19 | 63 |
| 13 | 8683303011360919 | 17 | 57 |
| 14 | GRANDE | 17 | 57 |
| 15 | 8683303011356222 | 16 | 53 |
| 16 | 8685200011392918 | 16 | 53 |
| 17 | 8685250030347377 | 16 | 53 |
| 18 | 8683303011253056 | 15 | 50 |
| 19 | 8683600110006198 | 15 | 50 |
| 20 | 8683606011246213 | 15 | 50 |
| 21 | 8683606011298834 | 15 | 50 |
| 22 | 8683606011330264 | 15 | 50 |
| 23 | 8683606110390177 | 15 | 50 |
| 24 | 8685200011127272 | 15 | 50 |
| 25 | 8685200011405710 | 15 | 50 |
| 26 | 8683303011412017 | 14 | 47 |
| 27 | 8683606011316008 | 14 | 47 |
| 28 | 8685100011159566 | 14 | 47 |
| 29 | 8685250030724807 | 14 | 47 |
| 30 | 8685350080007093 | 14 | 47 |
| 31 | 8683303011236184 | 13 | 43 |
| 32 | 8683606011248375 | 13 | 43 |
| 33 | 8683606011339737 | 13 | 43 |
| 34 | 8683606270084321 | 13 | 43 |
| 35 | 8683606350015963 | 13 | 43 |
| 36 | 8685100040097928 | 13 | 43 |
| 37 | 8685200011406189 | 13 | 43 |
| 38 | 8683303011325466 | 12 | 40 |
| 39 | 8683606011312395 | 12 | 40 |

DMCA Excessive ViolationsV2 from 1/1/2017 - 1/31/2017
Executed at 4/13/2017 3:11:15 PM

PX 57

|      | D |
|------|---|
| 5332 | * |
| 5333 | * |
| 5334 | * |
| 5335 | * |
| 5336 | * |
| 5337 | * |

DMCA Excessive ViolationsV2 from 1/1/2017 - 1/31/2017
Executed at 4/13/2017 3:11:15 PM