# Exhibit M
# CONFIDENTIAL
[To be filed under seal]

Case 1:17-cv-00365-DAE   Document 128-10   Filed 08/08/18   Page 2 of 3

| | |
|---|---|
| From: | Richard Fogle <Richard.Fogle@mygrande.com> |
| Sent: | Thursday, April 11, 2013 7:33 PM |
| To: | Roberto Chang; Robert Creel |
| Cc: | Lars Christianson; Jimmy Quigley |
| Subject: | Re: DMCA notices |

We aren't doing this today from what I can gather. ISYS owns the DMCA/abuse process - they provide what automation we have today. Snail mail warnings are automatically sent out by CSG from an upload process.

I know Robby wants some type of automation here, but I don't know what that means in this context. ABB flags accounts with multiple DMCA notices via a threshold set by someone and the issue goes over to their TSC for someone to proactively take action. I'm not saying what ABB does is the right fit for us, but I would imagine we would need to start defining what would be the fit for us given what CSG allows and go from there.

Robby - have a spare moment to meet on this tomorrow?

Regards,

Rich

On 4/11/13 5:27 PM, "Roberto Chang" <Roberto.Chang@mygrande.com> wrote:

>Richard,
>Who is responsible for the DMCA notification process? Do we call
>customers?
>
>Bartlett just answered my email and, as you said, they contact the
>customer and let them know they will disconnect them if they continue
>to receive those notices.
>
>If we do nothing more that emails (as I think you mentioned) we might
>lose our safe harbor status.
>
>Roberto
>
>-----Original Message-----
>From: Richard Fogle
>Sent: Thursday, April 11, 2013 11:45 AM
>To: Roberto Chang; Robert Creel
>Cc: Lars Christianson; Jimmy Quigley
>Subject: Re: DMCA notices
>
>ABB's process is very different - asked that last night. They have the
>same level of automation we do - flagging the notices and sending out
>letters. Repeat offenders are sent to customer care to handle.
>
>Our AUP policy gives an email address of dmca@mygrande.com. Stephanie
>is checking to see if that goes anywhere, probably needs to go to the
>ISYS abuse address.


CONFIDENTIAL

GRANDE0000009

>
>Regards,
>
>Rich
>
>On 4/11/13 11:42 AM, "Roberto Chang" <Roberto.Chang@mygrande.com> wrote:
>
>>I have asked legal if we need to do more and if they (ABB) have a
>>policy in place.
>>Depending on their answer we need to establish a policy first, publish
>>it (on our website) and then enforce it.
>>Hopefully it can be automated.
>>r
>>
>>-----Original Message-----
>>From: Robert Creel
>>Sent: Thursday, April 11, 2013 11:34 AM
>>To: Richard Fogle
>>Cc: Roberto Chang; Lars Christianson; Jimmy Quigley
>>Subject: Re: DMCA notices
>>
>>I believe we are doing the basics of what the law requires regarding
>>notifying customers. At one point we were disconnecting customers
>>after x amounts but it was very manual, inefficient and varied. If we
>>could automate some of this process I'd be glad to discuss it.
>>
>>Sent from my iPhone
>>
>>On Apr 11, 2013, at 11:23 AM, "Richard Fogle"
>><Richard.Fogle@mygrande.com> wrote:
>>
>>> Roberto, Robby,
>>>
>>> We currently send out DMCA notifications through mail for what we
>>>take in with our abuse system.  However, there are no limits here -
>>>we have some customers that are up to their 54th notice.  Understand
>>>that the DMCA law requires us to expeditiously notify customers and
>>>we can't have knowledge of the content being shared, but there is no
>>>'three strikes'
>>>law or anything that we follow like some ISPs.  Also, we don't have
>>>any verbiage here other than 'Š may terminate the Service at any
>>>timeŠ' in our residential AUP policy.
>>>
>>> Question - we have users who are racking up DMCA take down requests
>>>and no process for remedy in place.  I don't know if I'm seeing a
>>>broken process or compliance with the letter of the law.  Do you guys
>>>have insight or knowledge on this?
>>>
>>> Regards,
>>>
>>> Rich
>

CONFIDENTIAL

GRANDE0000010