# Exhibit R
# Attorneys' Eyes Only
[To be filed under seal]

To:      Paul Morgan[Paul.Morgan@mygrande.com]; @OSC[OSC@mygrande.com]; Robert Creel[Robert.Creel@mygrande.com]
From:    William Rannefeld
Sent:     Tue 3/22/2016 2:23:32 PM
Importance:   Normal
Subject:  RE: [abuse@grandecom.com #1585298] Notice of Claimed Infringement - Case ID 413176005
Received:     Tue 3/22/2016 2:23:33 PM

Paul,

This is an email generated from our abuse system.
I'm not sure why most of the email is random numbers and letters.
I pulled up the actual abuse ticket and it is also random numbers and letters.

I can tell you that they got an abuse ticket for downloading/sharing The Godfather: Part II.
They need to find out who on their network has downloaded the video and is sharing it and remove it.
They can also attempt to block the common ports that are used for sharing these types of files.

If you have any more questions let me know,

William Rannefeld | OSC TECHNICIAN I
(866) 218-2555 | ENTERPRISESUPPORT@MYGRANDE.COM
GRANDE COMMUNICATIONS NETWORKS


-----Original Message-----
From: Paul Morgan
Sent: Tuesday, March 22, 2016 9:17 AM
To: @OSC; Robert Creel
Subject: FW: [abuse@grandecom.com #1585298] Notice of Claimed Infringement - Case ID 413176005

All,

Was a abuse ticket created for Girfols or Biomat? See below e-mail chain. Is this legit or what is it about. There IT guy e-mailed me this today asking what is going on?

Paul Morgan
512-287-0212 Direct
512-220-0045 e-fax
Paul.Morgan@mygrande.com


-----Original Message-----
From: Pattee, David [mailto:david.pattee@grifols.com]
Sent: Tuesday, March 22, 2016 8:43 AM
To: Paul Morgan; Chris.Doyle@mygrande.com
Cc: May, Michelle; Jimenez, Alejandro
Subject: FW: [abuse@grandecom.com #1585298] Notice of Claimed Infringement - Case ID 413176005

Paul and Chris,

Can you clarify the abuse email below that we received from Grande?

David Pattee

ATTORNEYS' EYES ONLY       **PX-169**       GRANDE2539474

(512) 220-0754 (office)
(323) 217-7404 (mobile)

-----Original Message-----
From: Chiu, Ronald
Sent: Monday, March 21, 2016 6:36 PM
To: May, Michelle; Pattee, David
Cc: Davis, Daniel; Terpening, Robert
Subject: FW: [abuse@grandecom.com #1585298] Notice of Claimed Infringement - Case ID 413176005

Hi Michelle, David,

I don't know what this abuse email is about from Grande Communication. What I know is the internet Grande service provider for both Austin and San Marcos.

Would you be able help find out?

Thanks, R

-----Original Message-----
From: abuse@grandecom.com [mailto:abuse@grandecom.com]
Sent: Monday, March 21, 2016 8:27 AM
To: Chiu, Ronald
Subject: [abuse@grandecom.com #1585298] Notice of Claimed Infringement - Case ID 413176005

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

Hello,

This message has been automatically generated in response to the creation of an abuse ticket regarding:

"[abuse@grandecom.com #1585298] Notice of Claimed Infringement - Case ID 413176005"

Please include the string:

[abuse@grandecom.com #1585298]

in the subject line of all future correspondence about this issue.

The following complaint or abuse incident was received by Grande Communications and is being forwarded to you for review. Please investigate the incident and take any actions you find appropriate. If you have any questions or comments regarding this report please direct them to abuse@grandecom.com.

