# Exhibit S
# CONFIDENTIAL
[To be filed under seal]

**From:** Lamar Horton <Lamar.Horton@mygrande.com>
**Sent:** Tuesday, April 01, 2014 12:00 PM
**To:** Colin Bloch; Robert Creel
**Subject:** RE: [abuse@grandecom.com #699083] Notice of Copyright Infringement, Case #: P62850109

Unfortunately we probably need to talk to RCN legal and folks there that handle DMCAs. I will see what I can get started.

-----Original Message-----
From: Colin Bloch [mailto:colin@grandecom.com]
Sent: Tuesday, April 01, 2014 10:58 AM
To: Lamar Horton; Robert Creel
Subject: Re: [abuse@grandecom.com #699083] Notice of Copyright Infringement, Case #: P62850109

Agreed, shall I put Robert in touch with Roberto to get something to Nfusion (and/or Synacor)?

On 04/01/2014 10:36 AM, Lamar Horton wrote:
> We probably need to consider building a content site like the following:
>
> http://www.myaccount.charter.com/customers/support.aspx?supportarticle
> id=1948
>
>
> -----Original Message-----
> From: Robert Creel
> Sent: Saturday, March 29, 2014 1:03 PM
> To: Colin Bloch
> Cc: Lamar Horton
> Subject: Re: [abuse@grandecom.com #699083] Notice of Copyright
> Infringement, Case #: P62850109
>
> Thank you for the detailed information sir.
>
> Sent from my iPhone
>
>> On Mar 29, 2014, at 12:57 PM, "Colin Bloch" <colin@grandecom.com> wrote:
>>
>> The settlement system is legit in the sense that people can indeed respond and pay up (and believe me, they know they downloaded the referenced content each time) but I would always tell people to research the entity requesting the settlement very thoroughly before actually doing anything. Better yet, find a more secure source to download copyrighted materials and don't show up on their radar again. Even though these people rarely ever sue anybody (and they'd have to work hard to prove that the material is copyrighted) it _could_ happen if they wanted to make an example of somebody to give legitimacy to the rest of the campaign.
>>
>> At any rate, the settlement folks referenced below are somewhat notorious:
>> http://torrentlawyer.wordpress.com/category/copyright-troll-attorneys
>> /

>> copyright-enforcement-group-ceg-tek/
>>
>> No telling how many people probably got spooked and paid. In our case, as far as I know our obligation is simply to pass the requests on intact to the customers, although we only pass on DMCA type violations to known entities, of which this particular one evidently is in our abuse system.
>>
>> Hope that helps.
>>
>> CAB
>>
>>> On 03/29/2014 10:42 AM, Robert Creel wrote:
>>> Colin,
>>> This came to me from Matt (Please treat as confidential) and the only thing that struck me as unusual is there's a settlement system attached which has requested $250 to settle the matter. I wanted to make sure that this is a valid email and/or are you aware of these settlement systems and how valid they are?
>>>
>>> Any help would be greatly appreciated.
>>>
>>> Sent from my iPhone
>>>
>>> Begin forwarded message:
>>>
>>> From: Matt Murphy
>>> <Matt.Murphy@mygrande.com<mailto:Matt.Murphy@mygrande.com>>
>>> Date: March 29, 2014 at 7:57:49 AM CDT
>>> To: Robert Creel
>>> <Robert.Creel@mygrande.com<mailto:Robert.Creel@mygrande.com>>
>>> Subject: Fwd: [abuse@grandecom.com<mailto:abuse@grandecom.com>
>>> #699083] Notice of Copyright Infringement, Case #: P62850109
>>>
>>> Robby
>>>
>>> My friend who is an enterprise customer got this note from our team.
>>> Can you let me know what they need to do to clear this up pls
>>>
>>> Thx
>>>
>>>
>>> Begin forwarded message:
>>>
>>> From: "Will@hardeman.com<mailto:Will@hardeman.com>"
>>> <will@hardeman.com<mailto:will@hardeman.com>>
>>> Date: March 27, 2014 at 6:04:34 PM CDT
>>> To: Matt Murphey
>>> <Matt.Murphy@mygrande.com<mailto:Matt.Murphy@mygrande.com>>
>>> Subject: Fwd: [abuse@grandecom.com<mailto:abuse@grandecom.com>
>>> #699083] Notice of Copyright Infringement, Case #: P62850109
>>>
>>>
>>>
>>> Sent from my iPhone
>>>
>>> Begin forwarded message:

