# Exhibit 5

# FILED UNDER SEAL

ATTORNEYS' EYES ONLY

| | |
|---|---|
| From: | Robert Steele <rsteele@rightscorp.com> |
| Sent: | Wednesday, August 20, 2014 6:54 PM |
| To: | Greg Boswell <gboswell45@yahoo.com> |
| Cc: | Jeff <jcvetkovski@digitalrightscorp.com> |
| Subject: | Any John Denver tracks need to be immediately removed |

Greg,

I know you are in the middle of fighting fires. "In between raindrops" I need to make sure that the John Denver tracks from BMG have been removed. We do not have permission to collect on John Denver.

Thanks,

Robert

EXHIBIT: 13
DEPONENT Boswell
DATE 7-3-15
LORI BARKLEY CSR #6426

CONFIDENTIAL

BMG_GRANDE00000183
RGHTS00006529