IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
18 AUG 15 AM 8:53
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, WARNER BROS. RECORDS INC., SONY MUSIC ENTERTAINMENT, ARISTA RECORDS LLC, ARISTA MUSIC, ATLANTIC RECORDING CORPORATION, CAPITOL CHRISTIAN MUSIC GROUP, INC., ELEKTRA ENTERTAINMENT GROUP INC., FONOVISA, INC., FUELED BY RAMEN LLC, LAFACE RECORDS LLC, NONESUCH RECORDS INC., RHINO RECORDS, INC., ROC-A-FELLA RECORDS, LLC, TOOTH & NAIL, LLC, ZOMBA RECORDING LLC, PLAINTIFFS, § § § § § § § § § § § § § § § § § § § | |
| V. § § | CAUSE NO. A-17-CV-365-LY |
| GRANDE COMMUNICATIONS NETWORKS LLC, AND PATRIOT MEDIA CONSULTING, LLC, DEFENDANTS. § § § § § | |

**<u>ORDER</u>**

Before the court in the above styled and numbered action is Defendant Grande Communications Networks LLC's Motion for Summary Judgment filed August 10, 2018 (Clerk's Document No. 129), which has many redactions. Also pending is Defendant Grande Communications Networks LLC's Unopposed Motion for Leave to File Under Seal Exhibits to Grande's Motion for Summary Judgment filed August 10, 2018 (Clerk's Document No. 130). Only in the rarest of circumstances will this court allow pleadings and motions to be filed in redacted form with the complete motion filed under seal. Attorneys should be adept enough pleaders to avoid the

stating of confidential or privileged matters within the body of a motion. Exhibits may be filed under seal with proper leave of court.

**IT IS ORDERED** that Defendant Grande Communications Networks LLC's Motion for Summary Judgment filed August 10, 2018 (Clerk's Document No. 129) is **DISMISSED WITHOUT PREJUDICE**. Grande Communications Networks LLC may file an unredacted motion for summary judgment **on or before Wednesday, August 28, 2018.**

**IT IS FURTHER ORDERED** that as the court dismisses Grande Communications Networks LLC's August 10 motion for summary judgment, Defendant Grande Communications Networks LLC's Unopposed Motion for Leave to File Under Seal Exhibits to Grande's Motion for Summary Judgment filed August 10, 2018 (Clerk's Document No. 130) is also **DISMISSED WITHOUT PREJUDICE**.

SIGNED this \_\_15TH\_\_ day of August, 2018.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE