UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) No. 1:17-cv-00365-LY |
| GRANDE COMMUNICATIONS NETWORKS LLC, | ) ) ) ) |
| Defendant. | ) ) |

### DECLARATION OF RICHARD L. BROPHY IN SUPPORT OF DEFENDANT GRANDE COMMUNICATIONS NETWORKS LLC'S MOTION FOR SUMMARY JUDGMENT

I, Richard L. Brophy, declare as follows:

1. I am licensed to practice law in the State of Missouri and am a partner at the law firm of Armstrong Teasdale LLP. I am counsel of record for Defendant, Grande Communications Networks LLC ("Grande") in this suit against Plaintiffs UMG Recordings, Inc., et al. ("Plaintiffs"). I have been admitted to practice in the Western District of Texas on a *pro hac vice* basis pursuant to ECF No. 25 entered on May 23, 2017. I submit this declaration in support of Defendant Grande Communications Networks LLC's Motion for Summary Judgment. I have personal knowledge of the facts set forth below and if called upon and sworn as a witness, I could and would competently testify to them.

2. Plaintiffs served the Expert Report of Barbara Frederiksen-Cross on Grande on July 27, 2018. A true and correct copy of that report (Exhibit 1) is the subject of Grande's contemporaneously-filed Motion for Leave to File under Seal.

3. The deposition of Gregory Boswell took place on August 8, 2018 pursuant to the subpoenas served by Grande on Rightscorp, Inc. A true and correct copy of excerpts from the

1

rough transcript of that deposition (Ex. 2) is the subject of Grande's contemporaneously-filed Motion for Leave to File under Seal.

4. The deposition of Christopher Sabec took place on August 7, 2018 pursuant to the subpoenas served by Grande on Rightscorp, Inc. A true and correct copy of excerpts from the rough transcript of that deposition (Ex. 3) is the subject of Grande's contemporaneously-filed Motion for Leave to File under Seal.

5. Attached as Exhibit 4 is a compilation consisting of true and correct copies of exemplary notices of alleged copyright infringement produced by Rightscorp, Inc. in this case.

6. The deposition of Gregory Boswell in *BMG Rights Management (US) LLC, et al. v. Cox Enterprises, Inc., et al.*, 1:14-cv-01611 (E.D.Va.) took place on July 3, 2015. A true and correct copy of Exhibit 13 from that deposition (Ex. 5) is the subject of Grande's contemporaneously-filed Motion for Leave to File under Seal.

7. Grande served its second set of interrogatories on March 8, 2018, and Plaintiffs responded on April 12, 2018. A true and correct copy of Warner Plaintiffs' Objections and Responses to Defendants' Second Set of Interrogatories (Exhibit 6) is the subject of Grande's contemporaneously-filed Motion for Leave to File under Seal.

8. Attached as Exhibit 7 is a PDF consisting of copyrights asserted by Plaintiffs in this case where a Plaintiff is listed as the owner of the copyright in the registration information.

9. Attached as Exhibit 8 is a PDF consisting of copyrights asserted by Plaintiffs in this case where a Plaintiff is not listed as the owner of the copyright in the registration information.

I declare under penalty of perjury that the foregoing is true and accurate.

Executed on August 18, 2018 in St. Louis, Missouri.

/s/     *Richard L. Brophy*_____
                    Richard L. Brophy