IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2018 AUG 28 PM 2: 02

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, WARNER BROS. RECORDS INC., SONY MUSIC ENTERTAINMENT, ARISTA RECORDS LLC, ARISTA MUSIC, ATLANTIC RECORDING CORPORATION, CAPITOL CHRISTIAN MUSIC GROUP, INC., ELEKTRA ENTERTAINMENT GROUP INC., FONOVISA, INC., FUELED BY RAMEN LLC, LAFACE RECORDS LLC, NONESUCH RECORDS INC., RHINO RECORDS, INC., ROC-A-FELLA RECORDS, LLC, TOOTH & NAIL, LLC, ZOMBA RECORDING LLC, <br>                       PLAINTIFFS, <br><br> V. <br><br> GRANDE COMMUNICATIONS NETWORKS LLC, AND PATRIOT MEDIA CONSULTING, LLC, <br>                       DEFENDANTS. | §§§§§§§§§§§§§§§§§§§§§§§§§§ <br><br> CAUSE NO. A-17-CV-365-LY |

## **ORDER**

Before the court in the above styled and numbered action are Defendant Grande Communications Networks LLC's Unopposed Motions for Leave to File Under Seal Exhibits to Grande's Response in Opposition to Plaintiffs' Motion for Summary Judgment filed August 22, 2018 and August 23, 2018 (Clerk's Document Nos. 144 & 147). Counsel for Grande informed the court's staff that Document No. 147 is an amended version of Document No. 144. The court having reviewed these motions and the case file, and considering the representation of Grande's counsel to the court's staff,

**IT IS ORDERED** that Defendant Grande Communications Networks LLC's Unopposed Motion for Leave to File Under Seal Exhibits to Grande's Response in Opposition to Plaintiffs' Motion for Summary Judgment filed August 22, 2018 (Clerk's Document No. 144) **is DISMISSED.** Defendant Grande Communications Networks LLC's Unopposed Motion for Leave to File Under Seal Exhibits to Grande's Response in Opposition to Plaintiffs' Motion for Summary Judgment filed August 23, 2018 (Clerk's Document No. 147) remains pending before the court.

SIGNED this **28th** day of August, 2018.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE