IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, WARNER BROS. RECORDS INC., SONY MUSIC ENTERTAINMENT, ARISTA RECORDS LLC, ARISTA MUSIC, ATLANTIC RECORDING CORPORATION, CAPITOL CHRISTIAN MUSIC GROUP, INC., ELEKTRA ENTERTAINMENT GROUP INC., FONOVISA, INC., FUELED BY RAMEN LLC, LAFACE RECORDS LLC, NONESUCH RECORDS INC., RHINO RECORDS, INC., ROC-A-FELLA RECORDS, LLC, TOOTH & NAIL, LLC, ZOMBA RECORDING LLC, PLAINTIFFS, | |
| V. | CAUSE NO. A-17-CV-365-LY |
| GRANDE COMMUNICATIONS NETWORKS LLC, AND PATRIOT MEDIA CONSULTING, LLC, DEFENDANTS. | |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiffs' Opposed Motion to Extend Deadline to Respond to Defendant Grande Communications Networks LLC's Motion for Summary Judgment filed August 27, 2018 (Clerk's Document No. 150) and Defendant's Response to Plaintiffs' Opposed Motion to Extend Deadline to Respond to Defendant Grande Communications Networks LLC's Motion for Summary Judgment filed August 28, 2018 (Clerk's Document No. 151) as well as any

reply that may be filed are **REFERRED** to United States Magistrate Judge Andrew Austin for disposition. *See* 28 U.S.C. § 636(b)(1)(A), Fed. R. Civ. P. 72; Loc. R. W. D. Tex. Appx. C, Rule 1(d).

SIGNED this 29th day of August, 2018.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE