UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>GRANDE COMMUNICATIONS )<br>NETWORKS LLC, )<br>)<br>Defendant. )<br>) | No. 1:17-cv-00365-LY |

### ADVISORY IN RESPONSE TO THE COURT'S AUGUST 16, 2018 ORDER

Pursuant to the Court's August 16, 2018 Order, Grande Communications Networks LLC ("Grande") submits this second status update regarding the parties' efforts to reach an agreement on Grande's requests for financial information regarding revenues generated by the works at issue in this case. *See* ECF No. 139 at 1-2. On August 27th, following a previous meet and confer by telephone, Grande provided a specific proposal for Plaintiffs' consideration. Plaintiffs advised that they needed more time to consider the proposal, and so the parties filed a first status update indicating that they would provide a further report by today, August 31st. *See* ECF No. 149. Today, Plaintiffs advised that they are still considering Grande's proposal, and that they expect to be able to provide a response next week. Accordingly, the parties will provide a further report no later than September 7, 2018 to inform the Court whether the issue has been resolved.

1

Dated:  August 31, 2018.

          By:  /s/ Richard L. Brophy
                Richard L. Brophy
                Zachary C. Howenstine
                Margaret R. Szewczyk
                Armstrong Teasdale LLP
                7700 Forsyth Blvd., Suite 1800
                St. Louis, Missouri 63105
                Telephone:  314.621.5070
                Fax:  314.621.5065
                rbrophy@armstrongteasdale.com
                zhowenstine@armstrongteasdale.com
                mszewczyk@armstrongteasdale.com

                J. Stephen Ravel
                Texas State Bar No. 16584975
                J.R. Johnson
                Texas State Bar No. 24070000
                Diana L. Nichols
                Texas State Bar No. 00784682
                KELLY HART & HALLMAN LLP
                303 Colorado, Suite 2000
                Austin, Texas 78701
                Telephone: 512.495.6429
                Fax: 512.495.6401
                Email: steve.ravel@kellyhart.com
                        jr.johnson@kellyhart.com
                        diana.nichols@kellyhart.com

                Attorneys for Defendant GRANDE
                COMMUNICATIONS NETWORKS LLC

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 31, 2018, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(b)(1).

/s/ Richard L. Brophy
Richard L. Brophy