UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) No. 1:17-cv-00365-LY |
| GRANDE COMMUNICATIONS NETWORKS LLC, | ) ) ) ) |
| Defendant. | ) ) |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO EXTEND PAGE LIMIT**

Having considered Grande Communications Networks LLC's ("Grande") Unopposed Motion for Leave to Extend Page Limit for its Motion for Sanctions and to Exclude Documents Produced after the Fact Discovery Deadline, the Court finds good cause that the Motion should be GRANTED and directs the Clerk to accept Grande's Motion for Sanctions and to Exclude Documents Produced after the Fact Discovery Deadline.

So ORDERED this 5th day of September, 2018.

HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE

1