# EXHIBIT U

| | |
|---|---|
| **From:** | Lars Christianson <Lars.Christianson@mygrande.com> |
| **Sent:** | Monday, February 22, 2016 2:07 PM |
| **To:** | Lamar Horton |
| **Cc:** | Richard Fogle |
| **Subject:** | RE: Rightscorp - DMCA |

Lamar,

How does this work? -Lars

```
tally    fromemail
-------- -----------------------------------------------------------------------
246120   DMCA@DigitalRightsCorp.com
32092    dmca@cegtek.com
22723    noreply@p2p.copyright-notice.com
12925    "universal-studios@copyright-compliance.com" <universal-studios@copyright-compliance.com>
11604    IP-Echelon Compliance <notices.hbo@ip-echelon.com>
10969    MarkMonitor Antipiracy <p2p.antipiracy@ap.markmonitor.com>
8048     IP-Echelon Compliance <notices.p2p@ip-echelon.com>
6356     IP-Echelon Compliance <notices.warner@ip-echelon.com>
4678     DtecNet Software <fox.antipiracy@dtecnet.com>
1674     "starz_media@copyright-compliance.com" <starz_media@copyright-compliance.com>
1488     DtecNet Software <antipiracy@dtecnet.com>
1067     "paramount@copyright-compliance.com" <paramount@copyright-compliance.com>
840      "fox@copyright-compliance.com" <fox@copyright-compliance.com>
812      Entura International LTD <notices@entura-international.co.uk>
533      DtecNet ESA DMCA <antipiracy@dtecnet.com>
438      "anime@copyright-compliance.com" <anime@copyright-compliance.com>
288      "zenimax_media@copyright-compliance.com" <zenimax_media@copyright-compliance.com>
130      copyright@ip-echelon.us
59       "graphicaudio_p2p@copyright-compliance.com" <graphicaudio_p2p@copyright-compliance.com>
34       MarkMonitor Antipiracy <antipiracy@dtecnet.com>
18       infringement@removeyourmedia.com
17       MarkMonitor Antipiracy - McGrawHill <mcgrawhill.antipiracy@ap.markmonitor.com>
```

-----Original Message-----
From: Lamar Horton
Sent: Monday, February 22, 2016 12:27 PM
To: Lars Christianson
Cc: Richard Fogle
Subject: RE: Rightscorp - DMCA

Lars - Thanks for all of the info on this. Once more question for now. In your number below, 365,569 notices received in 2015. Rightscorp was 246,322 which leaves 119,247. Can you give me a breakout of the remaining largest Entity sources of these requests.

Thank you,
Lamar



EXHIBIT PX 107
WIT: _____
DATE: _____
Micheal A. Johnson, RDR, CRR

GRANDE1438324

-----Original Message-----
From: Lars Christianson
Sent: Thursday, February 18, 2016 2:27 PM
To: Lamar Horton; Sam Merritt
Cc: Sam Merritt; Colin Bloch
Subject: RE: Rightscorp - DMCA

I pulled something like this for Dale a few months ago. These are all DMCA notices emailed to us at either dmca@mygrande.com or abuse@mygrande.com.

This is not just rightscorp.

2013:
Year Total: 94919
Monthly Avg: 7909
Daily Avg: 260

2014:
Year Total: 236090
Monthly Avg: 19,674
Daily Avg: 647

2015:
Year Total: 365569
Monthly Avg: 30,464
Daily Avg: 1,001


-----Original Message-----
From: Lamar Horton
Sent: Thursday, February 18, 2016 2:15 PM
To: Sam Merritt
Cc: Sam Merritt; Colin Bloch; Lars Christianson
Subject: RE: Rightscorp - DMCA

Actual count.  Do we have a tool or system for this?  Ive never been clear on our system and process for this.

-----Original Message-----
From: Sam H. Merritt, III [mailto:sam.merritt@grandecom.com]
Sent: Thursday, February 18, 2016 2:14 PM
To: Lamar Horton
Cc: Sam Merritt; Colin Bloch; Lars Christianson
Subject: Re: Rightscorp - DMCA


Including Lars.

Do you want a guess or actual count?

On Thu, 18 Feb 2016, Lamar Horton wrote:

>

GRANDE1438325

> Who can tell me how many notices we receive from these types of entities over a given month/quarter/year?
>
>
>

GRANDE1438326