UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) No. 1:17-cv-00365-LY |
| | ) |
| GRANDE COMMUNICATIONS NETWORKS LLC, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' OPPOSED MOTION FOR LEAVE TO FILE COMBINED RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT IN A SINGLE PLEADING THAT EXCEEDS TWENTY PAGES**

Plaintiffs seek leave to file a 30-page brief that combines Plaintiffs' response to Defendant Grande Communications Networks LLC's ("Grande") Motion for Summary Judgment (ECF No. 140) with a cross-motion for summary judgment.  Grande has consented to up to five additional pages for Plaintiffs' response, but opposes any extension of the page limit for Plaintiffs' cross-motion on grounds that a second summary judgment motion by Plaintiffs is improper.  *See, e.g.*, *Watson v. Uniroyal Goodrich Tire Co.*, No. 1:06-cv-00252-SS, 2007 WL 4794106, at *1 (W.D. Tex. June 27, 2007) (denying or deferring multiple motions for summary judgment filed "with apparently a liberal interpretation of the local rules of this district").  On this basis, Grande will be moving to strike Plaintiffs' combined brief to the extent it constitutes a second motion for summary judgment.  Grande has no further objection to the relief requested by Plaintiffs.

1

Dated: September 11, 2018

      By: /s/ Richard L. Brophy
      Richard L. Brophy
      Zachary C. Howenstine
      Margaret R. Szewczyk
      ARMSTRONG TEASDALE LLP
      7700 Forsyth Blvd., Suite 1800
      St. Louis, Missouri 63105
      Telephone: 314.621.5070
      Fax: 314.621.5065
      rbrophy@armstrongteasdale.com
      zhowenstine@armstrongteasdale.com
      mszewczyk@armstrongteasdale.com

      J. Stephen Ravel
      Texas State Bar No. 16584975
      J.R. Johnson
      Texas State Bar No. 24070000
      Diana L. Nichols
      Texas State Bar No. 00784682
      Kelly Hart & Hallman LLP
      303 Colorado, Suite 2000
      Austin, Texas 78701
      Telephone: 512.495.6429
      Fax: 512.495.6401
      Email: steve.ravel@kellyhart.com
            jr.johnson@kellyhart.com
            diana.nichols@kellyhart.com

      Attorneys for Defendant GRANDE
      COMMUNICATIONS NETWORKS LLC

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 11, 2018, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(b)(1).

/s/ Richard L. Brophy
Richard L. Brophy
