UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) No. 1:17-cv-00365-LY |
| GRANDE COMMUNICATIONS NETWORKS LLC, | ) ) ) ) |
| Defendant. | ) ) |

**FOURTH ADVISORY IN RESPONSE TO THE COURT'S AUGUST 16, 2018 ORDER**

Pursuant to the Court's August 16, 2018 Order, Grande Communications Networks LLC ("Grande") submits this fourth status update regarding the parties' efforts to reach an agreement on Grande's requests for financial information concerning revenues generated by the works at issue in this case. *See* ECF No. 139 at 1-2. In short, Grande is still waiting for Plaintiffs to provide a substantive response to Grande's proposal for resolving this issue.

On August 27th, following a previous meet and confer by telephone, Grande provided a specific proposal for Plaintiffs' consideration (the broad outlines of which were also discussed in the August 16th hearing before the Court). Under this proposal, Plaintiffs would provide sworn statements regarding per-download and per-stream royalties paid to Plaintiffs by certain online music services over 2014-2018, and streaming counts, download revenues, and synchronization licensing revenues over that same period for 20 songs selected by Grande.

At the time, Plaintiffs advised that they needed more time to consider the proposal, and so Grande filed a first status update indicating that the parties would provide a further report by August 31st. *See* ECF No. 149. On August 31st, Plaintiffs advised that they were still

1

considering Grande's proposal, and that they expected to be able to provide a response the next week. Grande then filed a second status report so indicating. *See* ECF No. 160.

In a meet and confer by telephone on September 6th, Plaintiffs advised that they needed yet more time to respond to Grande's proposal, although they were optimistic the parties will be able to reach an agreement. In the interim, Plaintiffs canceled the Rule 30(b)(6) depositions of certain corporate designees whose testimony may be impacted by the requested information, on grounds that they are unwilling to produce the witnesses a second time when this issue is resolved. Plaintiffs did not provide a date certain by which they would be able to respond with agreement or a counter-proposal, but they indicated this week was possible. Grande then filed a third status report so indicating. *See* ECF No. 168.

This week, Plaintiffs informed Grande that they need yet more time to consider and respond to Grande's proposal. Plaintiffs have not provided a date certain by which they will be able to respond with agreement or a counter-proposal.

Grande will provide a further report by September 21, 2018, or as soon as the issue is resolved or the parties reach an impasse, whichever is earlier.

Dated: September 14, 2018.

By: /s/ Richard L. Brophy
    Richard L. Brophy
    Zachary C. Howenstine
    Margaret R. Szewczyk
    Armstrong Teasdale LLP
    7700 Forsyth Blvd., Suite 1800
    St. Louis, Missouri 63105
    Telephone: 314.621.5070
    Fax: 314.621.5065
    rbrophy@armstrongteasdale.com
    zhowenstine@armstrongteasdale.com
    mszewczyk@armstrongteasdale.com

    J. Stephen Ravel
    Texas State Bar No. 16584975
    J.R. Johnson
    Texas State Bar No. 24070000
    Diana L. Nichols
    Texas State Bar No. 00784682
    KELLY HART & HALLMAN LLP
    303 Colorado, Suite 2000
    Austin, Texas 78701
    Telephone: 512.495.6429
    Fax: 512.495.6401
    Email: steve.ravel@kellyhart.com
           jr.johnson@kellyhart.com
           diana.nichols@kellyhart.com

    Attorneys for Defendant GRANDE
    COMMUNICATIONS NETWORKS LLC

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 14, 2018, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(b)(1).

/s/ Richard L. Brophy
Richard L. Brophy