# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| UMG RECORDINGS, INC., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | Civil Action No. 1:17-cv-00365-LY |
| GRANDE COMMUNICATIONS | § | |
| NETWORKS LLC and PATRIOT MEDIA | § | |
| CONSULTING, LLC, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION AND UNOPPOSED SUPPLEMENTAL MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN EXHIBITS TO PLAINTIFFS' OPPOSITION TO DEFENDANT GRANDE COMMUNICATIONS NETWORKS LLC'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY**

BEFORE THE COURT are Plaintiffs' Unopposed Motion for Leave to File Under Seal Certain Exhibits to Plaintiffs' Opposition to Defendant Grande Communications Networks LLC's Motion for Summary Judgment and Plaintiffs' Cross-Motion for Summary Judgment as to Liability and Plaintiffs' Supplemental Unopposed Motion for Leave to File Under Seal Certain Exhibits to Plaintiffs' Opposition to Defendant Grande Communications Networks LLC's Motion for Summary Judgment and Plaintiffs' Cross-Motion for Summary Judgment as to Liability (together, the Motion). The Court has considered the Motion and finds that it should be and is hereby GRANTED.

The Clerk is hereby directed to file the following exhibits to Plaintiffs' Opposition to Defendant Grande Communications Networks LLC's Motion for Summary Judgment

4851-3189-2339

and Plaintiffs' Cross-Motion for Summary Judgment as to Liability under seal until

further order from the Court:

Exhibit A—Declaration of Alasdair McMullan (Universal Plaintiffs) and all of its sub-exhibits

Exhibit B—Declaration of Wade Leak (Sony Plaintiffs) and all of its sub-exhibits

Exhibit C—Declaration of Steve Poltorak (Warner Plaintiffs) and all of its sub-exhibits

Exhibit D—Expert Report of William H. Lehr, Ph.D. (July 13, 2018)

Exhibit E—Excerpts from Deposition of Neil Carfora (August 3, 2018)

Exhibit F—Expert Reply Report of William H. Lehr, Ph.D.  (August 17, 2018)

Exhibit G—Excerpts from Deposition of David Benjamin (August 29, 2018)

Exhibit H—Expert Report of Barbara Frederiksen-Cross (July 27, 2018)

Exhibit I—Declaration of Gregory Boswell in Support of Plaintiffs' Opposition to Defendant Grande Communications Networks LLC's Motion for Summary Judgment and Plaintiffs' Cross-Motion for Summary Judgment

Exhibit J—Excerpts from Deposition of Christopher Sabec (July 7, 2015)

Exhibit K—Expert Report of Robert A. Bardwell (July 13, 2018)

Exhibit M—Excerpts from Deposition of Colin Bloch (June 20, 2018)

Exhibit O—PX-137 (GRANDE0000115-0000124)

Exhibit Q—PX-169 (GRANDE2539474-2539478)

Exhibit S—GRANDE0000194

Exhibit T—GRANDE0000195

Exhibit V—PX-0173 (GRANDE2542672; GRANDE2546001)

Exhibit X—PX-206 (GRANDE2439310)

4851-3189-2339

Exhibit Y—PX-207 (GRANDE2482342)

Exhibit Z—Expert Report of Dr. Terrence P. McGarty (July 13, 2018)

Exhibit AA—Reply of Robert A. Bardwell to the Report of Jonathan E. Kemmerer (August 17, 2018)

Exhibit CC—PX-60

Exhibit DD—PX-61

Exhibit FF—PX-91 (GRANDE0000009-0000010)

Exhibit GG—Universal Plaintiffs' Objections and Responses to Defendants' Third Set of Interrogatories

       SIGNED on this _____ day of _____, 2018.


                                 _____
                                 LEE YEAKEL
                                 UNITED STATES DISTRICT JUDGE