IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2018 SEP 17 PM 2:29
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | | |
|---|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, WARNER BROS. RECORDS INC., SONY MUSIC ENTERTAINMENT, ARISTA RECORDS LLC, ARISTA MUSIC, ATLANTIC RECORDING CORPORATION, CAPITOL CHRISTIAN MUSIC GROUP, INC., ELEKTRA ENTERTAINMENT GROUP INC., FONOVISA, INC., FUELED BY RAMEN LLC, LAFACE RECORDS LLC, NONESUCH RECORDS INC., RHINO RECORDS, INC., ROC-A-FELLA RECORDS, LLC, TOOTH & NAIL, LLC, ZOMBA RECORDING LLC, PLAINTIFFS, | § § § § § § § § § § § § § § § § § § § § § § § § | |
| V. | § | CAUSE NO. A-17-CV-365-LY |
| GRANDE COMMUNICATIONS NETWORKS LLC, AND PATRIOT MEDIA CONSULTING, LLC, DEFENDANTS. | § § § § § | |

## ORDER

**IT IS HEREBY ORDERED** that all pending and future discovery motions as well as all other nondispositive motions in this case are **REFERRED** to United States Magistrate Judge Andrew Austin for resolution pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

**IT IS FURTHER ORDERED** that all pending and future dispositive motions are **REFERRED** to United States Magistrate Judge Andrew Austin for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of

Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

SIGNED this __17th__ day of September, 2018.

                                                      LEE YEAKEL  
                                                      UNITED STATES DISTRICT JUDGE