EXHIBIT 1

# Michael Carwin

| | |
|---|---|
| **From:** | Michael A. Petrino <MPetrino@steinmitchell.com> |
| **Sent:** | Tuesday, September 04, 2018 3:14 PM |
| **To:** | Richard L. Brophy; Zachary C. Howenstine; Maggie Szewczyk |
| **Cc:** | Jonathan E. Missner; Robert B. Gilmore; Phil O'Beirne; Kevin Attridge |
| **Subject:** | UMG v. Grande: Plaintiffs' Production |

Counsel,

Below please find a link to documents being produced by Plaintiffs in this matter. Access information to follow by separate communication.

| Volume | Begdoc# | Enddoc# |
|---|---|---|
| SME003-02 | SME_00005062 | SME_00005096 |

https://contactdiscovery.sharefile.com/d-sc055f1ba07447e4a

Best,
Mike

**Michael A. Petrino**
**Stein Mitchell Cipollone Beato & Missner LLP**
901 15th Street, NW, Suite 700
Washington DC 20005
**D** 202.601.1604
**C** 202.441.1799
**F** 202.296.8312
mpetrino@steinmitchell.com
www.steinmitchell.com