# EXHIBIT 2

# Maggie Szewczyk

| | |
|---|---|
| **From:** | Kevin Attridge <KAttridge@steinmitchell.com> |
| **Sent:** | Tuesday, September 11, 2018 5:14 PM |
| **To:** | Richard L. Brophy; Zachary C. Howenstine; Maggie Szewczyk |
| **Cc:** | Jonathan E. Missner; Robert B. Gilmore; Phil O'Beirne; Michael A. Petrino |
| **Subject:** | RE: UMG v. Grande:  Plaintiffs' Production |

Counsel,

Below please find a link to a document being produced by Plaintiffs in this matter.  Access information to follow by separate communication.

| Volume | Begdoc# | Enddoc# | Documents | Pages | Natives |
|---|---|---|---|---|---|
| UMG013 | UMG_00021662 | UMG_00021667 | 1 | 6 | 0 |

**DOWNLOAD LINK:**

https://contactdiscovery.sharefile.com/d-s3be0f97c6004d718

Best Regards,
Kevin

**Kevin L. Attridge**
**Stein Mitchell Cipollone Beato & Missner LLP**
901 15th Street, NW Suite 700
Washington DC 20005
**D** 202.661.0907
**C** 240.478.7117
kattridge@steinmitchell.com
www.steinmitchell.com

************************************************************

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee.  It is the property of Stein Mitchell Cipollone Beato & Missner LLP.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by reply or by telephone at (202) 737-7777, and immediately destroy this communication and all copies thereof, including all attachments.
************************************************************