# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> vs. § <br> § <br> GRANDE COMMUNICATIONS § <br> NETWORKS LLC and PATRIOT MEDIA § <br> CONSULTING, LLC., § <br> § <br> Defendants. § | Civil Action No. 1:17-cv-00365 |

## ORDER ON PLAINTIFFS AND NON-PARTY RIGHTSCORP, INC.'S UNOPPOSED SUPPLEMENTAL MOTION FOR LEAVE TO FILE UNDER SEAL

Before the Court is Plaintiffs and Non-Party Rightscorp, Inc.'s Unopposed Supplemental Motion for Leave to File Under Seal ("Unopposed Motion for Leave"). The Court has considered the Unopposed Motion for Leave and finds that the Unopposed Motion for Leave is meritorious and should be granted in its entirety.

**IT IS ORDERED** that the Unopposed Motion for Leave is hereby GRANTED.

The clerk is directed to maintain under seal the following previously-filed exhibits:

### EXHIBITS THAT PLAINTIFFS REQUEST BE MAINTAINED UNDER SEAL

| Description | Dkt. No(s). |
|---|---|
| Expert Report of Barbara Frederiksen-Cross | 130-1   (Sealed Document Ex. 1) <br> 141-1   (Sealed Document Exhibit 1) <br> 173-78 (Sealed Document Ex. H) <br> 177-1   (Sealed Document) |
| Compilation of Plaintiffs' Ownership Documents | 158-2   (Sealed Document Ex. 5) |
| Compilation of Plaintiffs' Ownership Documents | 158-3   (Sealed Document Ex. 11) |
| Expert Report of Geoff Cohen | 144-4   (Sealed Document Ex. 8) |

|  | 147-4   (Sealed Document Ex. 8 Cohen Declaration and Report) |
|---|---|
|  | 177-2   (Sealed Document) |
| Exhibit 3 to A. McMullan Declaration | 173-5   (Sealed Document Ex. A-3a) |
|  | 173-6   (Sealed Document Ex. A-3a2) |
|  | 173-7   (Sealed Document Ex. A-3b) |
|  | 173-8   (Sealed Document Ex. A-3c) |
|  | 173-9   (Sealed Document Ex. A-3d) |
| Exhibit 4 to A. McMullan Declaration | 173-10  (Sealed Document Ex. A-4) |
| Exhibit 5 to A. McMullan Declaration | 173-11  (Sealed Document Ex. A-5) |
| Exhibit 10 to A. McMullan Declaration | 173-16  (Sealed Document Ex. A-10) |
| Exhibit 13 to A. McMullan Declaration | 173-19  (Sealed Document Ex. A-13) |
| Exhibit 15 to A. McMullan Declaration | 173-21  (Sealed Document Ex. A-15) |
| Exhibit 16 to A. McMullan Declaration | 173-22  (Sealed Document Ex. A-16) |
| Exhibit 17 to A. McMullan Declaration | 173-23  (Sealed Document Ex. A-17a) |
|  | 173-24  (Sealed Document Ex. A-17b) |
|  | 173-25  (Sealed Document Ex. A-17c) |
|  | 173-26  (Sealed Document Ex. A-17d) |
| Exhibit 18 to A. McMullan Declaration | 173-27  (Sealed Document Ex. A-18) |
| Exhibit 22 to A. McMullan Declaration | 173-31  (Sealed Document Ex. A-22) |
| Exhibit 23 to A. McMullan Declaration | 173-32  (Sealed Document Ex. A-23) |
| Exhibit 24 to A. McMullan Declaration | 173-33  (Sealed Document Ex. A-24) |
| Exhibit 25 to A. McMullan Declaration | 173-34  (Sealed Document Ex. A-25) |
| Exhibit 28 to A. McMullan Declaration | 173-37  (Sealed Document Ex. A-28a) |
|  | 173-38  (Sealed Document Ex. A-28b) |
|  | 173-39  (Sealed Document Ex. A-28c) |
|  | 173-40  (Sealed Document Ex. A-28d) |
|  | 173-41  (Sealed Document Ex. A-28e) |
|  | 173-42  (Sealed Document Ex. A-28f) |
|  | 173-43  (Sealed Document Ex. A-28g) |
| Exhibit 29 to A. McMullan Declaration | 173-44  (Sealed Document Ex. A-29) |
| Exhibit 5 to W. Leak Declaration | 173-53  (Sealed Document Ex. B5) |
| Exhibit 6 to W. Leak Declaration | 173-54  (Sealed Document Ex. B6) |
| Exhibit 7 to W. Leak Declaration | 173-55  (Sealed Document Ex. B7) |
| Exhibit 10 to W. Leak Declaration | 173-58  (Sealed Document Ex. B10) |
| Exhibit 11 to W. Leak Declaration | 173-59  (Sealed Document Ex. B11) |
| Exhibit 12 to W. Leak Declaration | 173-60  (Sealed Document Ex. B12) |
| Exhibit 13 to W. Leak Declaration | 173-61  (Sealed Document Ex. B13) |
| Exhibit 14 to W. Leak Declaration | 173-62  (Sealed Document Ex. B14) |
| Exhibit 15 to W. Leak Declaration | 173-63  (Sealed Document Ex. B15) |
| Exhibit 16 to W. Leak Declaration | 173-64  (Sealed Document Ex. B16) |
| Exhibit 17 to W. Leak Declaration | 173-65  (Sealed Document Ex. B17a) |
| Exhibit 17 to W. Leak Declaration | 173-66  (Sealed Document Ex. B17b) |
| Exhibit 20 to W. Leak Declaration | 173-69  (Sealed Document Ex. B20) |

