# EXHIBIT 2

1              IN THE UNITED STATES DISTRICT COURT

2              FOR THE WESTERN DISTRICT OF TEXAS

3                      AUSTIN DIVISION

4    UMG RECORDINGS, INC.,    §

5    et al.                   §

6                             §

7    VS.                      §      CIVIL ACTION NUMBER

8                             §      1:17-cv-0365-LY

9    GRANDE COMMUNICATIONS    §

10   NETWORKS LLC and         §

11   PATRIOT MEDIA            §

12   CONSULTING, LLC          §

13

14              30(b)(6) Deposition of

15          Grande Communications Networks LLC

16      By and Through its Designated Representative

17                  RICHARD N. FOGLE

18            And in His Individual Capacity

19                    Austin, Texas

20                    June 28, 2018

21                      2:44 p.m.

22

23   Job No.:  193714

24   Pages:  1 - 228

25   Reported by:  Micheal A. Johnson, RDR, CRR

Transcript of Richard N. Fogle, Designated Representative
Conducted on June 28, 2018                                    192

| | | |
|---|---|---|
| 1 | fighting too much and I said 30,000.  I don't | 18:16:47 |
| 2 | recall sending him quotes.  I'm not sure why he | 18:16:50 |
| 3 | would want to see those. | 18:16:53 |
| 4 | Q.  The links in Google that you sent him were | 18:16:54 |
| 5 | to show him that Grande should delete e-mails in | 18:16:57 |
| 6 | an attempt to avoid the same kind of liability | 18:17:00 |
| 7 | that Cox was found for in the Virginia case, | 18:17:02 |
| 8 | right, sir? | 18:17:05 |
| 9 | A.  No.  It said that our policy has always | 18:17:06 |
| 10 | stated seven years and we were just lax in | 18:17:09 |
| 11 | enforcing it.  We are enforcing it to be in | 18:17:11 |
| 12 | compliance with our policy and by the way, here | 18:17:14 |
| 13 | are some other reasons.  My IT manager said that | 18:17:16 |
| 14 | we need to comply with our policy and it's on its | 18:17:18 |
| 15 | last legs.  I spoke to Bill Davis about that.  He | 18:17:21 |
| 16 | told me the story and I used his story to try to | 18:17:24 |
| 17 | tell Paul that there are other reasons why we want | 18:17:28 |
| 18 | to comply with our policy. | 18:17:31 |
| 19 | Q.  Did you anticipate -- strike that. | 18:17:33 |
| 20 | You knew at this time that Rightscorp had | 18:17:36 |
| 21 | sent hundreds of thousands of notices of | 18:17:38 |
| 22 | infringement to Grande, right? | 18:17:41 |
| 23 | MR. HOWENSTINE:  Objection, lacks | 18:17:43 |
| 24 | foundation. | 18:17:44 |
| 25 | A.  Not to my knowledge. | 18:17:45 |

Transcript of Richard N. Fogle, Designated Representative
Conducted on June 28, 2018                              195

| | | |
|---|---|---|
| 1 | Q.  Your -- | 18:19:36 |
| 2 | A.  Cox -- are you talking about 206? | 18:19:37 |
| 3 | Q.  207. | 18:19:39 |
| 4 | A.  From William -- or to William Davis from | 18:19:40 |
| 5 | me -- | 18:19:43 |
| 6 | Q.  No, 207. | 18:19:43 |
| 7 | A.  207. | 18:19:44 |
| 8 | Q.  Seven months after you received the e-mail | 18:19:46 |
| 9 | 246,000 Rightscorp notices, you wrote Mr. Morgan | 18:19:52 |
| 10 | that the key to Rightscorp winning the judgment is | 18:19:54 |
| 11 | Cox kept e-mail.  Do you see that? | 18:19:58 |
| 12 | A.  Yes. | 18:20:04 |
| 13 | Q.  And this was in an e-mail trying to | 18:20:05 |
| 14 | encourage Mr. Morgan to delete e-mails? | 18:20:07 |
| 15 | MR. HOWENSTINE:  Objection, asked and | 18:20:10 |
| 16 | answered. | 18:20:11 |
| 17 | BY MR. O'BEIRNE: | 18:20:11 |
| 18 | Q.  Right? | 18:20:11 |
| 19 | A.  This was to encourage him to clean up his | 18:20:12 |
| 20 | act, yes. | 18:20:15 |
| 21 | Q.  And by "clean up his act," you mean delete | 18:20:15 |
| 22 | e-mails? | 18:20:18 |
| 23 | A.  To be in compliance with our policy and to | 18:20:18 |
| 24 | stop complaining because we need to cut off the | 18:20:21 |
| 25 | seven year. | 18:20:24 |

