IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2018 OCT 30  PM 4: 13

| | | |
|---|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, WARNER BROS. RECORDS INC., SONY MUSIC ENTERTAINMENT, ARISTA RECORDS LLC, ARISTA MUSIC, ATLANTIC RECORDING CORPORATION, CAPITOL CHRISTIAN MUSIC GROUP, INC., ELEKTRA ENTERTAINMENT GROUP INC., FONOVISA, INC., FUELED BY RAMEN LLC, LAFACE RECORDS LLC, NONESUCH RECORDS INC., RHINO RECORDS, INC., ROC-A-FELLA RECORDS, LLC, TOOTH & NAIL, LLC, ZOMBA RECORDING LLC, PLAINTIFFS, | § § § § § § § § § § § § § § § § § § § | |
| V. | § § | CAUSE NO. A-17-CV-365-LY |
| GRANDE COMMUNICATIONS NETWORKS LLC, AND PATRIOT MEDIA CONSULTING, LLC, DEFENDANTS. | § § § § § | |

**TRANSFER ORDER**

Before the court is the above-styled and numbered cause.  It appears to the court that the

above-styled and numbered cause should be transferred from the docket of the Honorable Lee

Yeakel, United States District Judge, to the docket of the Honorable David A. Ezra, Senior United

States District Judge, both judges having consented to the transfer.

**IT IS ORDERED** that the above-styled and numbered cause is **TRANSFERRED** to the

docket of the Honorable David A. Ezra, Senior United States District Judge, for all purposes.

Pursuant to the Amended Order Assigning the Business of the Court effective September 18, 2018, the clerk of court shall credit this case to the percentage of business of the receiving Judge.

All current settings remain in effect.

SIGNED this _____ day of October, 2018.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE