UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) No. 1:17-cv-00365-DAE-AWA |
| GRANDE COMMUNICATIONS NETWORKS LLC, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER GRANTING MOTION TO EXCLUDE PROPOSED EXPERT TESTIMONY OF BARBARA FREDERIKSEN-CROSS

Having considered Grande Communications Networks LLC's ("Grande") Motion to Exclude the Proposed Expert Testimony of Barbara Frederiksen-Cross, the Court finds that the Motion should be GRANTED. The Court is of the opinion that Ms. Frederiksen-Cross's proposed expert testimony should be excluded because her opinions are not based upon sufficient facts or data, are not based on reliable application of recognized principles or methods to the facts of the case, and venture outside the areas on which she is entitled to offer expert testimony in view of her qualifications and experience.

So ORDERED this ___ day of _____, 2018.

                                                                    _____
                                                                    ANDREW W. AUSTIN
                                                                    UNITED STATES MAGISTRATE JUDGE

1