UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) No. 1:17-cv-00365-DAE-AWA |
| GRANDE COMMUNICATIONS NETWORKS LLC, | ) ) ) ) |
| Defendant. | ) ) |

### DECLARATION OF RICHARD L. BROPHY IN SUPPORT OF DEFENDANT'S MOTION TO EXCLUDE PROPOSED EXPERT TESTIMONY OF BARBARA FREDERIKSEN-CROSS

I, Richard L. Brophy, declare as follows:

1. I am licensed to practice law in the State of Missouri and am a partner at the law firm of Armstrong Teasdale LLP. I am counsel of record for Defendant, Grande Communications Networks LLC ("Grande") in this suit filed by Plaintiffs UMG Recordings, Inc., et al. ("Plaintiffs"). I have been admitted to practice in the Western District of Texas on a *pro hac vice* basis pursuant to ECF No. 25 entered on May 23, 2017. I submit this declaration in support of Defendant Grande's Motion to Exclude the Proposed Expert Testimony of Barbara Frederiksen-Cross. I have personal knowledge of the facts set forth below and if called upon and sworn as a witness, I could and would competently testify to them.

2. The deposition of Barbara Frederiksen-Cross took place on October 18, 2018. A true and correct copy of excerpts from the transcript of that deposition is marked as Exhibit 1 and is the subject of Grande's contemporaneously-filed Motion for Leave to File under Seal.

I declare under penalty of perjury that the foregoing is true and accurate.

1

2

Executed on November 1, 2018 in St. Louis, Missouri.

/s/     *Richard L. Brophy*
Richard L. Brophy