**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., et al.,     ) | |
|     ) | |
|         Plaintiffs,     ) | |
|     ) | |
| vs.     ) | No.  1:17-cv-00365-DAE-AWA |
|     ) | |
| GRANDE COMMUNICATIONS     ) | |
| NETWORKS LLC,     ) | |
|     ) | |
|         Defendant.     ) | |

## ORDER GRANTING MOTION TO EXCLUDE PROPOSED EXPERT TESTIMONY OF DR. TERRENCE P. MCGARTY

Having considered Grande Communications Networks LLC's ("Grande") Motion to Exclude the Proposed Expert Testimony of Dr. Terrence P. McGarty, the Court finds that the Motion should be GRANTED.  The Court is of the opinion that Dr. McGarty's proposed expert testimony should be excluded because his opinions are not based upon sufficient facts or data, are not based on reliable application of recognized principles or methods to the facts of the case, and venture outside the areas on which he is entitled to offer expert testimony in view of his qualifications and experience.

So ORDERED this ___ day of _____, 2018.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE