United States District Court
Western District of Texas
Austin
**Deficiency Notice**

| | |
|---|---|
| To: | Howenstine, Zachary C. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Friday, November 16, 2018 |
| Re: | 01:17-CV-00365-DAE / Doc # 222 / Filed On: 11/15/2018 06:58 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY.** When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Certificate of service reflects service of document via CM/ECF.  Sealed documents are not served via ECF and requires service to parties via other means.  Please submit an amended certificate of service as a SEPARATE document in pleading format (including case style, case number and proper heading) stating the alternate means of service to parties.  Please DO NOT refile the entire document.