UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al., | ) |
| Plaintiffs, | ) |
| vs. | ) No.  1:17-cv-00365-DAE-AWA |
| GRANDE COMMUNICATIONS NETWORKS LLC, | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 15, 2018, it served via electronic mail to all counsel of record a copy of all documents filed under seal via the Court's CM/ECF system at ECF No. 222.

/s/ *Zachary C. Howenstine*

Richard L. Brophy
Zachary C. Howenstine
Margaret R. Szewczyk
Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone:  314.621.5070
Fax:  314.621.5065
rbrophy@armstrongteasdale.com
zhowenstine@armstrongteasdale.com
mszewczyk@armstrongteasdale.com

Attorneys for Defendant GRANDE COMMUNICATIONS NETWORKS LLC

1