# Exhibit 6

```
 1
 2    UNITED STATES DISTRICT COURT
 3    WESTERN DISTRICT OF TEXAS
 4    AUSTIN DIVISION
 5    ---------------------------------------x
 6    UMG RECORDINGS, INC., et al.,
 7                         Plaintiffs,
 8            -against-
 9    GRANDE COMMUNICATIONS NETWORKS LLC,
10                         Defendant.
11    No.: 1:17-cv-00365-LY
12    ---------------------------------------x
13                 919 Third Avenue
                   New York, New York
14
                   August 30, 2018
15                 9:31 a.m.
16
17           Highly Confidential Videotaped
18    Deposition of a Plaintiff, SONY MUSIC
19    ENTERTAINMENT by DONG LI JANG, pursuant to
20    Notice, before Christine DeRosa, a Notary
21    Public of the State of New York.
22
23
24
25
```

```
 1
 2   A P P E A R A N C E S:
 3   STEIN MITCHELL CIPOLLONE BEATO & MISSNER LLP
 4   Attorneys for Plaintiffs
 5        901 15th Street, NW, Suite 700
 6        Washington, DC 20005
 7   BY:  MICHAEL A. PETRINO, ESQ.
 8
 9   ARMSTRONG TEASDALE LLP
10   Attorneys for Defendant
11        7700 Forsyth Boulevard, Suite 1800
12        St. Louis, Missouri 63105
13   BY:  ZACHARY C. HOWENSTINE, ESQ.
14
15
16   ALSO PRESENT:
17   JOE BARRION, Videographer
18   DAVID JACOBY, In-house counsel,
19             Sony Music Entertainment
20
21
22
23
24
25
```

```
 1
 2   an e-mail where someone else within the
 3   company was asking me, kind of similar to
 4   this, if I knew Rightscorp.
 5        Q.    Because that person had been
 6   approached by Rightscorp?
 7              MR. PETRINO:  Objection; form,
 8        foundation.
 9        A.    Yeah, I can't say for sure if
10   they were approached, but, you know, possibly.
11        Q.    Separate from your discussions
12   with Rightscorp, has your group internally
13   discussed using Rightscorp to send notices on
14   its behalf to ISPs?
15        A.    Other than during that, you know,
16   initial period where we met with Rightscorp,
17   I don't recall conversations in that regard.
18        Q.    Has Rightscorp provided any
19   information to Sony about the functionality of
20   its software, to your knowledge?
21        A.    Possibly in the initial meeting.
22   You know, I can't say for certain, but
23   possibly during that initial meeting, they may
24   have discussed their service offering.
25        Q.    Do you recall any of those
```

```
 1
 2   details?
 3        A.     I do not.
 4        Q.     Are you aware of any documents
 5   still existing within your group that
 6   Rightscorp may have provided to Sony about the
 7   operation of its software?
 8        A.     I'm not aware of any documents.
 9   Yeah, none come to mind unless it was provided
10   in the discovery process, but none comes to
11   mind.
12        Q.     Is it fair to say, as we sit here
13   today, you don't know anything about the
14   technical details about how Rightscorp
15   software functions?
16             MR. PETRINO:  Objection; form.
17        A.     The only extent in which I can
18   describe their technology is what's described
19   in the complaint.  I don't have firsthand
20   knowledge of their technology.
21        Q.     To your knowledge, has Sony
22   conducted any internal analyses or evaluations
23   of how Rightscorp system functions?
24        A.     I'm not aware of any efforts
25   along those lines.
```