# Exhibit 7

DAVID BENJAMIN \*\*HIGHLY CONFIDENTIAL\*\*  8/29/2018

Page 1

```
 1

 2    UNITED STATES DISTRICT COURT

 3    WESTERN DISTRICT OF TEXAS

 4    AUSTIN DIVISION

 5    ---------------------------------------x

 6    UMG RECORDINGS, INC., et al.,

 7                        Plaintiffs,

 8           -against-

 9    GRANDE COMMUNICATIONS NETWORKS LLC,

10                        Defendant.

11    No.: 1:17-cv-00365-LY

12    ---------------------------------------x

13                919 Third Avenue
                  New York, New York
14
                  August 29, 2018
15                9:14 a.m.

16

17           Highly Confidential Videotaped

18    Deposition of a Plaintiff, UNIVERSAL MUSIC

19    GROUP by DAVID BENJAMIN, pursuant to Notice,

20    before Christine DeRosa, a Notary Public of

21    the State of New York.

22

23

24

25
```

```
 1   A P P E A R A N C E S:
 2   STEIN MITCHELL CIPOLLONE BEATO & MISSNER LLP
 3   Attorneys for Plaintiffs
 4         901 15th Street, NW, Suite 700
 5         Washington, DC 20005
 6   BY:   ROBERT B. GILMORE, ESQ.
 7
 8   ARMSTRONG TEASDALE LLP
 9   Attorneys for Defendant
10         7700 Forsyth Boulevard, Suite 1800
11         St. Louis, Missouri 63105
12   BY:   ZACHARY C. HOWENSTINE, ESQ.
13
14
15   ALSO PRESENT:
16   JOE BARRION, Videographer
17   ALASDAIR J. McMULLAN, In-house counsel,
18                     Universal Music Group
19
20
21
22
23
24
25
```

```
 1        A.    It is.
 2        Q.    I'd like to jump up in the chain
 3   a little bit.  There's an e-mail you sent on
 4   November 16, 2011, this is on the first page,
 5   appearing to respond to Mr. Sabec saying,
 6   "Where are you on this?  I assume you are
 7   still working with Hughes on a test of your
 8   ability to track multiple infringements."  Do
 9   you see that?
10        A.    I do.
11        Q.    What was this test for
12   Rightscorp's ability to track multiple
13   infringements?
14        A.    I don't recall.
15        Q.    Do you recall discussing with
16   Rightscorp their ability to track multiple
17   infringements?
18        A.    No.
19        Q.    At any point in time, not just at
20   this point in time?
21        A.    Correct.
22        Q.    Did you ever have any
23   conversations with Mr. Sabec or anyone at
24   Rightscorp about the capabilities of
25
```

```
 1   Rightscorp's detection system, for lack of a
 2   better term?
 3        A.    I don't recall.
 4        Q.    At any point in time?
 5        A.    I don't recall.
 6        Q.    Okay.  You can set that aside.
 7              MR. HOWENSTINE:  This will be
 8        Benjamin Exhibit 4.
 9              (Benjamin Exhibit 4, e-mail
10        correspondence Bates-stamped UMG
11        00012713 through UMG 000127716, marked
12        for identification.)
13        Q.    I'll give you a moment to look
14   that over and then I'll ask you some questions
15   about it.
16              This Exhibit 4 is an e-mail chain
17   that was produced in this case with UMG
18   00012713.  Does this appear to be an e-mail
19   exchange that you participated in?
20        A.    Yes.
21        Q.    Do you recall this particular
22   exchange?
23        A.    I'm reading it.  Other than that,
24   no.
25
```