UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>GRANDE COMMUNICATIONS NETWORKS LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 1:17-cv-00365-DAE-AWA<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING MOTION FOR EVIDENTIARY SANCTIONS
BASED ON SPOLIATION OF RIGHTSCORP EVIDENCE**

Having considered Grande Communications Networks LLC's ("Grande") Motion for Evidentiary Sanctions Based on Spoliation of Rightscorp Evidence, the Court finds that the Motion should be GRANTED and orders that all evidence generated by Rightscorp's system be excluded from trial.

So ORDERED this ___ day of _____, 2019.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE

1