**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>GRANDE COMMUNICATIONS )<br>NETWORKS LLC, )<br>)<br>Defendant. )<br>) | No. 1:17-cv-00365-DAE-AWA |

**DEFENDANT GRANDE COMMUNICATIONS NETWORKS LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR EVIDENTIARY SANCTIONS BASED ON SPOLIATION OF RIGHTSCORP EVIDENCE**

` Defendant Grande Communications Networks LLC ("Grande") hereby moves for a seven-day extension of time to file a reply brief in support of its motion for evidentiary sanctions based on the spoliation of Rightscorp evidence (ECF No. 247).

On January 17, 2019, Plaintiffs filed their opposition to Grande's motion for evidentiary sanctions (ECF No. 253). Grande's reply brief is currently due on January 24, 2019. Grande requests a 7-day extension, through and until January 31, 2019. Plaintiffs do not oppose this extension.

Grande believes that the interests of justice will be served by extending the reply date in order to provide Grande with sufficient time to prepare this brief, particularly in view of the new evidence offered by Plaintiffs in response to Grande's motion. The requested extension is also intended to accommodate certain scheduling constraints faced by Grande's counsel, including Grande's January 23 deadline for its response to Plaintiffs' objections to the Report and Recommendations regarding liability and damages (ECF No. 250) and a previously-scheduled

deposition in another matter on January 25.

     For the foregoing reasons, Grande respectfully requests that the Court grant this Unopposed Motion and extend Grande's deadline for filing a reply brief in support of its motion for sanctions (ECF No. 247) by seven calendar days, through and until January 31, 2019.

Dated:  January 22, 2019

          By: /s/ Zachary C. Howenstine
             Richard L. Brophy
             Zachary C. Howenstine
             Margaret R. Szewczyk
             Armstrong Teasdale LLP
             7700 Forsyth Blvd., Suite 1800
             St. Louis, Missouri 63105
             Telephone:  314.621.5070
             Fax:  314.621.5065
             rbrophy@armstrongteasdale.com
             zhowenstine@armstrongteasdale.com
             mszewczyk@armstrongteasdale.com

             J. Stephen Ravel
             Texas State Bar No. 16584975
             J.R. Johnson
             Texas State Bar No. 24070000
             Diana L. Nichols
             Texas State Bar No. 00784682
             KELLY HART & HALLMAN LLP
             303 Colorado, Suite 2000
             Austin, Texas 78701
             Telephone: 512.495.6429
             Fax: 512.495.6401
             Email: steve.ravel@kellyhart.com
                     jr.johnson@kellyhart.com
                     diana.nichols@kellyhart.com

             Attorneys for Defendant GRANDE
             COMMUNICATIONS NETWORKS LLC

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), this certifies counsel conferred and Plaintiffs' counsel agreed to the relief sought. Accordingly, this motion and the relief requested herein are unopposed.

/s/ Zachary C. Howenstine
Zachary C. Howenstine