UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UMG Recordings, Inc., et al. § <br> vs. § <br> §    NO:  AU:17-CV-00365-DAE <br> Grande Communications Networks § <br> LLC, et al. § | |

### ADVISORY TO THE COURT

The undersigned party in the above-captioned cause elects as follows (please only select one of the following options):

  X    I consent to proceed before a United States Magistrate Judge in accordance with the provisions of 28 U.S.C. § 636, for the sole purpose of conducting the jury selection.

☐    I do not consent to proceed before a United States Magistrate Judge for the sole purpose of conducting jury selection.

| Party or Party Represented | Signature of Party/ Attorney | Date |
|---|---|---|
| Plaintiffs | */s/ Robert B. Gilmore* | May 24, 2019 |
| Defendant | */s/ Richard L. Brophy* | May 24, 2019 |
| | | |