IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> GRANDE COMMUNICATIONS NETWORKS LLC, <br><br> Defendant. | § § § § § § § § § § § § § Civil Action No. 1:17-cv-00365-DAE-AWA |

## PLAINTIFFS' NOTICE

On July 29, 2019, this Court granted Grande's Opposed Motion for Leave (Dkt. No. 281) and entered the supplemental brief attached thereto (as Dkt. No. 284).

Plaintiffs addressed the substance of Grande's supplemental brief in Plaintiffs' Opposition to the Motion for Leave (Dkt. No. 283) and rest on those arguments, which are incorporated by reference here. Grande's Motion for Evidentiary Sanctions (Dkt. No. 247) is meritless and should be denied.

Dated: August 6, 2019

Respectfully submitted,

By: */s/ Robert B. Gilmore*
Jonathan E. Missner (admitted *pro hac vice*)
Robert B. Gilmore (admitted *pro hac vice*)
Philip J. O'Beirne (admitted *pro hac vice*)
Michael A. Petrino (admitted *pro hac vice*)
**Stein Mitchell Beato & Missner LLP**
901 15th Street, N.W., Suite 700
Washington, DC 20005
Telephone: (202) 737-7777
Facsimile: (202) 296-8312
jmissner@steinmitchell.com
rgilmore@steinmitchell.com
pobeirne@steinmitchell.com
mpetrino@steinmitchell.com

1

Daniel C. Bitting (State Bar No. 02362480)
Paige A. Amstutz (State Bar No. 00796136)
**Scott Douglass & McConnico LLP**
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399
dbitting@scottdoug.com
pamstutz@scottdoug.com

***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that on August 6, 2019, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(b)(1).

               */s/ Daniel C. Bitting*
               Daniel C. Bitting