# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, | § |
| Plaintiffs, | § § § |
| vs. | § § Civil Action No. 1:17-cv-00365-DAE-AWA |
| GRANDE COMMUNICATIONS NETWORKS LLC, | § § § |
| Defendant. | § § |

## ORDER OVERRULING DEFENDANT GRANDE COMMUNICATIONS NETWORKS, LLC'S OBJECTIONS TO THE MAGISTRATE JUDGE'S ORDER DENYING MOTION FOR EVIDENTIARY SANCTIONS

BEFORE THE COURT are Defendant Grande Communications Networks LLC's Objections to the Magistrate Judge's Order Denying Motion for Evidentiary Sanctions (Dkt. No. 290) (the "Objections"). Having considered the Objections and Plaintiffs' Opposition to the Objections filed on October 25, 2019, the Court finds the Objections are without merit and should be OVERRULED.

IT IS, THEREFORE, ORDERED that Defendant Grande Communications Networks LLC's Objections to the Magistrate Judge's Order Denying Motion for Evidentiary Sanctions (Dkt. No. 290) are hereby OVERRULED.

SIGNED on this _____ day of _____, 2019.

_____
DAVID EZRA
UNITED STATES DISTRICT JUDGE