IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UMG RECORDINGS, INC., et al., | § § § | |
| V. | § § | CAUSE NO. A-17-CA-365-DAE |
| GRANDE COMMUNICATIONS NETWORKS, LLC | § § § | |

### ORDER SETTING JURY SELECTION AND TELEPHONE CONFERENCE

Pursuant to the District Judge's Order setting this matter for trial to begin on **Tuesday, February 25, 2020**, and referring this matter for jury selection, the undersigned hereby **SETS** this matter for jury selection at **9:30 a.m. on Monday, February 24, 2020**, in Courtroom Three on the fourth floor of the Federal Courthouse located at 501 W. 5th Street, Austin, Texas 78701.

Furthermore, to address the undersigned's jury selection process, the Parties are **ORDERED** to appear for a telephone conference on **Friday, February 21, 2020, at 11:00 a.m.** The parties are instructed to call (866) 390-1828 with access code 6054147 on the designated date and time.

SIGNED this 17th day of January, 2020.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE