EXHIBIT 3

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| UMG RECORDINGS, INC., et al., | ) |
|---|---|
| Plaintiffs, | ) |
| vs. | ) No. 1:17-cv-00365-DAE |
| GRANDE COMMUNICATIONS NETWORKS LLC, | ) |
| Defendant. | ) |

### DEFENDANT GRANDE COMMUNICATIONS NETWORKS LLC'S
### TRIAL EXHIBIT LIST

Defendant Grande Communications Networks, LLC submits the following Trial Exhibit List pursuant to Local Rule CV-16(e) and the Court's Order Setting Jury Selection/Trial and Related Deadlines (ECF No. 275).

| Def.'s Trial Exhibit | Description | Bates Number | Dep. Exhibit (in absence of bates label) | Expects to Offer | May Offer |
|---|---|---|---|---|---|
| 1 | Grande Internet Acceptable Use Policy | | PX103 | | X |
| 2 | Email string from G. Boswell to R. Wachunas. Subject: RE: Dmca emails. | RIGHTSCORP00005698–RIGHTSCORP00005701 | | | X |
| 3 | Email string from G. Boswell to R. Wachunas. Subject: RE: Dmca emails. | RIGHTSCORP00005708–RIGHTSCORP00005711 | | | X |
| 4 | Email from info@rightscorp.com to legaldepartment@rightscorp.com. Subject: Rightscorp, Inc. - Contact Inquiry. | RIGHTSCORP00005786–RIGHTSCORP00005786 | | | X |

| Def.'s Trial Exhibit | Description | Bates Number | Dep. Exhibit (in absence of bates label) | Expects to Offer | May Offer |
|---|---|---|---|---|---|
| 5 | Email string from R. Steele to T. Fisher.  Subject:  FW:  [AB-C194663V] Unauthorized Use of Copyrights RE:  TC-624ee538-0a0e-42429d9d-815549b827b7. | RIGHTSCORP00006320– RIGHTSCORP00006323 | | | X |
| 6 | Email from DMCA@DigitalRightsCorp.com to abuse@mygrande.com.  Subject:  Unauthorized Use of Copyrights RE:  TC-1c936d2d-f426-4c20-b32b-8c9022a21830 | | Boswell 8/2018 Ex. 5 | | X |
| 7 | Email from DMCA@DigitalRightsCorp.com to abuse@mygrande.com.  Subject:  Unauthorized Use of Copyrights RE:  TC-1bb2382f-c908-4c16-ae24-1fd950181ac7 | | Boswell 8/2018 Ex. 6 | | X |
| 8 | Email from DMCA@DigitalRightsCorp.com to abuse@mygrande.com.  Subject:  Unauthorized Use of Copyrights RE:  TC-0z7c08a8-36db-4ca5-84b9-c823e1524caf | | Boswell 8/2018 Ex. 7 | | X |
| 9 | Email string from coxresponse@DigitalRightsCorp.com to abuse@cox.net.  Subject:  Unauthorized Use of Copyrights Re:  TC-3dc7c8c8-f7bd-4dfd-b4f6-4b00cdff49ca | | Boswell 8/2018 Ex. 8 | | X |
| 10 | Email from R. Steele to G. Boswell.  Subject:  Any John Denver tracks need to be immediately removed | BMG_GRANDE00000183 – BMG_GRANDE00000183 | | X | |
| 11 | Excerpts of Greg Boswell 30(b)(6) Deposition taken July 3, 2015 in BMG et al. v. Cox Enterprises, Inc. et al. | BMG_GRANDE00000001 | | | X |
| 12 | Excerpts of BMG Rights Management (US) LLC, et al. v. Cox Enterprises, Inc. et al. trial transcript | | Boswell 6/2019 Ex. 3 | | X |

