# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| UMG RECORDINGS, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No.  1:17-cv-00365-DAE-AWA |
| | ) | |
| GRANDE COMMUNICATIONS | ) | |
| NETWORKS LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFFS' OBJECTIONS AND COUNTER-DESIGNATIONS TO DEFENDANT GRANDE COMMUNICATIONS NETWORKS LLC'S DEPOSITION DESIGNATIONS

Plaintiffs submit the following Objections and Counter-Designations to Defendant Grande Communications Networks, LLC's Deposition Designations pursuant to the Court's Order Setting Jury Selection/Trial and Related Deadlines (ECF No. 275).  Plaintiffs reserve the right to amend these objections and counter-designations, and to interpose additional objections and counter-designations, based on evidence or arguments that Grande presents or attempts to present at trial.

| Code | Objection |
|---|---|
| A | Argumentative |
| ATTY | Attorney objections/colloquy not removed |
| AA | Asked and answered/duplicative |
| BER | Best Evidence Rule |
| C | Compound |
| CC | Calls for conclusion |
| D | Designation incomplete; incomprehensible |
| IH | Improper hypothetical |
| SM | Subject to a pending/forthcoming motion |
| M | Misstates prior testimony |
| NR | Non-responsive |
| O | Overbroad |
| V | Vague and ambiguous |
| 30(b)(6) | Outside the scope of the Fed. R. Civ. Proc. 30(b)(6) deposition topics for which witness was designated |
| 103 | Assumes facts not in evidence |
| 104 | Lacks foundation |

| | |
|---|---|
| 402 | Not relevant |
| 403 | Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. |
| 408 | Settlement Negotiations |
| 501 | Privilege |
| 602 | Calls for speculation; speculative |
| 611c | Leading |
| 701 | Improper opinion by lay witness |
| 702 | Improper opinion by expert |
| 802 | Hearsay |
| 901 | Not properly authenticated |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| **Benjamin, David 08.29.2018** | 4:2 - 4:10 | | |
| | 4:17 - 4:22 | | |
| | 14:17 - 14:19 | | |
| | 16:11 - 17:7 | | 17:14-17:17 |
| | | | 17:23-20:10 |
| | | | 21:23-23:25 |
| | | | 24:3-9 |
| | | | 24:12-25:4 |
| | | | 25:6-27:16 |
| | 27:17 - 29:12 | SM, 402, 403 | |
| | 29:14 - 29:20 | SM, 402, 403 | |
| | 33:3 - 34:8 | SM, 402, 403 | |
| | 34:10 - 34:23 | SM, 402, 403 | |
| | 35:1 - 35:18 | SM, 402, 403 | |
| | 37:1 - 37:9 | 37:1-3—402, 403 | |
| | 37:12 - 37:14 | | |
| | 37:16 - 38:4 | | |
| | 38:11 - 38:13 | Ex. Benjamin 3 (DX 21)— 403, 802, SM | |
| | 39:6 - 39:16 | | 39:17-20 |
| | 41:2 - 42:5 | | |
| | 42:16 - 43:13 | 104, 602, 30b6, SM Ex. Benjamin 4 (DX 22)— 403, 802, SM | 43:14-15 |
| | 43:16 - 43:18 | 104, 602, 30b6, SM | 43:19-21 |
| | 43:23 - 44:7 | 104, 602, 30b6, SM | 44:8-10 |
| | 44:12 - 45:20 | 104, 602, 30b6, SM | 45:21-23 |
| | 46:1 - 46:4 | 104, 602, 30b6, SM | 46:5-7 |
| | 46:8 - 46:12 | 104, 602, 30b6, SM | 46:13-19 |
| | 46:20 - 47:5 | 104, 602, 30b6, SM | 47:6-8 |
| | 47:9 - 47:11 | 104, 602, 30b6, SM | |
| | 52:2 - 52:9 | V, C, 103, 104 | 51:12-52:1 |
| | | | 52:10-12 |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | 52:15 - 53:8 | 53:7-8—V, C, 103, 104 | 53:9-10 |
| | 53:11 - 53:16 | 53:11-12—V, 103, 104<br>53:13-16—104, V, AA | 53:17-18 |
| | 53:19 - 53:19 | | 57:9-59:8<br>62:11-64:12<br>64:19-24<br>65:6-8<br>65:13-66:4<br>66:7-11<br>66:17-21<br>66:24-67:5<br>67:22-68:21 |
| | 88:16 - 89:7 | Benjamin Ex. 6 and 7 (DX23, DX24)—SM, 403, 802 | 89:21-23 |
| | 89:24 - 91:14 | 402, 30b6 | 91:22-92:14 |
| | 117:12 - 119:9 | Benjamin Ex. 14 (DX25)—402, 403, 802<br>119:9—V, 104, 602, 402, 403 | 119:10-11 |
| | 119:12 - 120:1 | V, 104, 602, 402, 403 | |
| | 138:4 - 138:7 | V, 104, M, 30b6 | 62:11-64:12<br>64:19-24<br>65:6-8<br>65:13-66:4<br>66:7-11<br>66:17-21<br>66:24-67:5<br>67:22-68:21<br>138:8-10 |
| | 138:11 - 138:16 | V, 104, M, 30b6 | 138:20-22 |
| | 138:23 - 140:4 | V, 104, M, 30b6 | |
| | 191:16 - 192:18 | Benjamin Ex. 29 (DX 26)—402, 403, 802<br>192:16-18—602 | 192:19-20 |
| | 192:21 - 193:10 | 192:9-193:10—602 | |
| | 201:19 - 202:17 | 402 | |
| **Boswell, Gregory 08.08.2018** | 7:13 – 7:18 | | |
| | 8:1 – 9:13 | | 14:7-16:15, 23:20-24:24 |
| | 25:25 – 44:22 | 28:5-33:14 – M, 104, 402, 602<br>38:19-24 – V<br>39:11-16 – V<br>40:23-41:8 – 602, 30b6<br>41:10-15 – M, V<br>43:6-12 – V<br>44:2-7 – V | |
| | 45:17 – 47:20 | 46:8-14 – M, V | 45:8-10, 13-15<br>47:22-24, 48:2-21 |
| | 52:11 – 59:19 | 53:14-19 – C | |
| | 60:22 – 62:14 | | |
| | 68:1 – 69:14 | 68:4-17 – V, 103, 104, 602 | |
| | 70:15 – 84:25 | 71:10-23 – 103, 104 | |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | | 72:23-73:8 – V, M | |
| | | 73:16-23 – 104, 602 | |
| | | 77:19-25 – C, 104, 602 | |
| | | 80:18-81:12 – 104, 602 | |
| | 87:19 – 92:2 | 91:13-92:2 – 802, 104, 602 | |
| | 94:9 – 95:19 | | |
| | 97:12 – 99:5 | | 99:7-8, 10 |
| | 100:2 – 106:13 | | 106:14-25, 107:24-108:17 |
| | 108:18 – 111:1 | | 111:4-6 |
| | 111:13 – 113:10 | | 113:11-114:3 |
| | 114:4 – 114:22 | | 114:23-115:6 |
| | 115:7 – 115:9 | | |
| | 115:13 – 115:16 | | |
| | 115:25 – 118:3 | | 118:7-12 |
| | 118:14 – 124:19 | | |
| | 124:23 – 125:10 | | 125:11-18 |
| | 127:11 – 129:11 | | |
| | 136:1 – 146:24 | | 133:23-134:11 |
| | 147:15 – 172:25 | 168:19-169:11 – 103, 104 | |
| | 174:21 – 194:14 | 177:6-19 – V, 103, 104, 30b6 | |
