# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>GRANDE COMMUNICATIONS )<br>NETWORKS LLC, )<br>)<br>Defendant. )<br>) | No. 1:17-cv-00365-DAE-AWA |

## DEFENDANT GRANDE COMMUNICATIONS NETWORKS LLC'S NOTICE OF OBJECTIONS TO PLAINTIFFS' AFFIRMATIVE DEPOSITION DESIGNATIONS AND EXHIBIT LIST

Pursuant to Local Rule CV-16(f) and the Court's Order Setting Jury Selection/Trial and Related Deadlines (ECF No. 275), Defendant Grande Communications Networks, LLC ("Grande") submits the attached Objections to Plaintiffs' Affirmative Deposition Designations (ECF No. 302-6) and Objections to Plaintiffs' Exhibit List (ECF No. 302-4).  Grande reserves the right to separately contend that Plaintiffs' proposed exhibits and deposition designations should not be admitted pursuant to its forthcoming motions in limine.

With respect to Plaintiffs' Affirmative Deposition Designations, Grande's Objections are attached as Exhibit 1 and defined as follows:

| Code | Objection/Authority |
|---|---|
| F | Foundation/Lack of Personal Knowledge (Fed. R. Evid. 104, 602, 901) |
| C | Completeness/Context (Fed. R. Evid. 106) |
| O | Improper Opinion Testimony by Lay Witness (Fed. R. Evid. 701) |
| LC | Legal Conclusion (Fed. R. Evid. 403, 701–04) |
| R | Relevance (Fed. R. Evid. 402) |
| P | Unfairly Prejudicial/Confusing/Misleading (Fed. R. Evid. 403) |
| H | Hearsay (Fed. R. Evid. 802) |
| IF | Improper Form of Question |

With respect to Plaintiffs' Exhibit List, Grande's Objections[1] are attached as Exhibit 2 and defined as follows:

| Code | Objection/Authority |
|---|---|
| H | Hearsay (Fed. R. Evid. 802) |
| S | Improper Summary (Fed. R. Evid. 1006) |
| B | Best Evidence Rule (Fed. R. Evid. 1002) |
| F | Foundation (Fed. R. Evid. 901) |
| O | Improper or Untimely Expert Testimony (Fed. R. Evid. 702; Fed. R. Civ. P. 26(b)(2); Scheduling Order, ¶ 2 (ECF No. 66)) |
| ID | Insufficient Identification (the description of the exhibit is insufficient to allow Grande to locate it without undue burden, and/or the exhibit appears not to have been timely or properly produced in discovery) |

---

[1] Grande offers these Objections without regard to Plaintiffs' descriptions of identified exhibits, which are in some instances argumentative or otherwise inconsistent with the document at the identified bates number(s).

Dated:  January 30, 2020

    By: /s/ *Richard L Brophy*
        Richard L. Brophy
        Zachary C. Howenstine
        Margaret R. Szewczyk
        Abigail L. Twenter
        ARMSTRONG TEASDALE LLP
        7700 Forsyth Blvd., Suite 1800
        St. Louis, Missouri 63105
        Telephone:  314.621.5070
        Fax:  314.621.5065
        rbrophy@armstrongteasdale.com
        zhowenstine@armstrongteasdale.com
        mszewczyk@armstrongteasdale.com
        atwenter@armstrongteasdale.com

        J. Stephen Ravel
        Texas State Bar No. 16584975
        J.R. Johnson
        Texas State Bar No. 24070000
        Diana L. Nichols
        Texas State Bar No. 00784682
        KELLY HART & HALLMAN LLP
        303 Colorado, Suite 2000
        Austin, Texas 78701
        Telephone: 512.495.6429
        Fax: 512.495.6401
        Email: steve.ravel@kellyhart.com
               jr.johnson@kellyhart.com
               diana.nichols@kellyhart.com

        ATTORNEYS FOR DEFENDANT
        GRANDE COMMUNICATIONS
        NETWORKS LLC

**<u>CERTIFICATE OF SERVICE</u>**

  The undersigned certifies that on January 30, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(b)(1).

<u>/s/ *Richard Brophy*                    </u>
Richard L. Brophy
