UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>GRANDE COMMUNICATIONS<br>NETWORKS LLC,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  No.  1:17-cv-00365-DAE-AWA<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING DEFENDANT GRANDE COMMUNICATIONS NETWORKS, LLC's FOURTEENTH MOTION *IN LIMINE***

　　　　Having considered Defendant Grande Communications Networks, LLC's Fourteenth Motion *in Limine* and any related arguments from the parties, the Court finds good cause that the Motion should be GRANTED.  All evidence and argument regarding the following subjects shall be excluded from trial in this case: (1) the value of unasserted copyrights; (2) the monetary, social, or other value of Plaintiffs' copyrights and businesses generally; and (3) harm caused by copyright infringement generally, including any generalized harm suffered by the recording industry or any Plaintiff as a result of online copyright infringement.

　　　　So ORDERED this ___ day of February, 2020.


　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE DAVID A. EZRA
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE