# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, | § |
| Plaintiffs, | § |
| vs. | § Civil Action No. 1:17-cv-00365-DAE-AWA |
| GRANDE COMMUNICATIONS NETWORKS LLC, | § |
| Defendant. | § |

## AGREED JOINT MOTION TO CONTINUE TRIAL SETTING

Plaintiffs and Defendant (together, the "Parties") move the Court to continue the current trial setting and in support show as follows:

This case is currently set for jury selection on February 24, 2020 and to begin trial on February 25, 2020. The Parties previously agreed and advised the Court that they needed ten days to try this case, which involves claims for copyright infringement of over 1,500 sound recordings.

On Friday, February 7, 2020, however, the Court's deputy informed the Parties' local counsel that the Court's current schedule does not allow for ten trial days. Rather, the Court's schedule only allows for six full days of trial, including opening and closing (but not jury selection).[1] The Court's deputy stated that if the Parties did not believe that that schedule allowed an adequate time to try the case, the Court would be open to a request for a continuance.

---

[1] Full days on February 25 and 26; from 9:00 a.m. to Noon on February 27; from 1:00 p.m. to 5:00 p.m. on February 28; and full days on March 2, 3 and March 4, with the case going to the jury on March 4.

The Parties do not believe that six days is an adequate amount of time to try this case. Accordingly, the Parties request that the Court continue the trial setting and reset it at a time that allows for ten trial days, not counting jury selection but including opening and closing.

Respectfully submitted,

By: */s/ Andrew H. Bart*

Andrew H. Bart (admitted *pro hac vice*)
Jacob Tracer (admitted *pro hac vice*)
**Jenner & Block LLP**
919 Third Ave.
New York, New York 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
abart@jenner.com
jtracer@jenner.com

Jonathan E. Missner (admitted *pro hac vice*)
Robert B. Gilmore (admitted *pro hac vice*)
Philip J. O'Beirne (admitted *pro hac vice*)
Michael A. Petrino (admitted *pro hac vice*)
**Stein Mitchell Beato & Missner LLP**
901 15th Street, N.W., Suite 700
Washington, DC 20005
Telephone: (202) 737-7777
Facsimile: (202) 296-8312
jmissner@steinmitchell.com
rgilmore@steinmitchell.com
pobeirne@steinmitchell.com
mpatrino@steinmitchell.com

Daniel C. Bitting (State Bar No. 02362480)
Paige A. Amstutz (State Bar No. 00796136)
**Scott Douglass & McConnico LLP**
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399
dbitting@scottdoug.com
pamstutz@scottdoug.com

***ATTORNEYS FOR PLAINTIFFS***

By: */s/ Richard L. Brophy*

Richard L. Brophy
Zachary C. Howenstine
Margaret R. Szewczyk
Abigail L. Twenter
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 621-5070
Facsimile: (314) 621-5065
rbrophy@armstrongteasdale.com
zhowenstine@armstrongteasdale.com
mszewczyk@armstrongteasdale.com
atwenter@armstrongteasdale.com

J. Stephen Ravel (State Bar No. 16584975)
J.R. Johnson (State Bar No. 24070000)
Diana L. Nichols (State Bar No. 00784682)
KELLY HART &HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Telephone: 512.495.6429
Fax: 512.495.6401
steve.ravel@kellyhart.com
jr.johnson@kellyhart.com
diana.nichols@kellyhart.com

***ATTORNEYS FOR DEFENDANT GRANDE COMMUNICATIONS NETWORKS LLC***

## CERTIFICATE OF SERVICE

The undersigned certifies that, on February 10, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document electronically.

*/s/ Daniel C. Bitting*
Daniel C. Bitting

3