# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UMG RECORDINGS, INC., *et al.*, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | Civil Action No. 1:17-cv-00365-DAE-AWA |
| GRANDE COMMUNICATIONS NETWORKS LLC, | § § § § | |
| Defendant. | § § | |

## AGREED JOINT MOTION TO EXTEND DEADLINE FOR RESPONSES TO MOTIONS IN LIMINE

Plaintiffs and Defendant (together, the "Parties") move the Court to extend the deadline for filing responses to Motions in Limine as follows.

By order dated May 2, 2019, the Court set this case for jury selection and trial on February 24, 2020. The order set February 4, 2020 as the deadline for Motions in Limine and February 11, 2020 as the deadline for responses to Motions in Limine.

In response to the Parties' joint request, by order dated February 7, 2020 the Court set this case for a pretrial conference on Friday, February 14, 2020 at 8:30 a.m. After the Court set the pretrial conference and also on February 7, 2020, the Court's deputy sent an email to the Parties' counsel stating that, due to the expedited setting of the pretrial conference, all responses to pending Motions in Limine are due to the Court by noon on Tuesday, February 11, 2020.

During a call with the Parties' local counsel on February 7, the Court's deputy informed counsel of the days available for trial during the current setting. She advised that the Court would be open to a request for a continuance if the Parties did not believe that the current setting allowed adequate time for trial. The Parties do not believe that the current schedule affords

adequate time for trial and have filed an Agreed Joint Motion to Continue Trial Setting, seeking a setting that, exclusive of jury selection, will allow ten days for trial.

In light of the continuance being sought, the Parties request additional time to file responses to the Motions in Limine.[1]  The Parties jointly request the Court extend the deadline for filing responses to Motions in Limine to Friday, February 14, 2020.

Respectfully submitted,

By: /s/ Andrew H. Bart

Andrew H. Bart (admitted *pro hac vice*)
Jacob Tracer (admitted *pro hac vice*)
**Jenner & Block LLP**
919 Third Ave.
New York, New York 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
abart@jenner.com
jtracer@jenner.com

Jonathan E. Missner (admitted *pro hac vice*)
Robert B. Gilmore (admitted *pro hac vice*)
Philip J. O'Beirne (admitted *pro hac vice*)
Michael A. Petrino (admitted *pro hac vice*)
**Stein Mitchell Beato & Missner LLP**
901 15th Street, N.W., Suite 700
Washington, DC 20005
Telephone: (202) 737-7777
Facsimile: (202) 296-8312
jmissner@steinmitchell.com
rgilmore@steinmitchell.com
pobeirne@steinmitchell.com
mpatrino@steinmitchell.com

Daniel C. Bitting (State Bar No. 02362480)
Paige A. Amstutz (State Bar No. 00796136)
**Scott Douglass & McConnico LLP**
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399

---

[1] There are a total of twenty-one Motions in Limine on file, five filed by Plaintiffs and sixteen filed by Defendant.

dbitting@scottdoug.com
pamstutz@scottdoug.com

***ATTORNEYS FOR PLAINTIFFS***

By: */s/ Richard L. Brophy*

    Richard L. Brophy
    Zachary C. Howenstine
    Margaret R. Szewczyk
    Abigail L. Twenter
    ARMSTRONG TEASDALE LLP
    7700 Forsyth Blvd., Suite 1800
    St. Louis, Missouri 63105
    Telephone: (314) 621-5070
    Facsimile: (314) 621-5065
    rbrophy@armstrongteasdale.com
    zhowenstine@armstrongteasdale.com
    mszewczyk@armstrongteasdale.com
    atwenter@armstrongteasdale.com
    J. Stephen Ravel (State Bar No. 16584975)
    J.R. Johnson (State Bar No. 24070000)
    Diana L. Nichols (State Bar No. 00784682)
    KELLY HART &HALLMAN LLP
    303 Colorado, Suite 2000
    Austin, Texas 78701
    Telephone: 512.495.6429
    Fax: 512.495.6401
    steve.ravel@kellyhart.com
    jr.johnson@kellyhart.com
    diana.nichols@kellyhart.com

    ***ATTORNEYS FOR DEFENDANT***
    ***GRANDE COMMUNICATIONS***
    ***NETWORKS LLC***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that, on February 10, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document electronically.

    */s/ Richard L. Brophy*
    Richard L. Brophy