UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UMG Recordings, Inc., et al. | § | |
| | § | |
| vs. | § | NO:  AU:17-CV-00365-DAE |
| | § | |
| Grande Communications Networks | § | |
| LLC, et la. | | |

## ORDER WITHDRAWING REFERRAL

The matter before the Court is the status of this case. It is the Order of this Court that the order referring this case to United States Magistrate Judge Andrew Austin (dkt 183) is hereby **WITHDRAWN**.

All pending motions (dkt no. 308, 309, 310, 311, 312, 313, 314, 315, 316, 317, 318, 319, 320, 321, 322, 323, 324, 325, 326, 327, 328, and 332) that are currently referred to United States Magistrate Judge Andrew Austin are **WITHDRAWN**.

IT IS SO ORDERED.

DATED: Austin, Texas, February 12, 2020.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE