IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2020 FEB 18 AM 11: 43

CLER...
WESTE...
BY...

| | | |
|---|---|---|
| UMG RECORDINGS, INC., et al., | § | |
| | § | |
| V. | § | CAUSE NO. A-17-CA-365-DAE |
| | § | |
| GRANDE COMMUNICATIONS | § | |
| NETWORKS, LLC | § | |

## ORDER CANCELLING CURRENT JURY SELECTION AND RETAINING TELEPHONE CONFERENCE SETTING

Pursuant to the District Judge's Order setting this matter for trial to begin on **Tuesday, September 8, 2020**, and referring this matter for jury selection, the undersigned hereby **SETS** this matter for jury selection at **9:30 a.m. on Tuesday, September 8, 2020**, in Courtroom Three on the fourth floor of the Federal Courthouse located at 501 W. 5th Street, Austin, Texas 78701.

Furthermore, to address the undersigned's jury selection process, the telephone conference previously set for **Friday, February 21, 2020, at 11:00 a.m.,** remains set for the same time and date. The parties are instructed to call (866) 390-1828 with access code 6054147 on the designated date and time.

SIGNED this 18th day of February, 2020.

ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE