UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UMG Recordings, Inc., et al. | § § | |
| Plaintiffs, | § | NO:  AU:17-CV-00365-DAE |
| vs. | § § | |
| Grande Communications Networks LLC, | § § § | |
| Defendant. | | |

## ORDER RESETTING JURY TRIAL AND RELATED DEADLINES

It is hereby ORDERED that the above entitled and numbered case is reset for Jury Trial in Courtroom 1, on the First Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Wednesday, September 09, 2020 at 09:00 AM**.

If required, a Final Pretrial Conference will be set by separate order.

With the parties' consent, this matter is referred to the U.S. Magistrate Judge Austin for the limited purpose of jury selection. U.S. Magistrate Judge Austin will issue a separate order setting jury selection and jury selection deadline. All matters related to the jury selection are hereby **REFERRED** to U.S. Magistrate Judge Austin.

**Pretrial Submissions**

Pursuant to Local Rule 16(e), the Court **ORDERS** all parties to serve and file the following information by the close of business **Monday, July 13, 2020:**

(1)  A list of stipulated facts.

(2) An appropriate identification of each exhibit as specified in this rule (except those to be used for impeachment only), separately identifying those that the

party expects to offer and those that the party may offer if the need arises.

(3) The name and, if not previously provided, the address and telephone number of each witness (except those to be used for impeachment only), separately identifying those whom the party expects to present and those whom the party may call if the need arises.

(4) The name of those witnesses whose testimony is expected to be presented by means of a deposition and designation by reference to page and line of the testimony to be offered (except those to be used for impeachment only) and, if not taken stenographically, a transcript of the pertinent portions of the deposition testimony.

(5) Proposed jury instructions and verdict forms.  The parties are **ORDERED** to meet and confer and submit a joint proposed set of jury instructions.  Any jury instructions to which both parties do not agree must be submitted separately with appropriate citations to the law supporting those instructions.  <u>Joint jury instructions shall be submitted in complete format as they would appear when submitted to the jury</u>.  For trials expecting to last longer than one week or complex in nature, counsel may submit their joint jury instructions towards the end of the trial.  However, counsel must request permission from the Court to submit this pretrial item past the deadline.

(6) An updated estimate of the probable length of trial.

## Objections to Pretrial Submissions

Pursuant to Local Rule 16(f), the Court also **ORDERS** both parties to serve and file the following information by close of business on <u>**Wednesday, July 15, 2020**</u>:

(1) A list disclosing any objections to the use under Rule 32(a) of deposition testimony designated by the other party.

(2) A list disclosing any objection, together with the grounds therefore, that may be made to the admissibility of any exhibits. Objections not so disclosed, other than

objections under Federal Rules of Evidence 402 and 403 shall be deemed waived unless excused by the court for good cause shown.

 IT IS SO ORDERED.

 DATED: Austin, Texas February 24, 2020.

_____<br>
DAVID A. EZRA<br>
SENIOR U.S. DISTRICT JUDGE