UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UMG Recordings, Inc., et al. | § | |
|     *Plaintiffs,* | § | |
| vs. | § | NO:  AU:17-CV-00365-DAE |
| | § | |
| Grande Communications Networks | § | |
| LLC, | § | |
|     *Defendant*. | | |

## ORDER REFERRING MATTER TO MAGISTRATE JUDGE

Before the Court is the status of this case.  In accordance with the authority vested in the United States Magistrate Judge pursuant to 28 U.S.C. § 636, the instant action is hereby **REFERRED** to United States Magistrate Judge Austin for the limited purpose of resolving the pending deposition designation disputes (see dkt no. 301 exhibit 5, dkt no. 302 exhibit no. 6, dkt no. 303, and dkt no. 305). Upon completion, the undersigned retains full jurisdiction over all other matters.

IT IS SO ORDERED.

DATED: Austin, Texas, February 24, 2020.

                                                _____
                                                DAVID A. EZRA
                                                SENIOR U.S. DISTRICT JUDGE