UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UMG Recordings, Inc., et al. | § § | |
| Plaintiff, | § | NO:  AU:17-CV-00365-DAE |
| vs. | § § | |
| Grande Communications Networks LLC, et al. | § § § | |
| Defendant. | | |

ORDER RESETTING VIDEO CONFERENCE HEARING

It is hereby ORDERED that the above entitled and numbered case is reset for a VIDEO CONFERENCE HEARING regarding the pending Motion for Reconsideration [dkt 348] before Senior U.S. District Judge David A. Ezra in Courtroom 5, on the Third Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Wednesday, June 17, 2020 at 09:00 AM**.

IT IS SO ORDERED.

DATED: San Antonio, Texas May 08, 2020.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE