IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al., § | |
| § | |
| V.                                                        § | CAUSE NO. A-17-CA-365-DAE |
| § | |
| GRANDE COMMUNICATIONS § | |
| NETWORKS, LLC                        § | |

## ORDER RESETTING JURY SELECTION

Pursuant to the District Judge's Order setting this matter for trial to begin on **Tuesday, September 15, 2020**, and referring this matter for jury selection, the undersigned hereby **SETS** this matter for jury selection at **9:00 a.m. on Friday, September 11, 2020**, in Courtroom Three on the fourth floor of the Federal Courthouse located at 501 W. 5th Street, Austin, Texas 78701.[1]

SIGNED this 11th day of May, 2020.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE

---

[1] The undersigned currently has a jury trial in another case he is presiding over set for the week of September 14, 2020. Thus, the Court will select the jury for this case on Friday, September 11, 2020. In the event the undersigned's trial for September 14, 2020 settles or is postponed, the Court will move the jury selection for this case to Monday, September 14, 2020.