UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| GRANDE COMMUNICATIONS NETWORKS LLC, | ) ) )   No. 1:17-cv-00365-DAE-AWA ) |
| Defendant. | ) ) ) ) |

**ORDER GRANTING AGREED JOINT MOTION TO EXTEND PRETRIAL DEADLINES**

Having considered the Plaintiffs' and Defendant's (together, the "Parties") Agreed Joint Motion to Extend Pretrial Deadlines (Dkt. 360), the Court finds good cause that the Motion should be **GRANTED.**

**IT IS THEREFORE ORDERED** that the pretrial deadlines set forth in the Court's April 8, 2020 Order Regarding Motions in Limine (Dkt. 347) and May 8, 2020 Amended Order Resetting Jury Trial and Related Deadlines (Dkt. 352) are hereby **VACATED**, and the due dates for the Parties' pretrial submissions shall be **EXTENDED** as reflected in the Parties' Agreed Joint Motion to Extend Pretrial Deadlines (Dkt. 360) and as reproduced below.

| DEADLINE | EVENT |
|---|---|
| August 28, 2020 | Plaintiffs to circulate a draft joint set of jury instructions to Defendant. |
| September 4, 2020 | Last day for Parties to meet and confer on draft |

|  | joint jury instructions.[1] |
|---|---|
| September 9, 2020 | Parties to exchange:<br><br>(i)　any amendments to original set of deposition designations; and<br><br>(ii)　updated exhibit lists. |
| September 16, 2020 | Parties to exchange:<br><br>(i)　any objections to amended deposition designations; and<br><br>(i)　any objections to updated exhibit lists. |
| September 23, 2020 | Last day for Parties to meet and confer on:<br><br>(i)　amended deposition designations and objections thereto; and<br><br>(ii)　updated exhibit lists and objections thereto. |
| September 30, 2020 | Plaintiffs and Defendant each file their package of pre-trial submission and objections to pre-trial submissions identified in the Court's May 8, 2020 Amended Order Resetting Jury Trial and Related Deadlines (Dkt. 352), except that Plaintiffs will be responsible for submitting the |

---

[1] Plaintiffs will prepare a finalized joint set of jury instructions shortly thereafter based on results of the meet and confer.

| | |
|---|---|
| | joint set of jury instruction in the form required by the Court's April 8, 2020 Order (Dkt. 347). |

So **ORDERED** this ___ day of August, 2020.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE