# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al., § | |
| § | |
| V.   § | CAUSE NO. A-17-CA-365-DAE |
| § | |
| GRANDE COMMUNICATIONS § | |
| NETWORKS, LLC   § | |

## ORDER RESETTING JURY SELECTION

Pursuant to the District Judge's Order setting this matter for jury selection and trial to begin on **Monday, May 3, 2021**, and referring this matter for jury selection, the undersigned hereby **SETS** this matter for jury selection at **9:00 a.m. on Friday, April 30, 2021**, in Courtroom Three on the fourth floor of the Federal Courthouse located at 501 W. 5th Street, Austin, Texas 78701.[1]

SIGNED this 20th day of August, 2020.

*[signature]*

ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE

---

[1] The undersigned currently has a jury trial in another case he is presiding over set for the week of May 3, 2021. Thus, the Court will select the jury for this case on Friday, April 30, 2021. In the event the undersigned's trial for May 3, 2021 settles or is postponed, the Court will move the jury selection for this case to Monday, May 3, 2021.