# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) )   No. 1:17-cv-00365-DAE |
| GRANDE COMMUNICATIONS NETWORKS LLC, | ) ) ) ) |
| Defendant. | ) ) |

## JOINT MOTION TO CONTINUE TRIAL

Plaintiffs and Defendant (collectively, the "Parties") jointly move the Court to continue the trial date in this matter to January 24, 2022.

A jury trial in this matter is currently scheduled to begin on May 3, 2021, and the Court has set related pretrial deadlines in April. *See* Order Resetting Jury Trial and Related Deadlines (ECF No. 363); Order Resetting Jury Selection (ECF No. 364). The Parties have conferred and agree that, in light of the health and safety issues arising out of the ongoing COVID-19 pandemic, trial should be continued to a later date.

The Parties contacted the Court's Courtroom Deputy and were advised that a January 24, 2022 trial setting is currently available for a 10-day jury trial. The Parties agree that this trial setting is suitable and does not present any scheduling conflicts.

WHEREFORE, the Parties respectfully request that the Court enter an order resetting this case for a 10-day jury trial to begin on January 24, 2022.

Dated:  March 23, 2021

| | |
|---|---|
| By: /s/  *Andrew H. Bart* (w/ consent)<br> Andrew H. Bart (admitted *pro hac vice*)<br> Jacob L. Tracer (admitted *pro hac vice*)<br> **Jenner & Block**<br> 919 Third Avenue<br> New York, NY 10022<br> Telephone: (212) 891-1600<br> Facsimile: (212) 891-1699<br> abart@jenner.com<br> jtracer@jenner.com<br><br> Robert B. Gilmore (admitted *pro hac vice*)<br> Philip J. O'Beirne (admitted *pro hac vice*)<br> Michael A. Petrino (admitted *pro hac vice*)<br> Kevin L. Attridge (admitted *pro hac vice*)<br> **Stein Mitchell Beato & Missner LLP**<br> 901 15th Street, N.W., Suite 700<br> Washington, DC 20005<br> Telephone: (202) 737-7777<br> Facsimile: (202) 296-8312<br> rgilmore@steinmitchell.com<br> pobeirne@steinmitchell.com<br> mpetrino@steinmitchell.com<br> kattridge@steinmitchell.com<br><br> Daniel C. Bitting (State Bar No. 02362480)<br> Paige A. Amstutz (State Bar No. 00796136)<br> **Scott Douglass & McConnico LLP**<br> 303 Colorado Street, Suite 2400<br> Austin, TX 78701<br> Telephone: (512) 495-6300<br> Facsimile: (512) 495-6399<br> dbitting@scottdoug.com<br> pamstutz@scottdoug.com<br><br> ATTORNEYS FOR PLAINTIFFS | By: /s/ *Richard L. Brophy*<br> Richard L. Brophy<br> Zachary C. Howenstine<br> Edward F. Behm<br> Margaret R. Szewczyk<br> Abigail L. Twenter<br> ARMSTRONG TEASDALE LLP<br> 7700 Forsyth Blvd., Suite 1800<br> St. Louis, Missouri 63105<br> Telephone:  314.621.5070<br> Fax:  314.621.5065<br> rbrophy@armstrongteasdale.com<br> zhowenstine@armstrongteasdale.com<br> ebehm@armstrongteasdale.com<br> mszewczyk@armstrongteasdale.com<br> atwenter@armstrongteasdale.com<br><br> J. Stephen Ravel<br> Texas State Bar No. 16584975<br> J.R. Johnson<br> Texas State Bar No. 24070000<br> Diana L. Nichols<br> Texas State Bar No. 00784682<br> KELLY HART & HALLMAN LLP<br> 303 Colorado, Suite 2000<br> Austin, Texas 78701<br> Telephone: 512.495.6429<br> Fax: 512.495.6401<br> steve.ravel@kellyhart.com<br> jr.johnson@kellyhart.com<br> diana.nichols@kellyhart.com<br><br> ATTORNEYS FOR DEFENDANT<br> GRANDE COMMUNICATIONS<br> NETWORKS LLC |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 23, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(b)(1).

/s/ *Richard L. Brophy*
Richard L. Brophy
