# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al., § | |
| § | |
| V. § | CAUSE NO. A-17-CA-365-DAE |
| § | |
| GRANDE COMMUNICATIONS § | |
| NETWORKS, LLC § | |

## ORDER RESETTING JURY SELECTION

Pursuant to the District Judge's Order setting this matter for jury selection and trial to begin on **Monday, January 24, 2022**, and referring this matter for jury selection, the undersigned hereby **SETS** this matter for jury selection at **9:00 a.m. on Friday, January 21, 2022**, in Courtroom Three on the fourth floor of the Federal Courthouse located at 501 W. 5th Street, Austin, Texas 78701.

SIGNED this 6th day of April, 2021.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE