# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al. § § § Plaintiffs, § § v. § § GRANDE COMMUNICATIONS § NETWORKS LLC § § Defendants § § § | Civ. Action No. 1:17-cv-00365-DAE-AWA |

## UMG PLAINTIFFS' AMENDED CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(b)(2), Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, Capitol CMG, Inc., Fonovisa, Inc., and Roc-A-Fella Records, LLC (the "UMG Plaintiffs") hereby amend their corporate disclosure statement to reflect recent changes in their corporate structures and disclose the following:

The UMG Plaintiffs' ultimate parent is Universal Music Group, N.V., a Netherlands public limited company. No other publicly-traded company owns ten percent (10%) or more of the UMG Plaintiffs.

Dated: October 8, 2021

Respectfully submitted,

By: _____/s/ *Daniel C. Bitting*_____

Daniel C. Bitting (State Bar No. 02362480)
Paige A. Amstutz (State Bar No. 00796136)
**Scott Douglass & McConnico LLP**
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone:(512) 495-6300

Facsimile: (512) 495-6399
dbitting@scottdoug.com
pamstutz@scottdoug.com

Andrew H. Bart (admitted *pro hac vice*)
Jacob L. Tracer (admitted *pro hac vice*)
**Jenner & Block LLP**
919 Third Avenue
New York, NY 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
abart@jenner.com
jtracer@jenner.com

Jonathan E. Missner (admitted *pro hac vice*)
Robert B. Gilmore (admitted *pro hac vice*)
Philip J. O'Beirne (admitted *pro hac vice*)
Kevin L. Attridge (admitted *pro hac vice*)
**Stein Mitchell Beato & Missner LLP**
901 15th Street, N.W., Suite 700
Washington, DC 20015
Telephone: (202) 737-7777
Facsimile: (202) 296-8312
jmissner@steinmitchell.com
rgilmore@steinmitchell.com
pobeirne@steinmitchell.com
kattridge@steinmitchell.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 8, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(b)(1).

By: /s/ *Daniel C. Bitting*
Daniel C. Bitting