UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UMG Recordings, Inc., et al. | § § § | |
| Plaintiffs, | § | NO:  AU:17-CV-00365-DAE |
| vs. | § § | |
| Grande Communications Networks LLC, et al. | § § § § | |
| Defendants. | | |

## ORDER SETTING FINAL PRETRIAL CONFERENCE

It is hereby ORDERED that the above entitled and numbered case is set for a **in person** FINAL PRETRIAL CONFERENCE before Senior U.S. District Judge David A. Ezra in Courtroom 1, on the First Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Wednesday, January 05, 2022 at 09:00 AM**.

IT IS SO ORDERED.

DATED: Austin, Texas December 01, 2021.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE