FILED
December 13, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ps_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UMG Recording Inc. et al. § | No. 1:17-CV-0365-DAE |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | |
| § | |
| Grande Communications Network LLC § | |
| et al. § | |
| § | |
| Defendants. § | |

**ORDER REFERRING MATTER TO MAGISTRATE JUDGE**

With the parties' consent and in accordance with the authority vested in the United States Magistrate Judge pursuant to 28 U.S.C. § 636, the instant action is hereby **REFERRED** to United States Magistrate Dustin Howell for the purpose of jury selection.  Upon selection of the jury, the undersigned retains full jurisdiction over all other matters.

**IT IS SO ORDERED.**

DATED: Austin, Texas, December 13, 2021.

_____
UNITED STATES SENIOR DISTRICT JUDGE
DAVID A. EZRA