# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al.,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  vs.  )<br>  )<br>GRANDE COMMUNICATIONS  )<br>NETWORKS LLC,  )<br>  )<br>  Defendant.  )<br>  ) | No. 1:17-cv-00365-DAE-AWA |

## DEFENDANT GRANDE COMMUNICATIONS NETWORKS LLC'S STATEMENT OF CLAIMS OR DEFENSES

Pursuant to Local Rule CV-16(f) and the Court's Order Setting Jury Selection/Trial and Related Deadlines (ECF No. 366), Defendant Grande Communications Networks, LLC, ("Grande") submits the following statement of its claims or defenses to be used in voir dire:

Grande disputes the plaintiffs' claim that Grande is liable for acts of copyright infringement allegedly committed by its subscribers.  Grande asserts that it is merely an internet service provider and never induced or encouraged anyone to infringe the plaintiffs' copyrights. Grande contends that Rightscorp, which claims to have detected copyright infringement on Grande's network, cannot accurately or reliably identify infringement, and that Rightscorp destroyed or otherwise failed to preserve the evidence of its alleged detections. Grande also contends that Rightscorp's emails to Grande were flawed and unreliable, because of defects in Rightscorp's system and because the emails lacked any supporting or verifiable evidence. Grande therefore contends that the plaintiffs are not entitled to recover any damages, and furthermore, that the plaintiffs' requested damages are excessive and not supported by evidence of actual harm.

Dated: December 28, 2021

By: /s/ *Richard L Brophy*
    Richard L. Brophy
    Zachary C. Howenstine
    Margaret R. Szewczyk
    ARMSTRONG TEASDALE LLP
    7700 Forsyth Blvd., Suite 1800
    St. Louis, Missouri 63105
    Telephone: 314.621.5070
    Fax: 314.621.5065
    rbrophy@armstrongteasdale.com
    zhowenstine@armstrongteasdale.com
    mszewczyk@armstrongteasdale.com

    J. Stephen Ravel
    Texas State Bar No. 16584975
    J.R. Johnson
    Texas State Bar No. 24070000
    Diana L. Nichols
    Texas State Bar No. 00784682
    KELLY HART & HALLMAN LLP
    303 Colorado, Suite 2000
    Austin, Texas 78701
    Telephone: 512.495.6429
    Fax: 512.495.6401
    Email: steve.ravel@kellyhart.com
           jr.johnson@kellyhart.com
           diana.nichols@kellyhart.com

    *Attorneys for Defendant Grande*
    *Communications Networks LLC*