# EXHIBIT 3

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) )  No. 1:17-cv-00365-DAE-AWA |
| GRANDE COMMUNICATIONS NETWORKS LLC, | ) ) ) ) |
| Defendant. | ) ) |

## **STIPULATIONS OF FACTS**

Pursuant to Local Rule CV-16(f) and the Court's Order Setting Jury Selection/Trial and Related Deadlines (ECF No. 366), Defendant Grande Communications Networks, LLC, ("Grande") states that the parties have not agreed to stipulated facts at this time. The parties are still considering proposed factual stipulations. In the event that the parties reach such stipulations, the parties will supplement their filings accordingly.

Dated: December 28, 2021

By: /s/ *Richard L Brophy*
    Richard L. Brophy
    Zachary C. Howenstine
    Margaret R. Szewczyk
    ARMSTRONG TEASDALE LLP
    7700 Forsyth Blvd., Suite 1800
    St. Louis, Missouri 63105
    Telephone: 314.621.5070
    Fax: 314.621.5065
    rbrophy@armstrongteasdale.com
    zhowenstine@armstrongteasdale.com
    mszewczyk@armstrongteasdale.com

    J. Stephen Ravel
    Texas State Bar No. 16584975
    J.R. Johnson
    Texas State Bar No. 24070000
    Diana L. Nichols
    Texas State Bar No. 00784682
    KELLY HART & HALLMAN LLP
    303 Colorado, Suite 2000
    Austin, Texas 78701
    Telephone: 512.495.6429
    Fax: 512.495.6401
    Email: steve.ravel@kellyhart.com
           jr.johnson@kellyhart.com
           diana.nichols@kellyhart.com

    *Attorneys for Defendant Grande Communications Networks LLC*