**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> vs. §    Civil Action No. 1:17-cv-00365-DAE <br> § <br> GRANDE COMMUNICATIONS § <br> NETWORKS LLC, § <br> § <br> Defendant. § <br> § | |

**PLAINTIFFS' PRETRIAL SUBMISSION**

Pursuant to Local Rule 16(e) and this Court's Order Resetting Jury Trial and Related Deadlines (Dkt. 366), Plaintiffs submit the following information.

    Exhibit 1:    Plaintiffs' requested questions for prospective jurors

    Exhibit 2:    Statement of Plaintiffs' claims to be used by the Court in *voir dire*

    Exhibit 3:    (The parties are still conferring regarding proposed stipulated facts)

    Exhibit 4:    Plaintiffs' exhibit list

    Exhibit 5:    Plaintiffs' witness list

    Exhibit 6:    Plaintiffs' deposition designations

Plaintiffs estimate that the trial will require 8-10 trial days.

Dated: December 28, 2021                Respectfully submitted,

                                                  By:    */s/ Andrew H. Bart*
                                                  Andrew H. Bart (admitted *pro hac vice*)
                                                  Jacob L. Tracer (admitted *pro hac vice*)
                                                  **Jenner & Block**
                                                  1155 Avenue of the Americas
                                                  New York, NY 10036
                                                  Telephone: (212) 891-1600
                                                  Facsimile: (212) 891-1699
                                                  abart@jenner.com

jtracer@jenner.com

Jonathan E. Missner (admitted *pro hac vice*)
Robert B. Gilmore (admitted *pro hac vice*)
Philip J. O'Beirne (admitted *pro hac vice*)
Michael A. Petrino (admitted *pro hac vice*)
Kevin J. Attridge (admitted *pro hac vice*)
**Stein Mitchell Beato & Missner LLP**
901 15th Street, N.W., Suite 700
Washington, DC 20005
Telephone: (202) 737-7777
Facsimile: (202) 296-8312
jmissner@steinmitchell.com
rgilmore@steinmitchell.com
pobeirne@steinmitchell.com
mpetrino@steinmitchell.com
kattridge@steinmitchell.com

Daniel C. Bitting (State Bar No. 02362480)
Paige A. Amstutz (State Bar No. 00796136)
**Scott Douglass & McConnico LLP**
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399
dbitting@scottdoug.com
pamstutz@scottdoug.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

   The undersigned certifies that on December 28, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(b)(1).

                */s/ Daniel C. Bitting*
                Daniel C. Bitting