# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No.  1:17-cv-00365-DAE-AWA |
| ) | |
| GRANDE COMMUNICATIONS ) | |
| NETWORKS LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFFS' OBJECTIONS TO
## DEFENDANT GRANDE COMMUNICATIONS NETWORKS LLC'S
## TRIAL EXHIBIT LIST

Plaintiffs submit the following Objections to Defendant Grande Communications

Networks, LLC's Trial Exhibit List pursuant to the Court's Order Resetting Jury Trial and Related

Deadlines (ECF No. 366).  Pursuant to that Order, Plaintiffs reserve their Federal Rules of

Evidence 402 and 403 objections to Defendant's exhibits until trial. Plaintiffs further reserve the

right to amend these objections, and to interpose additional objections, based on evidence or

arguments that Grande presents or attempts to present at trial.

| Def.'s Trial Ex. | Description | Bates Number | Dep. Ex. (in absence of bates label) | Expects to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|
| 1 | Grande Internet Acceptable Use Policy | | PX103 | | X | |
| 2 | Email string from G. Boswell to R. Wachunas. Subject:  RE:  Dmca emails. | RIGHTSCORP 00005698– RIGHTSCORP 00005701 | | | X | Hearsay, Subject to Court's Order (ECF 191) |
| 3 | Email string from G. Boswell to R. Wachunas. Subject:  RE:  Dmca emails. | RIGHTSCORP 00005708– RIGHTSCORP 00005711 | | | X | Hearsay, Subject to Court's Order (ECF 191) |

| Def.'s Trial Ex. | Description | Bates Number | Dep. Ex. (in absence of bates label) | Expects to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|
| 4 | Email from info@rightscorp.com to legaldepartment@rightscorp.com.  Subject: Rightscorp, Inc. - Contact Inquiry. | RIGHTSCORP 00005786– RIGHTSCORP 00005786 | | | X | Hearsay, Subject to Court's Order (ECF 191) |
| 5 | Email string from R. Steele to T. Fisher.  Subject:  FW: [AB-C194663V] Unauthorized Use of Copyrights RE:  TC-624ee538-0a0e-42429d9d-815549b827b7. | RIGHTSCORP 00006320– RIGHTSCORP 00006323 | | | X | Hearsay, |
| 6 | Email from DMCA@DigitalRightsCorp.com to abuse@mygrande.com.  Subject:  Unauthorized Use of Copyrights RE: TC-1c936d2d-f426-4c20-b32b-8c9022a21830 | | Boswell 8/2018 Ex. 5 | | X | |
| 7 | Email from DMCA@DigitalRightsCorp.com to abuse@mygrande.com.  Subject:  Unauthorized Use of Copyrights RE:  TC-1bb2382f-c908-4c16-ae24-1fd950181ac7 | | Boswell 8/2018 Ex. 6 | | X | |
| 8 | Email from DMCA@DigitalRightsCorp.com to abuse@mygrande.com.  Subject:  Unauthorized Use of Copyrights RE:  TC-0z7c08a8-36db-4ca5-84b9-c823e1524caf | | Boswell 8/2018 Ex. 7 | | X | |

