**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| UMG RECORDINGS, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 1:17-cv-00365-DAE-AWA |
| | ) | |
| GRANDE COMMUNICATIONS | ) | |
| NETWORKS LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFFS' OBJECTIONS AND COUNTER-DESIGNATIONS TO DEFENDANT GRANDE COMMUNICATIONS NETWORKS LLC'S DEPOSITION DESIGNATIONS

Plaintiffs submit the following Objections and Counter-Designations to Defendant Grande Communications Networks, LLC's Deposition Designations pursuant to the Court's Order Resetting Jury Trial and Related Deadlines (ECF No. 366). Plaintiffs reserve the right to amend these objections and counter-designations, and to interpose additional objections and counter-designations, based on evidence or arguments that Grande presents or attempts to present at trial.

| Code | Objection |
|---|---|
| A | Argumentative |
| ATTY | Attorney objections/colloquy not removed |
| AA | Asked and answered/duplicative |
| BER | Best Evidence Rule |
| C | Compound |
| CC | Calls for conclusion |
| D | Designation incomplete; incomprehensible |
| IH | Improper hypothetical |
| SM | Subject to a pending/forthcoming motion |
| M | Misstates prior testimony |
| NR | Non-responsive |
| O | Overbroad |
| V | Vague and ambiguous |
| 30(b)(6) | Outside the scope of the Fed. R. Civ. Proc. 30(b)(6) deposition topics for which witness was designated |
| 103 | Assumes facts not in evidence |
| 104 | Lacks foundation |

| 402 | Not relevant |
|---|---|
| 403 | Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. |
| 408 | Settlement Negotiations |
| 501 | Privilege |
| 602 | Calls for speculation; speculative |
| 611c | Leading |
| 701 | Improper opinion by lay witness |
| 702 | Improper opinion by expert |
| 802 | Hearsay |
| 901 | Not properly authenticated |

| **Deposition** | **Page/Line** | **Objections** | **Counter-Designations** |
|---|---|---|---|
| **Benjamin, David 08.29.2018** | 4:2 - 4:10 | | |
| | 4:17 - 4:22 | | |
| | 14:17 - 14:19 | | |
| | 16:11 - 17:7 | | 17:14-17:17 |
| | | | 17:23-20:10 |
| | | | 21:23-23:25 |
| | | | 24:3-9 |
| | | | 24:12-25:4 |
| | | | 25:6-27:16 |
| | 27:17 - 29:12 | SM, 402, 403 | |
| | 29:14 - 29:20 | SM, 402, 403 | |
| | 33:3 - 34:8 | SM, 402, 403 | |
| | 34:10 - 34:23 | SM, 402, 403 | |
| | 35:1 - 35:18 | SM, 402, 403 | |
| | 37:1 - 37:9 | 37:1-3—402, 403 | |
| | 37:12 - 37:14 | | |
| | 37:16 - 38:4 | | |
| | 38:11 - 38:13 | Ex. Benjamin 3 (DX 21)—403, 802, SM | |
| | 39:6 - 39:16 | | 39:17-20 |
| | 41:2 - 42:5 | | |
| | 42:16 - 43:13 | 104, 602, 30b6, SM Ex. Benjamin 4 (DX 22)—403, 802, SM | 43:14-15 |
| | 43:16 - 43:18 | 104, 602, 30b6, SM | 43:19-21 |
| | 43:23 - 44:7 | 104, 602, 30b6, SM | 44:8-10 |
| | 44:12 - 45:20 | 104, 602, 30b6, SM | 45:21-23 |
| | 46:1 - 46:4 | 104, 602, 30b6, SM | 46:5-7 |
| | 46:8 - 46:12 | 104, 602, 30b6, SM | 46:13-19 |
| | 46:20 - 47:5 | 104, 602, 30b6, SM | 47:6-8 |
| | 47:9 - 47:11 | 104, 602, 30b6, SM | |
| | 52:2 - 52:9 | V, C, 103, 104 | 51:12-52:1 |
| | | | 52:10-12 |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | 52:15 - 53:8 | 53:7-8—V, C, 103, 104 | 53:9-10 |
| | 53:11 - 53:16 | 53:11-12—V, 103, 104<br>53:13-16—104, V, AA | 53:17-18 |
| | 53:19 - 53:19 | | 57:9-59:8<br>62:11-64:12<br>64:19-24<br>65:6-8<br>65:13-66:4<br>66:7-11<br>66:17-21<br>66:24-67:5<br>67:22-68:21 |
| | 88:16 - 89:7 | Benjamin Ex. 6 and 7 (DX23, DX24)—SM, 403, 802 | 89:21-23 |
| | 89:24 - 91:14 | 402, 30b6 | 91:22-92:14 |
| | 117:12 - 119:9 | Benjamin Ex. 14 (DX25)—402, 403, 802<br>119:9—V, 104, 602, 402, 403 | 119:10-11 |
| | 119:12 - 120:1 | V, 104, 602, 402, 403 | |
| | 138:4 - 138:7 | V, 104, M, 30b6 | 62:11-64:12<br>64:19-24<br>65:6-8<br>65:13-66:4<br>66:7-11<br>66:17-21<br>66:24-67:5<br>67:22-68:21<br>138:8-10 |
| | 138:11 - 138:16 | V, 104, M, 30b6 | 138:20-22 |
| | 138:23 - 140:4 | V, 104, M, 30b6 | |
| | 191:16 - 192:18 | Benjamin Ex. 29 (DX 26)—402, 403, 802<br>192:16-18—602 | 192:19-20 |
| | 192:21 - 193:10 | 192:9-193:10—602 | |
| | 201:19 - 202:17 | 402 | |
| **Boswell, Gregory 08.08.2018** | 7:13 – 7:18 | | |
| | 8:1 – 9:13 | | 14:7-16:15, 23:20-24:24 |
| | 25:25 – 44:22 | 28:5-33:14 – M, 104, 402, 602<br>38:19-24 – V<br>39:11-16 – V<br>40:23-41:8 – 602, 30b6<br>41:10-15 – M, V<br>43:6-12 – V<br>44:2-7 – V | |
| | 45:17 – 47:20 | 46:8-14 – M, V | 45:8-10, 13-15<br>47:22-24, 48:2-21 |
| | 52:11 – 59:19 | 53:14-19 – C | |
| | 60:22 – 62:14 | | |
| | 68:1 – 69:14 | 68:4-17 – V, 103, 104, 602 | |
| | 70:15 – 84:25 | 71:10-23 – 103, 104 | |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | | 72:23-73:8 – V, M | |
| | | 73:16-23 – 104, 602 | |
| | | 77:19-25 – C, 104, 602 | |
| | | 80:18-81:12 – 104, 602 | |
| | 87:19 – 92:2 | 91:13-92:2 – 802, 104, 602 | |
| | 94:9 – 95:19 | | |
| | 97:12 – 99:5 | | 99:7-8, 10 |
| | 100:2 – 106:13 | | 106:14-25, 107:24-108:17 |
| | 108:18 – 111:1 | | 111:4-6 |
| | 111:13 – 113:10 | | 113:11-114:3 |
| | 114:4 – 114:22 | | 114:23-115:6 |
| | 115:7 – 115:9 | | |
| | 115:13 – 115:16 | | |
| | 115:25 – 118:3 | | 118:7-12 |
| | 118:14 – 124:19 | | |
| | 124:23 – 125:10 | | 125:11-18 |
| | 127:11 – 129:11 | | |
| | 136:1 – 146:24 | | 133:23-134:11 |
| | 147:15 – 172:25 | 168:19-169:11 – 103, 104 | |
| | 174:21 – 194:14 | 177:6-19 – V, 103, 104, 30b6 | |
| | | 185:16-186:2 – IH, 104, 602 | |
| | | 189:5-11 – CC, 701 | |
| | 194:22 – 204:1 | | |
| | 205:1 – 208:25 | | |
| | 209:13 – 210:4 | | |
| | 211:14 – 213:2 | | 213:4-8 |
| | 213:12 – 214:6 | | |
| | 214:16 – 243:25 | | |
| | 246:4 – 254:25 | 249:6-15 – V, 103, 104 | |
| | 255:6 – 260:3 | 259:7-16 – 103, 104, 602 | |
| | 260:15 – 263:25 | 261:10-25 – 802 | |
| | 264:3 – 264:22 | | 264:25-265:15 |
| | 265:16 – 266:21 | | |
| | 267:23 – 279:3 | | |
| | 280:9 – 284:19 | 280:19-283:14 – 402, 403, 602 | 372:3-14 |
| | | 284:17-19 – 402, 403, 602 | |
| | 285:1 – 285:10 | 285:1-10 – 402, 403, 602 | |
| | 285:13 – 290:25 | 285:14-290:25 – 402, 403, 602 | |
| | 291:10 – 294:1 | | |
| | 294:11 – 316:6 | | 316:7-317:11 |
| | 317:12 – 321:16 | | |
| | 324:6 – 326:3 | | 326:5-13 |
| | 328:24 – 331:13 | | |
| | 332:1 – 345:7 | Testimony and exhibits - 802, 402, 403, 103, 104 | To testimony on 344-45 – 378:1-14 |
| | 345:12 – 345:22 | | |
| | 346:22 – 351:21 | 347:25-349:3 – V, 104 | |
| | | 350:19-351:20 – CC, 104 | To testimony on 350 – 373:6-374:10 |
| | | 360:22-361:20 – 402, 403, 103, 104, 30b6 | |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | 359:22 – 364:25 | 364:16-25 – 402, 403, 103, 104, 30b6 | |
| | 366:1 – 366:12 | 402, 403, 103, 104, 30b6 | |
| | 366:25 – 369:12 | Testimony and exhibits – 402, 403, 103, 104; Ex. 9 – also 802 | To testimony on 349-50 – 376:5-22 |
| | 370:6 – 371:18 | Testimony and exhibit – 402, 403, 103, 104, 802 | |
| | 378:20 – 383:25 | 381:21-382:2 – V, 103, 104, D | 384:1-8, 387:2-7 |
| | 384:14 – 384:21 | 103, 104, 402, 403, 602 | |
| | 386:1 – 386:15 | | |
| Boswell, Gregory 06.26.2019 | 396:8 – 396:12 | | |
| | 397:22 – 398:23 | 398:5-20 – 402, 403 | |
| | 399:5 – 399:12 | | |
| | 400:16 – 400:20 | | |
| | 405:24 – 405:25 | | |
| | 406:1 – 406:9 | | |
| | 406:13 – 406:17 | | |
| | 407:2 – 407:25 | | |
| | 408:1 – 408:11 | | |
| | 409:8 – 409:16 | | |
| | 411:6 – 413:4 | | |
| | 413:21 – 416:24 | | |
| | 417:1 – 418:22 | 418:7-12, 21-22 – 30b6, V | |
| | 421:12 – 424:20 | | |
| | 424:25 – 434:25 | 427:18-428:14 – V, D 433:24-434:25 – ATTY, A, AA | |
| | 439:1 – 452:12 | 439:1-11 – ATTY, A, AA 442:3-19 – M, 103, 104, A 443:8-444:1 – M, 103, 104, A 448:10-13 – ATTY 451:2-12 – V, 103, 104 451:17-25 – M, 103, 104, A | |
| | 453:16 – 453:20 | | |
| | 454:4 – 464:13 | 456:20-458:4 – AA, A, 103, 104 459:4-8 – ATTY 463:8-14 – 103, 104 464:18-466:12 and exhibit – 802, 901, 103, 104, 402, 403, 602 | |
| | 464:18 – 466:25 | | |
| | 467:9 – 499:17 | 470:21-490:25 and exhibits – 802, 901, 103, 104, 402, 403, 602, SM 491:1-11 – V, 402, 403 492:13-494:25 and exhibit – 802, 402, 403, 103, 104, 602 | 499:18-512:25 |
| | 513:14 – 524:9 | | |

