UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) No. 1:17-cv-00365-DAE |
| | ) |
| GRANDE COMMUNICATIONS NETWORKS LLC, | ) |
| | ) |
| Defendant. | ) |

**<u>DEFENDANT GRANDE COMMUNICATIONS NETWORKS LLC'S
NOTICE OF OBJECTIONS TO PLAINTIFFS' AFFIRMATIVE DEPOSITION
DESIGNATIONS AND EXHIBIT LIST</u>**

Pursuant to Local Rule CV-16(g) and the Court's Order Setting Jury Selection/Trial and Related Deadlines (ECF No. 366), Defendant Grande Communications Networks, LLC ("Grande") submits the attached Objections to Plaintiffs' Affirmative Deposition Designations (ECF No. 376-6) and Objections to Plaintiffs' Exhibit List (ECF No. 376-4). Grande reserves the right to separately contend that Plaintiffs' proposed exhibits and deposition designations should not be admitted pursuant to its forthcoming motions *in limine*.

With respect to Plaintiffs' Affirmative Deposition Designations, Grande's Objections are attached as Exhibit 1 and defined as follows:

| Code | Objection/Authority |
|---|---|
| F | Foundation/Lack of Personal Knowledge (Fed. R. Evid. 104, 602, 901) |
| C | Completeness/Context (Fed. R. Evid. 106) |
| O | Improper Opinion Testimony by Lay Witness (Fed. R. Evid. 701) |
| LC | Legal Conclusion (Fed. R. Evid. 403, 701–04) |
| R | Relevance (Fed. R. Evid. 402) |
| P | Unfairly Prejudicial/Confusing/Misleading (Fed. R. Evid. 403) |
| H | Hearsay (Fed. R. Evid. 802) |
| IF | Improper Form of Question |

With respect to Plaintiffs' Exhibit List, Grande's Objections[1] are attached as Exhibit 2 and defined as follows:

| Code | Objection/Authority |
|------|---------------------|
| H | Hearsay (Fed. R. Evid. 802) |
| S | Improper Summary (Fed. R. Evid. 1006) |
| B | Best Evidence Rule (Fed. R. Evid. 1002) |
| F | Foundation (Fed. R. Evid. 901) |
| O | Improper or Untimely Expert Testimony (Fed. R. Evid. 702; Fed. R. Civ. P. 26(b)(2); Scheduling Order, ¶ 2 (ECF No. 66)) |
| ID | Insufficient Identification (the description of the exhibit is insufficient to allow Grande to locate it without undue burden, and/or the exhibit appears not to have been timely or properly produced in discovery) |

---

[1] Grande offers these Objections without regard to Plaintiffs' descriptions of identified exhibits, which are in some instances argumentative or otherwise inconsistent with the document at the identified bates number(s).

Dated: December 30, 2021

By: /s/ *Richard L Brophy*
    Richard L. Brophy
    Zachary C. Howenstine
    Margaret R. Szewczyk
    ARMSTRONG TEASDALE LLP
    7700 Forsyth Blvd., Suite 1800
    St. Louis, Missouri 63105
    Telephone: 314.621.5070
    Fax: 314.621.5065
    rbrophy@armstrongteasdale.com
    zhowenstine@armstrongteasdale.com
    mszewczyk@armstrongteasdale.com

    J. Stephen Ravel
    Texas State Bar No. 16584975
    J.R. Johnson
    Texas State Bar No. 24070000
    Diana L. Nichols
    Texas State Bar No. 00784682
    KELLY HART & HALLMAN LLP
    303 Colorado, Suite 2000
    Austin, Texas 78701
    Telephone: 512.495.6429
    Fax: 512.495.6401
    Email: steve.ravel@kellyhart.com
           jr.johnson@kellyhart.com
           diana.nichols@kellyhart.com

    *Attorneys for Defendant Grande Communications Networks LLC*