UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UMG RECORDINGS, INC., et al.,<br>*Plaintiffs* | §<br>§<br>§ | |
| v. | § | No.  A-17-CV-00365-DAE |
| | § | |
| GRANDE   COMMUNICATIONS NETWORKS LLC,<br>*Defendant* | §<br>§<br>§ | |

## ORDER RESETTING JURY SELECTION

Pursuant to the District Judge's Order setting this matter for jury selection and trial to begin on **Tuesday, October 11, 2022**, and referring this matter for jury selection, the undersigned hereby **SETS** this matter for jury selection at **9:00 a.m. on Friday, October 7, 2022**, in Courtroom Three on the fourth floor of the Federal Courthouse located at 501 W. 5th Street, Austin, Texas 78701.

SIGNED January 6, 2022.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATGE JUDGE

1