**FILED**
February 16, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ps_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UMG RECORDING INC, ET AL. | § | No. 1:17-CV-365-DAE |
| Plaintiffs, | § | |
| vs. | § | |
| GRANDE COMMUNICATIONS NETWORKS LLC, | § | |
| Defendant. | § | |

## NOTICE REGARDING JURY TRIAL

The above entitled and numbered case is noticed for a JURY TRIAL to begin before Senior U.S. District Judge David A. Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Tuesday, October 11, 2022 at 09:00 AM**. All deadlines issued in this Court previous order setting (dkt no. 386) remain in effect.

**IT IS SO ORDERED.**

**DATED:** Austin, Texas, February 16, 2022.

_____
DAVID A. EZRA
SENOR UNITED STATES DISTRICT JUDGE