Thank you,
Grande Abuse
abuse@grandecom.com

- --original message--
Return-Path: <notices.p2p@ip-echelon.com>
Received: from mx5ag.ip-echelon.com (mx5ag.ip-echelon.com [72.34.251.187])
        by mxin03.lsn.net (8.14.4/8.14.4) with ESMTP id u2FGcgLK011360

ATTORNEYS' EYES ONLY

GRANDE2539475

```
                for <abuse@grandecom.com>; Tue, 15 Mar 2016 11:38:42 -0500
X-Virus-Status: Clean
X-Virus-Scanned: clamav-milter 0.98.4 at av02.lsn.net
Content-Type: multipart/related;
 boundary="===============6159638810280494546=="
MIME-Version: 1.0
Subject: Notice of Claimed Infringement - Case ID 413176005
From: IP-Echelon Compliance <notices.p2p@ip-echelon.com>
To: abuse@grandecom.com
Content-Transfer-Encoding: base64
Auto-Submitted: auto-generated
X-Notice-ID: 413176005
X-Originator: notices.p2p@ip-echelon.com
X-Message-ID: a7f73528-50a2-41c5-9ba9-70734a93243a@ip-echelon.com
Reply-To: notices.p2p@ip-echelon.com
Message-Id: a7f73528-50a2-41c5-9ba9-70734a93243a@ip-echelon.com
Content-Type: multipart/related;
 boundary="===============6159638810280494546=="
X-Mail-From: notices.p2p@ip-echelon.com
Date: Tue, 15 Mar 2016 16:35:58 +0000

Notice of Claimed Infringement - Case ID 413176005
- --===============6159638810280494546==
Content-Type: text/plain; charset="utf-8"
MIME-Version: 1.0
Content-Transfer-Encoding: base64
```