>>>
>>> From: Levi Lohrman
>>> <levi.lohrman@cagaustin.com<mailto:levi.lohrman@cagaustin.com>>
>>> Date: March 27, 2014 at 4:48:38 PM CDT
>>> To: Will Hardeman <will@hardeman.com<mailto:will@hardeman.com>>
>>> Subject: Fwd: [abuse@grandecom.com<mailto:abuse@grandecom.com>
>>> #699083] Notice of Copyright Infringement, Case #: P62850109
>>>
>>>
>>>
>>> ________________________________
>>> From: abuse@grandecom.com<mailto:abuse@grandecom.com>
>>> Sent: March 27, 2014 10:29:38 AM CDT
>>> To: levi.lohrman@cagaustin.com<mailto:levi.lohrman@cagaustin.com>
>>> Subject: [abuse@grandecom.com<mailto:abuse@grandecom.com> #699083]
>>> Notice of Copyright Infringement, Case #: P62850109
>>>
>>>
>>> -----BEGIN PGP SIGNED MESSAGE-----
>>> Hash: SHA1
>>>
>>> Hello,
>>>
>>> This message has been automatically generated in response to the
>>> creation of an abuse ticket regarding:
>>>
>>> "[abuse@grandecom.com<mailto:abuse@grandecom.com> #699083] Notice of Copyright Infringement, Case #: P62850109"
>>>
>>> Please include the string:
>>>
>>> [abuse@grandecom.com<mailto:abuse@grandecom.com> #699083]
>>>
>>> in the subject line of all future correspondence about this issue.
>>>
>>>
>>> The following complaint or abuse incident was received by Grande
>>> Communications and is being forwarded to you for review. Please
>>> investigate the incident and take any actions you find appropriate.
>>> If you have any questions or comments regarding this report please
>>> direct them to abuse@grandecom.com<mailto:abuse@grandecom.com>.
>>>
>>>
>>> Thank you,
>>> Grande Abuse
>>> abuse@grandecom.com<mailto:abuse@grandecom.com>
>>>
>>>
>>> - --original message--
>>> Return-Path: <dmca@mygrande.com<mailto:dmca@mygrande.com>>
>>> Received: from mailout.mygrande.com<http://mailout.mygrande.com>
(mailout.mygrande.com<http://mailout.mygrande.com> [66.90.130.241<http://66.90.130.241>])
>>> by mxin03.lsn.net<http://mxin03.lsn.net> (8.14.4/8.14.4) with ESMTP id s2ME1n86007456