4852-6208-1141

| | |
|---|---|
| Exhibit 22 to W. Leak Declaration | 173-71  (Sealed Document Ex. B22) |
| Rebuttal Expert Report of Barbara Frederiksen-Cross | 177-3    (Sealed Document) |
| Expert Report of Barbara Frederiksen-Cross (*Cox*) | 177-4    (Sealed Document) |
| Exhibit 2 to S. Poltorak Declaration | 180-3    (Sealed Document Ex. C-2) |
| Exhibit 3 to S. Poltorak Declaration | 180-4    (Sealed Document Ex. C-3) |
| Exhibit 4 to S. Poltorak Declaration | 180-5    (Sealed Document Ex. C-4) |
| Exhibit 6 to S. Poltorak Declaration | 180-7    (Sealed Document Ex. C-6) |
| Exhibit 8 to S. Poltorak Declaration | 180-9    (Sealed Document Ex. C-8) |
| Exhibit 9 to S. Poltorak Declaration | 180-10  (Sealed Document Ex. C-9a)<br>180-11  (Sealed Document Ex. C-9b) |
| Exhibit 11 to S. Poltorak Declaration | 180-13  (Sealed Document Ex. C-11) |
| Exhibit 12 to S. Poltorak Declaration | 180-14  (Sealed Document Ex. C-12a)<br>180-15  (Sealed Document Ex. C-12b)<br>180-16  (Sealed Document Ex. C-12c) |
| Exhibit 13 to S. Poltorak Declaration | 180-17  (Sealed Document Ex. C-13) |
| Exhibit 14 to S. Poltorak Declaration | 180-18  (Sealed Document Ex. C-14) |
| Exhibit 15 to S. Poltorak Declaration | 180-19  (Sealed Document Ex. C-15) |
| Exhibit 16 to S. Poltorak Declaration | 180-20  (Sealed Document Ex. C-16) |
| Exhibit 17 to S. Poltorak Declaration | 180-21  (Sealed Document Ex. C-17a)<br>180-22  (Sealed Document Ex. C-17b) |
| Exhibit 18 to S. Poltorak Declaration | 180-23  (Sealed Document Ex. C-18) |
| Exhibit 21 to S. Poltorak Declaration | 180-26  (Sealed Document Ex. C-21) |
| Exhibit 22 to S. Poltorak Declaration | 180-27  (Sealed Document Ex. C-22) |
| Exhibit 23 to S. Poltorak Declaration | 180-28  (Sealed Document Ex. C-23a)<br>180-29  (Sealed Document Ex. C-23b) |
| Exhibit 24 to S. Poltorak Declaration | 180-30  (Sealed Document Ex. C-24) |
| Exhibit 25 to S. Poltorak Declaration | 180-31  (Sealed Document Ex. C-25) |

SIGNED this _____ day of October, 2018.

                            ANDREW W. AUSTIN
                            UNITED STATES MAGISTRATE JUDGE

4852-6208-1141