Transcript of Richard N. Fogle, Designated Representative
Conducted on June 28, 2018                              196

| | | |
|---|---|---|
| 1 | Q.  To clean up his act, you mean delete | 18:20:25 |
| 2 | e-mails, right? | 18:20:27 |
| 3 | A.  To be in compliance with our seven year | 18:20:28 |
| 4 | and he was -- after this e-mail, he still didn't | 18:20:30 |
| 5 | listen to me. | 18:20:32 |
| 6 | Q.  So you would agree with me you're | 18:20:32 |
| 7 | directing him to delete e-mails here? | 18:20:35 |
| 8 | A.  No.  I told him that he needs to comply | 18:20:36 |
| 9 | with the seven years and stop escalating and be | 18:20:39 |
| 10 | okay with us removing e-mails past seven years as | 18:20:45 |
| 11 | per our policy that we were lax in enforcing. | 18:20:48 |
| 12 | Q.  By removing e-mails past seven years, you | 18:20:51 |
| 13 | mean they're deleted and gone? | 18:20:54 |
| 14 | A.  Yeah.  We have to. | 18:20:55 |
| 15 | Q.  So this is encouraging him to allow the | 18:20:56 |
| 16 | deletion of his e-mails? | 18:20:59 |
| 17 | MR. HOWENSTINE:  Objection, asked and | 18:20:59 |
| 18 | answered. | 18:21:00 |
| 19 | A.  This is encouraging him to go along with | 18:21:02 |
| 20 | it without continuing to escalate and complain and | 18:21:06 |
| 21 | have meetings, yes. | 18:21:10 |
| 22 | BY MR. O'BEIRNE: | 18:21:11 |
| 23 | Q.  You go on to say, "I'm not trying to slow | 18:21:11 |
| 24 | you down or trip you up, just have to balance | 18:21:14 |
| 25 | regulatory, liability and budgetary factors," | 18:21:16 |

Transcript of Richard N. Fogle, Designated Representative
Conducted on June 28, 2018                                    211

| | | |
|---|---|---|
| 1 | MR. O'BEIRNE:  We asked for all relevant | 18:37:38 |
| 2 | communications, and we got e-mails from a variety | 18:37:40 |
| 3 | of sources to include other e-mails of Mr. Fogle's | 18:37:42 |
| 4 | in message form, but not this one. | 18:37:46 |
| 5 | A.  I have no idea. | 18:37:48 |
| 6 | BY MR. O'BEIRNE: | 18:37:49 |
| 7 | Q.  I'm asking you, sir, did you delete this | 18:37:49 |
| 8 | e-mail from your files? | 18:37:51 |
| 9 | A.  No. | 18:37:51 |
| 10 | Q.  Did you delete any e-mails specifically | 18:37:52 |
| 11 | for the purpose of removing incriminating evidence | 18:37:53 |
| 12 | about Grande's actions regarding the DMCA? | 18:37:56 |
| 13 | A.  No. | 18:37:59 |
| 14 | Q.  How can you explain why there are native | 18:38:00 |
| 15 | copies -- dot message file copies of your e-mails, | 18:38:03 |
| 16 | such as, "I'm going to work from home tomorrow," | 18:38:09 |
| 17 | but this one, GRANDE0001, does not appear in your | 18:38:11 |
| 18 | e-mail? | 18:38:14 |
| 19 | A.  I have no idea. | 18:38:14 |
| 20 | MR. HOWENSTINE:  Again, Phil, did you ask | 18:38:18 |
| 21 | us to produce this document in message form? | 18:38:19 |
| 22 | MR. O'BEIRNE:  I'm sorry, I'm conducting | 18:38:22 |
| 23 | the deposition.  If you have an objection to | 18:38:25 |
| 24 | questions, that's fine.  I'm asking the witness if | 18:38:26 |
| 25 | the witness deleted e-mails corresponding to his | 18:38:27 |

Transcript of Richard N. Fogle, Designated Representative
Conducted on June 28, 2018                                   215

| | | |
|---|---|---|
| 1 | to?  That's vague. | 18:41:18 |
| 2 | Q.  I'm asking you a question. | 18:41:20 |
| 3 | A.  Okay. | 18:41:21 |
| 4 | Q.  You can answer it.  You remember, sitting | 18:41:22 |
| 5 | here, conversations you had in August and | 18:41:24 |
| 6 | September about e-mail retention, correct? | 18:41:26 |
| 7 | A.  In 2016? | 18:41:36 |
| 8 | Q.  Yes. | 18:41:37 |
| 9 | A.  Yes. | 18:41:37 |
| 10 | Q.  All right.  And in 2016, at the time you | 18:41:38 |
| 11 | had those conversations, you were concerned that | 18:41:41 |
| 12 | incriminating e-mails regarding Grande's conduct | 18:41:44 |
| 13 | would be discovered in Grande's e-mail files if | 18:41:47 |
| 14 | those e-mail files were subpoenaed in litigation, | 18:41:49 |
| 15 | right? | 18:41:52 |
| 16 | A.  No. | 18:41:53 |
| 17 | MR. HOWENSTINE:  Objection, asked and | 18:41:53 |
| 18 | answered. | 18:41:54 |
| 19 | BY MR. O'BEIRNE: | 18:41:56 |
| 20 | Q.  If you had such a concern and you directed | 18:41:56 |
| 21 | them to be deleted, sir, that would violate this | 18:41:58 |
| 22 | policy, wouldn't it? | 18:42:01 |
| 23 | A.  If I had that concern and I said delete | 18:42:03 |
| 24 | it, that would violate that policy, yes. | 18:42:06 |
| 25 | Q.  Do you continue to believe that e-mail | 18:42:15 |