2

| Def.'s Trial Exhibit | Description | Bates Number | Dep. Exhibit (in absence of bates label) | Expects to Offer | May Offer |
|---|---|---|---|---|---|
| 13 | Email from DMCA@DigitalRightsCorp.com to legal@grandecom.com.  Subject:  Unauthorized Use of Copyrights RE:  TC-d8901c92-f741-4eb2-9011-f15bcf522cf8 | | Boswell 6/2019 Ex. 4 | | |
| 14 | Digital Rights Proposal Response to Request for Proposal/Request for Quote for Scanning, Evidence Management and Related Support for Corporate Infringement Program.  V0.1 September 28, 2011.  Proposal Date:  October 12, 2011 | RIAA_00059923– RIAA_00059955 | | X | |
| 15 | Correspondence from Digital Rights to RIAA and MPAA, subject Copyright Alert System Monitoring - Response to Request for Proposal.  Request for Proposal/Request for Quote for Peer to Peer Scanning, Evidence Management and Generation of Copyright Infringement Reports for the United States dated August 12, 2011. | RIAA_00060082– RIAA_00060139 | | X | |
| 16 | UMG Repeat Infringer Notice and Monitoring Project Proposal | RIAA_00059957– RIAA_00059970 | | | |
| 17 | DRC RIAA Technology Review | RIAA_00060010– RIAA_00060060 | | | |
| 18 | Joined Infractions Grande P2P Sample a/k/a 2019.02.19 Grande Samples Data.xlsx | | Boswell 6/2019 Ex. 9 | | X |
| 19 | Rightscorp Source Code Production | | | X | |
| 20 | Outputs from Rightscorp Revision Control System | RC-D004 | | X | |
| 21 | Email string from D. Benjamin to C. Sabec.  Subject:  Re:  DigitalRights | UMG_00012651– UMG_00012653 | | | X |
| 22 | Email string from D. Benjamin to D. Kokakis.  Subject:  Re:  Digital Rights (torrent sites / ISPs) | UMG_00012713– UMG_00012716 | | | X |
| 23 | Email string from D. Benjamin to M. Rothman.  Subject:  Re:  DigitalRights | UMG_00012636– UMG_00012636 | | | X |

3

| Def.'s Trial Exhibit | Description | Bates Number | Dep. Exhibit (in absence of bates label) | Expects to Offer | May Offer |
|---|---|---|---|---|---|
| 24 | UMG Repeat Infringer Notice and Monitoring Project Proposal | UMG_00012637– UMG_00012650 | | | X |
| 25 | Email string from D. Kokakis to M. Sammis | UMG_00007020– UMG_00007021 | | | X |
| 26 | Email string from D. Benjamin to A. Kautz | UMG_00006957 | | | X |
| 27 | Invoices to Grande from CSG Systems, Inc. | | Cruse Ex. 2 | | X |
| 28 | Invoices to Grande from CSG Systems, Inc. | | Cruse Ex. 3 | | X |
| 29 | Email string from M. Pinto to J. Cruse.  Subject: FW:  Letter ids. | | Cruse Ex. 8 | | X |
| 30 | Declaration of Gregory Boswell 1.17.19 (ECF No. 173-79) | | | | X |
| 31 | Email string from C. Hangey to B. Beck.  Subject: Re: Re: Fraudulent Notices being Received by Cox Customers | COX0008– COX0016 | | | X |
| 32 | Email string from B. Beck to S. Boggs, K. Weathersby, L. Trickey, B. Cox, J. Spalding.  Subject:  Re Re FW new variant, from copyright@arpanet-ip.com - Re [Fwd Re Fraudulent Notices being Received by Cox Customers] | COX0067– COX0073 | | | X |
| 33 | Email from B. Cox to K. Keever.  Subject: Privileged & Confidential Attorney-Client Communications - Draft Alert to Executive Team | COX0181 | | | X |
| 34 | Email string from L. Trickey to S. Tanke, B. Beck, B. Cox.  Subject:  Re;  Re: ip-echelon report fraudulent website links. | COX0047– COX0049 | | | X |
| 35 | Email string from L. Trickey to B. Cox.  Subject: Re Re Inquiry:  DMCA Phishing Scam | COX0110– COX0111 | | | X |
| 36 | Email string from K. Weathersby to S. Boggs, B. Cox, M. Morris, L. Trickey, S. Allen-Wang.  Subject:  Re Re Inquiry DMCA Phishing Scam | COX0137– COX0140 | | | X |