| | | 185:16-186:2 – IH, 104, 602 | |
| | | 189:5-11 – CC, 701 | |
| | 194:22 – 204:1 | | |
| | 205:1 – 208:25 | | |
| | 209:13 – 210:4 | | |
| | 211:14 – 213:2 | | 213:4-8 |
| | 213:12 – 214:6 | | |
| | 214:16 – 243:25 | | |
| | 246:4 – 254:25 | 249:6-15 – V, 103, 104 | |
| | 255:6 – 260:3 | 259:7-16 – 103, 104, 602 | |
| | 260:15 – 263:25 | 261:10-25 – 802 | |
| | 264:3 – 264:22 | | 264:25-265:15 |
| | 265:16 – 266:21 | | |
| | 267:23 – 279:3 | | |
| | 280:9 – 284:19 | 280:19-283:14 – 402, 403, 602 | 372:3-14 |
| | | 284:17-19 – 402, 403, 602 | |
| | 285:1 – 285:10 | 285:1-10 – 402, 403, 602 | |
| | 285:13 – 290:25 | 285:14-290:25 – 402, 403, 602 | |
| | 291:10 – 294:1 | | |
| | 294:11 – 316:6 | | 316:7-317:11 |
| | 317:12 – 321:16 | | |
| | 324:6 – 326:3 | | 326:5-13 |
| | 328:24 – 331:13 | | |
| | 332:1 – 345:7 | Testimony and exhibits - 802, 402, 403, 103, 104 | To testimony on 344-45 – 378:1-14 |
| | 345:12 – 345:22 | | |
| | 346:22 – 351:21 | 347:25-349:3 – V, 104 | |
| | | 350:19-351:20 – CC, 104 | To testimony on 350 – 373:6-374:10 |
| | | 360:22-361:20 – 402, 403, 103, 104, 30b6 | |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | 359:22 – 364:25 | 364:16-25 – 402, 403, 103, 104, 30b6 | To testimony on 349-50 – 376:5-22 |
| | 366:1 – 366:12 | 402, 403, 103, 104, 30b6 | |
| | 366:25 – 369:12 | Testimony and exhibits – 402, 403, 103, 104; Ex. 9 – also 802 | |
| | 370:6 – 371:18 | Testimony and exhibit – 402, 403, 103, 104, 802 | |
| | 378:20 – 383:25 | 381:21-382:2 – V, 103, 104, D | 384:1-8, 387:2-7 |
| | 384:14 – 384:21 | 103, 104, 402, 403, 602 | |
| | 386:1 – 386:15 | | |
| **Boswell, Gregory 06.26.2019** | 396:8 – 396:12 | | |
| | 397:22 – 398:23 | 398:5-20 – 402, 403 | |
| | 399:5 – 399:12 | | |
| | 400:16 – 400:20 | | |
| | 405:24 – 405:25 | | |
| | 406:1 – 406:9 | | |
| | 406:13 – 406:17 | | |
| | 407:2 – 407:25 | | |
| | 408:1 – 408:11 | | |
| | 409:8 – 409:16 | | |
| | 411:6 – 413:4 | | |
| | 413:21 – 416:24 | | |
| | 417:1 – 418:22 | 418:7-12, 21-22 – 30b6, V | |
| | 421:12 – 424:20 | | |
| | 424:25 – 434:25 | 427:18-428:14 – V, D | |
| | | 433:24-434:25 – ATTY, A, AA | |
| | 439:1 – 452:12 | 439:1-11 – ATTY, A, AA | |
| | | 442:3-19 – M, 103, 104, A | |
| | | 443:8-444:1 – M, 103, 104, A | |
| | | 448:10-13 – ATTY | |
| | | 451:2-12 – V, 103, 104 | |
| | | 451:17-25 – M, 103, 104, A | |
| | 453:16 – 453:20 | | |
| | 454:4 – 464:13 | 456:20-458:4 – AA, A, 103, 104 | |
| | | 459:4-8 – ATTY | |
| | | 463:8-14 – 103, 104 | |
| | | 464:18-466:12 and exhibit – 802, 901, 103, 104, 402, 403, 602 | |
| | 464:18 – 466:25 | | |
| | 467:9 – 499:17 | 470:21-490:25 and exhibits – 802, 901, 103, 104, 402, 403, 602, SM | 499:18-512:25 |
| | | 491:1-11 – V, 402, 403 | |
| | | 492:13-494:25 and exhibit – 802, 402, 403, 103, 104, 602 | |
| | 513:14 – 524:9 | | |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | | 518:18-519:5 – M, V, 103, 104<br>522:16-523:12 – M, O, NR, A, 103, 104, IH<br>523:24-524:9 – V, O, 103, 104 | |
| **Carfora, Neil 08.03.2018** | 5:3 - 5:11<br>7:3 - 7:7<br>8:16 - 8:21<br>11:5 - 11:9<br>15:15 - 16:16<br>18:19 - 19:2<br>19:5 - 19:5<br>19:20 - 20:3<br>20:6 - 20:10<br>20:20 - 20:21<br>20:24 - 21:19<br>23:23 - 24:1<br>24:4 - 24:11<br>24:14 - 24:19<br>31:17 - 31:19<br>31:22 - 32:11<br>32:15 - 32:16<br>33:6 - 33:7<br>33:10 - 33:10<br>34:20 - 34:22<br>34:25 - 35:5<br>35:8 - 35:8<br>74:10 - 74:19<br>74:25 - 75:2<br>75:6 - 75:10<br>86:19 - 86:21<br>87:7 - 87:7<br>91:23 - 91:24<br>92:2 - 92:6<br>92:9 - 92:18<br>92:21 - 93:1 | 402, 403, Highly Confidential<br>402, 403, Highly Confidential<br>402, 403, Highly Confidential<br>402, 403, Highly Confidential<br>402, 403, Highly Confidential<br>402, 403, Highly Confidential<br>402, 403, Highly Confidential<br><br><br><br><br><br><br>402, 403, Highly Confidential<br>402, 403, Highly Confidential<br>402, 403, Highly Confidential<br>402, 403, Highly Confidential | 11:10-13:11, 13:18-23<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>76:15-18, 77:2-78:14<br>81:4-82:1, 82:10-19 |
| **Cox, Brian 11.07.2018** | 6:17 - 7:2<br>8:6 - 8:14<br>8:22 - 12:3<br><br><br><br><br><br>12:4 - 13:4 | <br><br>8:22-9:1 - V, 402, 403,<br>9:2-9:14 - ATTY, 602, 402, 403<br>9:15-9:23 - ATTY, 402, 403, 104, 602<br>9:24-12:3 - ATTY, 104, 402, 403<br>12:4-9 - 402, 403, 104<br>12:10-13:4 - 402, 403, ATTY, 104 | |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | 13:5 - 16:20 | 13:5-13:11 - 402, 403, 802<br>13:12-14:10 - 402, 403, ATTY<br>14:11-15:2 - 104, 602, 402, 403, ATTY<br>15:3-15:6 - 802, 402, 403<br>15:7-16:20 - 402, 403, ATTY | |
| | 17:4 - 17:5 | 402, 403 | 16:21-17:3<br>17:6-17:10 |
| | 17:11 - 18:14 | 104, 402, 403, ATTY | 18:15-18:18 |
| | 19:1 - 19:15 | 402, 403, ATTY, 104 | |
| | 19:16 - 20:3 | 402, 403, 104 | |
| | 20:4 - 21:7 | 20:4-20:6 - 402, 403, 104<br>20:7-21:7 - 402, 403, 104, 602<br>21:5-7 – 402, 403, 802 | |
| | 21:21 - 23:14 | 21:21-22:1 – 802, ATTY, 402, 403<br>22:2-22:23 - 402, 403, ATTY, 104<br>22:24-23:4 - 104, 402, 403<br>23:5-23:9 - 402, 403, 103, ATTY<br>23:10-23:14 - 402, 403, 103, ATTY, 104 | 23:15-17<br>23:19-20<br>23:22 |
| | 23:23 - 33:15 | 23:23-24:2 - 104, 402, 403, ATTY<br>24:3-24:17 - 30b6, 402, 403, ATTY<br>24:18-25:3 - 104, 402, 403<br>25:4-33:15 - 402, 403, ATTY, Exhibits -- 802, 901, 402, 403 | |