| Def.'s Trial Ex. | Description | Bates Number | Dep. Ex. (in absence of bates label) | Expects to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|
| 9 | Email string from coxresponse@DigitalRights Corp.com to abuse@cox.net.  Subject: Unauthorized Use of Copyrights Re:  TC-3dc7c8c8-f7bd-4dfd-b4f6-4b00cdff49ca | | Boswell 8/2018 Ex. 8 | | X | Hearsay, Authenticity, |
| 10 | Email from R. Steele to G. Boswell.  Subject:  Any John Denver tracks need to be immediately removed | BMG_GRANDE 00000183– BMG_GRANDE 00000183 | | X | | Hearsay, Lack of Foundation |
| 11 | Excerpts of Greg Boswell 30(b)(6) Deposition taken July 3, 2015 in BMG et al. v. Cox Enterprises, Inc. et al. | BMG_GRANDE 00000001 | | | X | Hearsay |
| 12 | Excerpts of BMG Rights Management (US) LLC, et al. v. Cox Enterprises, Inc. et al. trial transcript | | Boswell 6/2019 Ex. 3 | | X | Hearsay |
| 13 | Email from DMCA@DigitalRightsCorp.com to legal@grandecom.com.  Subject:  Unauthorized Use of Copyrights RE:  TC-d8901c92-f741-4eb2-9011-f15bcf522cf8 | | Boswell 6/2019 Ex. 4 | | | |
| 14 | Digital Rights Proposal Response to Request for Proposal/Request for Quote for Scanning, Evidence Management and Related Support for Corporate Infringement Program. V0.1 September 28, 2011. Proposal Date:  October 12, 2011 | RIAA_00059923– RIAA_00059955 | | X | | Hearsay |

| Def.'s Trial Ex. | Description | Bates Number | Dep. Ex. (in absence of bates label) | Expects to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|
| 15 | Correspondence from Digital Rights to RIAA and MPAA, subject Copyright Alert System Monitoring - Response to Request for Proposal.  Request for Proposal/Request for Quote for Peer to Peer Scanning, Evidence Management and Generation of Copyright Infringement Reports for the United States dated August 12, 2011. | RIAA_00060082– RIAA_00060139 | | X | | Hearsay |
| 16 | UMG Repeat Infringer Notice and Monitoring Project Proposal | RIAA_00059957– RIAA_00059970 | | | | |
| 17 | DRC RIAA Technology Review | RIAA_00060010– RIAA_00060060 | | | | Authenticity |
| 18 | Joined Infractions Grande P2P Sample a/k/a 2019.02.19 Grande Samples Data.xlsx | | Boswell 6/2019 Ex. 9 | | X | |
| 19 | Rightscorp Source Code Production | | | X | | |
| 20 | Outputs from Rightscorp Revision Control System | RC-D004 | | X | | |
| 21 | Email string from D. Benjamin to C. Sabec. Subject:  Re:  DigitalRights | UMG_00012651– UMG_00012653 | | | X | Hearsay |
| 22 | Email string from D. Benjamin to D. Kokakis. Subject:  Re:  Digital Rights (torrent sites / ISPs) | UMG_00012713– UMG_00012716 | | | X | Hearsay, Lack of Foundation and Authenticity (re embedded Music Week article) |
| 23 | Email string from D. Benjamin to M. Rothman. Subject:  Re:  DigitalRights | UMG_00012636– UMG_00012636 | | | X | Hearsay |
| 24 | UMG Repeat Infringer Notice and Monitoring Project Proposal | UMG_00012637– UMG_00012650 | | | X | |

| Def.'s Trial Ex. | Description | Bates Number | Dep. Ex. (in absence of bates label) | Expects to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|
| 25 | Email string from D. Kokakis to M. Sammis | UMG_00007020– UMG_00007021 | | | X | Hearsay |
| 26 | Email string from D. Benjamin to A. Kautz | UMG_00006957 | | | X | Hearsay |
| 27 | Invoices to Grande from CSG Systems, Inc. | | Cruse Ex. 2 | | X | |
| 28 | Invoices to Grande from CSG Systems, Inc. | | Cruse Ex. 3 | | X | |
| 29 | Email string from M. Pinto to J. Cruse.  Subject:  FW: Letter ids. | | Cruse Ex. 8 | | X | Hearsay |
| 30 | Declaration of Gregory Boswell 1.17.19 (ECF No. 173-79) | | | | X | |
| 31 | Email string from C. Hangey to B. Beck.  Subject:  Re: Re: Fraudulent Notices being Received by Cox Customers | COX0008– COX0016 | | | X | Authenticity, Hearsay, Subject to Court's Order (ECF 191) |
| 32 | Email string from B. Beck to S. Boggs, K. Weathersby, L. Trickey, B. Cox, J. Spalding.  Subject:  Re Re FW new variant, from copyright@arpanet-ip.com - Re [Fwd Re Fraudulent Notices being Received by Cox Customers] | COX0067– COX0073 | | | X | Authenticity, Subject to Court's Order (ECF 191) |
| 33 | Email from B. Cox to K. Keever.  Subject: Privileged & Confidential Attorney-Client Communications - Draft Alert to Executive Team | COX0181 | | | X | Hearsay, Authenticity, Subject to Court's Order (ECF 191) |
| 34 | Email string from L. Trickey to S. Tanke, B. Beck, B. Cox.  Subject:  Re; Re: ip-echelon report fraudulent website links. | COX0047– COX0049 | | | X | Hearsay, Authenticity, Subject to Court's Order (ECF 191) |