5

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | | 518:18-519:5 – M, V, 103, 104<br>522:16-523:12 – M, O, NR, A, 103, 104, IH<br>523:24-524:9 – V, O, 103, 104 | |
| **Carfora, Neil 08.03.2018** | 5:3 - 5:11<br>7:3 - 7:7<br>8:16 - 8:21<br>11:5 - 11:9<br>15:15 - 16:16<br>18:19 - 19:2<br>19:5 - 19:5<br>19:20 - 20:3<br>20:6 - 20:10<br>20:20 - 20:21<br>20:24 - 21:19<br>23:23 - 24:1<br>24:4 - 24:11<br>24:14 - 24:19<br>31:17 - 31:19<br>31:22 - 32:11<br>32:15 - 32:16<br>33:6 - 33:7<br>33:10 - 33:10<br>34:20 - 34:22<br>34:25 - 35:5<br>35:8 - 35:8<br>74:10 - 74:19<br>74:25 - 75:2<br>75:6 - 75:10<br>86:19 - 86:21<br>87:7 - 87:7<br>91:23 - 91:24<br>92:2 - 92:6<br>92:9 - 92:18<br>92:21 - 93:1 | 402, 403, Highly Confidential<br>402, 403, Highly Confidential<br>402, 403, Highly Confidential<br>402, 403, Highly Confidential<br>402, 403, Highly Confidential<br>402, 403, Highly Confidential<br>402, 403, Highly Confidential<br><br><br><br><br><br><br>402, 403, Highly Confidential<br>402, 403, Highly Confidential<br>402, 403, Highly Confidential<br>402, 403, Highly Confidential | 11:10-13:11, 13:18-23<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>76:15-18, 77:2-78:14<br>81:4-82:1, 82:10-19 |
| **Cox, Brian 11.07.2018** | 6:17 - 7:2<br>8:6 - 8:14<br>8:22 - 12:3<br><br><br><br><br><br>12:4 - 13:4 | 8:22-9:1 - V, 402, 403,<br>9:2-9:14 - ATTY, 602, 402, 403<br>9:15-9:23 - ATTY, 402, 403, 104, 602<br>9:24-12:3 - ATTY, 104, 402, 403<br>12:4-9 - 402, 403, 104<br>12:10-13:4 - 402, 403, ATTY, 104 | |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | 13:5 - 16:20 | 13:5-13:11 - 402, 403, 802<br>13:12-14:10 - 402, 403, ATTY<br>14:11-15:2 - 104, 602, 402, 403, ATTY<br>15:3-15:6 - 802, 402, 403<br>15:7-16:20 - 402, 403, ATTY | |
| | 17:4 - 17:5 | 402, 403 | 16:21-17:3<br>17:6-17:10 |
| | 17:11 - 18:14 | 104, 402, 403, ATTY | 18:15-18:18 |
| | 19:1 - 19:15 | 402, 403, ATTY, 104 | |
| | 19:16 - 20:3 | 402, 403, 104 | |
| | 20:4 - 21:7 | 20:4-20:6 - 402, 403, 104<br>20:7-21:7 - 402, 403, 104, 602<br>21:5-7 – 402, 403, 802 | |
| | 21:21 - 23:14 | 21:21-22:1 – 802, ATTY, 402, 403<br>22:2-22:23 - 402, 403, ATTY, 104<br>22:24-23:4 - 104, 402, 403<br>23:5-23:9 - 402, 403, 103, ATTY<br>23:10-23:14 - 402, 403, 103, ATTY, 104 | 23:15-17<br>23:19-20<br>23:22 |
| | 23:23 - 33:15 | 23:23-24:2 - 104, 402, 403, ATTY<br>24:3-24:17 - 30b6, 402, 403, ATTY<br>24:18-25:3 - 104, 402, 403<br>25:4-33:15 - 402, 403, ATTY, Exhibits -- 802, 901, 402, 403 | |
| | 33:20 - 51:25 | 402, 403, ATTY, Exhibits -- 802, 402, 403, SM, 901 | |
| | 52:1 - 84:10 | 402, 403, ATTY, Exhibits -- 802, 901, 402, 403 | |
| | 86:20 - 87:7 | 402, 403, ATTY | |
| | 87:8 - 88:3 | 87:8-87:16 – 402, 403<br>87:17-88:3 - NR, 402, 403, ATTY | 89:23-90:21<br>90:23-91:6<br>91:12-91:15<br>91:18-91:25<br>92:2<br>92:5-92:11<br>92:20-92:25<br>93:5:93:8<br>93:12-93:23<br>94:1-94:17<br>94:20<br>95:1-95:5<br>95:7 |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | | | 96:3-96:11 |
| | | | 96:14-96:18 |
| | | | 96:20-97:8 |
| | | | 97:10-97:13 |
| | | | 97:24-98:11 |
| | | | 98:14-98:18 |
| **Cruse, Jay** | 5:16 - 5:25 | | |
| **08.21.2018** | 6:1 - 6:25 | | 7:3-7:20 |
| | 7:21 - 8:11 | | |
| | 9:6 - 9:14 | | |
| | 9:23 - 10:3 | | |
| | 10:21 - 12:13 | 11:21-12:9 - ATTY | 12:17-13:2 |
| | 14:4 - 14:8 | | |
| | 15:25 - 16:2 | | |
| | 16:3 - 16:13 | | |
| | 16:22 - 17:11 | | |
| | 18:2 - 18:11 | | |
| | 19:11 - 19:15 | | |
| | 19:19 - 20:6 | | |
| | 20:19 - 21:8 | | 20:12-20:18 |
| | 22:20 - 23:4 | 22:23-22:25 - ATTY | |
| | 24:16 - 26:5 | Exhibit - 901, 402 | |
| | | Testimony - 402, 403 | |
| | 26:17 - 27:5 | 402, 403 | |
| | 27:21 - 28:4 | 402, 403 | |
| | 28:5 - 28:7 | 402, 403 | |
| | 28:8 - 28:17 | 104, 402 | |
| | 29:1 - 30:11 | 402, 403 | |
| | 34:22 - 35:4 | 35:2-35:4 - 104 | |
| | 34:22 - 35:8 | | |
| | 35:5 - 35:8 | 104 | |
| | 36:20 - 36:25 | | 37:3-37:4 |
| | | | 37:8 |
| | 37:9 - 37:24 | | |
| | 38:2 - 38:16 | Testimony - ATTY, 402, 403, 104; Exhibit - 402, 403, 104, 901, BER | |
| | 39:7 - 39:24 | | 43:14-43:15 |
| | 48:1 - 48:13 | Exhibit – 802, 402, 403 | 43:21-44:10 |
| | 48:18 - 48:25 | 104, 602 | |
| | 49:10 - 50:23 | 49:21 - ATTY | |
| | 50:24 - 51:6 | | 52:13-52:20 |
| | 53:17 - 53:24 | ATTY, 104, 603 | |
| | 55:19 - 56:6 | 55:19-56:1 - 104, ATTY | |
| | | 55:3-55:6 - 104 | |
| | 56:6 - 56:18 | 56:7-56:8 – ATTY | |
| | | 56:10-56:12 – 104 | |
| | | 56:13-56:14 – ATTY | |
| | | 56:16-18 - 104 | |
| | | | 58:14-59:18 |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | | | 59:23 - 60:4 |
| | | | 60:6 |
| | | | 61:15 - 64:21 |
| | | | 65:7 - 65:25 |
| | | | 66:6 - 66:12 |
| | | | 69:1 - 69:9 |
| | | | 69:15 - 69:21 |
| | | | 70:8 - 70:13 |
| | | | 70:19 - 71:8 |
| | | | 71:18 - 71:25 |
| | | | 72:22 - 73:4 |
| | | | 73:13 - 73:14 |
| | | | 73:16 - 73:19 |
| | | | 74:4 - 74:14 |
| | | | 75:24 - 76:4 |
| | | | 76:6 |
| | | | 76:8 - 76:14 |
| | | | 82:16 - 83:19 |
| | | | 83:21 - 84:10 |
| | | | 84:12 - 84:16 |
| | | | 84:18 - 85:11 |
| | | | 85:15 - 85:16 |
| | | | 85:24 - 86:3 |
| | | | 86:8 - 86:21 |
| | | | 87:1 - 87:14 |
| | | | 88:7 - 89:12 |
| | | | 89:18 - 89:23 |
| | | | 90:8 - 91:1 |
| | | | 92:9 - 92:24 |
| | | | 93:11 - 16 |
| | | | 94:22 - 95:1 |
| | | | 97:24 - 98:2 |