LS0tLS1CRUdJTiBQR1AgU0lHTkVEIE1FU1NBR0UtLS0tLQpIYXNoOiBTSEExCgpOb3RpY2UgSUQ6
IDQxMzE3NjAwNQpOb3RpY2UgRGF0ZTogMjAxNi0wMy0xNVQxNjozNTo1OFoKCkdyYW5kZSBDb21t
dW5pY2F0aW9ucwoKREVhciBTaXJgb3IgTWFkYW06CgpXZSBhcmUgY29udGFjdGluZyB5b3Ugb24g
YmVoYWxmIG9mIFBhcmFtb3VudCBQaWN0dXJlcyBDb3Jwb3JhdGlvbiAoUGFyYW1vdW50KS4gIFVu
ZGVyIHBlbmFsdHkgb2YgcGVyanVyeSwgSSBhc3NlcnQgdGhhdCBJUC1FY2hlbG9uIFB0eS4gTHRk
Liwg(KEIQLUVjaGVsb24pIGlzIGF1dGhvcml6ZWQgdG8gYWN0IG9uIGJlaGFsZiBvZiB0aGUgb3du
ZXIgb2YgdGhlIGV4Y2x1c2l2ZSBjb3B5cmlnaHRzIHRoYXQgYXJlIGFsbGVnZWQgdG8gYmUgaW5m
cmluZ2VkIGhlcmVpbi4KCklQLUVjaGVsb24gaGFzIGZvbGxvd2VkIHJlYXNvbmFibGUgdGVjaG5p
Y2FsIHN0YW5kYXJkcyB0byBpZGVudGlmeSBQYXJhbW91bnQncyBjb3B5cmlnaHRlZCB3b3JrcyBi
ZWluZyBwdWJsaWNseSB1cGxvYWRlZCBhbmQvb3IgZG93bmxvYWRlZCB3aXRob3V0IGF1dGhvcml6
YXRpb24gdmlhIHRoZSBJUCBhZGRyZXNzLiBXZSBoYXZlIGEgZ29vZCBmYWl0aCBiZWxpZWYgdGhh
dCB0aGUgUGFyYW1vdW50IGFuZCBhbnkgZnZlZCBnb29kcyBkZXNjcmliZWQgYmVsb3cgaGFzIG5v
dCBiZWVuIGF1dGhvcml6ZWQgYnkgUGFyYW1vdW50IGZvciBkaXN0cmlidXRpb24gYnkgaW50IHRo
ZSBJUCBhZGRyZXNzIGxpc3RlZCBhbiB0aGlzIG5vdGljZSBvciBhbnkgYXQgdGhpcyBsb2NhdGlv
bi4KClN1Y2ggZGlzdHJpYnV0aW9uIG9mIHRoZSBQYXJhbW91bnQgd29ya3MgY29uc3RpdHV0ZXMg
Y29weXJpZ2h0IGluZnJpbmdlbWVudCB1bmRlciBTZWN0aW9uIDUwNiBvZiB0aGUgY29weXJpZ2h0
IEFjdCwgVGl0bGUgMTcgVW5pdGVkIFN0YXRlcyBjb2RlLiBUaGlzIGFjdGl2aXR5IG1heSBhbHNv
IGJlIGEgdmlvbGF0aW9uIG9mIHRoZSBzdWJzY3JpYmVyJ3MgSVNQIHNlcnZpY2UgYWdyZWVtZW50
IGFuZCBBY2NlcHRhYmxlIFVzZSBQb2xpY3kuIFdlIGJlbGlldmUgdGhhdCB5b3UgaGF2ZSBhIHJp
Z2h0IHRvIGtub3cgYWJvdXQgeW91ciBzdWJzY3JpYmVyJ3MgYWN0aW9ucy4gRGVwZW5kaW5nIG9u
IFBhcmFtb3VudCdzIGRpcmVjdGlvbiwgdGhpcyBtYXkgaW5jbHVkZSBzZWVraW5nIHN1YnBvZW5h
cyBmb3IgeW91ciBzdWJzY3JpYmVyJ3MgaWRlbnRpdHkgaW4gdGhlIGNhc2Ugb2YgZnVydGhlciBh
Y3Rpb24uCgpXZSBhc3NlcnQg

```
bm90ZSB0aGF0IHRoaXMgbGV0dGVyIGlzIG5vdCBpbnRlbmRlZCBhcyBhIGZ1bGwgc3RhdGVtZW50
IG9mIHRoZSBmYWN0czsgYW5kIGRvZXMgbm90IGNvbnN0aXR1dGUgYSB3YWl2ZXIgb2YgYW55IHJp
Z2h0cyB0byByZWNvdmVyIGRhbWFnZXMsIGluY3VycmVkIGJ5IHJpcnR1ZSBvZiBhbnkgdW5hdXRo
b3JpemVkIG9yIGluZnJpbmdpbmcgYWN0aXZpdGllcywgb2NjdXJyaW5nIG9ulHlvdXIgbmV0d29y