>>> for <dmca@grandecom.com<mailto:dmca@grandecom.com>>; Sat,
>>> 22 Mar 2014 09:01:49 -0500
>>> X-Virus-Status: Clean
>>> X-Virus-Scanned: clamav-milter 0.97.6 at
>>> av01.lsn.net<http://av01.lsn.net>
>>> Resent-Date: Sat, 22 Mar 2014 09:01:49 -0500
>>> Resent-Message-Id:
>>> <201403221401.s2ME1n86007456@mxin03.lsn.net<mailto:201403221401.s2ME
>>> 1
>>> n86007456@mxin03.lsn.net>>
>>> Resent-From: <dmca@mygrande.com<mailto:dmca@mygrande.com>>
>>> Received: from
>>> barracuda.corp.grandecom.com<http://barracuda.corp.grandecom.com>
>>> (172.25.5.52<http://172.25.5.52>) by
>>> SRV-SAM-WMAIL01.lan.thrifty.net<http://SRV-SAM-WMAIL01.lan.thrifty.n
>>> e
>>> t> (172.25.160.20<http://172.25.160.20>) with Microsoft SMTP Server
>>> (TLS) id 14.2.318.4; Sat, 22 Mar
>>> 2014 09:01:33 -0500
>>> X-ASG-Debug-ID: 1395496909-03a64d0eb789f6e0001-LPGN0P
>>> Received: from
>>> mail6.bemta12.messagelabs.com<http://mail6.bemta12.messagelabs.com>
>>> (mail6.bemta12.messagelabs.com<http://mail6.bemta12.messagelabs.com>
>>> [216.82.250.247<http://216.82.250.247>]) by
>>> barracuda.corp.grandecom.com<http://barracuda.corp.grandecom.com>
>>> with ESMTP id
>>> JbhL2CPvcyNptci9 for
>>> <dmca@mygrande.com<mailto:dmca@mygrande.com>>;
>>> Sat, 22 Mar 2014 09:01:49 -0500
>>> (CDT)
>>> X-Barracuda-Envelope-From:
>>> dmca@copyrightsettlements.com<mailto:dmca@copyrightsettlements.com>
>>> X-Barracuda-Apparent-Source-IP:
>>> 216.82.250.247<http://216.82.250.247>
>>> X-ASG-Whitelist: Client
>>> Received: from [216.82.250.99:33486] by
>>> server-11.bemta-12.messagelabs.com<http://server-11.bemta-12.message
>>> l abs.com> id AE/FB-17771-CC79D235; Sat, 22 Mar 2014 14:01:48 +0000
>>> X-Env-Sender:
>>> dmca@copyrightsettlements.com<mailto:dmca@copyrightsettlements.com>
>>> X-Msg-Ref:
>>> server-4.tower-126.messagelabs.com<http://server-4.tower-126.message
>>> l
>>> abs.com>!1395496907!5912803!1
>>> X-Originating-IP: [66.7.204.50<http://66.7.204.50>]
>>> X-SpamReason: No, hits=0.0 required=7.0 tests=sa_preprocessor:
>>> VHJ1c3RlZCBJUDogNjYuNy4yMDQuNTAgPT4gODgwMDU=
>>>
>>> X-StarScan-Received:
>>> X-StarScan-Version: 6.11.1; banners=-,-,-
>>> X-VirusChecked: Checked
>>> Received: (qmail 4249 invoked from network); 22 Mar 2014 14:01:47
>>> -0000