4

| Def.'s Trial Exhibit | Description | Bates Number | Dep. Exhibit (in absence of bates label) | Expects to Offer | May Offer |
|---|---|---|---|---|---|
| 37 | Email string from B. Cox to T. Williams.  Subject:  Re Re Inquiry:  DMCA Phishing Scam - Privileged & Confidential Attorney-Client Communication | COX0457– COX0463 | | | X |
| 38 | Email string from B. Beck to L. Trickey, B. Cox, M. Morris, J. Spalding, T. Williams, K. Weathersby, S. Boggs, S. Allen-Wang, J. Slick, S. Tanke.  Subject:  Re Re Inquiry DMCA Phishing Scam | COX0337– COX0345 | | | X |
| 39 | Email from B. Beck to L. Trickey.  Subject:  Privileged Confidential - most recent IP-Echelon issues | COX0582– COX0583 | | | X |
| 40 | Email string from Cox Customer Safety to help@ip-echelon.com.  Subject:  Re Re [6.28.2016 32407747] Notice of Claimed Infringement from 98.182.54.15 at 2016-06-27T00: 54:54Z - Ref. 507669320 | COX0001– COX0007 | | | X |
| 41 | Email from T. Williams to HRD-.TOC, R. Schubert, M. Fedorko, W. Woodward, K. Brown, N. Pulley, CCI - Abuse Las Vegas, F. Kayoka, A. Roy,  S. SVS, P. Kumar, S. Ali, N. Satti, M. Patnayakuni, Y. Kasarabada, S. Onteddu, R. Appam.  Subject:  Identification information for Fraudulent DMCA complaints | COX0477– COX0478 | | | X |
| 42 | Email from B. Beck to S. Boggs, K. Weathersby, L. Trickey, B. Cox, J. Spalding.  Subject:  4th recent variant, from copyright@dmca.report - Re: [Fwd: Re: Fraudulent Notices being Received by Cox Customers] | COX0050– COX0053 | | | X |
| 43 | Warner Songs Spreadsheet | | Flott Ex. 2 | | X |

5

| Def.'s Trial Exhibit | Description | Bates Number | Dep. Exhibit (in absence of bates label) | Expects to Offer | May Offer |
|---|---|---|---|---|---|
| 44 | Email from H. Singer to H. Singer.  Subject: Rightscorp's terrifying extortion script is breathtaking in its sleaze | WBR_00003457 | | X | |
| 45 | Email from D. Jang to M. Johnson.  Subject: RE: Rightscorp | SME_00003165 | | X | |
| 46 | Email string from M. Piibe to J. Finley.  Subject: Re:  Copyright - Rightscorp | SME_00003177–SME_00003183 | | X | |
| 47 | Email string from J. Mason to D. Jang.  Subject: Re MUSO | SME_00002868–SME_00002870 | | | X |
| 48 | Sony Songs Spreadsheet | | Leak Ex. 3 | | X |
| 49 | Sample Rightscorp Notices | | Leak Ex. 6 | | X |
| 50 | Email from D. Kokakis to D. Benjamin.  Subject: Digital Rights (torrent sites / ISPs) | UMG_00012695–UMG_00012697 | | | X |
| 51 | Email from D. Benjamin to B. Buckles.  Subject: Canadian Govt. Outlaws Bogus Piracy Notices | UMG_00003701–UMG_00003702 | | | X |
| 52 | Letter from R. Steele of RightsCorp to J. Holanda, J. Kramp, P. Murphy of Grande Communications | GRANDE1435465–GRANDE1435470 | | | X |
| 53 | Presentation:  DigitalRights - Monetization of Copyrighted Intellectual Property, January 2013 | | Sabec Ex. 4 | | X |
| 54 | DigitalRights Notice and Settlement Program for Universal Music Publishing Legal Positions, March 2012 | UMG_00012753–UMG_00012774 | | | X |
| 55 | Presentation:  DigitalRights - New Anti-Piracy Technologies and Business Models for Sony Pictures | | Sabec Ex. 6 | | X |
| 56 | "Rightscorp finished Sept 2017 with $3,147 in the bank, warns investors it will likely have to shut down without more cash"; BoingBoing.net, 2017/11/26/circling-the-drain.html | | Sabec Ex. 7 | | X |