| | 33:20 - 51:25 | 402, 403, ATTY, Exhibits -- 802, 402, 403, SM, 901 | |
| | 52:1 - 84:10 | 402, 403, ATTY, Exhibits -- 802, 901, 402, 403 | |
| | 86:20 - 87:7 | 402, 403, ATTY | |
| | 87:8 - 88:3 | 87:8-87:16 – 402, 403<br>87:17-88:3 - NR, 402, 403, ATTY | 89:23-90:21<br>90:23-91:6<br>91:12-91:15<br>91:18-91:25<br>92:2<br>92:5-92:11<br>92:20-92:25<br>93:5:93:8<br>93:12-93:23<br>94:1-94:17<br>94:20<br>95:1-95:5<br>95:7 |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | | | 96:3-96:11 |
| | | | 96:14-96:18 |
| | | | 96:20-97:8 |
| | | | 97:10-97:13 |
| | | | 97:24-98:11 |
| | | | 98:14-98:18 |
| **Cruse, Jay 08.21.2018** | 5:16 - 5:25 | | |
| | 6:1 - 6:25 | | 7:3-7:20 |
| | 7:21 - 8:11 | | |
| | 9:6 - 9:14 | | |
| | 9:23 - 10:3 | | |
| | 10:21 - 12:13 | 11:21-12:9 - ATTY | 12:17-13:2 |
| | 14:4 - 14:8 | | |
| | 15:25 - 16:2 | | |
| | 16:3 - 16:13 | | |
| | 16:22 - 17:11 | | |
| | 18:2 - 18:11 | | |
| | 19:11 - 19:15 | | |
| | 19:19 - 20:6 | | |
| | 20:19 - 21:8 | | 20:12-20:18 |
| | 22:20 - 23:4 | 22:23-22:25 - ATTY | |
| | 24:16 - 26:5 | Exhibit - 901, 402 | |
| | | Testimony - 402, 403 | |
| | 26:17 - 27:5 | 402, 403 | |
| | 27:21 - 28:4 | 402, 403 | |
| | 28:5 - 28:7 | 402, 403 | |
| | 28:8 - 28:17 | 104, 402 | |
| | 29:1 - 30:11 | 402, 403 | |
| | 34:22 - 35:4 | 35:2-35:4 - 104 | |
| | 34:22 - 35:8 | | |
| | 35:5 - 35:8 | 104 | |
| | 36:20 - 36:25 | | 37:3-37:4 |
| | | | 37:8 |
| | 37:9 - 37:24 | | |
| | 38:2 - 38:16 | Testimony - ATTY, 402, 403, 104; Exhibit - 402, 403, 104, 901, BER | |
| | 39:7 - 39:24 | | 43:14-43:15 |
| | 48:1 - 48:13 | Exhibit – 802, 402, 403 | 43:21-44:10 |
| | 48:18 - 48:25 | 104, 602 | |
| | 49:10 - 50:23 | 49:21 - ATTY | |
| | 50:24 - 51:6 | | 52:13-52:20 |
| | 53:17 - 53:24 | ATTY, 104, 603 | |
| | 55:19 - 56:6 | 55:19-56:1 - 104, ATTY | |
| | | 55:3-55:6 - 104 | |
| | 56:6 - 56:18 | 56:7-56:8 – ATTY | |
| | | 56:10-56:12 – 104 | |
| | | 56:13-56:14 – ATTY | |
| | | 56:16-18 - 104 | |
| | | | 58:14-59:18 |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | | | 59:23 - 60:4 |
| | | | 60:6 |
| | | | 61:15 - 64:21 |
| | | | 65:7 - 65:25 |
| | | | 66:6 - 66:12 |
| | | | 69:1 - 69:9 |
| | | | 69:15 - 69:21 |
| | | | 70:8 - 70:13 |
| | | | 70:19 - 71:8 |
| | | | 71:18 - 71:25 |
| | | | 72:22 - 73:4 |
| | | | 73:13 - 73:14 |
| | | | 73:16 - 73:19 |
| | | | 74:4 - 74:14 |
| | | | 75:24 - 76:4 |
| | | | 76:6 |
| | | | 76:8 - 76:14 |
| | | | 82:16 - 83:19 |
| | | | 83:21 - 84:10 |
| | | | 84:12 - 84:16 |
| | | | 84:18 - 85:11 |
| | | | 85:15 - 85:16 |
| | | | 85:24 - 86:3 |
| | | | 86:8 - 86:21 |
| | | | 87:1 - 87:14 |
| | | | 88:7 - 89:12 |
| | | | 89:18 - 89:23 |
| | | | 90:8 - 91:1 |
| | | | 92:9 - 92:24 |
| | | | 93:11 - 16 |
| | | | 94:22 - 95:1 |
| | | | 97:24 - 98:2 |
| | | | 98:4 - 12 |
| Flott, Matthew 12.06.2018 | 5:8 - 5:17 | | |
| | 8:23 - 9:9 | | |
| | 25:10 - 25:17 | | |
| | 26:16 - 26:25 | | |
| | 27:2 - 27:5 | | |
| | 27:8 - 27:15 | | |
| | 27:22 - 28:2 | | 28:3-5 |
| | | | 28:7-18 |
| | 28:19 - 28:21 | 104, V | 28:22 |
| | 28:23 - 29:4 | 28:23-24—104, V | |
| | 29:6 - 29:9 | 30b6 | 29:10-11 |
| | 29:12 - 29:15 | 30b6 | 29:16 |
| | 29:17 - 29:21 | 29:17—30b6 | |
| | 29:24 - 30:6 | 29:25-30:6—104, M, V, C | 30:7-8 |
| | 30:9 - 30:14 | 30:9-12—104, M, V, C | 30:15-16 |
| | 30:17 - 30:24 | 30:17-19—30b6, V | |
| | 31:2 - 31:6 | | |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | 31:8 - 31:14 | | 32:7-11, 32:14-20 |
| | 32:21 - 32:24 | | |
| | 33:2 - 33:5 | | |
| | 33:7 - 33:7 | | |
| | | | |
| | 38:10 - 38:18 | 38:17-18—602 | 38:19-20 |
| | 38:21 - 38:21 | 602 | 40:2-6, 40:8-10, 40:13-20 |
| | 40:21 - 41:4 | V | 41:5 |
| | 41:6 - 41:8 | V | 41:9 |
| | 41:10 - 41:12 | V | 42:11-14, 42:18-43:7, 43:10-17 |
| | 48:12 - 48:16 | 48:12—V, 30b6 | 48:17-22 |
| | 48:23 - 48:25 | V, 30b6 | 49:2 |
| | 49:3 - 49:9 | 49:3—V, 30b6 | 49:10-20 |
| | | 49:4-9—104, M, V, 602, 30b6 | |
| | 49:21 - 49:21 | 104, M, V, 602, 30b6 | 49:22-51:3 |
| | | | 95:9-98:13 |
| | | | 98:16-99:7 |
| | 52:9 - 52:12 | 30b6 | 52:13-15 |
| | 52:16 - 52:16 | 30b6 | |
| | 57:7 - 57:11 | CC, 103, 104 | 57:12-17 |
| | 57:18 - 58:2 | 57:18-19— CC, 103, 104 | 58:3-4 |
| | | 57:20-58:2—30b6 | |
| | 58:5 - 58:9 | 30b6 | 58:10-11 |
| | 58:12 - 58:12 | 30b6 | |
| | 58:13 - 58:16 | V, C, 30b6 | 58:17-18 |
| | 58:19 - 58:23 | 58:19— V, C, 30b6 | 58:24-25 |
| | 59:2 - 59:2 | V, C, 30b6 | |
| | 65:4 - 65:7 | 30b6 | 65:8-9 |
| | 65:10 - 65:13 | Highly Confidential, 30b6 | 65:14 |
| | 65:15 - 65:25 | Highly Confidential, 30b6 | 66:2-3 |
| | 66:4 - 66:7 | Highly Confidential, 30b6 | 66:8-9 |
| | 66:10 - 66:12 | Highly Confidential, 30b6 | |
| | 73:15 - 73:16 | | |
| | 73:24 - 74:4 | | |
| | 80:22 - 80:24 | 30b6 | 80:25-81:2 |
| | 81:3 - 81:9 | 30b6 | 81:10-14 |
| | | | 81:17-82:11 |
| | 86:8 - 86:12 | 30b6 | 86:13-15 |
| | 86:16 - 86:22 | 30b6, V, 602, IH | 86:23-25 |
| | 87:2 - 87:4 | 30b6 | 87:5 |
| | 87:6 - 87:6 | 30b6 | |
| | 87:17 - 87:21 | 30b6, V, 602 | 87:22-25 |
| | 88:2 - 88:6 | 30b6, V, 602 | 88:7 |
| | 88:8 - 88:17 | 30b6, V, 602 | |
| | 88:19 - 89:4 | 30b6, V, 602 | 89:5-8 |
| | 89:9 - 89:10 | 30b6, V, 602 | 89:11 |
| | 89:12 - 90:12 | 30b6, V, 602 | 90:13-15 |