| Def.'s Trial Ex. | Description | Bates Number | Dep. Ex. (in absence of bates label) | Expects to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|
| 35 | Email string from L. Trickey to B. Cox.  Subject: Re Re Inquiry:  DMCA Phishing Scam | COX0110–COX0111 | | | X | Hearsay, Authenticity, Subject to Court's Order (ECF 191) |
| 36 | Email string from K. Weathersby to S. Boggs, B. Cox, M. Morris, L. Trickey, S. Allen-Wang.  Subject: Re Re Inquiry DMCA Phishing Scam | COX0137–COX0140 | | | X | Hearsay, Authenticity, Subject to Court's Order (ECF 191) |
| 37 | Email string from B. Cox to T. Williams.  Subject:  Re Re Inquiry:  DMCA Phishing Scam - Privileged & Confidential Attorney-Client Communication | COX0457–COX0463 | | | X | Hearsay, Authenticity, Subject to Court's Order (ECF 191) |
| 38 | Email string from B. Beck to L. Trickey, B. Cox, M. Morris, J. Spalding, T. Williams, K. Weathersby, S. Boggs, S. Allen-Wang, J. Slick, S. Tanke.  Subject: Re Re Inquiry DMCA Phishing Scam | COX0337–COX0345 | | | X | Hearsay, Authenticity, Subject to Court's Order (ECF 191) |
| 39 | Email from B. Beck to L. Trickey.  Subject: Privileged Confidential - most recent IP-Echelon issues | COX0582–COX0583 | | | X | Hearsay, Authenticity, Lack of Foundation, Subject to Court's Order (ECF 191) |
| 40 | Email string from Cox Customer Safety to help@ip-echelon.com. Subject:  Re Re [6.28.2016 32407747] Notice of Claimed Infringement from 98.182.54.15 at 2016-06-27T00: 54:54Z - Ref. 507669320 | COX0001–COX0007 | | | X | Hearsay, Authenticity, Lack of Foundation, Subject to Court's Order (ECF 191) |