| | | | 98:4 - 12 |
| **Flott, Matthew 12.06.2018** | 5:8 - 5:17 | | |
| | 8:23 - 9:9 | | |
| | 25:10 - 25:17 | | |
| | 26:16 - 26:25 | | |
| | 27:2 - 27:5 | | |
| | 27:8 - 27:15 | | |
| | 27:22 - 28:2 | | 28:3-5 |
| | | | 28:7-18 |
| | 28:19 - 28:21 | 104, V | 28:22 |
| | 28:23 - 29:4 | 28:23-24—104, V | |
| | 29:6 - 29:9 | 30b6 | 29:10-11 |
| | 29:12 - 29:15 | 30b6 | 29:16 |
| | 29:17 - 29:21 | 29:17—30b6 | |
| | 29:24 - 30:6 | 29:25-30:6—104, M, V, C | |
| | 30:9 - 30:14 | 30:9-12—104, M, V, C | 30:7-8 |
| | 30:17 - 30:24 | 30:17-19—30b6, V | 30:15-16 |
| | 31:2 - 31:6 | | |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | 31:8 - 31:14 | | 32:7-11, 32:14-20 |
| | 32:21 - 32:24 | | |
| | 33:2 - 33:5 | | |
| | 33:7 - 33:7 | | |
| | 38:10 - 38:18 | 38:17-18—602 | 38:19-20 |
| | 38:21 - 38:21 | 602 | 40:2-6, 40:8-10, 40:13-20 |
| | 40:21 - 41:4 | V | 41:5 |
| | 41:6 - 41:8 | V | 41:9 |
| | 41:10 - 41:12 | V | 42:11-14, 42:18-43:7, 43:10-17 |
| | 48:12 - 48:16 | 48:12—V, 30b6 | 48:17-22 |
| | 48:23 - 48:25 | V, 30b6 | 49:2 |
| | 49:3 - 49:9 | 49:3—V, 30b6 | 49:10-20 |
| | | 49:4-9—104, M, V, 602, 30b6 | |
| | 49:21 - 49:21 | 104, M, V, 602, 30b6 | 49:22-51:3 |
| | | | 95:9-98:13 |
| | | | 98:16-99:7 |
| | 52:9 - 52:12 | 30b6 | 52:13-15 |
| | 52:16 - 52:16 | 30b6 | |
| | 57:7 - 57:11 | CC, 103, 104 | 57:12-17 |
| | 57:18 - 58:2 | 57:18-19— CC, 103, 104 | 58:3-4 |
| | | 57:20-58:2—30b6 | |
| | 58:5 - 58:9 | 30b6 | 58:10-11 |
| | 58:12 - 58:12 | 30b6 | |
| | 58:13 - 58:16 | V, C, 30b6 | 58:17-18 |
| | 58:19 - 58:23 | 58:19— V, C, 30b6 | 58:24-25 |
| | 59:2 - 59:2 | V, C, 30b6 | |
| | 65:4 - 65:7 | 30b6 | 65:8-9 |
| | 65:10 - 65:13 | Highly Confidential, 30b6 | 65:14 |
| | 65:15 - 65:25 | Highly Confidential, 30b6 | 66:2-3 |
| | 66:4 - 66:7 | Highly Confidential, 30b6 | 66:8-9 |
| | 66:10 - 66:12 | Highly Confidential, 30b6 | |
| | 73:15 - 73:16 | | |
| | 73:24 - 74:4 | | |
| | 80:22 - 80:24 | 30b6 | 80:25-81:2 |
| | 81:3 - 81:9 | 30b6 | 81:10-14 |
| | | | 81:17-82:11 |
| | 86:8 - 86:12 | 30b6 | 86:13-15 |
| | 86:16 - 86:22 | 30b6, V, 602, IH | 86:23-25 |
| | 87:2 - 87:4 | 30b6 | 87:5 |
| | 87:6 - 87:6 | 30b6 | |
| | 87:17 - 87:21 | 30b6, V, 602 | 87:22-25 |
| | 88:2 - 88:6 | 30b6, V, 602 | 88:7 |
| | 88:8 - 88:17 | 30b6, V, 602 | |
| | 88:19 - 89:4 | 30b6, V, 602 | 89:5-8 |
| | 89:9 - 89:10 | 30b6, V, 602 | 89:11 |
| | 89:12 - 90:12 | 30b6, V, 602 | 90:13-15 |
| | 90:16 - 90:18 | 30b6, V, 602 | 90:19 |
| | 90:20 - 90:20 | 30b6, V, 602 | |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| **Gallien, Jason 12.06.2018** | 6:1 - 6:16 | | |
| | 12:21 - 12:24 | | |
| | 28:23 - 29:5 | | |
| | 29:7 - 30:3 | 29:15-30:3—Highly Confidential | |
| | 30:10 - 30:23 | Highly Confidential | |
| | 30:25 - 30:25 | Highly Confidential | |
| | 34:3 - 34:12 | | 24:25-26:17 33:1-20 80:18-84:24 |
| | 39:15 - 40:9 | Highly Confidential | |
| | 43:9 - 43:16 | Highly Confidential | |
| | 45:20 - 46:23 | Highly Confidential | |
| | 48:16 - 49:4 | Highly Confidential | |
| | 49:11 - 49:21 | Highly Confidential | |
| | 66:19 - 66:21 | | 65:17-66:18 |
| | 69:21 - 70:8 | | |
| | 70:18 - 70:25 | | |
| | 73:12 - 73:13 | V | 73:14-20 |
| | 73:21 - 74:7 | | 74:8-12, 74:16-75:12 |
| **Glass, Jonathan 11.09.2018** | 6:6 - 6:14 | | |
| | 11:15 - 12:6 | | |
| | 20:5 - 20:17 | 402, V | 20:18 - 22:1 22:4 - 23:23 |
| | 25:20 - 25:24 | 602, 402, 104 | 26:1 - 9 |
| | 28:18 - 29:8 | 104 | |
| | 29:9 - 30:9 | 402, 403, 104, 602 | |
| | 35:3 - 35:8 | 402, 403 | |
| | 38:18 - 39:2 | 402, 403 | 39:2 - 39:9 39:15 - 39:22 |
| | 41:6 - 45:3 | 41:6-41:13 - Exhibit and Testimony - 104, 402, 403, 802, 901 41:20-42:2 - 104, ATTY, 402, 403 42:3-43:16: 104, 402, 403 43:17-44:16 -- Exhibit and Testimony -- 104, 402, 403, 802 44:17-45:3 - 402, 403 | |
| | 45:4 - 45:9 | 402, 403 | 45:10 - 45:11 45:19 -45:21 45:24 |
| | 68:19 - 69:2 | 68:19-68:23 – 402, 403 68:24-69:2 – V, 402, 403 | |
| | 74:13 - 74:17 | 402, 403 | 74:18 - 74:22 |
| | 74:23 - 75:13 | 104, 402, 403 | |
| | 76:6 - 76:10 | 104, 402, 403 | |
| | 76:22 - 77:17 | Testimony and Exhibit - 802, 402, 403, SM, 104, 901 | |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | | 76:22 - D | |
| | 77:20 - 77:22 | 402, 403 | |
| | 78:17 - 78:19 | D, 103, 403 | |
| | 78:23 - 79:2 | 103, 104, 602 | |
| | 79:6 - 79:9 | 104, 602 | |
| | | | 85:22 - 86:10 |
| | | | 86:14 - 86:16 |
| | 88:15 - 88:21 | 402, 403 | |
| | 89:9 - 90:11 | 89:9-89:18 - 402, 403 | |
| | | 89:19-90:11 - 104, 602, 402, 403 | |
| | 90:21 - 90:24 | 104, 602, SM, 402, 403 | |
| | 91:9 - 91:13 | 402, 403 | |
| | | | 95:4 - 95:20 |
| | 107:9 - 107:23 | SM, 402, 403, 802 | |
| | | | 110:20 - 111:11 |
| | | | 112:15 -113:2 |
| | 137:4 - 141:24 | Highly Confidential, 402, 403, BER | |
| | 143:24 - 144:17 | Highly Confidential, 402, 403, 104, 602, BER | |
| | 144:20 - 144:23 | Highly Confidential, 402, 403, 104, 602, BER | |
| | 145:6 - 149:16 | 145:6-11 -- Highly Confidential, 402, 403, 104, 602, BER; 145:12-149:16 -- Highly Confidential, 402, 403, BER | |
| | 152:10 - 154:10 | Highly Confidential, 402, 403; 154:8-10 -- additional 30(b)(6) | |
| | 154:14 - 156:23 | 154:14-22 -- Highly Confidential, 402, 403, 30(b)(6); 154:23-155:21 -- Highly Confidential, 402, 403; 155:22-156:14 -- Highly Confidential, 402, 403, 602, 104; 156:15-23 -- Highly Confidential, 402, 403, 30(b)(6) | |