ay4gIEFsbCBCzdWNoIHJpZ2h0cywgYXMgd2VsbCBhcyBjbGFpbXMgZm9yIG90aGVyIHJlbGllZiwg
YXJlIGV4cHJlc3NseSByZXNlcnZlZC4KIGNob3VsZCB5b3UgbmVlZCB0byBjb250YWN0IG1lLCBJ
IG1heSBiZSByZWFjaGVkIGF0IHRoZSBmb2xsb3dpbmcgYWRkcmVzczoKCkFkcmllbmBMZWF0aGVy
bGFuZGpPbiBiZWhhbGYgb2YgSVAtRWNoZWxvbiBhcyBhbiBhZ2VudCBmb3IgUGFyYW1vdW50Ckdk
ZHJlc3M6IDY3MTUgSG9sbHl3b29kIEJsdmQsIExvcyBBbmdlbGVzLCA5MDAyOCwgVW5pdGVkIFN0
YXRlcwpFbWFpbDogY29weXJpZ2h0QGlwLWVjaGVsb24uY29tCgpKRXZpZGVudGlhcnkgSW5mb3Jt
YXRpb246CgpJbyB3aG9tIGl0IG1heSBjb25jZXJuOiBCCSVRUT1JSRU5UCkluZm9ybWF0aW9uOiBX
b3JrOiBUaGUgR29kZmF0aGVyOiBQYXJ0IElJCkluZm9ybWF0aW9uIGFib3V0IHRoZSBHb2RmYXRo
ZXIgUGFydCAyIChgxOTc0
KQpJbmZyaW5naW5nIEZpbGVTaXplOiAxMzk5Njc4ODk3CkluZm9ybWF0aW9uIFkZHJlc3M6
IDcyLjQ4LjEzNy4xOTYSW5mcmluZ2VyJ3MgVG9ydDogNjg4MQpJbmZvaWFsIEluZm9ybWF0aW9uOgp
dCBUaW1lc3RhbXA6IDIwMTYtMDMtMTVUMTY6MzU6NTdaCgpUaGlzIGVtYWlsIChpbmNsdWRpbmcg
YW55IGF0dGFjaG1lbnRzKSBpcyBmb3IgdGhlIGludGVuZGVkLXJlY2lwaWVudCdzIHVzZSBvbmx5
LiBUaGlzIGVtYWlsIG1heSBjb250YWluIGluZm9ybWF0aW9uIHRoYXQgaXMgY29uZmlkZW50aWFs
IG9yIHByaXZpbGVnZWQuIElmIHlvdSBhcmUgbm90IGluIGVycm9yLCBwbGVh
c2UgaW1tZWRpYXRlbHkgYWR2aXNlIHRoZSBzZW5kZXIgYnkgcmVwbHkgZW1haWwgdGhhdCBhbWFp
bCBhbmQgZGhlbiBkZWxldGUgdGhpcyBtZXNzYWdlIGZyb20geW91ciBzeXN0ZW0uCgoKPD94bWwg
dmVyc2lvbj0iMS4wIiBlbmNvZGluZz0iVVRGLTgiPz4KPEluZm9ybWF0aW9uPgo8bWxucz0iaHR0
cDovL3d3dy5hY3NzLm5ldC9CQU05TiIgB4bWxuczp4c2k9Imh0dHA6Ly93d3cudzMub3JnLzIwMDEv
WE1MU2NoZW1hLWluc3RhbmNlIiB4c2k6c2NoZW1hTG9jYXRpb249Imh0dHA6Ly93d3cuYWNuucy5u
ZXQvQUNOUyBodHRwOi8vd3d3LmFjbnMubmV0L3R4LljlvQUNOUzJ2MV8yLnhzZCI+CiAgPENhc2U+
CiAgICA8SUQ+NDEzMTc2MDA1PC9JRD4KICAgIDxTdGF0dXM+T3BlbjwvU3RhdHVzPgogICAgPFNl
dmVyaXR5Pk5vcm1hbDwvU2V2ZXJpdHk+CiAgICA8PC9DYXNIPgogICAgPGNvbXBsYWluFudD4KICA
gIDxF bnRpdHk+UGFyYW1vdW50IEpYY3VyZSBDcnBvcmF0aW9uPC9FbnRpdHk+CiAgICA8Q29udGFj
dD5JUC1FY2hlbG9ulC0gQ29tcGxpYW5jZTwvQ29udGFjdD4KICAgIDxBZGRyZXNzPjY3MTUgSG9s
bHl3b29kIEJsdmQuQKTG9zIEFuZ2VsZXMgQ0EgOTAwMjgKVW5pdGVkIFN0YXRlcyBvZiBBBbWVyaWNh