>>> Received: from
>>> mailsrvr.copyrightsettlements.com<http://mailsrvr.copyrightsettlemen
>>> t
>>> s.com> (HELO
>>>
>>> mailsrvr.copyrightsettlements.com<http://mailsrvr.copyrightsettlemen
>>> t
>>> s.com>) (66.7.204.50<http://66.7.204.50>) by
>>> server-4.tower-126.messagelabs.com<http://server-4.tower-126.message
>>> l abs.com> with SMTP; 22 Mar 2014 14:01:47 -0000
>>> Received: from localhost
>>> (mailsrvr.copyrightsettlements.com<http://mailsrvr.copyrightsettleme
>>> n ts.com> [66.7.204.50<http://66.7.204.50>]) by
>>> mailsrvr.copyrightsettlements.com<http://mailsrvr.copyrightsettlemen
>>> t s.com> (Postfix) with ESMTP id CF9A21712E for
>>> <dmca@mygrande.com<mailto:dmca@mygrande.com>>; Sat, 22 Mar 2014
>>> 10:01:33 -0400 (EDT)
>>> Date: Sat, 22 Mar 2014 10:01:33 -0400
>>> From:
>>> <dmca@copyrightsettlements.com<mailto:dmca@copyrightsettlements.com>
>>> >
>>> To: <dmca@mygrande.com<mailto:dmca@mygrande.com>>
>>> Subject: Notice of Copyright Infringement, Case #: P62850109
>>> Message-ID:
>>> <1395496893.62850109@mailsrvr.copyrightsettlements.com<mailto:139549
>>> 6 893.62850109@mailsrvr.copyrightsettlements.com>>
>>> X-ASG-Orig-Subj: Notice of Copyright Infringement, Case #: P62850109
>>> MIME-Version: 1.0
>>> Content-Type: text/plain; charset="UTF-8"
>>> Content-Transfer-Encoding: 8bit
>>> X-Priority: 3
>>> Importance: High
>>> X-Barracuda-Connect:
>>> mail6.bemta12.messagelabs.com<http://mail6.bemta12.messagelabs.com>[
>>> 2 16.82.250.247<http://216.82.250.247>]
>>> X-Barracuda-Start-Time: 1395496909
>>> X-Barracuda-URL: http://172.25.5.52:8000/cgi-mod/mark.cgi
>>> X-Virus-Scanned: by bsmtpd at
>>> corp.grandecom.com<http://corp.grandecom.com>
>>> X-Barracuda-BRTS-Status: 1
>>>
>>> - -----BEGIN PGP SIGNED MESSAGE-----
>>> Hash: SHA1
>>>
>>> ***NOTE TO GRANDE COMMUNICATIONS: PLEASE FORWARD THIS ENTIRE NOTICE
>>> TO ACCOUNT HOLDER OF IP ADDRESS
>>> 24.155.147.213<http://24.155.147.213>
>>> at 2014-03-21 14:06:54 North American Eastern Time*** March 22, 2014
>>> Re: Notice of Unauthorized Use of Copyrights Owned by Manwin Content
>>> RK Limited DBA Reality Kings Case #: P62850109
>>>

>>> CEG TEK International ("CEG") represents Manwin Content RK Limited DBA Reality Kings, who owns all right, title and interest, including copyrights, in and to the work listed below (hereinafter the "Work"). (Some individuals may find certain words in titles of works to be offensive.
>>> CEG apologizes in advance if this is the case.)
>>>
>>> This notice is intended solely for the primary Grande Communications service account holder. Someone using this account has engaged in the unauthorized copying and/or distribution of the Work listed below.
>>>
>>> Evidence:
>>> Case ID: P62850109
>>> Case Password: dd2fk
>>> Compliance Phone: 877-526-7974
>>> Compliance Website:
>>> http://www.cegcompliance.com/?c=P62850109&x=dd2fk
>>> Work Title: Belle Bottom - Belle Knox (Teens Love Huge Cocks
>>> 2014-03-01) Copyright Owner: Manwin Content RK Limited DBA Reality
>>> Kings Unauthorized File Name: belle_bottom_big.mp4 Unauthorized Hash:
>>> d7ef50ab652c8ea4110c7045b89da5fbb238e383
>>> Unauthorized File Size: 455062486 bytes Unauthorized Protocol:
>>> BitTorrent
>>> Timestamp: 2014-03-21 14:06:54 North American Eastern Time
>>> Unauthorized IP Address: 24.155.147.213<http://24.155.147.213>
>>> Unauthorized Port: 26841
>>>
>>> The following files were included in the unauthorized copying and/or distribution:
>>> File 1: belle_bottom_big.mp4
>>>
>>>
>>> CEG TEK International ("CEG") hereby notifies you that unauthorized copying and/or distribution of Manwin Content RK Limited DBA Reality Kings's Work listed above is a violation of the U.S. Copyright Act, 17 U.S.C. 106. In this regard, request is hereby made that you and all persons using this account immediately and permanently cease and desist from unauthorized copying and/or distribution of the Work.
>>>
>>> CEG informs you that you may be held liable for monetary damages,
>>> including court costs and/or attorney fees if a lawsuit is commenced
>>> against you for unauthorized copying and/or distribution of the Work
>>> listed above. You have until Sunday, April 20, 2014 to access the
>>> settlement offer and settle online. To access the settlement offer,
>>> please visit https://www.copyrightsettlements.com/ and enter Case #:
>>> P62850109 and Password: dd2fk. To access the settlement offer
>>> directly, please visit
>>> https://www.copyrightsettlements.com/?u=P62850109&p=dd2fk
>>>
>>> Settlement Information:
>>> Direct Settlement Link:
>>> https://www.copyrightsettlements.com/?u=P62850109&p=dd2fk
>>> Settlement Website: https://www.copyrightsettlements.com/
>>> Case #: P62850109
>>> Password: dd2fk
>>>
>>> If you fail to respond or settle within the prescribed time period, the above matter may be referred to attorneys representing the Work's owner for legal action. At that point the original settlement offer will no longer be an option, and the settlement amount will increase significantly.