6

| Def.'s Trial Exhibit | Description | Bates Number | Dep. Exhibit (in absence of bates label) | Expects to Offer | May Offer |
|---|---|---|---|---|---|
| 57 | "Rightscorp's terrifying extortion script is breathtaking in its sleaze"; BoingBoing.net | | Sabec Ex. 8 | | X |
| 58 | Script / Flow Chart | BMG-GRANDE000000968–BMG-GRANDE000000972 | | | X |
| 59 | Rightscorp Call Center Script, 10-23-14, Rev. G. 3 | RIGHTSCORP00005717–RIGHTSCORP00005746 | | | X |
| 60 | RightScorp Oct. 2016 thru March 2018. Spreadsheet of debit amounts | RIAA_00059813–RIAA_00059813 | | | X |
| 61 | Email from C. Sabec to S. Marks.  Subject: Rightscorp's Solution for the RIAA | RIAA_00059874–RIAA_00059874 | | | X |
| 62 | Letter from C. Sabec of Rightscorp to S. Marks of Recording Industry Association of America | RIAA_00059875–RIAA_00059876 | | | X |
| 63 | Email from C. Sabec to S. Marks.  Subject:  Re: Rightscorp's Solution for the RIAA | RIAA_00059827–RIAA_00059827 | | | X |
| 64 | Rightscorp presentation.  Protecting the Arts.  Restoring Growth.  Rightscorp's Solution for the RIAA - Overview | RIAA_00059828–RIAA_00059839 | | | X |
| 65 | Rightscorp presentation.  Protecting the Arts.  Restoring Growth.  Rightscorp's Solution for the RIAA - Technical Briefing | RIAA_00059841–RIAA_00059872 | | | X |
| 66 | Litigation Support and Consulting Agreement between Recording Industry Association of America and Rightscorp, Inc. | RIAA_00059818–RIAA_00059826 | | | X |

| Def.'s Trial Exhibit | Description | Bates Number | Dep. Exhibit (in absence of bates label) | Expects to Offer | May Offer |
|---|---|---|---|---|---|
| 67 | Master Agreement between DtecNet Inc. and Recording Industry Association of America Inc., effective December 20, 2011.  Statement of Work No. 2 between MarkMonitor and Recording Industry Association of America, Inc. dated March 30, 2015, with attachments | MM000001– MM000031 | | | X |
| 68 | Statement of Work between MarkMonitor Inc. and the Recording Industry Association of America, executed March 22, 2013, with attachments | MM000032– MM000065 | | | X |
| 69 | Email string from H. Singer to V. Sheckler, C. Horton, D. Jang.  Subject:  Re: follow-up | WBR_00003394– WBR_00003399 | | | X |
| 70 | "A Farewell to Kings" by Rush | UMG_00000601 - UMG_00000602 | | | X |
| 71 | "Angel" by Aerosmith | UMG_00000035 – UMG_00000036 | | | X |
| 72 | "House of Balloons / Glass Table Girls" by the Weeknd | UMG_00000744 | | | X |
| 73 | Associated with registration number PA0001678112 | SME_00000003 - SME_00000004 | | | X |
| 74 | Evidence of Merger between Zomba Recording LLC and Zomba Recording Corporation | SME00001755 | | | X |
| 75 | Mariah Carey Songs | UMG_00005437 - UMG_00005438 | | | X |
| 76 | Unique secondary IDS - 2bb622bb-9b8f-44cc-a66c-8e12e8c39b9e and bff38a49-e2bd-40e6-ab7e-0958464ab721 | RC-D_01383209 – RC-D_01383210 | | | X |
| 77 | Grande Residential Subscriber Data | GRANDE2551606 | | | X |
| 78 | Grande Residential Customer Acquisition Expense Analysis report (2017-2018) | GRANDE2551619- GRANDE2551667 | | | X |