| | 90:16 - 90:18 | 30b6, V, 602 | 90:19 |
| | 90:20 - 90:20 | 30b6, V, 602 | |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| **Gallien, Jason 12.06.2018** | 6:1 - 6:16 | | |
| | 12:21 - 12:24 | | |
| | 28:23 - 29:5 | | |
| | 29:7 - 30:3 | 29:15-30:3—Highly Confidential | |
| | 30:10 - 30:23 | Highly Confidential | |
| | 30:25 - 30:25 | Highly Confidential | |
| | 34:3 - 34:12 | | 24:25-26:17 33:1-20 80:18-84:24 |
| | 39:15 - 40:9 | Highly Confidential | |
| | 43:9 - 43:16 | Highly Confidential | |
| | 45:20 - 46:23 | Highly Confidential | |
| | 48:16 - 49:4 | Highly Confidential | |
| | 49:11 - 49:21 | Highly Confidential | |
| | 66:19 - 66:21 | | 65:17-66:18 |
| | 69:21 - 70:8 | | |
| | 70:18 - 70:25 | | |
| | 73:12 - 73:13 | V | 73:14-20 |
| | 73:21 - 74:7 | | 74:8-12, 74:16-75:12 |
| **Glass, Jonathan 11.09.2018** | 6:6 - 6:14 | | |
| | 11:15 - 12:6 | | |
| | 20:5 - 20:17 | 402, V | 20:18 - 22:1 22:4 - 23:23 |
| | 25:20 - 25:24 | 602, 402, 104 | 26:1 - 9 |
| | 28:18 - 29:8 | 104 | |
| | 29:9 - 30:9 | 402, 403, 104, 602 | |
| | 35:3 - 35:8 | 402, 403 | |
| | 38:18 - 39:2 | 402, 403 | 39:2 - 39:9 39:15 - 39:22 |
| | 41:6 - 45:3 | 41:6-41:13 - Exhibit and Testimony - 104, 402, 403, 802, 901 41:20-42:2 - 104, ATTY, 402, 403 42:3-43:16: 104, 402, 403 43:17-44:16 -- Exhibit and Testimony -- 104, 402, 403, 802 44:17-45:3 - 402, 403 | |
| | 45:4 - 45:9 | 402, 403 | 45:10 - 45:11 45:19 -45:21 45:24 |
| | 68:19 - 69:2 | 68:19-68:23 – 402, 403 68:24-69:2 – V, 402, 403 | |
| | 74:13 - 74:17 | 402, 403 | 74:18 - 74:22 |
| | 74:23 - 75:13 | 104, 402, 403 | |
| | 76:6 - 76:10 | 104, 402, 403 | |
| | 76:22 - 77:17 | Testimony and Exhibit - 802, 402, 403, SM, 104, 901 | |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | | 76:22 - D | |
| | 77:20 - 77:22 | 402, 403 | |
| | 78:17 - 78:19 | D, 103, 403 | |
| | 78:23 - 79:2 | 103, 104, 602 | |
| | 79:6 - 79:9 | 104, 602 | |
| | | | 85:22 - 86:10 |
| | | | 86:14 - 86:16 |
| | 88:15 - 88:21 | 402, 403 | |
| | 89:9 - 90:11 | 89:9-89:18 - 402, 403 | |
| | | 89:19-90:11 - 104, 602, 402, 403 | |
| | 90:21 - 90:24 | 104, 602, SM, 402, 403 | |
| | 91:9 - 91:13 | 402, 403 | |
| | | | 95:4 - 95:20 |
| | 107:9 - 107:23 | SM, 402, 403, 802 | |
| | | | 110:20 - 111:11 |
| | | | 112:15 -113:2 |
| | 137:4 - 141:24 | Highly Confidential, 402, 403, BER | |
| | 143:24 - 144:17 | Highly Confidential, 402, 403, 104, 602, BER | |
| | 144:20 - 144:23 | Highly Confidential, 402, 403, 104, 602, BER | |
| | 145:6 - 149:16 | 145:6-11 -- Highly Confidential, 402, 403, 104, 602, BER; 145:12-149:16 -- Highly Confidential, 402, 403, BER | |
| | 152:10 - 154:10 | Highly Confidential, 402, 403; 154:8-10 -- additional 30(b)(6) | |
| | 154:14 - 156:23 | 154:14-22 -- Highly Confidential, 402, 403, 30(b)(6); 154:23-155:21 -- Highly Confidential, 402, 403; 155:22-156:14 -- Highly Confidential, 402, 403, 602, 104; 156:15-23 -- Highly Confidential, 402, 403, 30(b)(6) | |
| | 157:3 - 157:13 | Highly Confidential, 402, 403, 602, 104, 30(b)(6) | |
| | 157:18 - 158:1 | Highly Confidential, 402, 403, 602, 104, 30(b)(6) | |
| | 158:5 - 158:5 | Highly Confidential, 402, 403, 602, 104, 30(b)(6) | |
| | | | 166:2 - 167:1 |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| **Jang, Dong Li** 08.30.2018 | 4:3 - 4:11 | | |
| | 8:23 - 9:12 | | 8:18-22 |
| | 17:21 - 18:17 | D | 16:20-17:20 |
| | 19:22 - 21:5 | D | 18:18-19:21 |
| | 30:21 - 33:3 | | |
| | 33:13 - 34:13 | | |
| | 34:19 - 34:23 | 402, 403, SM | |
| | 35:9 - 36:7 | 402, 403, SM | |
| | 36:18 - 36:24 | 402, 403, SM | |
| | 37:2 - 37:13 | | |
| | 53:2 - 54:5 | 402, 403, SM | |
| | 54:7 - 54:8 | 402, 403, SM | |
| | 55:3 - 55:4 | | |
| | 55:7 - 55:24 | | |
| | 57:25 - 58:2 | D | |
| | 61:3 - 61:19 | | |
| | 61:22 - 62:7 | | |
| | 62:10 - 62:11 | | |
| | 62:25 - 63:6 | | |
| | 64:11 - 65:3 | | |
| | 65:12 - 65:15 | | |
| | 65:17 - 65:25 | | |
| | 66:8 - 66:13 | Testimony and exhibit – 802, 901, 402, 403 | |
| | 66:20 - 67:3 | Testimony and exhibit – 802, 901, 402, 403 | |
| | 67:20 - 68:4 | Testimony and exhibit – 802, 901, 402, 403 | |
| | 68:6 - 68:14 | Testimony and exhibit – 802, 901, 402, 403 | |
| | 70:22 - 71:11 | 402, 403, SM | |
| | 71:14 - 72:3 | 402, 403, SM | |
| | 72:11 - 72:13 | 402, 403, SM | |
| | 72:16 - 72:24 | 402, 403, SM | |
| | 73:20 - 73:21 | 402, 403, SM | |
| | 74:2 - 74:10 | 402, 403, SM | |
| | 74:13 - 74:25 | 402, 403, SM | |
| | 75:4 - 75:5 | 402, 403, SM | |
| | 75:18 - 76:6 | 402, 403, SM | |
| | 76:9 - 76:13 | 402, 403, SM | |
| | 91:11 - 91:13 | | |
| | 91:15 - 92:24 | | |
| | 92:25 - 94:10 | | |
| | 95:9 - 95:13 | | |
| | 95:17 - 95:24 | | |
| | 96:3 - 96:20 | | |
| | 96:22 - 97:9 | | |
| | 97:12 - 98:8 | | |
| | 100:21 - 101:5 | Testimony and exhibit – 802, 402, 403, SM | |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | 101:9 - 101:10 | Testimony and exhibit – 802, 402, 403, SM | |
| | 102:24 - 103:3 | Testimony and exhibit – 802, 402, 403, SM | |
| | 103:6 - 103:12 | Testimony and exhibit – 802, 402, 403, SM | |
| | 103:22 - 104:21 | Testimony and exhibit – 802, 402, 403, SM | |
| | 105:4 - 105:9 | Testimony and exhibit – 802, 402, 403, SM | |
| | 105:21 - 105:25 | Testimony and exhibit – 802, 402, 403, SM | |
| | 106:4 - 106:24 | Testimony and exhibit – 802, 402, 403, SM | |