| Def.'s Trial Ex. | Description | Bates Number | Dep. Ex. (in absence of bates label) | Expects to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|
| 41 | Email from T. Williams to HRD-.TOC, R. Schubert, M. Fedorko, W. Woodward, K. Brown, N. Pulley, CCI - Abuse Las Vegas, F. Kayoka, A. Roy,  S. SVS, P. Kumar, S. Ali, N. Satti, M. Patnayakuni, Y. Kasarabada, S. Onteddu, R. Appam.  Subject: Identification information for Fraudulent DMCA complaints | COX0477– COX0478 | | | X | Hearsay, Authenticity, Subject to Court's Order (ECF 191) |
| 42 | Email from B. Beck to S. Boggs, K. Weathersby, L. Trickey, B. Cox, J. Spalding.  Subject: 4th recent variant, from copyright@dmca.report - Re: [Fwd: Re: Fraudulent Notices being Received by Cox Customers] | COX0050– COX0053 | | | X | Hearsay, Authenticity, Subject to Court's Order (ECF 191) |
| 43 | Warner Songs Spreadsheet | | Flott Ex. 2 | | X | |
| 44 | Email from H. Singer to H. Singer.  Subject: Rightscorp's terrifying extortion script is breathtaking in its sleaze | WBR_00003457 | | X | | Hearsay, Authenticity |
| 45 | Email from D. Jang to M. Johnson.  Subject:  RE: Rightscorp | SME_00003165 | | X | | Hearsay |
| 46 | Email string from M. Piibe to J. Finley.  Subject:  Re: Copyright - Rightscorp | SME_00003177– SME_00003183 | | X | | Hearsay |
| 47 | Email string from J. Mason to D. Jang.  Subject: Re MUSO | SME_00002868– SME_00002870 | | | X | Hearsay |
| 48 | Sony Songs Spreadsheet | | Leak Ex. 3 | | X | |
| 49 | Sample Rightscorp Notices | | Leak Ex. 6 | | X | |
| 50 | Email from D. Kokakis to D. Benjamin.  Subject: Digital Rights (torrent sites / ISPs) | UMG_00012695– UMG_00012697 | | | X | Hearsay, Lack of Foundation |

| Def.'s Trial Ex. | Description | Bates Number | Dep. Ex. (in absence of bates label) | Expects to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|
| 51 | Email from D. Benjamin to B. Buckles.  Subject: Canadian Govt. Outlaws Bogus Piracy Notices | UMG_00003701– UMG_00003702 | | | X | Hearsay, Authenticity and Lack of Foundation (re embedded article) |
| 52 | Letter from R. Steele of RightsCorp to J. Holanda, J. Kramp, P. Murphy of Grande Communications | GRANDE1435465- GRANDE1435470 | | | X | Hearsay, Authenticity, Lack of Foundation, |
| 53 | Presentation:  DigitalRights - Monetization of Copyrighted Intellectual Property, January 2013 | | Sabec Ex. 4 | | X | Hearsay |
| 54 | DigitalRights Notice and Settlement Program for Universal Music Publishing Legal Positions, March 2012 | UMG_00012753– UMG_00012774 | | | X | Hearsay |
| 55 | Presentation:  DigitalRights - New Anti-Piracy Technologies and Business Models for Sony Pictures | | Sabec Ex. 6 | | X | Hearsay |
| 56 | "Rightscorp finished Sept 2017 with $3,147 in the bank, warns investors it will likely have to shut down without more cash"; BoingBoing.net, 2017/11/26/circling-the-drain.html | | Sabec Ex. 7 | | X | Hearsay, Authenticity |
| 57 | "Rightscorp's terrifying extortion script is breathtaking in its sleaze"; BoingBoing.net | | Sabec Ex. 8 | | X | Hearsay, Authenticity, Foundation |
| 58 | Script / Flow Chart | BMG-GRANDE 000000968– BMG-GRANDE 000000972 | Sabec Ex. 9 | | X | |

| Def.'s Trial Ex. | Description | Bates Number | Dep. Ex. (in absence of bates label) | Expects to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|
| 59 | Rightscorp Call Center Script, 10-23-14, Rev. G. 3 | RIGHTSCORP 00005717– RIGHTSCORP 00005746 | | | X | |
| 60 | Rightscorp Oct. 2016 thru March 2018.  Spreadsheet of debit amounts | RIAA_00059813– RIAA_00059813 | | | X | |
| 61 | Email from C. Sabec to S. Marks.  Subject: Rightscorp's Solution for the RIAA | RIAA_00059874– RIAA_00059874 | | | X | Hearsay |
| 62 | Letter from C. Sabec of Rightscorp to S. Marks of Recording Industry Association of America | RIAA_00059875– RIAA_00059876 | | | X | Hearsay |
| 63 | Email from C. Sabec to S. Marks.  Subject:  Re: Rightscorp's Solution for the RIAA | RIAA_00059827– RIAA_00059827 | | | X | Hearsay |
| 64 | Rightscorp presentation.  Protecting the Arts.  Restoring Growth.  Rightscorp's Solution for the RIAA - Overview | RIAA_00059828– RIAA_00059839 | | | X | |
| 65 | Rightscorp presentation.  Protecting the Arts.  Restoring Growth.  Rightscorp's Solution for the RIAA - Technical Briefing | RIAA_00059841– RIAA_00059872 | | | X | |
| 66 | Litigation Support and Consulting Agreement between Recording Industry Association of America and Rightscorp, Inc. | RIAA_00059818– RIAA_00059826 | | | X | |