| | 157:3 - 157:13 | Highly Confidential, 402, 403, 602, 104, 30(b)(6) | |
| | 157:18 - 158:1 | Highly Confidential, 402, 403, 602, 104, 30(b)(6) | |
| | 158:5 - 158:5 | Highly Confidential, 402, 403, 602, 104, 30(b)(6) | |
| | | | 166:2 - 167:1 |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| **Jang, Dong Li** **08.30.2018** | 4:3 - 4:11 | | |
| | 8:23 - 9:12 | | 8:18-22 |
| | 17:21 - 18:17 | D | 16:20-17:20 |
| | 19:22 - 21:5 | D | 18:18-19:21 |
| | 30:21 - 33:3 | | |
| | 33:13 - 34:13 | | |
| | 34:19 - 34:23 | 402, 403, SM | |
| | 35:9 - 36:7 | 402, 403, SM | |
| | 36:18 - 36:24 | 402, 403, SM | |
| | 37:2 - 37:13 | | |
| | 53:2 - 54:5 | 402, 403, SM | |
| | 54:7 - 54:8 | 402, 403, SM | |
| | 55:3 - 55:4 | | |
| | 55:7 - 55:24 | | |
| | 57:25 - 58:2 | D | |
| | 61:3 - 61:19 | | |
| | 61:22 - 62:7 | | |
| | 62:10 - 62:11 | | |
| | 62:25 - 63:6 | | |
| | 64:11 - 65:3 | | |
| | 65:12 - 65:15 | | |
| | 65:17 - 65:25 | | |
| | 66:8 - 66:13 | Testimony and exhibit – 802, 901, 402, 403 | |
| | 66:20 - 67:3 | Testimony and exhibit – 802, 901, 402, 403 | |
| | 67:20 - 68:4 | Testimony and exhibit – 802, 901, 402, 403 | |
| | 68:6 - 68:14 | Testimony and exhibit – 802, 901, 402, 403 | |
| | 70:22 - 71:11 | 402, 403, SM | |
| | 71:14 - 72:3 | 402, 403, SM | |
| | 72:11 - 72:13 | 402, 403, SM | |
| | 72:16 - 72:24 | 402, 403, SM | |
| | 73:20 - 73:21 | 402, 403, SM | |
| | 74:2 - 74:10 | 402, 403, SM | |
| | 74:13 - 74:25 | 402, 403, SM | |
| | 75:4 - 75:5 | 402, 403, SM | |
| | 75:18 - 76:6 | 402, 403, SM | |
| | 76:9 - 76:13 | 402, 403, SM | |
| | 91:11 - 91:13 | | |
| | 91:15 - 92:24 | | |
| | 92:25 - 94:10 | | |
| | 95:9 - 95:13 | | |
| | 95:17 - 95:24 | | |
| | 96:3 - 96:20 | | |
| | 96:22 - 97:9 | | |
| | 97:12 - 98:8 | | |
| | 100:21 - 101:5 | Testimony and exhibit – 802, 402, 403, SM | |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | 101:9 - 101:10 | Testimony and exhibit – 802, 402, 403, SM | |
| | 102:24 - 103:3 | Testimony and exhibit – 802, 402, 403, SM | |
| | 103:6 - 103:12 | Testimony and exhibit – 802, 402, 403, SM | |
| | 103:22 - 104:21 | Testimony and exhibit – 802, 402, 403, SM | |
| | 105:4 - 105:9 | Testimony and exhibit – 802, 402, 403, SM | |
| | 105:21 - 105:25 | Testimony and exhibit – 802, 402, 403, SM | |
| | 106:4 - 106:24 | Testimony and exhibit – 802, 402, 403, SM | |
| | 107:3 - 107:12 | Testimony and exhibit – 802, 402, 403, SM | |
| | 107:15 - 107:24 | Testimony and exhibit – 802, 402, 403, SM | |
| | 112:4 - 112:6 | Testimony and exhibit – 802, 402, 403, SM | |
| | 112:16 - 113:3 | Testimony and exhibit – 802, 402, 403, SM | |
| | 113:6 - 113:21 | Testimony and exhibit – 802, 402, 403, SM | |
| | 115:19 - 116:4 | | |
| | 116:7 - 116:16 | | |
| | 116:19 - 116:23 | | 116:24-117:23 |
| | 120:19 - 121:7 | Testimony and exhibit – 802, 402, 403, SM | |
| | 125:23 - 126:3 | Testimony and exhibit – 802, 402, 403, SM | |
| | 126:6 - 126:15 | Testimony and exhibit – 802, 402, 403, SM | |
| | 126:21 - 128:16 | Testimony and exhibit – 802, 402, 403, SM | |
| | 128:18 - 129:3 | Testimony and exhibit – 802, 402, 403, SM | |
| | 129:7 - 129:14 | Testimony and exhibit – 802, 402, 403, SM | |
| | 130:15 - 131:10 | Testimony and exhibit – 802, 901, 402, 403 | |
| | 131:13 - 131:18 | Testimony and exhibit – 802, 901, 402, 403 | |
| | 132:5 - 132:22 | Testimony and exhibit – 802, 901, 402, 403 | |
| | 132:25 - 133:7 | Testimony and exhibit – 802, 901, 402, 403 | |
| | 133:24 - 134:12 | Testimony and exhibit – 802, 901, 402, 403 | |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | 134:24 - 135:7<br>135:11 - 136:3<br>136:5 - 136:7<br><br>150:7 - 151:8<br>151:11 - 151:14<br>157:22 - 158:6<br>163:5 - 163:10<br>203:5 - 204:18<br>204:20 - 205:23 | Testimony and exhibit – 802, 901, 402, 403<br>135:11-14 and exhibit – 802, 901, 402, 403 | |
| **Landis, Robert 12.12.2018** | 6:1 - 6:18<br>40:22 - 40:23<br>41:11 - 41:14<br>41:21 - 42:2<br>42:10 - 42:13<br>42:21 - 43:5<br>45:23 - 46:1<br>46:5 - 46:8<br>46:12 - 47:8<br><br>47:12 - 47:16<br><br><br>47:21 - 48:4<br><br><br>48:8 - 48:14<br>48:18 - 48:22<br>49:9 - 49:21<br>51:18 - 51:20<br>51:23 - 51:24<br>60:11 - 60:13<br>60:17 - 61:3<br>61:7 - 61:12<br>61:15 - 61:18<br>61:21 - 61:21<br>62:3 - 62:5<br>62:9 - 62:11<br><br>62:15 - 62:21<br><br>63:1 - 63:5<br><br>63:10 - 63:14<br><br>63:18 - 63:18<br>70:12 - 70:15<br>70:24 - 70:25 | <br>40:20-40:21 - D<br>104, 30(b)(6), 402, 403<br>104, 30(b)(6), 402, 403<br>104, 30(b)(6), 402, 403<br>104, 30(b)(6), 402, 403<br>104, 30(b)(6)<br>104, 30(b)(6)<br>46:12-46:14 - 30(b)(6), 104<br>47:5-47:8 - 30(b)(6), 104, 103<br>47:12-47:14 - 30(b)(6), 104, 103<br>47:15-47:16 - 30(b)(6), 104, 103<br>47:21-47:24 - 30(b)(6), 104, 103<br>47:25-48:4 - 30(b)(6), 104<br>30(b)(6), 104<br>30(b)(6), 104<br><br>30(b)(6), 104<br>30(b)(6), 104<br>30(b)(6), 104, V<br>30(b)(6), 104, V<br>104<br>104<br>104<br>30(b)(6), 104, V<br>62:9-62:10 - 30(b)(6), 104, V<br>62:11 - 30(b)(6), 104<br>62:15-62:19 - 30(b)(6), 104<br>62:20-62:21 - 30(b)(6), 104, V<br>63:1-3 - 30(b)(6), 104, V<br>63:4-63:5 - 30(b)(6), 104, V<br>63:10-63:11 - 30(b)(6), 104, V<br>63:12-63:14 - 104, 602, M<br>104, 602<br>30(b)(6), 403, V, 802<br>30(b)(6), 403, V, 802 | 40:22-40:23 |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | 73:14 - 73:16 | 30(b)(6), 403, 104 | |