PC9BZGRyZXNzPgogICAgPFBob25lIPisxCgzMTApIDYwNiAyNzQ3PC9QaG9uZT4KICAgIDxFbWFp
bD5jb3B5cmlnaHRAaXAtZWNoZWxvbi5jb20tVGVhbSpgIDwvDwvQ29tcGxhaW5hbnQ+CiAgPFNI
cnZpY2VfUHJvdmlkZXI+CiAgICA8RW50aXR5PkdyYW5kZSBDb21tdW5pY2F0aW9uczwvRW50aXR5
PgogICAgPEVtYWlsPmFidXNlIQGdyYW5kZWNvbS5jb20tL0VtYWlsPgogICDwvU2VydmljZV9Qcm92
aWRlcj4KICA8U291cmNlPgogICAgPFRpbWVzdGFtcD4yMDE2LTAzLTE1VDE2OjM1OjU3WjwvVGlt
ZVN0YW1wPgogICAgPElQX0FkZHJlc3M+NzIuNDguMTM3LjE5NjwvSVBfQWRkcmVzcz4KICAgIDxQ
b3J0PjY4ODE8L1BvcnQ+CiAgICA8VHlwZT5CaXRUb3JyZW50PC9UeXBlPgogICAgPFN1Yl5TcGUg
UHJvdG9jb2w9IkJJVFRPUIJFTlQiPjxEJhc2VUeXBlPSJQMlAiLz4KICAgIDxOdW1iZXJfRmlsZXM+
MTwvTnVtYmVyX0ZpbGVzPgogICDwvU291cmNlPgogIDxDb250ZW50PgogICAgPEl0ZW0+CiAgICAg
IDxUaW1IU3RhbXA+MjAxNi0wMy0xNVQxNjozNTo1N1o8L1RpbWVTdGFtcD4KICAgICAgPFRpdGxl
PlRoZSBHb2RmYXRoZXI6IFBhcnQgSUk8L1RpdGxlPgogICAgICA8RmlsZU5hbWU+VGhIIEdvZGZh
dGhlciBQYXJ0IDIgKDE5NzQpPC9GaWxlTmFtZT4KICAgICAgPEZpbGVTaXplPjEzOTk2Nzg4OTc8
L0ZpbGVTaXplPgogICAgICA8SGFzaCBUeXBlPSJTSEExIj5iMjcwMjJkMDIiYzA2N2Q0NmJiZGI2
NWFINjZNDhhYjNmMjFjNzI3PC9IYXNoPgogICAgPC9JdGVtPgogICDwvQ29udGVudD4KPC9JbmZv
aW5nZW1lbnQ+Ci0tLS0tQkVHSU4gUGdQIFNJR05BVFVSRS0tLS0tClZlcnNpb246IEdudVBHIHYx
CgppUUVjQkFFQkFnQUdCUUpXOXkRudFBbb0pFdudVBHIHYx
CgppUUVjQkFFQkFnQUdCUUpXOXkRudFBbb0pFdudVBHIHYxCgppUUVjQkFFQkFnQUdCUUpXOXkRu
dFBbb0pFdudVBHIHYx
CgppUUVjQkFFQkFnQUdCUUpXOXkRudFBbb0pFdudVBHIHYxCgppUUVjQkFFQkFnQUdCUUpXOXkRu
dFBbb0pFdudVBHIHYx
CgppUUVjQkFFQkFnQUdCUUpXOXkRudFBbb0pFdudVBHIHYxCgppUUVjQkFFQkFnQUdCUUpXOXkRu
hT

aIpMS3c0ZjIzClN6VU1Rc1JiMW1pcFRuRDZSWI4cWdTMjFXXcVB0Vy94TC9ta1lydTJ3bm9RSTlM
UkJnMTIOQ1FRYTFKQklKUFlKS01sMXFpem1POGRLRXprK0Y2elJ0OWc1SGRsL1NNdGN0QmtvWU4
w

dGR0TjBZdDiDVZSHJYSGYrK2NNb2N6Y1dHSgpEb3dmTmQ0OTd5ZE9NVjBqUKFiNFNh3SXlQY1hyZjVX
Nm1YUnVuVUJKb0hvUlg1NkEwTGU1dTA3QTdLRnhIcGxwCIg1Z29aWW92TG9GVHVVVFhiODZzVTlU
dVRiby9tcGxOOE9HYS83REVxbkRdJZmdNaVJMN1FJOUZneIdHL2U3c0sKUFI4a2pyaWVaSdkFaaFF4
eWR5bm5EenFkYVZvVXREZ3lUSzF3R202eURKS3IrcHowVjdLbkEwbUNvNIdvR01rPQo9elczMwot
LS0tLUVORCBQR1AgU0IHTkFUVVJFLS0tLS0K

- --================6159638810280494546==
```