>>>
>>> Nothing contained or omitted from this correspondence is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or waiver or limitation of any of the Manwin Content RK Limited DBA Reality Kings's rights or remedies, all of which are specifically retained and reserved.
>>>
>>> The information in this notice is accurate. CEG has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. CEG and the undersigned declare under penalty of perjury, that CEG is authorized to act on behalf of Manwin Content RK Limited DBA Reality Kings.
>>>
>>> Sincerely,
>>>
>>> Ira M. Siegel, Esq.
>>> Legal Counsel
>>>
>>> CEG TEK International
>>> 8484 Wilshire Boulevard, Suite 515
>>> Beverly Hills, CA 90211
>>>
>>> Toll Free: 877-526-7974
>>> Email: support@cegtek.com<mailto:support@cegtek.com>
>>> Website:
>>> www.copyrightsettlements.com<http://www.copyrightsettlements.com>
>>>
>>> - - ----Start ACNS XML
>>> <?xml version="1.0" ?>
>>> <Infringement xsi:schemaLocation="http://www.acns.net/v1.2/ACNS2v1_2.xsd" xmlns="http://www.acns.net" xmlns:xsi="http://www.w3.org/2001/XMLSchema-instance">
>>> <Case>
>>> <ID>P62850109</ID>
>>> <Ref_URL>https://www.copyrightsettlements.com/?u=P62850109&p=dd2fk</Ref_URL>
>>> <Status>Open</Status>
>>> <Severity>Normal</Severity>
>>> </Case>
>>> <Complainant>
>>> <Entity>CEG TEK International</Entity>
>>> <Contact>Ira M. Siegel, Esq.</Contact>
>>> <Address>CEG TEK
>>> International, 8484 Wilshire Boulevard, Suite 515, Beverly Hills, CA 90211</Address>
>>> <Phone>877-526-7974</Phone>
>>> <Email>support@cegtek.com<mailto:support@cegtek.com></Email>
>>> </Complainant>
>>> <Service_Provider>
>>> <Entity>Grande Communications</Entity>
>>> <Contact>B. Leber</Contact>
>>> <Address>401 Carlson Circle, San Marcos, TX 78666, United States</Address>
>>> <Phone>512-878-4800</Phone>
>>> <Email>dmca@mygrande.com<mailto:dmca@mygrande.com></Email>
>>> </Service_Provider>
>>> <Source>
>>> <TimeStamp>2014-03-21T18:06:54Z</TimeStamp>
>>> <IP_Address>24.155.147.213<http://24.155.147.213></IP_Address>
>>> <Port>26841</Port>