| Def.'s Trial Exhibit | Description | Bates Number | Dep. Exhibit (in absence of bates label) | Expects to Offer | May Offer |
|---|---|---|---|---|---|
| 79 | IRU Agreement between Grande Communications Networks, LLC and NextEra FiberNet, LLC dated February 28, 2011 | GRANDE2551668-GRANDE2551738 | | | X |
| 80 | Grande Employee Compensation Report | GRANDE2551739 | | | X |
| 81 | RCN CapEx 2018 Forecast financial report | GRANDE2551740-GRANDE2551744 | | | X |
| 82 | Grande and FPL Fibernet (Crown Castle) Capacity IRU details | GRANDE2551745 | | | X |
| 83 | Texas IRU and Purchase Option Agreement between Grande Communications Networks, LLC and NextEra FiberNet, LLC dated February 28, 2011 | GRANDE2551746-GRANDE2551789 | | | X |
| 84 | Copyright registration for "Aquemini," SR 264-091 | SME_00000074-SME_00000075 | | | X |
| 85 | Copyright registration for "Paul's Boutique," SR 154-347 | UMG_00000080-UMG_00000081 | | | X |
| 86 | October 11, 2011 Email string from R. Steele to J. Pariser, cc: C. Sabec.  Subject:  RE: RFP attached. | RIAA_00059922 | | | X |
| 87 | November 16, 2011 Email from C. Sabec to D. Benjamin, cc: C. Castle, R. Steele, D. Hughes.  Subject:  Re: DigitalRights. | RIAA_00059956 | | | X |
| 88 | November 16, 2011 email string from C. Sabec to D. Benjamin, cc: C. Castle, R. Steele, D. Hughes.  Subject:  Re: DigitalRights | RIAA_00059971-RIAA_00059973 | | | X |
| 89 | November 16, 2011 Email from C. Sabec to D. Hughes, cc: R. Steele.  Subject:  Draft Proposal for UMG. | RIAA_00059974 | | | X |

| Def.'s Trial Exhibit | Description | Bates Number | Dep. Exhibit (in absence of bates label) | Expects to Offer | May Offer |
|---|---|---|---|---|---|
| 90 | UMG Repeat Infringer Notice and Monitoring Project Proposal Rev. 3 (Attachment to RIAA_00059974) | RIAA_00059975-RIAA_00059988 | | | X |
| 91 | Contact information for Christopher Sabec | RIAA_00059989 | | | X |
| 92 | September 26, 2011 email from R. Steele to D. Hughes.  Subject:  Non-CAS Pilot Program. | RIAA_00059990 | | | X |
| 93 | DigitalRights Settlement Model Pilot Project Proposal | RIAA_00059991-RIAA_00059996 | | | X |
| 94 | DRC ISP Pilot List (3).xlsx | RIAA_00059997 | | | X |
| 95 | September 21, 2011 Email from R. Steele to D. Hughes, cc: C. Sabec, C. Harmon.  Subject:  Revised Document | RIAA_00059998 | | | X |
| 96 | Digital Rights and RIAA Test Scope of Work (Attachment to RIAA_00059998) | RIAA_00059999-RIAA_00060000 | | | X |
| 97 | September 20, 2011 from R. Steele to D. Hughes, cc: C. Sabec.  Subject:  RIAA Test Scope. | RIAA_00060001 | | | X |
| 98 | RIAA Test Scope of Work | RIAA_00060002-RIAA_00060005 | | | X |
| 99 | July 21, 2011 email from R. Steele to D. Hughes.  Subject:  initial draft. | RIAA_00060006 | | | X |
| 100 | DigitalRights (DRC) Capabilities Summary draft. | RIAA_00060007-RIAA_00060008 | | | X |
| 101 | July 20, 2011 email from R. Steele to D. Hughes, cc: S. Marks, C. Harmon.  Subject:  DRC Tech Briefing. | RIAA_00060009 | | | X |
| 102 | Copyrights Spreadsheet | RIAA_00060062 | | | X |
| 103 | July 21, 2011 Email from C. Harmon to S. Marks, cc: C. Sabec, R. Steele.  Subject:  RE: NDA. | RIAA_00060063 | | | X |