| | 107:3 - 107:12 | Testimony and exhibit – 802, 402, 403, SM | |
| | 107:15 - 107:24 | Testimony and exhibit – 802, 402, 403, SM | |
| | 112:4 - 112:6 | Testimony and exhibit – 802, 402, 403, SM | |
| | 112:16 - 113:3 | Testimony and exhibit – 802, 402, 403, SM | |
| | 113:6 - 113:21 | Testimony and exhibit – 802, 402, 403, SM | |
| | 115:19 - 116:4 | | |
| | 116:7 - 116:16 | | |
| | 116:19 - 116:23 | | 116:24-117:23 |
| | 120:19 - 121:7 | Testimony and exhibit – 802, 402, 403, SM | |
| | 125:23 - 126:3 | Testimony and exhibit – 802, 402, 403, SM | |
| | 126:6 - 126:15 | Testimony and exhibit – 802, 402, 403, SM | |
| | 126:21 - 128:16 | Testimony and exhibit – 802, 402, 403, SM | |
| | 128:18 - 129:3 | Testimony and exhibit – 802, 402, 403, SM | |
| | 129:7 - 129:14 | Testimony and exhibit – 802, 402, 403, SM | |
| | 130:15 - 131:10 | Testimony and exhibit – 802, 901, 402, 403 | |
| | 131:13 - 131:18 | Testimony and exhibit – 802, 901, 402, 403 | |
| | 132:5 - 132:22 | Testimony and exhibit – 802, 901, 402, 403 | |
| | 132:25 - 133:7 | Testimony and exhibit – 802, 901, 402, 403 | |
| | 133:24 - 134:12 | Testimony and exhibit – 802, 901, 402, 403 | |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | 134:24 - 135:7 | Testimony and exhibit – 802, 901, 402, 403 | |
| | 135:11 - 136:3 | | |
| | 136:5 - 136:7 | 135:11-14 and exhibit – 802, 901, 402, 403 | |
| | 150:7 - 151:8 | | |
| | 151:11 - 151:14 | | |
| | 157:22 - 158:6 | | |
| | 163:5 - 163:10 | | |
| | 203:5 - 204:18 | | |
| | 204:20 - 205:23 | | |
| **Landis, Robert 12.12.2018** | 6:1 - 6:18 | | |
| | 40:22 - 40:23 | 40:20-40:21 - D | 40:22-40:23 |
| | 41:11 - 41:14 | 104, 30(b)(6), 402, 403 | |
| | 41:21 - 42:2 | 104, 30(b)(6), 402, 403 | |
| | 42:10 - 42:13 | 104, 30(b)(6), 402, 403 | |
| | 42:21 - 43:5 | 104, 30(b)(6), 402, 403 | |
| | 45:23 - 46:1 | 104, 30(b)(6) | |
| | 46:5 - 46:8 | 104, 30(b)(6) | |
| | 46:12 - 47:8 | 46:12-46:14 - 30(b)(6), 104 | |
| | | 47:5-47:8 - 30(b)(6), 104, 103 | |
| | 47:12 - 47:16 | 47:12-47:14 - 30(b)(6), 104, 103 | |
| | | 47:15-47:16 - 30(b)(6), 104, 103 | |
| | 47:21 - 48:4 | 47:21-47:24 - 30(b)(6), 104, 103 | |
| | | 47:25-48:4 - 30(b)(6), 104 | |
| | 48:8 - 48:14 | 30(b)(6), 104 | |
| | 48:18 - 48:22 | 30(b)(6), 104 | |
| | 49:9 - 49:21 | | |
| | 51:18 - 51:20 | 30(b)(6), 104 | |
| | 51:23 - 51:24 | 30(b)(6), 104 | |
| | 60:11 - 60:13 | 30(b)(6), 104, V | |
| | 60:17 - 61:3 | 30(b)(6), 104, V | |
| | 61:7 - 61:12 | 104 | |
| | 61:15 - 61:18 | 104 | |
| | 61:21 - 61:21 | 104 | |
| | 62:3 - 62:5 | 30(b)(6), 104, V | |
| | 62:9 - 62:11 | 62:9-62:10 - 30(b)(6), 104, V | |
| | | 62:11 - 30(b)(6), 104 | |
| | 62:15 - 62:21 | 62:15-62:19 - 30(b)(6), 104 | |
| | | 62:20-62:21 - 30(b)(6), 104, V | |
| | 63:1 - 63:5 | 63:1-3 - 30(b)(6), 104, V | |
| | | 63:4-63:5 - 30(b)(6), 104, V | |
| | 63:10 - 63:14 | 63:10-63:11 - 30(b)(6), 104, V | |
| | | 63:12-63:14 - 104, 602, M | |
| | 63:18 - 63:18 | 104, 602 | |
| | 70:12 - 70:15 | 30(b)(6), 403, V, 802 | |
| | 70:24 - 70:25 | 30(b)(6), 403, V, 802 | |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | 73:14 - 73:16 | 30(b)(6), 403, 104 | |
| | 73:20 - 73:25 | 30(b)(6), 403, 104 | |
| | 74:6 - 74:10 | 74:6-74:7- 30(b)(6), 403, 104 | |
| | | 74:8-74:10 - 30(b)(6), V, 104, 802, 602 | |
| | 74:13 - 74:23 | 74:13-74:19 - 30(b)(6), V, 104, 802, 602 | |
| | | 74:20-23 - 30(b)(6), 104, 802 | |
| | 75:2 - 75:11 | 30(b)(6), 104, 802 | |
| | 76:1 - 76:4 | 30(b)(6), 104 | |
| | 76:22 - 77:10 | 76:22-76:24 - 30(b)(6), 104, 802 | |
| | | 76:25-77:6 – 30(b)(6), 802, 104, 602 | |
| | | 77:7-77:10 - 30(b)(6), 104, 602 | |
| | 80:8 - 80:11 | 30(b)(6), 104, V | |
| | 80:15 - 80:17 | 80:15-80:16 - 30(b)(6), 104, V | |
| | | 80:17 - 30(b)(6), 104 | |
| | 80:21 - 81:8 | 80:21-80:23 - 30(b)(6), 104 | |
| | | 80:24-81:8 - 30(b)(6), 104, 701 | |
| | 81:12 - 81:18 | 81:12-81:15 - 30(b)(6), 104, 802 | |
| | | 81:16-81:18 - 30(b)(6), 104, 701 | |
| | 81:21 - 82:3 | 81:21-81:24 - 30(b)(6), 104, 701 | |
| | | 81:25-82:3 - 30(b)(6), 104, 701 | |
| | 82:6 - 82:18 | 82:6-82:15 - 30(b)(6), 104, 701 | |
| | | 82:16-82:18 – CC, 30(b)(6), 104, 701 | |
| | 82:22 - 83:1 | CC, 30(b)(6), 602, 104, 802, 701 | |
| | 83:5 - 83:6 | CC, 30(b)(6), 602, 104, 802, 701 | |
| | | | 87:1-87:7 |
| | | | 88:5-89:9 |
| | | | 89:13-89:23 |
| | | | 90:16-90:21 |
| | | | 91:4-92:6 |
| | | | 92:9-93:12 |
| | 93:18 - 93:24 | 402, 403, 602 | |
| | 94:17 - 94:19 | 30(b)(6), 602, 402, 403 | |
| | | | 96:18-96:24 |
| | 98:21 - 98:23 | V, 104 | 98:4-98:17 |
| | 99:1 - 99:4 | 99:1 - V, 104 | |
| | | 99:2-4 - 402, 403, 104 | |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | 99:7 - 99:13 | 402, 403, 104 | 99:14-99:21<br>100:1-100:12<br>100:17-101:6<br>103:6-104:9<br>104:19-108:2<br>108:4-108:11<br>108:18-109:11<br>109:21-109:24<br>110:2-110:7<br>115:1-119:6<br>119:9-119:18<br>119:20-121:5<br>122:11-123:3<br>124:3-124:22<br>125:2-126:23<br>127:10-128:3<br>128:10-128:22<br>129:20-130:2<br>130:5-130:11<br>130:14-130:18<br>130:20-130:23<br>133:9-133:14<br>135:7-135:15<br>135:18-135:22<br>136:13-136:18<br>137:4-137:10<br>138:6-138:12<br>144:5-144:20<br>145:2-145:10<br>145:13-145:17<br>149:8-149:21<br>149:25-150:7<br>150:17-150:19<br>150:21-150:22<br>152:20-155:7<br>155:10-155:15<br>155:18-156:14 |