| Def.'s Trial Ex. | Description | Bates Number | Dep. Ex. (in absence of bates label) | Expects to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|
| 67 | Master Agreement between DtecNet Inc. and Recording Industry Association of America Inc., effective December 20, 2011. Statement of Work No. 2 between MarkMonitor and Recording Industry Association of America, Inc. dated March 30, 2015, with attachments | MM000001– MM000031 | | | X | Subject to Court Order (ECF 191) |
| 68 | Statement of Work between MarkMonitor Inc. and the Recording Industry Association of America, executed March 22, 2013, with attachments | MM000032– MM000065 | | | X | Subject to Court Order (ECF 191) |
| 69 | Email string from H. Singer to V. Sheckler, C. Horton, D. Jang.  Subject:  Re: follow-up | WBR_00003394– WBR_00003399 | | | X | Hearsay |
| 70 | "A Farewell to Kings" by Rush | UMG_00000601 - UMG_00000602 | | | X | |
| 71 | "Angel" by Aerosmith | UMG_00000035 - UMG_00000036 | | | X | |
| 72 | "House of Balloons / Glass Table Girls" by the Weeknd | UMG_00000744 | | | X | |
| 73 | Associated with registration number PA0001678112 | SME_00000003 - SME_00000004 | | | X | |
| 74 | Evidence of Merger between Zomba Recording LLC and Zomba Recording Corporation | SME00001755 | | | X | Subject of Mot. in Limine Ruling |
| 75 | Mariah Carey Songs | UMG_00005437 - UMG_00005438 | | | X | Subject of Mot. in Limine Ruling |
| 76 | Unique secondary IDS - 2bb622bb-9b8f-44cc-a66c-8e12e8c39b9e and bff38a49-e2bd-40e6-ab7e-0958464ab721 | RC-D_01383209 - RC-D_01383210 | | | X | |

| Def.'s Trial Ex. | Description | Bates Number | Dep. Ex. (in absence of bates label) | Expects to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|
| 77 | Grande Residential Subscriber Data | GRANDE2551606 | | | X | |
| 78 | Grande Residential Customer Acquisition Expense Analysis report (2017-2018) | GRANDE2551619-GRANDE2551667 | | | X | |
| 79 | IRU Agreement between Grande Communications Networks, LLC and NextEra FiberNet, LLC dated February 28, 2011 | GRANDE2551668-GRANDE2551738 | | | X | |
| 80 | Grande Employee Compensation Report | GRANDE2551739 | | | X | |
| 81 | RCN CapEx 2018 Forecast financial report | GRANDE2551740-GRANDE2551744 | | | X | |
| 82 | Grande and FPL Fibernet (Crown Castle) Capacity IRU details | GRANDE2551745 | | | X | |
| 83 | Texas IRU and Purchase Option Agreement between Grande Communications Networks, LLC and NextEra FiberNet, LLC dated February 28, 2011 | GRANDE2551746-GRANDE2551789 | | | X | |
| 84 | Copyright registration for "Aquemini," SR 264-091 | SME_00000074-SME_00000075 | | | X | |
| 85 | Copyright registration for "Paul's Boutique," SR 154-347 | UMG_00000080-UMG_00000081 | | | X | |
| 86 | October 11, 2011 Email string from R. Steele to J. Pariser, cc: C. Sabec. Subject: RE: RFP attached. | RIAA_00059922 | | | X | Hearsay |
| 87 | November 16, 2011 Email from C. Sabec to D. Benjamin, cc: C. Castle, R. Steele, D. Hughes. Subject: Re: DigitalRights. | RIAA_00059956 | | | X | Hearsay |