| | 73:20 - 73:25 | 30(b)(6), 403, 104 | |
| | 74:6 - 74:10 | 74:6-74:7- 30(b)(6), 403, 104 | |
| | | 74:8-74:10 - 30(b)(6), V, 104, 802, 602 | |
| | 74:13 - 74:23 | 74:13-74:19 - 30(b)(6), V, 104, 802, 602 | |
| | | 74:20-23 - 30(b)(6), 104, 802 | |
| | 75:2 - 75:11 | 30(b)(6), 104, 802 | |
| | 76:1 - 76:4 | 30(b)(6), 104 | |
| | 76:22 - 77:10 | 76:22-76:24 - 30(b)(6), 104, 802 | |
| | | 76:25-77:6 – 30(b)(6), 802, 104, 602 | |
| | | 77:7-77:10 - 30(b)(6), 104, 602 | |
| | 80:8 - 80:11 | 30(b)(6), 104, V | |
| | 80:15 - 80:17 | 80:15-80:16 - 30(b)(6), 104, V | |
| | | 80:17 - 30(b)(6), 104 | |
| | 80:21 - 81:8 | 80:21-80:23 - 30(b)(6), 104 | |
| | | 80:24-81:8 - 30(b)(6), 104, 701 | |
| | 81:12 - 81:18 | 81:12-81:15 - 30(b)(6), 104, 802 | |
| | | 81:16-81:18 - 30(b)(6), 104, 701 | |
| | 81:21 - 82:3 | 81:21-81:24 - 30(b)(6), 104, 701 | |
| | | 81:25-82:3 - 30(b)(6), 104, 701 | |
| | 82:6 - 82:18 | 82:6-82:15 - 30(b)(6), 104, 701 | |
| | | 82:16-82:18 – CC, 30(b)(6), 104, 701 | |
| | 82:22 - 83:1 | CC, 30(b)(6), 602, 104, 802, 701 | |
| | 83:5 - 83:6 | CC, 30(b)(6), 602, 104, 802, 701 | |
| | | | 87:1-87:7 |
| | | | 88:5-89:9 |
| | | | 89:13-89:23 |
| | | | 90:16-90:21 |
| | | | 91:4-92:6 |
| | | | 92:9-93:12 |
| | 93:18 - 93:24 | 402, 403, 602 | |
| | 94:17 - 94:19 | 30(b)(6), 602, 402, 403 | |
| | | | 96:18-96:24 |
| | 98:21 - 98:23 | V, 104 | 98:4-98:17 |
| | 99:1 - 99:4 | 99:1 - V, 104 | |
| | | 99:2-4 - 402, 403, 104 | |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | 99:7 - 99:13 | 402, 403, 104 | 99:14-99:21 |
| | | | 100:1-100:12 |
| | | | 100:17-101:6 |
| | | | 103:6-104:9 |
| | | | 104:19-108:2 |
| | | | 108:4-108:11 |
| | | | 108:18-109:11 |
| | | | 109:21-109:24 |
| | | | 110:2-110:7 |
| | | | 115:1-119:6 |
| | | | 119:9-119:18 |
| | | | 119:20-121:5 |
| | | | 122:11-123:3 |
| | | | 124:3-124:22 |
| | | | 125:2-126:23 |
| | | | 127:10-128:3 |
| | | | 128:10-128:22 |
| | | | 129:20-130:2 |
| | | | 130:5-130:11 |
| | | | 130:14-130:18 |
| | | | 130:20-130:23 |
| | | | 133:9-133:14 |
| | | | 135:7-135:15 |
| | | | 135:18-135:22 |
| | | | 136:13-136:18 |
| | | | 137:4-137:10 |
| | | | 138:6-138:12 |
| | | | 144:5-144:20 |
| | | | 145:2-145:10 |
| | | | 145:13-145:17 |
| | | | 149:8-149:21 |
| | | | 149:25-150:7 |
| | | | 150:17-150:19 |
| | | | 150:21-150:22 |
| | | | 152:20-155:7 |
| | | | 155:10-155:15 |
| | | | 155:18-156:14 |
| **Leak, Gary Wade 12.04.2018** | 4:5 - 4:15 | | |
| | 60:12-62:20 | | |
| | 62:21 - 63:14 | | |
| | 64:15 - 64:21 | | |
| | 67:3 - 68:10 | | |
| | 68:13 - 68:15 | | |
| | 72:5 - 72:8 | | |
| | 75:8 - 75:10 | | |
| | 75:17 - 75:24 | | |
| | 85:15 - 85:19 | 501, 403 | 85:20-86:7 |
| | 86:8 - 86:13 | 501, 403 | |
| | 93:11 - 93:25 | | |
| | 98:19 - 99:2 | | |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | 99:14 - 99:17 | | |
| | 99:22 - 100:2 | | |
| | 100:5 - 100:5 | | |
| | 104:20 - 104:23 | 30b6 | 104:24-25 |
| | 105:6 - 105:23 | 30b6 | |
| | 106:19 - 107:12 | 30b6 | |
| | 117:7 - 117:9 | 30b6 | 117:10-12 |
| | 117:13 - 117:19 | 30b6 | |
| | 121:6 - 121:8 | 30b6 | 121:9-11 |
| | 121:12 - 122:7 | 30b6 | 122:8-10 |
| | 122:15 - 122:18 | 30b6 | |
| | 122:19 - 122:25 | 30b6 | 123:2-4 |
| | 123:5 - 123:12 | 123:10-1—V, A, 104, 403, 501 | 123:13-14 |
| | 123:15 - 123:21 | V, A, 104, 403, 501 | |
| | 123:25 - 124:11 | 403, 501 | |
| | 130:10 - 130:21 | | 130:22-131:7 |
| | 136:3 - 136:8 | | 136:9-137:16 |
| | 146:7 - 146:12 | Ex. 4—403, 802, SM | |
| | 148:23 - 149:11 | 104, V, 602, 403, 802, SM | 149:12-13 |
| | 149:14 - 150:9 | 403, 802, SM 150:6-9—104, V, 602 | 150:10-12 |
| | 150:12 - 150:14 | 403, 802, SM, 104, V, 602 | 150:15-16 |
| | 150:17 - 150:23 | 403, 802, SM, 104, V, 602 | |
| | 159:20 - 159:24 | 403, 501 | 159:25-160:3 |
| | 160:4 - 160:9 | 403, 501 | |
| | 163:24 – 168:5 | Highly Confidential 167:22-168:5—30b6 168:6-169:2—30b6 | 167:25-168:2 |
| | 168:6 - 168:11 | Highly Confidential, 30b6 | 168:12-13 |
| | 168:14 - 168:17 | Highly Confidential, 30b6 | 168:18-19 |
| | 168:20 - 168:23 | Highly Confidential, 30b6 | 168:24-25 |
| | 169:2 - 169:2 | Highly Confidential, 30b6 | |
| | 169:24 - 170:3 | 30b6 | 170:4-5 |
| | 170:6 - 170:17 | 30b6 | 170:18-19 |
| | 170:20 - 170:24 | 30b6 | |
| | 170:25 - 171:10 | 30b6 | 171:11-12 |
| | 171:13 - 171:22 | 30b6 | 171:23-24 |
| | 171:25 - 172:4 | 30b6 | |
| | 172:8 - 172:16 | | 173:15-19 173:22-174:4 174:8-175:17 |
| | 179:5 - 179:10 | 403, 501 | 179:11-16 |
| | 179:17 - 180:3 | 403 ,501 | |
| | 180:21 - 182:4 | 30b6, V | 182:5-24 |
| | 182:25 - 183:8 | V | 183:9 |
| | 183:10 - 184:2 | 30b6 | 184:3-4 |
| | 184:5 - 184:15 | 30b6 | 185:5-11 |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | | | 185:21-186:17 |
| | | | 186:18-24 |
| | 186:18 - 186:23 | 30b6 | 194:11-195:16 |
| | 207:2 - 207:6 | | |
| | 207:11 - 207:19 | 207:11-19—D, 30b6, 402 | 207:20-24 |
| | 209:5 - 209:8 | 30b6 | 209:9-10 |
| | 209:11 - 209:14 | 30b6 | |
| | 209:25 - 210:8 | | |
| | 212:8 - 212:12 | 30b6 | 212:13-15 |
| | 212:16 - 212:19 | 30b6 | 212:20-22 |
| | 212:23 - 213:7 | 213:5-7—V, 104 | 213:8-9 |