ATTORNEYS' EYES ONLY

GRANDE2539477

Content-Type: application/xml
MIME-Version: 1.0
Content-Transfer-Encoding: base64
Content-Disposition: attachment; filename="413176005.xml"

PD94bWwgdmVyc2lvbj0iMS4wIiBlbmNvZGluZz0iVVRGLTgiPz4KPEluZm9ybWdlWVudCB4bWxu
cz0iaHR0cDovL3d3dy5hY25zLm5ldC9BQ05TIiB4bWxuczp4c2k9Imh0dHA6Ly93d3cudzMub3Jn
LzIwMDEvWE1MU2NoZW1hLWluc3RhbmNlIiB4c2k6c2NoZW1hTG9jYXRpb249Imh0dHA6Ly93d3cu
YWNucy5uZXQvQUNOUyBodHRwOi8vd3d3LmFjbnMubmV0L3YxLjMyL2FjbnN2MS8zMi54c2QiCiAg
PENhc2U+CiAgICA8SUQ+NDEzMTc2MDA1PC9JRD4KICAgIDxTdGF0dXM+T3BlbjwvU3RhdHVzPgog
ICAgPFNldmVyaXR5Pk5vcm1hbDwvU2V2ZXJpdHk+CiAgICA8L0RYNlPgogIDxDb21wbGFpbmFudD4K
ICAgIDxFbnRpdHk+UGFyYW1vdW50IEBpY3R1cmVzIENvcnBvcmF0aW9uPC9FbnRpdHk+CiAgICA8
Q29udGFjdD5JUC1FY2hlbG9uIC0gQ29tcGxpYW5jZTwvQ29udGFjdD4KICAgIDxBZGRyZXNzPjY3
MTUgSG9sbHl3b29kIEJsdmQuTG9zIEFuZ2VsZXMgQ0EgOTAwMjgKVW5pdGVkIFN0YXRlcyBvZiBB
bWVyaWNhPC9BZGRyZXNzPgogICAgPFBob25lPiPisxlCgzMTApIDYwNiAyNzQ3PC9QaG9uZT4KICAg
IDxFbWFpbD5jb3B5cmlnaHRAaXAtZWNoZWxvbi5jb208L0VtYWlsPgogIDwvQ29tcGxhaW5hbnQ+
CiAgPFNlcnZpY2VfUHJvdmlkZXI+CiAgICA8RW50aXR5PkdyYW5kZSBDb21tdW5pY2F0aW9uczwv
RW50aXR5PgogIDwvU2VydmljZV9Qcm92aWRlcj4KICA8U291cmNlPgogICAgPEVtYWlsPmFidXNl
QGdyYW5kZWNvbS5jb208L0VtYWlsPgogIDwvU291cmNlPgogIDxWaW9sYXRpb24+CiAgICA8UERy
ZV9SaXRscGUgUHJvdG9jb2wrPKJVRFRPUIJFTlQiIEJhc2VVeFBlSQMlAiLz4KICAgIDxOdW1iZXJf
RmlsZXM+MTwvTnVtYmVyVXX0ZpbGVzPgogIDwvU291cmNlPgogIDxDb250ZW50Pgog...
(truncated base64 data)
PC9JbmZyaW5nZW1lbnQ+Cg==

- --===============6159638810280494546==--
-----BEGIN PGP SIGNATURE-----
Version: GnuPG v1.4.4 (GNU/Linux)

iD8DBQFW8BKoZns00Ma3FKERAv5IAJwKjGq2pT/IL1EDvBr3WkbtW/5rDgCfRJ9/
mEgaNB+XIhuJs+ebMGGqb+Q=
=StR1
-----END PGP SIGNATURE-----

ATTORNEYS' EYES ONLY

GRANDE2539478