>>> <DNS_Name></DNS_Name>
>>> <Type>P2P</Type>
>>> <SubType BaseType="P2P" Protocol="BITTORRENT"
>>> Application=" Torrent 3.3.2"></SubType>
>>> <Number_Files>1</Number_Files>
>>> </Source>
>>> <Content>
>>> <Item>
>>> <TimeStamp>2014-03-21T18:06:54Z</TimeStamp>
>>> <AlsoSeen Start="2014-03-21T18:06:54Z" End="2014-03-21T18:06:54Z"></AlsoSeen>
>>> <Title>Belle Bottom</Title>
>>> <FileName>belle_bottom_big.mp4</FileName>
>>> <FileSize>455062486</FileSize>
>>> <Type>Movie</Type>
>>> <Hash Type="SHA1">d7ef50ab652c8ea4110c7045b89da5fbb238e383</Hash>
>>> </Item>
>>> </Content>
>>> <Type Retraction="false">DMCA</Type>
>>> <Detection>
>>> <Asset>
>>> <OriginalAssetName>Belle Bottom</OriginalAssetName>
>>> </Asset>
>>> <ContentMatched Fingerprint="false" Video="true" Audio="true" MatchThreshold="100" Human="true"
/>
>>> <HashMatched>true</HashMatched>
>>> <MetadataMatched>true</MetadataMatched>
>>> <VerificationID>338562</VerificationID>
>>> </Detection>
>>> <Verification>
>>> <VerificationLevel Type="DT">5</VerificationLevel>
>>> </Verification>
>>> <TextNotice><![CDATA[***NOTE TO GRANDE COMMUNICATIONS:
>>> PLEASE FORWARD THIS ENTIRE NOTICE TO ACCOUNT HOLDER OF IP ADDRESS
>>> 24.155.147.213<http://24.155.147.213> at 2014-03-21 14:06:54 North
>>> American Eastern Time*** March 22, 2014
>>> Re: Notice of Unauthorized Use of Copyrights Owned by Manwin Content
>>> RK Limited DBA Reality Kings Case #: P62850109
>>>
>>> CEG TEK International ("CEG") represents Manwin Content RK Limited
>>> DBA Reality Kings, who owns all right, title and interest, including
>>> copyrights, in and to the work listed below (hereinafter the "Work").
>>> (Some individuals may find certain words in titles of works to be
>>> offensive. CEG apologizes in advance if this is the case.)
>>>
>>> This notice is intended solely for the primary Grande Communications service account holder. Someone using this account has engaged in the unauthorized copying and/or distribution of the Work listed below.
>>>
>>> Evidence:
>>> Case ID: P62850109
>>> Case Password: dd2fk
>>> Compliance Phone: 877-526-7974
>>> Compliance Website:
>>> http://www.cegcompliance.com/?c=P62850109&x=dd2fk