| Def.'s Trial Exhibit | Description | Bates Number | Dep. Exhibit (in absence of bates label) | Expects to Offer | May Offer |
|---|---|---|---|---|---|
| 104 | July 19, 2011 letter of agreement sent to Recording Industry Association of America from DigitalRights regarding DigitalRights/Settlement of Infringement Claims Against Corporations. (Unexecuted) | RIAA_00060065-RIAA_00060071 | | | X |
| 105 | June 27, 2011 email string from C. Sabec to C. Harmon, cc: S. Marks, R. Steele.  Subject: Re: Digital Rights Corp – RIAA Meeting. | RIAA_00060072-RIAA_00060076 | | | X |
| 106 | Mutual Confidentiality and Non-Disclosure Agreement between Rightscorp, Inc. and RIAA dated June 27, 2011. | RIAA_00060077-RIAA_00060080 | | | X |
| 107 | August 26, 2011 Email from C. Sabec to M. Grant, V. Sheckler, cc: R. Steele.  Subject:  Re: CONFIDENTIAL:  RFP/RFQ for a Program in the US (DigitalRights Reponse) | RIAA_00060081 | | | X |
| 108 | July 20, 2011 Email from R. Steele to D. Hughes, cc: S. Marks, C. Harmon.  Subject:  DRC Tech Briefing Full | RIAA_00060141 | | | X |
| 109 | DRC-RIAA Technology Review presentation. | RIAA_00060142-RIAA_00060195 | | | X |
| 110 | Copyrights Spreadsheet | RIAA_00060196 | | | X |
| 111 | Letters Spreadsheet | GRANDE2542672– | | | X |
| 112 | CSG Ticket Spreadsheet | GRANDE0000199 | | | X |
| 113 | CSG Ticket Spreadsheet | GRANDE0000200 | | | X |
| 114 | CSG Letter Templates | GRANDE1438545–GRANDE1438548 | | | X |
| 115 | Sony Plaintiffs' Responses to First Interrogatories 11.3.2017 | | | | X |
| 116 | Sony Plaintiffs' Responses to Second Interrogatories 4.12.2018 | | | | X |