| **Leak, Gary Wade 12.04.2018** | 4:5 - 4:15<br>60:12-62:20<br>62:21 - 63:14<br>64:15 - 64:21<br>67:3 - 68:10<br>68:13 - 68:15<br>72:5 - 72:8<br>75:8 - 75:10<br>75:17 - 75:24<br>85:15 - 85:19<br>86:8 - 86:13<br>93:11 - 93:25<br>98:19 - 99:2 | 501, 403<br>501, 403 | 85:20-86:7 |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | 99:14 - 99:17 | | |
| | 99:22 - 100:2 | | |
| | 100:5 - 100:5 | | |
| | 104:20 - 104:23 | 30b6 | 104:24-25 |
| | 105:6 - 105:23 | 30b6 | |
| | 106:19 - 107:12 | 30b6 | |
| | 117:7 - 117:9 | 30b6 | 117:10-12 |
| | 117:13 - 117:19 | 30b6 | |
| | 121:6 - 121:8 | 30b6 | 121:9-11 |
| | 121:12 - 122:7 | 30b6 | 122:8-10 |
| | 122:15 - 122:18 | 30b6 | |
| | 122:19 - 122:25 | 30b6 | 123:2-4 |
| | 123:5 - 123:12 | 123:10-1—V, A, 104, 403, 501 | 123:13-14 |
| | 123:15 - 123:21 | V, A, 104, 403, 501 | |
| | 123:25 - 124:11 | 403, 501 | |
| | 130:10 - 130:21 | | 130:22-131:7 |
| | 136:3 - 136:8 | | 136:9-137:16 |
| | 146:7 - 146:12 | Ex. 4—403, 802, SM | |
| | 148:23 - 149:11 | 104, V, 602, 403, 802, SM | 149:12-13 |
| | 149:14 - 150:9 | 403, 802, SM<br>150:6-9—104, V, 602 | 150:10-12 |
| | 150:12 - 150:14 | 403, 802, SM, 104, V, 602 | 150:15-16 |
| | 150:17 - 150:23 | 403, 802, SM, 104, V, 602 | |
| | 159:20 - 159:24 | 403, 501 | 159:25-160:3 |
| | 160:4 - 160:9 | 403, 501 | |
| | 163:24 – 168:5 | Highly Confidential<br>167:22-168:5—30b6<br>168:6-169:2—30b6 | 167:25-168:2 |
| | 168:6 - 168:11 | Highly Confidential, 30b6 | 168:12-13 |
| | 168:14 - 168:17 | Highly Confidential, 30b6 | 168:18-19 |
| | 168:20 - 168:23 | Highly Confidential, 30b6 | 168:24-25 |
| | 169:2 - 169:2 | Highly Confidential, 30b6 | |
| | 169:24 - 170:3 | 30b6 | 170:4-5 |
| | 170:6 - 170:17 | 30b6 | 170:18-19 |
| | 170:20 - 170:24 | 30b6 | |
| | 170:25 - 171:10 | 30b6 | 171:11-12 |
| | 171:13 - 171:22 | 30b6 | 171:23-24 |
| | 171:25 - 172:4 | 30b6 | |
| | 172:8 - 172:16 | | 173:15-19<br>173:22-174:4<br>174:8-175:17 |
| | 179:5 - 179:10 | 403, 501 | 179:11-16 |
| | 179:17 - 180:3 | 403 ,501 | |
| | 180:21 - 182:4 | 30b6, V | 182:5-24 |
| | 182:25 - 183:8 | V | 183:9 |
| | 183:10 - 184:2 | 30b6 | 184:3-4 |
| | 184:5 - 184:15 | 30b6 | 185:5-11 |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | | | 185:21-186:17 |
| | | | 186:18-24 |
| | 186:18 - 186:23 | 30b6 | 194:11-195:16 |
| | 207:2 - 207:6 | | |
| | 207:11 - 207:19 | 207:11-19—D, 30b6, 402 | 207:20-24 |
| | 209:5 - 209:8 | 30b6 | 209:9-10 |
| | 209:11 - 209:14 | 30b6 | |
| | 209:25 - 210:8 | | |
| | 212:8 - 212:12 | 30b6 | 212:13-15 |
| | 212:16 - 212:19 | 30b6 | 212:20-22 |
| | 212:23 - 213:7 | 213:5-7—V, 104 | 213:8-9 |
| | 213:10 - 213:23 | 213:10-13—V, 104, 213:22-23—30b6 | 213:24-214:2 |
| | 214:3 - 214:7 | 30b6 | 214:8-10 |
| | 214:11 - 214:14 | 30b6 | |
| McMullan, Alasdair | 7:3 - 7:8 | | |
| | 7:19 - 7:24 | | |
| | 116:19 - 117:1 | | |
| | 117:12 - 118:20 | | |
| | 119:20 - 120:17 | | |
| | 124:25 - 125:25 | | |
| | 126:6 - 126:13 | | |
| | 126:22 - 127:3 | | 128:7-9, 17-25, 129:1 |
| | 134:12 - 134:15 | 402, 403, SM | |
| | 134:19 - 135:1 | 402, 403, SM | |
| | 143:6 - 143:16 | | |
| | 157:13 - 158:17 | Testimony and exhibit – 802, 402, 403, 104 | |
| | 158:25 - 159:17 | Testimony and exhibit – 802, 402, 403, 104 | |
| | 161:6 - 161:11 | D, 402, 403 | |
| | 178:11 - 178:23 | | |
| | 179:7 - 179:16 | | |
| | 228:22 - 229:14 | | |
| | 229:17 - 230:2 | 229:22-230:2 – CC, IH, 103, 104, 402, 403 | |
| | 230:6 - 230:23 | CC, IH, 103, 104, 402, 403 | |
| | 231:1 - 231:9 | CC, IH, 103, 104, 402, 403 | |
| | 245:24 - 246:12 | 103, 104, 402, 403 | |
| | 246:15 - 246:24 | 103, 104, 402, 403 | |
| | 247:5 - 247:25 | 103, 104, 402, 403 | |
| | 248:2 - 248:5 | 103, 104, 402, 403 | |
| | 248:8 - 248:12 | 103, 104, 402, 403 | |
| | 248:21 - 249:6 | 103, 104, 402, 403 | |
| | 249:7 - 249:9 | 103, 104, 402, 403 | |
| | 249:12 - 250:11 | 103, 104, 402, 403 | |
| | 251:16 - 252:8 | Testimony and exhibit – 802, 901, 103, 104, 402, 403, 602 | |
| | 252:11 - 252:22 | Testimony and exhibit – 802, 901, 103, 104, 402, 403, 602 | |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | 253:2 - 253:13 | Testimony and exhibit – 802, 901, 103, 104, 402, 403, 602 | |
| | 264:3 - 264:9 | | 264:10-265:1 |
| **Sabec, Christopher 08.07.2018** | 8:17 - 8:20 | D | |
| | 9:18 - 9:25 | | |
| | 14:16 - 14:20 | | |
| | 16:3 - 16:4 | | |
| | 16:22 - 16:24 | | |
| | 17:1 - 19:12 | | |
| | 22:5 - 25:7 | | |
| | 26:11 - 26:15 | D | |
| | 27:20 - 27:22 | | |
| | 45:7 - 45:9 | | |
| | 45:12 - 45:23 | | 45:25-46:2 |
| | 50:6 - 50:25 | | |
| | 51:7 - 55:11 | 52:23-55:11 – 402, 403, SM | |
| | 57:4 - 60:14 | | |
| | 76:21 - 78:4 | | 78:5-13 |
| | 90:5 - 91:17 | 402, 403, SM | |
| | 92:2 - 92:10 | 402, 403, SM | |
| | 92:25 - 94:18 | 402, 403, SM | |
| | 95:5 - 95:8 | 402, 403, SM | |
| | 96:2 - 96:22 | 402, 403, SM | |
| | 112:12 - 113:11 | | 113:13-21 |
| | 114:8 - 116:1 | | |
| | 116:10 - 116:16 | | 116:17-18, 24 |
| | 117:8 - 120:25 | 402, 403 | 117:1-3, 6 |
| | 121:7 - 122:25 | | |
| | 123:4 - 124:8 | | |
| | 142:23 - 152:10 | 402, 403, SM<br>146:4-149:1 – IH, 103, 104, 602, 701 | |
| | 156:4 - 158:22 | | |
| | 159:1 - 162:10 | | |
| | 162:12 - 163:3 | | |
| | 163:20 - 165:15 | 165:17-166:6 | |