| Def.'s Trial Ex. | Description | Bates Number | Dep. Ex. (in absence of bates label) | Expects to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|
| 88 | November 16, 2011 email string from C. Sabec to D. Benjamin, cc: C. Castle, R. Steele, D. Hughes.  Subject: Re: DigitalRights | RIAA_00059971-RIAA_00059973 | | | X | Hearsay |
| 89 | November 16, 2011 Email from C. Sabec to D. Hughes, cc: R. Steele.  Subject:  Draft Proposal for UMG. | RIAA_00059974 | | | X | Hearsay |
| 90 | UMG Repeat Infringer Notice and Monitoring Project Proposal Rev. 3 (Attachment to RIAA_00059974) | RIAA_00059975-RIAA_00059988 | | | X | |
| 91 | Contact information for Christopher Sabec | RIAA_00059989 | | | X | |
| 92 | September 26, 2011 email from R. Steele to D. Hughes.  Subject:  Non-CAS Pilot Program. | RIAA_00059990 | | | X | Hearsay |
| 93 | DigitalRights Settlement Model Pilot Project Proposal | RIAA_00059991-RIAA_00059996 | | | X | |
| 94 | DRC ISP Pilot List (3).xlsx | RIAA_00059997 | | | X | |
| 95 | September 21, 2011 Email from R. Steele to D. Hughes, cc: C. Sabec, C. Harmon.  Subject:  Revised Document | RIAA_00059998 | | | X | |
| 96 | Digital Rights and RIAA Test Scope of Work (Attachment to RIAA_00059998) | RIAA_00059999-RIAA_00060000 | | | X | |
| 97 | September 20, 2011 from R. Steele to D. Hughes, cc: C. Sabec.  Subject:  RIAA Test Scope. | RIAA_00060001 | | | X | Hearsay |
| 98 | RIAA Test Scope of Work | RIAA_00060002-RIAA_00060005 | | | X | |

| Def.'s Trial Ex. | Description | Bates Number | Dep. Ex. (in absence of bates label) | Expects to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|
| 99 | July 21, 2011 email from R. Steele to D. Hughes. Subject:  initial draft. | RIAA_00060006 | | | X | Hearsay |
| 100 | DigitalRights (DRC) Capabilities Summary draft. | RIAA_00060007-RIAA_00060008 | | | X | |
| 101 | July 20, 2011 email from R. Steele to D. Hughes, cc: S. Marks, C. Harmon. Subject:  DRC Tech Briefing. | RIAA_00060009 | | | X | Hearsay |
| 102 | Copyrights Spreadsheet | RIAA_00060062 | | | X | |
| 103 | July 21, 2011 Email from C. Harmon to S. Marks, cc: C. Sabec, R. Steele.  Subject: RE: NDA. | RIAA_00060063 | | | X | Hearsay |
| 104 | July 19, 2011 letter of agreement sent to Recording Industry Association of America from DigitalRights regarding DigitalRights/Settlement of Infringement Claims Against Corporations. (Unexecuted) | RIAA_00060065-RIAA_00060071 | | | X | Hearsay |
| 105 | June 27, 2011 email string from C. Sabec to C. Harmon, cc: S. Marks, R. Steele.  Subject: Re: Digital Rights Corp – RIAA Meeting. | RIAA_00060072-RIAA_00060076 | | | X | Hearsay |
| 106 | Mutual Confidentiality and Non-Disclosure Agreement between Rightscorp, Inc. and RIAA dated June 27, 2011. | RIAA_00060077-RIAA_00060080 | | | X | |