| | 213:10 - 213:23 | 213:10-13—V, 104, 213:22-23—30b6 | 213:24-214:2 |
| | 214:3 - 214:7 | 30b6 | 214:8-10 |
| | 214:11 - 214:14 | 30b6 | |
| McMullan, Alasdair | 7:3 - 7:8 | | |
| | 7:19 - 7:24 | | |
| | 116:19 - 117:1 | | |
| | 117:12 - 118:20 | | |
| | 119:20 - 120:17 | | |
| | 124:25 - 125:25 | | |
| | 126:6 - 126:13 | | |
| | 126:22 - 127:3 | | 128:7-9, 17-25, 129:1 |
| | 134:12 - 134:15 | 402, 403, SM | |
| | 134:19 - 135:1 | 402, 403, SM | |
| | 143:6 - 143:16 | | |
| | 157:13 - 158:17 | Testimony and exhibit – 802, 402, 403, 104 | |
| | 158:25 - 159:17 | Testimony and exhibit – 802, 402, 403, 104 | |
| | 161:6 - 161:11 | D, 402, 403 | |
| | 178:11 - 178:23 | | |
| | 179:7 - 179:16 | | |
| | 228:22 - 229:14 | | |
| | 229:17 - 230:2 | 229:22-230:2 – CC, IH, 103, 104, 402, 403 | |
| | 230:6 - 230:23 | CC, IH, 103, 104, 402, 403 | |
| | 231:1 - 231:9 | CC, IH, 103, 104, 402, 403 | |
| | 245:24 - 246:12 | 103, 104, 402, 403 | |
| | 246:15 - 246:24 | 103, 104, 402, 403 | |
| | 247:5 - 247:25 | 103, 104, 402, 403 | |
| | 248:2 - 248:5 | 103, 104, 402, 403 | |
| | 248:8 - 248:12 | 103, 104, 402, 403 | |
| | 248:21 - 249:6 | 103, 104, 402, 403 | |
| | 249:7 - 249:9 | 103, 104, 402, 403 | |
| | 249:12 - 250:11 | 103, 104, 402, 403 | |
| | 251:16 - 252:8 | Testimony and exhibit – 802, 901, 103, 104, 402, 403, 602 | |
| | 252:11 - 252:22 | Testimony and exhibit – 802, 901, 103, 104, 402, 403, 602 | |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | 253:2 - 253:13 | Testimony and exhibit – 802, 901, 103, 104, 402, 403, 602 | |
| | 264:3 - 264:9 | | 264:10-265:1 |
| **Sabec, Christopher 08.07.2018** | 8:17 - 8:20 | D | |
| | 9:18 - 9:25 | | |
| | 14:16 - 14:20 | | |
| | 16:3 - 16:4 | | |
| | 16:22 - 16:24 | | |
| | 17:1 - 19:12 | | |
| | 22:5 - 25:7 | | |
| | 26:11 - 26:15 | D | |
| | 27:20 - 27:22 | | |
| | 45:7 - 45:9 | | |
| | 45:12 - 45:23 | | 45:25-46:2 |
| | 50:6 - 50:25 | | |
| | 51:7 - 55:11 | 52:23-55:11 – 402, 403, SM | |
| | 57:4 - 60:14 | | |
| | 76:21 - 78:4 | | 78:5-13 |
| | 90:5 - 91:17 | 402, 403, SM | |
| | 92:2 - 92:10 | 402, 403, SM | |
| | 92:25 - 94:18 | 402, 403, SM | |
| | 95:5 - 95:8 | 402, 403, SM | |
| | 96:2 - 96:22 | 402, 403, SM | |
| | 112:12 - 113:11 | | 113:13-21 |
| | 114:8 - 116:1 | | |
| | 116:10 - 116:16 | | 116:17-18, 24 |
| | 117:8 - 120:25 | 402, 403 | 117:1-3, 6 |
| | 121:7 - 122:25 | | |
| | 123:4 - 124:8 | | |
| | 142:23 - 152:10 | 402, 403, SM 146:4-149:1 – IH, 103, 104, 602, 701 | |
| | 156:4 - 158:22 | | |
| | 159:1 - 162:10 | | |
| | 162:12 - 163:3 | | |
| | 163:20 - 165:15 | 165:17-166:6 | |
| | 166:8 - 166:25 | | |
| | 167:2 - 167:13 | | |
| | 168:12 - 168:17 | | |
| | 169:1 - 170:19 | | |
| | 176:7 - 177:12 | | |
| | 178:20 - 180:14 | | 177:13-178:17 |
| | 183:13 - 186:12 | 184:3-186:6 – 103, 104, 602, 402, 403 186:8-12 – 802, 103, 104, 602 | |
| | 191:20 - 195:21 | 103, 104, 602, 402, 403, SM | |
| | 197:23 - 203:14 | 197:23-199:21 – A 197:23-201:8 – CC, 103, 104, 402, 403, 602 | |
| | 207:8 - 208:6 | | |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | 216:20 - 226:10 | Testimony and exhibit – 802, 103, 104, 602, 901 | |
| | 230:25 - 233:8 | 216:20-223:13 and exhibit – 802, 103, 104, 602, 901 | |
| | 235:4 - 236:1 | Testimony and exhibit – 802, 103, 104, 402, 403, 602, 901 | |
| | 237:15 - 244:5 | Testimony and exhibit – 802, 103, 104, 402, 403, 602, 901 | |
| | | 237:15-238:15 and exhibit – 802, 103, 104, 402, 403, 602, 901 | |
| | 247:9 - 248:5 | | |
| | 252:12 - 253:2 | | |
| | 265:23 - 268:25 | Testimony and exhibit – 802, 103, 104, 402, 403, 602, 901 | |
| | 277:2 - 280:18 | Testimony and exhibit – 802, 103, 104, 402, 403, 602, 901 | |
| | 285:6 - 297:2 | Testimony and exhibit – 802, 103, 104, 402, 403, 602, 901 | 280:19-281:5, 281:11-282:4 |
| | | 287:15-293:17 –  501, 402, 403, SM | |
| | | 293:18-296:8 – 402, 403, SM | |
| | | 296:10-297:2 and exhibit – 802, 402, 403 | |
| | 299:14 - 300:23 | | 297:3-299:13 |
| | 301:1 - 301:20 | 300:17-300:23 – A, 402, 403 | |
| | | 301:1-4 – A, 402, 403 | |
| | 302:25 - 309:14 | 301:6-20 and exhibit– 802, 402, 403 | |
| | 312:8 - 313:4 | 305:15-309:14 – 802, 103, 104, 402, 403, SM | |
| | 313:8 - 313:14 | Testimony and exhibit – 802, 402, 403, SM | |
| | 313:22 - 321:25 | Testimony and exhibit – 802, 402, 403, SM | |
| | 342:8 - 344:1 | Testimony and exhibit – 802, 402, 403, SM | |
| | 345:10 - 345:14 | CC, 701, 403, 602 | |
| | 348:15 - 348:19 | | |
| | 349:6 - 349:23 | Testimony and exhibit – 802, 402, 403 | |
| | 353:8 - 353:18 | Testimony and exhibit – 802, 402, 403 | |
| | 354:12 - 355:8 | | |
| | 357:18 - 358:6 | | |
| | 365:18 - 366:17 | | 359:24-360:4, 14-15 |
| | 368:4 - 369:3 | 402, 403, SM | |
| | | 368:4-369:2 – 402, 403, SM | |
| **Sheckler, Victoria 12.11.2018** | 8:4 - 8:6 | | |
| | 8:13 - 8:23 | | |
| | 10:9 - 10:24 | | 10:25-11:6, 27:2-8 |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | 12:20 - 13:4 | | 14:1-12 |
| | 16:10 - 16:21 | | |
| | 22:9 - 22:12 | | 22:13-26:3 |
| | 32:2 - 32:6 | D, 30b6, 104, V | 32:13-16 |
| | 32:18 - 33:5 | | |
| | 33:22 - 33:23 | 30b6 | 33:18-21 |
| | 34:2 - 34:4 | 30b6 | 33:24-34:1 |
| | 34:14 - 35:4 | 501, 403, V, 30b6, 104 | 35:5-11 |
| | 35:12 - 36:10 | 501, 403, V, 30b6, 104 | |