>>> Work Title: Belle Bottom - Belle Knox (Teens Love Huge Cocks
>>> 2014-03-01) Copyright Owner: Manwin Content RK Limited DBA Reality
>>> Kings Unauthorized File Name: belle_bottom_big.mp4 Unauthorized Hash:
>>> d7ef50ab652c8ea4110c7045b89da5fbb238e383
>>> Unauthorized File Size: 455062486 bytes Unauthorized Protocol:
>>> BitTorrent
>>> Timestamp: 2014-03-21 14:06:54 North American Eastern Time
>>> Unauthorized IP Address: 24.155.147.213<http://24.155.147.213>
>>> Unauthorized Port:
>>> 26841
>>>
>>> The following files were included in the unauthorized copying and/or distribution:
>>> File 1: belle_bottom_big.mp4
>>>
>>>
>>> CEG TEK International ("CEG") hereby notifies you that unauthorized copying and/or distribution of Manwin Content RK Limited DBA Reality Kings's Work listed above is a violation of the U.S. Copyright Act, 17 U.S.C. 106. In this regard, request is hereby made that you and all persons using this account immediately and permanently cease and desist from unauthorized copying and/or distribution of the Work.
>>>
>>> CEG informs you that you may be held liable for monetary damages,
>>> including court costs and/or attorney fees if a lawsuit is commenced
>>> against you for unauthorized copying and/or distribution of the Work
>>> listed above. You have until Sunday, April 20, 2014 to access the
>>> settlement offer and settle online. To access the settlement offer,
>>> please visit https://www.copyrightsettlements.com/ and enter Case #:
>>> P62850109 and Password: dd2fk. To access the settlement offer
>>> directly, please visit
>>> https://www.copyrightsettlements.com/?u=P62850109&p=dd2fk
>>>
>>> Settlement Information:
>>> Direct Settlement Link:
>>> https://www.copyrightsettlements.com/?u=P62850109&p=dd2fk
>>> Settlement Website: https://www.copyrightsettlements.com/
>>> Case #: P62850109
>>> Password: dd2fk
>>>
>>> If you fail to respond or settle within the prescribed time period,
>>> the above matter may be referred to attorneys representing the Work's owner for legal action. At that point the original settlement offer will no longer be an option, and the settlement amount will increase significantly.
>>>
>>> Nothing contained or omitted from this correspondence is, or shall be deemed to be either a full statement of the facts or applicable law, an admission of any fact, or waiver or limitation of any of the Manwin Content RK Limited DBA Reality Kings's rights or remedies, all of which are specifically retained and reserved.
>>>
>>> The information in this notice is accurate. CEG has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agent, or by operation of law. CEG and the undersigned declare under penalty of perjury, that CEG is authorized to act on behalf of Manwin Content RK Limited DBA Reality Kings.
>>>
>>> Sincerely,
>>>
>>> Ira M. Siegel, Esq.

>>> Legal Counsel
>>>
>>> CEG TEK International
>>> 8484 Wilshire Boulevard, Suite 515
>>> Beverly Hills, CA 90211
>>>
>>> Toll Free: 877-526-7974
>>> Email: support@cegtek.com<mailto:support@cegtek.com>
>>> Website:
>>> www.copyrightsettlements.com<http://www.copyrightsettlements.com>]]>
>>> <
>>> /TextNotice>
>>> </Infringement>
>>> - - ----End ACNS XML
>>>
>>> This is an automated email. If you have questions or concerns, please visit us at http://www.copyrightsettlements.com/contact_us.html. Replies sent to dmca@copyrightsettlements.com<mailto:dmca@copyrightsettlements.com> are not read.
>>>
>>> - -----BEGIN PGP SIGNATURE-----
>>> Version: GnuPG v2.0.18 (FreeBSD)
>>>
>>> iJwEAQECAAYFAlMtl70ACgkQVzNgJiQevV6OzQP/VJOIju9Edr7LV3iziw8RSHAV
>>> xIThsJL0XdPNm/x/YNNElWNeSC3IYLy0CFseQ5loT+8D3fR4f/4TqsmcDx6ON/Ld
>>> PON5cUyxHKhyGhsSgz5zxzVXFm7K4GzT0fPWbPI10ecyRMBrYJLmnjZCoLJB/6na
>>> B4DI8Ip/CbwvMa+9muY=
>>> =OlCC
>>> - -----END PGP SIGNATURE-----
>>> -----BEGIN PGP SIGNATURE-----
>>> Version: GnuPG v1.4.4 (GNU/Linux)
>>>
>>> iD8DBQFTNEPiZns00Ma3FKERAtxaAJ9q/akvKM4Y8OsYyvpL8/GEAJGGcACfZ5J4
>>> 8OFZyuS1txg5QDcu7OfpJRQ=
>>> =7IyG
>>> -----END PGP SIGNATURE-----
>>>
>>>
>>> --
>>> Sent from my Android device with K-9 Mail. Please excuse my brevity.
>>
>> --
>> Colin Anthony Bloch Grande Communications
>> Mgr, Internet Systems 512-878-5471
>>
>
>

--
Colin Anthony Bloch Grande Communications
Mgr, Internet Systems 512-878-5471