| Def.'s Trial Exhibit | Description | Bates Number | Dep. Exhibit (in absence of bates label) | Expects to Offer | May Offer |
|---|---|---|---|---|---|
| 117 | Sony Plaintiffs' Responses to Third Interrogatories 6.6.2018 | | | | X |
| 118 | Sony Plaintiffs' Responses to First Requests for Admissions 6.6.2018 | | | | X |
| 119 | Universal Plaintiffs' Responses to First Interrogatories 11.3.2017 | | | | X |
| 120 | Universal Plaintiffs' Responses to Second Interrogatories 4.12.2018 | | | | X |
| 121 | Universal Plaintiffs' Responses to Third Interrogatories 6.6.2018 | | | | X |
| 122 | Universal Plaintiffs' Responses to First Requests for Admissions 6.6.2018 | | | | X |
| 123 | Warner Plaintiffs' Responses to First Interrogatories 11.3.2017 | | | | X |
| 124 | Warner Plaintiffs' Responses to Second Interrogatories 4.12.2018 | | | | X |
| 125 | Warner Plaintiffs' Responses to Third Interrogatories 6.6.2018 | | | | X |
| 126 | Warner Plaintiffs' Responses to First Requests for Admissions 6.6.2018 | | | | X |
| 127 | Cohen Expert Report Exhibit 3 | | | X | |
| 128 | Boswell Cox Deposition Transcript | | | | X |
| 129 | http://www.bittorrent.org/beps/bep_0003.html | | | | X |
| 130 | https://wiki.theory.org/index.php/BitTorrentSpecification | | | | X |
| 131 | Song Files Downloaded by Dr. Cohen as referenced in his Supplemental Report at Para. 118 | | | | X |
| 132 | Kemmerer Exhibit JEK-1 | | | | X |
| 133 | Kemmerer Exhibit JEK-2 | | | | X |
| 134 | Kemmerer Exhibit JEK-3 | | | | X |

| Def.'s Trial Exhibit | Description | Bates Number | Dep. Exhibit (in absence of bates label) | Expects to Offer | May Offer |
|---|---|---|---|---|---|
| 135 | Kemmerer Exhibit JEK-4 | | | | X |
| 136 | Kemmerer Exhibit JEK-5 | | | | X |
| 137 | Kemmerer Exhibit JEK-6 | | | | X |
| 138 | Kemmerer Exhibit JEK-7 | | | | X |
| 139 | Kemmerer Exhibit JEK-8 | | | | X |
| 140 | Kemmerer Exhibit JEK-9 | | | | X |
| 141 | Kemmerer Exhibit JEK-10 | | | | X |
| 142 | Kemmerer Exhibit JEK-11 | | | | X |
| 143 | Kemmerer Exhibit JEK-12 | | | | X |
| 144 | Kemmerer Exhibit JEK-13 | | | | X |
| 145 | Kemmerer Exhibit JEK-14-SUPP | | | | X |
| 146 | Kemmerer Exhibit JEK-15-SUPP | | | | X |
| 147 | Kemmerer Exhibit JEK-16-SUPP | | | | X |
| 148 | Kemmerer Exhibit JEK-16A-SUPP | | | | X |
| 149 | Kemmerer Exhibit JEK-16B-SUPP | | | | X |
| 150 | Kemmerer Exhibit JEK-17-SUPP | | | | X |
| 151 | Kemmerer Exhibit JEK-18-SUPP | | | | X |
| 152 | Kemmerer Exhibit JEK-18A-SUPP | | | | X |
| 153 | Kemmerer Exhibit JEK-18B-SUPP | | | | X |
| 154 | Kemmerer Exhibit JEK-19-SUPP | | | | X |
| 155 | Email string from H. Singer to W. Rosso.  Subject: RE | WBR_00002469-WBR-_00002470 | | | X |

13

Dated:  January 28, 2020

By: /s/ *Richard L Brophy*
Richard L. Brophy
Zachary C. Howenstine
Margaret R. Szewczyk
Abigail L. Twenter
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone:  314.621.5070
Fax:  314.621.5065
rbrophy@armstrongteasdale.com
zhowenstine@armstrongteasdale.com
mszewczyk@armstrongteasdale.com
atwenter@armstrongteasdale.com

J. Stephen Ravel
Texas State Bar No. 16584975
J.R. Johnson
Texas State Bar No. 24070000
Diana L. Nichols
Texas State Bar No. 00784682
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Telephone: 512.495.6429
Fax: 512.495.6401
Email: steve.ravel@kellyhart.com
          jr.johnson@kellyhart.com
          diana.nichols@kellyhart.com

ATTORNEYS FOR DEFENDANT

14

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 28, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(b)(1).

/s/ *Richard Brophy*
Richard L. Brophy