| | 166:8 - 166:25 | | |
| | 167:2 - 167:13 | | |
| | 168:12 - 168:17 | | |
| | 169:1 - 170:19 | | |
| | 176:7 - 177:12 | | |
| | 178:20 - 180:14 | | 177:13-178:17 |
| | 183:13 - 186:12 | 184:3-186:6 – 103, 104, 602, 402, 403<br>186:8-12 – 802, 103, 104, 602 | |
| | 191:20 - 195:21 | 103, 104, 602, 402, 403, SM | |
| | 197:23 - 203:14 | 197:23-199:21 – A<br>197:23-201:8 – CC, 103, 104, 402, 403, 602 | |
| | 207:8 - 208:6 | | |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | 216:20 - 226:10 | Testimony and exhibit – 802, 103, 104, 602, 901 | |
| | 230:25 - 233:8 | 216:20-223:13 and exhibit – 802, 103, 104, 602, 901 | |
| | 235:4 - 236:1 | Testimony and exhibit – 802, 103, 104, 402, 403, 602, 901 | |
| | 237:15 - 244:5 | Testimony and exhibit – 802, 103, 104, 402, 403, 602, 901 | |
| | 247:9 - 248:5 | 237:15-238:15 and exhibit – 802, 103, 104, 402, 403, 602, 901 | |
| | 252:12 - 253:2 | | |
| | 265:23 - 268:25 | Testimony and exhibit – 802, 103, 104, 402, 403, 602, 901 | |
| | 277:2 - 280:18 | Testimony and exhibit – 802, 103, 104, 402, 403, 602, 901 | |
| | 285:6 - 297:2 | Testimony and exhibit – 802, 103, 104, 402, 403, 602, 901 | 280:19-281:5, 281:11-282:4 |
| | | 287:15-293:17 –  501, 402, 403, SM | |
| | | 293:18-296:8 – 402, 403, SM | |
| | 299:14 - 300:23 | 296:10-297:2 and exhibit – 802, 402, 403 | |
| | 301:1 - 301:20 | 300:17-300:23 – A, 402, 403 | 297:3-299:13 |
| | | 301:1-4 – A, 402, 403 | |
| | 302:25 - 309:14 | 301:6-20 and exhibit– 802, 402, 403 | |
| | 312:8 - 313:4 | 305:15-309:14 – 802, 103, 104, 402, 403, SM | |
| | 313:8 - 313:14 | Testimony and exhibit – 802, 402, 403, SM | |
| | 313:22 - 321:25 | Testimony and exhibit – 802, 402, 403, SM | |
| | 342:8 - 344:1 | Testimony and exhibit – 802, 402, 403, SM | |
| | 345:10 - 345:14 | CC, 701, 403, 602 | |
| | 348:15 - 348:19 | | |
| | 349:6 - 349:23 | Testimony and exhibit – 802, 402, 403 | |
| | 353:8 - 353:18 | Testimony and exhibit – 802, 402, 403 | |
| | 354:12 - 355:8 | | |
| | 357:18 - 358:6 | | |
| | 365:18 - 366:17 | | 359:24-360:4, 14-15 |
| | 368:4 - 369:3 | 402, 403, SM | |
| | | 368:4-369:2 – 402, 403, SM | |
| **Sheckler, Victoria 12.11.2018** | 8:4 - 8:6 | | |
| | 8:13 - 8:23 | | |
| | 10:9 - 10:24 | | 10:25-11:6, 27:2-8 |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | 12:20 - 13:4 | | 14:1-12 |
| | 16:10 - 16:21 | | |
| | 22:9 - 22:12 | | 22:13-26:3 |
| | 32:2 - 32:6 | D, 30b6, 104, V | 32:13-16 |
| | 32:18 - 33:5 | | |
| | 33:22 - 33:23 | 30b6 | 33:18-21 |
| | 34:2 - 34:4 | 30b6 | 33:24-34:1 |
| | 34:14 - 35:4 | 501, 403, V, 30b6, 104 | 35:5-11 |
| | 35:12 - 36:10 | 501, 403, V, 30b6, 104 | |
| | 36:22 - 36:25 | V, 104 | 37:1-2 |
| | 37:3 - 37:7 | V, 104 | 37:8-9 |
| | 37:10 - 37:14 | V, 104 | |
| | 39:11 - 39:18 | 39:16-25—30b6, V, 104 | 39:19-21 |
| | 39:22 - 40:7 | 40:5-6—30b6, V, 104 | 40:8-10 |
| | 40:11 - 40:14 | 40:11—30b6, V, 104 | 40:15-16 |
| | | 40:13-14—30b6 | |
| | 40:23 - 40:24 | 30b6, 104, V, 501, 403 | 40:25-41:6 |
| | 41:7 - 41:7 | 30b6, 104, V, 501, 403 | |
| | 43:18 - 43:20 | 30b6 | 43:21-22 |
| | 43:23 - 44:14 | 30b6 | |
| | 44:20 - 44:24 | | |
| | 45:3 - 45:10 | | |
| | 45:25 - 46:6 | Ex. 4—802, SM | |
| | 46:9 - 46:9 | | |
| | 46:16 - 46:19 | 104 | 46:20-21 |
| | 46:22 - 47:2 | 47:13—501, 403 | 47:3-4 |
| | 47:5 - 47:13 | 501, 403 | 47:14-15 |
| | 47:16 - 47:17 | | |
| | 48:24 - 49:7 | | |
| | 49:16 - 49:21 | | |
| | 49:25 - 50:8 | 30b6 | |
| | 50:14 - 50:20 | 30b6 | 50:21-22 |
| | 50:23 - 52:13 | | |
| | 55:8 - 56:3 | Exs. 6,7, and 8—402, 403, SM | |
| | 56:23 - 57:2 | 30b6 | 57:3-7 |
| | 57:9 - 59:3 | 501, 403 | 59:4-9 |
| | | 59:1-3—30b6 | |
| | 59:10 - 59:19 | 30b6 | 59:20-22 |
| | 64:7 - 64:16 | 64:14-16—30b6 | 64:17-21 |
| | 64:22 - 65:7 | 64:22—30b6, 65:6-7—30b6 | 65:8-10 |
| | 65:11 - 65:15 | 30b6 | |
| | 66:2 - 66:5 | 30b6 | 66:6-10 |
| | 66:11 - 66:15 | 30b6 | |
| | 68:13 - 68:25 | 30b6, A, CC, IH, V, 30b6, 104, 402, 403 | 69:1-5 |
| | 69:6 - 69:7 | 30b6, A, CC, IH, V, 30b6, 104, 402, 403 | |
| | 69:16 - 69:19 | 30b6 | 69:20-24 |
| | 69:25 - 70:2 | 30b6 | 70:6-9 |
| | 70:10 - 70:15 | 30b6 | 70:16-17 |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | 70:19 - 71:2 | 30b6, 501, 403 | 71:3-8 |
| | 71:9 - 71:23 | 30b6, 501, 403 | 71:24-72:4 |
| | 72:5 - 72:5 | 30b6 | |
| | 72:7 - 72:18 | Ex. 8—402, 403, SM | |
| | 72:22 - 73:4 | 30b6 | 73:5-9 |
| | 73:10 - 73:18 | 30b6 | 73:19-20 |
| | 73:21 - 73:25 | 30b6 | 74:1-2 |
| | 79:23 - 80:1 | 30b6 | 80:2-4 |
| | 80:6 - 80:11 | 30b6 | 80:12-16 |
| | 80:17 - 80:25 | 501, 403, 30b6 | 81:1-2 |
| | 81:3 - 81:8 | 501, 403, 30b6 | |
| | 97:4 - 97:11 | Ex. 9—402 | |
| | 98:7 - 98:22 | | |
| | 99:13 - 99:21 | | 99:22-25 |
| | 100:1 - 100:7 | 402 | |
| | 100:10 - 100:17 | 402 | |
| | 100:20 - 100:20 | 402 | |
| | 100:22 - 101:15 | 402 | |
| | 101:16 - 102:7 | 402 | |
| | 102:25 - 103:3 | 103, 104 | 103:4-5 |
| | 103:6 - 103:17 | 103, 104 | 103:18-19 |
| | 103:20 - 103:20 | 103, 104 | |
| | 103:22 - 104:11 | 30b6 | 104:12-13 |
| | 105:2 - 105:4 | 30b6 | 105:5-6 |
| | 105:7 - 105:10 | 30b6 | 105:11-13 |
| | 105:14 - 105:21 | 30b6 | 105:22-24 |
| | 105:25 - 106:7 | 30b6 | |
| | 106:10 - 106:14 | 30b6 | 106:15-16 |
| | 106:17 - 107:14 | 30b6 | 107:15-17 |