| Def.'s Trial Ex. | Description | Bates Number | Dep. Ex. (in absence of bates label) | Expects to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|
| 107 | August 26, 2011 Email from C. Sabec to M. Grant, V. Sheckler, cc: R. Steele. Subject: Re: CONFIDENTIAL: RFP/RFQ for a Program in the US (DigitalRights Reponse) | RIAA_00060081 | | | X | Hearsay |
| 108 | July 20, 2011 Email from R. Steele to D. Hughes, cc: S. Marks, C. Harmon. Subject: DRC Tech Briefing Full | RIAA_00060141 | | | X | Hearsay |
| 109 | DRC-RIAA Technology Review presentation. | RIAA_00060142-RIAA_00060195 | | | X | |
| 110 | Copyrights Spreadsheet | RIAA_00060196 | | | X | |
| 111 | Letters Spreadsheet | GRANDE2542672 | | | X | |
| 112 | CSG Ticket Spreadsheet | GRANDE0000199 | | | X | |
| 113 | CSG Ticket Spreadsheet | GRANDE0000200 | | | X | |
| 114 | CSG Letter Templates | GRANDE1438545-GRANDE1438548 | | | X | |
| 115 | Sony Plaintiffs' Responses to First Interrogatories 11.3.2017 | | | | X | |
| 116 | Sony Plaintiffs' Responses to Second Interrogatories 4.12.2018 | | | | X | |
| 117 | Sony Plaintiffs' Responses to Third Interrogatories 6.6.2018 | | | | X | |
| 118 | Sony Plaintiffs' Responses to First Requests for Admissions 6.6.2018 | | | | X | |
| 119 | Universal Plaintiffs' Responses to First Interrogatories 11.3.2017 | | | | X | |
| 120 | Universal Plaintiffs' Responses to Second Interrogatories 4.12.2018 | | | | X | |
| 121 | Universal Plaintiffs' Responses to Third Interrogatories 6.6.2018 | | | | X | |

| Def.'s Trial Ex. | Description | Bates Number | Dep. Ex. (in absence of bates label) | Expects to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|
| 122 | Universal Plaintiffs' Responses to First Requests for Admissions 6.6.2018 | | | | X | |
| 123 | Warner Plaintiffs' Responses to First Interrogatories 11.3.2017 | | | | X | |
| 124 | Warner Plaintiffs' Responses to Second Interrogatories 4.12.2018 | | | | X | |
| 125 | Warner Plaintiffs' Responses to Third Interrogatories 6.6.2018 | | | | X | |
| 126 | Warner Plaintiffs' Responses to First Requests for Admissions 6.6.2018 | | | | X | |
| 127 | Cohen Expert Report Exhibit 3 | | | X | | Hearsay, Authenticity |
| 128 | Boswell Cox Deposition Transcript | | | | X | Hearsay |
| 129 | http://www.bittorrent.org/beps/bep_0003.html | | | | X | Hearsay, Authenticity |
| 130 | https://wiki.theory.org/index.php/BitTorrentSpecification | | | | X | Hearsay, Authenticity |
| 131 | Song Files Downloaded by Dr. Cohen as referenced in his Supplemental Report at Para. 118 | | | | X | Authenticity, Lack of Foundation, Not Produced in Discovery |
| 132 | Kemmerer Exhibit JEK-1 | | | | X | Hearsay |
| 133 | Kemmerer Exhibit JEK-2 | | | | X | Hearsay |
| 134 | Kemmerer Exhibit JEK-3 | | | | X | Hearsay |
| 135 | Kemmerer Exhibit JEK-4 | | | | X | Hearsay |
| 136 | Kemmerer Exhibit JEK-5 | | | | X | Hearsay |