| | 36:22 - 36:25 | V, 104 | 37:1-2 |
| | 37:3 - 37:7 | V, 104 | 37:8-9 |
| | 37:10 - 37:14 | V, 104 | |
| | 39:11 - 39:18 | 39:16-25—30b6, V, 104 | 39:19-21 |
| | 39:22 - 40:7 | 40:5-6—30b6, V, 104 | 40:8-10 |
| | 40:11 - 40:14 | 40:11—30b6, V, 104<br>40:13-14—30b6 | 40:15-16 |
| | 40:23 - 40:24 | 30b6, 104, V, 501, 403 | 40:25-41:6 |
| | 41:7 - 41:7 | 30b6, 104, V, 501, 403 | |
| | 43:18 - 43:20 | 30b6 | 43:21-22 |
| | 43:23 - 44:14 | 30b6 | |
| | 44:20 - 44:24 | | |
| | 45:3 - 45:10 | | |
| | 45:25 - 46:6 | Ex. 4—802, SM | |
| | 46:9 - 46:9 | | |
| | 46:16 - 46:19 | 104 | 46:20-21 |
| | 46:22 - 47:2 | 47:13—501, 403 | 47:3-4 |
| | 47:5 - 47:13 | 501, 403 | 47:14-15 |
| | 47:16 - 47:17 | | |
| | 48:24 - 49:7 | | |
| | 49:16 - 49:21 | | |
| | 49:25 - 50:8 | 30b6 | |
| | 50:14 - 50:20 | 30b6 | 50:21-22 |
| | 50:23 - 52:13 | | |
| | 55:8 - 56:3 | Exs. 6,7, and 8—402, 403, SM | |
| | 56:23 - 57:2 | 30b6 | 57:3-7 |
| | 57:9 - 59:3 | 501, 403<br>59:1-3—30b6 | 59:4-9 |
| | 59:10 - 59:19 | 30b6 | 59:20-22 |
| | 64:7 - 64:16 | 64:14-16—30b6 | 64:17-21 |
| | 64:22 - 65:7 | 64:22—30b6, 65:6-7—30b6 | 65:8-10 |
| | 65:11 - 65:15 | 30b6 | |
| | 66:2 - 66:5 | 30b6 | 66:6-10 |
| | 66:11 - 66:15 | 30b6 | |
| | 68:13 - 68:25 | 30b6, A, CC, IH, V, 30b6, 104, 402, 403 | 69:1-5 |
| | 69:6 - 69:7 | 30b6, A, CC, IH, V, 30b6, 104, 402, 403 | |
| | 69:16 - 69:19 | 30b6 | 69:20-24 |
| | 69:25 - 70:2 | 30b6 | 70:6-9 |
| | 70:10 - 70:15 | 30b6 | 70:16-17 |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | 70:19 - 71:2 | 30b6, 501, 403 | 71:3-8 |
| | 71:9 - 71:23 | 30b6, 501, 403 | 71:24-72:4 |
| | 72:5 - 72:5 | 30b6 | |
| | 72:7 - 72:18 | Ex. 8—402, 403, SM | |
| | 72:22 - 73:4 | 30b6 | 73:5-9 |
| | 73:10 - 73:18 | 30b6 | 73:19-20 |
| | 73:21 - 73:25 | 30b6 | 74:1-2 |
| | 79:23 - 80:1 | 30b6 | 80:2-4 |
| | 80:6 - 80:11 | 30b6 | 80:12-16 |
| | 80:17 - 80:25 | 501, 403, 30b6 | 81:1-2 |
| | 81:3 - 81:8 | 501, 403, 30b6 | |
| | 97:4 - 97:11 | Ex. 9—402 | |
| | 98:7 - 98:22 | | |
| | 99:13 - 99:21 | | 99:22-25 |
| | 100:1 - 100:7 | 402 | |
| | 100:10 - 100:17 | 402 | |
| | 100:20 - 100:20 | 402 | |
| | 100:22 - 101:15 | 402 | |
| | 101:16 - 102:7 | 402 | |
| | 102:25 - 103:3 | 103, 104 | 103:4-5 |
| | 103:6 - 103:17 | 103, 104 | 103:18-19 |
| | 103:20 - 103:20 | 103, 104 | |
| | 103:22 - 104:11 | 30b6 | 104:12-13 |
| | 105:2 - 105:4 | 30b6 | 105:5-6 |
| | 105:7 - 105:10 | 30b6 | 105:11-13 |
| | 105:14 - 105:21 | 30b6 | 105:22-24 |
| | 105:25 - 106:7 | 30b6 | |
| | 106:10 - 106:14 | 30b6 | 106:15-16 |
| | 106:17 - 107:14 | 30b6 | 107:15-17 |
| | 107:19 - 107:25 | 30b6 | 108:1-2 |
| | 108:3 - 108:17 | 30b6 | 108:18-19 |
| | 108:20 - 108:21 | 30b6 | |
| | 108:23 - 109:4 | | |
| | 109:7 - 110:5 | | |
| | 110:8 - 110:15 | 30b6 | 110:16-20 |
| | 110:21 - 111:8 | 30b6 | |
| | 111:11 - 111:21 | | 111:22-112:1 |
| | 112:2 - 112:6 | | |
| | 113:8 - 114:13 | 114:11-13—30b6, 103, 104 | 114:14-17 |
| | 114:18 - 114:23 | 30b6, 103, 104 | 114:24-115:2 |
| | 115:3 - 116:9 | 30b6, 103, 104 | 116:10-11 |
| | 116:12 - 116:23 | | 116:24-25 |
| | 117:1 - 117:9 | 103, 104, C, V | |
| | 121:13 - 121:16 | SM, 104, 402, 403 | 121:17-18 |
| | 121:19 - 122:3 | SM, 104, 402, 403 | 122:4-5 |
| | 122:6 - 122:17 | SM, 104, 402, 403 | 122:18-19 |
| | 122:20 - 123:9 | SM, 104, 402, 403, 501 | |
| | 123:16 - 124:23 | SM, 104, 402, 403 | |
| | 126:12 - 127:10 | | |
| | 128:3 - 128:8 | | |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | 144:17 - 144:18 | 30b6 | 144:19-23 |
| | 144:24 - 145:5 | 30b6 | 145:6-9 |
| | 145:10 - 145:13 | 30b6 | 145:14-15 |
| | 145:16 - 145:19 | 30b6 | 145:20-21 |
| | 145:22 - 146:1 | 30b6 | 146:2-4 |
| | 146:5 - 146:7 | 30b6 | 146:8 |
| | 146:9 - 146:11 | 30b6 | 146:12 |
| | 146:13 - 146:15 | 30b6 | 146:16 |
| | 146:17 - 146:20 | 30b6 | 146:21 |
| | 146:22 - 146:22 | 30b6 | |
| | 148:2 - 148:16 | Ex. 8—402, 403, SM 30b6 148:14-22—103, 104 | 148:17-19 |
| | 148:20 - 149:4 | 30b6 | 149:5-6 |
| | 149:7 - 149:8 | 30b6 | |
| | 159:23 - 160:4 | 30b6 | 160:5-7 |
| | 160:8 - 160:16 | 30b6 | 160:17-18 |
| | 160:19 - 161:2 | 30b6 | 161:3-4 |
| | 161:6 - 161:12 | 30b6 | 161:13-15 |
| | 161:16 - 161:20 | 30b6 | 161:21-22 |
| | 161:23 - 162:3 | 30b6 | 162:4-5 |
| | 162:6 - 162:6 | 30b6 | |
| | 163:2 - 163:4 | 30b6 | 163:5 |
| | 163:6 - 163:10 | 30b6 | 163:12 |
| | 163:15 - 163:18 | 30b6 | 163:19-20 |
| | 163:21 - 163:21 | 30b6 | |
| | 163:23 - 163:24 | 30b6 | 163:25-164:1 |
| | 164:2 - 164:12 | 30b6 | 164:13-15 |
| | 164:16 - 164:20 | 30b6 | 164:21-22 |
| | 164:23 - 165:7 | 30b6 | 165:8-9 |
| | 165:11 - 165:19 | 30b6 | |
| | 167:16 - 168:16 | Ex. 17—402, Subject to Court Order (ECF 191) 402, Subject to Court Order (ECF 191), 30b6 | 168:19-23 |
| | 168:25 - 169:8 | Ex. 18—402, Subject to Court Order (ECF 191) 402, Subject to Court Order (ECF 191), 30b6 | 169:9-20 |
| | 169:21 - 170:15 | 402, Subject to Court Order (ECF 191), 30b6 | 170:16-18 |
| | 170:19 - 170:23 | 402, Subject to Court Order (ECF 191), 30b6 | 170:25-171:1 |
| | 171:3 - 171:5 | 402, Subject to Court Order (ECF 191), 30b6 | 171:6-8 |
| | 171:9 - 171:21 | 402, Subject to Court Order (ECF 191), 30b6 | 171:22-23 |
| | 171:24 - 172:7 | 402, Subject to Court Order (ECF 191), 30b6, 103, 104 | 172:8-12 |