| | 107:19 - 107:25 | 30b6 | 108:1-2 |
| | 108:3 - 108:17 | 30b6 | 108:18-19 |
| | 108:20 - 108:21 | 30b6 | |
| | 108:23 - 109:4 | | |
| | 109:7 - 110:5 | | |
| | 110:8 - 110:15 | 30b6 | 110:16-20 |
| | 110:21 - 111:8 | 30b6 | |
| | 111:11 - 111:21 | | 111:22-112:1 |
| | 112:2 - 112:6 | | |
| | 113:8 - 114:13 | 114:11-13—30b6, 103, 104 | 114:14-17 |
| | 114:18 - 114:23 | 30b6, 103, 104 | 114:24-115:2 |
| | 115:3 - 116:9 | 30b6, 103, 104 | 116:10-11 |
| | 116:12 - 116:23 | | 116:24-25 |
| | 117:1 - 117:9 | 103, 104, C, V | |
| | 121:13 - 121:16 | SM, 104, 402, 403 | 121:17-18 |
| | 121:19 - 122:3 | SM, 104, 402, 403 | 122:4-5 |
| | 122:6 - 122:17 | SM, 104, 402, 403 | 122:18-19 |
| | 122:20 - 123:9 | SM, 104, 402, 403, 501 | |
| | 123:16 - 124:23 | SM, 104, 402, 403 | |
| | 126:12 - 127:10 | | |
| | 128:3 - 128:8 | | |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | 144:17 - 144:18 | 30b6 | 144:19-23 |
| | 144:24 - 145:5 | 30b6 | 145:6-9 |
| | 145:10 - 145:13 | 30b6 | 145:14-15 |
| | 145:16 - 145:19 | 30b6 | 145:20-21 |
| | 145:22 - 146:1 | 30b6 | 146:2-4 |
| | 146:5 - 146:7 | 30b6 | 146:8 |
| | 146:9 - 146:11 | 30b6 | 146:12 |
| | 146:13 - 146:15 | 30b6 | 146:16 |
| | 146:17 - 146:20 | 30b6 | 146:21 |
| | 146:22 - 146:22 | 30b6 | |
| | 148:2 - 148:16 | Ex. 8—402, 403, SM 30b6 148:14-22—103, 104 | 148:17-19 |
| | 148:20 - 149:4 | 30b6 | 149:5-6 |
| | 149:7 - 149:8 | 30b6 | |
| | 159:23 - 160:4 | 30b6 | 160:5-7 |
| | 160:8 - 160:16 | 30b6 | 160:17-18 |
| | 160:19 - 161:2 | 30b6 | 161:3-4 |
| | 161:6 - 161:12 | 30b6 | 161:13-15 |
| | 161:16 - 161:20 | 30b6 | 161:21-22 |
| | 161:23 - 162:3 | 30b6 | 162:4-5 |
| | 162:6 - 162:6 | 30b6 | |
| | 163:2 - 163:4 | 30b6 | 163:5 |
| | 163:6 - 163:10 | 30b6 | 163:12 |
| | 163:15 - 163:18 | 30b6 | 163:19-20 |
| | 163:21 - 163:21 | 30b6 | |
| | 163:23 - 163:24 | 30b6 | 163:25-164:1 |
| | 164:2 - 164:12 | 30b6 | 164:13-15 |
| | 164:16 - 164:20 | 30b6 | 164:21-22 |
| | 164:23 - 165:7 | 30b6 | 165:8-9 |
| | 165:11 - 165:19 | 30b6 | |
| | 167:16 - 168:16 | Ex. 17—402, Subject to Court Order (ECF 191) 402, Subject to Court Order (ECF 191), 30b6 | 168:19-23 |
| | 168:25 - 169:8 | Ex. 18—402, Subject to Court Order (ECF 191) 402, Subject to Court Order (ECF 191), 30b6 | 169:9-20 |
| | 169:21 - 170:15 | 402, Subject to Court Order (ECF 191), 30b6 | 170:16-18 |
| | 170:19 - 170:23 | 402, Subject to Court Order (ECF 191), 30b6 | 170:25-171:1 |
| | 171:3 - 171:5 | 402, Subject to Court Order (ECF 191), 30b6 | 171:6-8 |
| | 171:9 - 171:21 | 402, Subject to Court Order (ECF 191), 30b6 | 171:22-23 |
| | 171:24 - 172:7 | 402, Subject to Court Order (ECF 191), 30b6, 103, 104 | 172:8-12 |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | 172:13 - 172:21 | 402, Subject to Court Order (ECF 191), 30b6, 103, 104 | 172:22-24 |
| | 172:25 - 173:4 | 402, Subject to Court Order (ECF 191), 30b6 | 173:5-13 |
| | 173:14 - 174:2 | 402, Subject to Court Order (ECF 191), 30b6 | 174:3-4 |
| | 174:5 - 174:16 | 402, Subject to Court Order (ECF 191), 30b6 | |
| | 174:20 - 175:24 | 402, Subject to Court Order (ECF 191), 30b6 | 174:17-19 |
| | 204:18 - 204:20 | SM, 402, 403, 30b6 | 204:21-25 |
| | 205:1 - 205:6 | SM, 402, 403, 30b6 | 205:7-8 |
| | 205:9 - 205:10 | SM, 402, 403, 30b6 | |
| | 205:11 - 205:22 | SM, 402, 403, 30b6 | 205:23-24 |
| | 205:25 - 206:12 | SM, 402, 403, 30b6 | 206:14-15 |
| | 206:16 - 206:19 | SM, 402, 403, 30b6 | 206:20-24 |
| | 206:25 - 207:2 | SM, 402, 403, 30b6 | |
| | 208:10 - 208:12 | SM, 402, 403, 30b6 | 208:13-15 |
| | 208:16 - 209:1 | SM, 402, 403, 30b6 | 209:2-3 |
| | 209:4 - 209:11 | SM, 402, 403, 30b6 | |
| | 211:15 - 211:20 | | |
| | 211:23 - 212:4 | 103, 104, 30b6 | 212:5-6 |
| | 212:7 - 212:9 | 103, 104, 30b6 | 212:10-13 |
| | 212:14 - 213:6 | 30b6, 104 | 213:7-10 |
| | 213:11 - 213:24 | 213:11-12—30b6 213:21-24—104, C | 213:25-214:1 |
| | 214:2 - 214:8 | 104, C | |
| | 259:4 - 259:13 | SM, 103, 104, V | 259:14-15 |
| | 259:16 - 259:17 | SM, 103, 104, V | |
| | 259:20 - 259:23 | SM | |
| | 260:11 - 260:11 | SM | |

Dated: January 30, 2020                Respectfully submitted,

By:_____*/s/ Andrew H. Bart*_____
Andrew H. Bart (admitted *pro hac vice*)
Jacob L. Tracer (admitted *pro hac vice*)
**Jenner & Block**
919 Third Avenue
New York, NY 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
abart@jenner.com
jtracer@jenner.com

Jonathan E. Missner (admitted *pro hac vice*)
Robert B. Gilmore (admitted *pro hac vice*)
Philip J. O'Beirne (admitted *pro hac vice*)

Michael A. Petrino (admitted *pro hac vice*)
Kevin J. Attridge (admitted *pro hac vice*)
**Stein Mitchell Beato & Missner LLP**
901 15th Street, N.W., Suite 700
Washington, DC 20005
Telephone: (202) 737-7777
Facsimile: (202) 296-8312
jmissner@steinmitchell.com
rgilmore@steinmitchell.com
pobeirne@steinmitchell.com
mpetrino@steinmitchell.com
kattridge@steinmitchell.com

Daniel C. Bitting (State Bar No. 02362480)
Paige A. Amstutz (State Bar No. 00796136)
**Scott Douglass & McConnico LLP**
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399
dbitting@scottdoug.com
pamstutz@scottdoug.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on January 30, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(b)(1).

<u>*/s/ Daniel C. Bitting*</u>
Daniel C. Bitting