| Def.'s Trial Ex. | Description | Bates Number | Dep. Ex. (in absence of bates label) | Expects to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|
| 137 | Kemmerer Exhibit JEK-6 | | | | X | Hearsay, Authenticity, Lack of Foundation |
| 138 | Kemmerer Exhibit JEK-7 | | | | X | Hearsay, Authenticity, Lack of Foundation |
| 139 | Kemmerer Exhibit JEK-8 | | | | X | Authenticity, Lack of Foundation |
| 140 | Kemmerer Exhibit JEK-9 | | | | X | Hearsay, Lack of Foundation |
| 141 | Kemmerer Exhibit JEK-10 | | | | X | Hearsay, Lack of Foundation |
| 142 | Kemmerer Exhibit JEK-11 | | | | X | Hearsay, Authenticity, Lack of Foundation |
| 143 | Kemmerer Exhibit JEK-12 | | | | X | Hearsay |
| 144 | Kemmerer Exhibit JEK-13 | | | | X | Hearsay, Authenticity, Lack of Foundation |
| 145 | Kemmerer Exhibit JEK-14-SUPP | | | | X | Hearsay, Lack of Foundation |
| 146 | Kemmerer Exhibit JEK-15-SUPP | | | | X | Hearsay, Lack of Foundation |
| 147 | Kemmerer Exhibit JEK-16-SUPP | | | | X | Hearsay, Lack of Foundation |

| Def.'s Trial Ex. | Description | Bates Number | Dep. Ex. (in absence of bates label) | Expects to Offer | May Offer | Plaintiffs' Objections |
|---|---|---|---|---|---|---|
| 148 | Kemmerer Exhibit JEK-16A-SUPP | | | | X | Hearsay, Lack of Foundation |
| 149 | Kemmerer Exhibit JEK-16B-SUPP | | | | X | Hearsay, Lack of Foundation |
| 150 | Kemmerer Exhibit JEK-17-SUPP | | | | X | Hearsay, Lack of Foundation |
| 151 | Kemmerer Exhibit JEK-18-SUPP | | | | X | Hearsay, Lack of Foundation |
| 152 | Kemmerer Exhibit JEK-18A-SUPP | | | | X | Hearsay, Lack of Foundation |
| 153 | Kemmerer Exhibit JEK-18B-SUPP | | | | X | Hearsay, Lack of Foundation |
| 154 | Kemmerer Exhibit JEK-19-SUPP | | | | X | Hearsay, Lack of Foundation |
| 155 | Email string from H. Singer to W. Rosso.  Subject: RE | WBR_00002469-WBR_00002470 | | | X | Hearsay, Lack of Foundation |

Dated: December 30, 2021

Respectfully submitted,

By:_____ */s/ Andrew H. Bart*_____
Andrew H. Bart (admitted *pro hac vice*)
Jacob L. Tracer (admitted *pro hac vice*)
**Jenner & Block**
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
abart@jenner.com
jtracer@jenner.com

Robert B. Gilmore (admitted *pro hac vice*)
Philip J. O'Beirne (admitted *pro hac vice*)
Michael A. Petrino (admitted *pro hac vice*)
Kevin J. Attridge (admitted *pro hac vice*)
**Stein Mitchell Beato & Missner LLP**
901 15th Street, N.W., Suite 700

Washington, DC 20005
Telephone: (202) 737-7777
Facsimile: (202) 296-8312
rgilmore@steinmitchell.com
pobeirne@steinmitchell.com
mpetrino@steinmitchell.com
kattridge@steinmitchell.com

Daniel C. Bitting (State Bar No. 02362480)
Paige A. Amstutz (State Bar No. 00796136)
**Scott Douglass & McConnico LLP**
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399
dbitting@scottdoug.com
pamstutz@scottdoug.com

*Attorneys for Plaintiffs*

# **CERTIFICATE OF SERVICE**

The undersigned certifies that on December 30, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(b)(1).

*/s/ Daniel C. Bitting*
Daniel C. Bitting