| Deposition | Page/Line | Objections | Counter-Designations |
|---|---|---|---|
| | 172:13 - 172:21 | 402, Subject to Court Order (ECF 191), 30b6, 103, 104 | 172:22-24 |
| | 172:25 - 173:4 | 402, Subject to Court Order (ECF 191), 30b6 | 173:5-13 |
| | 173:14 - 174:2 | 402, Subject to Court Order (ECF 191), 30b6 | 174:3-4 |
| | 174:5 - 174:16 | 402, Subject to Court Order (ECF 191), 30b6 | |
| | 174:20 - 175:24 | 402, Subject to Court Order (ECF 191), 30b6 | 174:17-19 |
| | 204:18 - 204:20 | SM, 402, 403, 30b6 | 204:21-25 |
| | 205:1 - 205:6 | SM, 402, 403, 30b6 | 205:7-8 |
| | 205:9 - 205:10 | SM, 402, 403, 30b6 | |
| | 205:11 - 205:22 | SM, 402, 403, 30b6 | 205:23-24 |
| | 205:25 - 206:12 | SM, 402, 403, 30b6 | 206:14-15 |
| | 206:16 - 206:19 | SM, 402, 403, 30b6 | 206:20-24 |
| | 206:25 - 207:2 | SM, 402, 403, 30b6 | |
| | 208:10 - 208:12 | SM, 402, 403, 30b6 | 208:13-15 |
| | 208:16 - 209:1 | SM, 402, 403, 30b6 | 209:2-3 |
| | 209:4 - 209:11 | SM, 402, 403, 30b6 | |
| | 211:15 - 211:20 | | |
| | 211:23 - 212:4 | 103, 104, 30b6 | 212:5-6 |
| | 212:7 - 212:9 | 103, 104, 30b6 | 212:10-13 |
| | 212:14 - 213:6 | 30b6, 104 | 213:7-10 |
| | 213:11 - 213:24 | 213:11-12—30b6 213:21-24—104, C | 213:25-214:1 |
| | 214:2 - 214:8 | 104, C | |
| | 259:4 - 259:13 | SM, 103, 104, V | 259:14-15 |
| | 259:16 - 259:17 | SM, 103, 104, V | |
| | 259:20 - 259:23 | SM | |
| | 260:11 - 260:11 | SM | |

Dated: December 30, 2021

Respectfully submitted,

By: _____ */s/ Andrew H. Bart* _____
Andrew H. Bart (admitted *pro hac vice*)
Jacob L. Tracer (admitted *pro hac vice*)
**Jenner & Block**
1135 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
abart@jenner.com
jtracer@jenner.com

Robert B. Gilmore (admitted *pro hac vice*)
Philip J. O'Beirne (admitted *pro hac vice*)
Michael A. Petrino (admitted *pro hac vice*)

Kevin J. Attridge (admitted *pro hac vice*)
**Stein Mitchell Beato & Missner LLP**
901 15th Street, N.W., Suite 700
Washington, DC 20005
Telephone: (202) 737-7777
Facsimile: (202) 296-8312
rgilmore@steinmitchell.com
pobeirne@steinmitchell.com
mpetrino@steinmitchell.com
kattridge@steinmitchell.com

Daniel C. Bitting (State Bar No. 02362480)
Paige A. Amstutz (State Bar No. 00796136)
**Scott Douglass & McConnico LLP**
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399
dbitting@scottdoug.com
pamstutz@scottdoug.com

***Attorneys for Plaintiffs***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on December 30, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(b)(1).


*/s/ Daniel C. Bitting*
Daniel C. Bitting