**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| UMG Recordings, Inc., et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>Grande Communications Networks, LLC,<br><br>          Defendant. | Civil Action No. 1:17-cv-00365-DAE |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

  Notice is hereby given of the entry of the undersigned as additional counsel for Defendant Grande Communications Networks, LLC in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

  Mark A. Thomas (*pro hac vice* filed)
  Sydney K. Johnson (*pro hac vice* filed)
  **ARMSTRONG TEASDALE LLP**
  7700 Forsyth Blvd., Suite 1800
  St. Louis, Missouri 63105
  Tel:  (314) 621-5070
  Fax:  (314) 621-5065
  Email: mathomas@atllp.com
  Email: skhohnson@atllp.com

Dated: August 16, 2022

Richard L. Brophy
Zachary C. Howenstine
Margaret R. Szewczyk
Mark A. Thomas (*pro hac vice* filed)
Sydney K. Johnson (*pro hac vice* filed)
**ARMSTRONG TEASDALE LLP**
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Tel:  (314) 621-5070
Fax:  (314) 621-5065
Email: rbrophy@armstrongteasdale.com
Email: zhowenstine@armstrongteasdale.com
Email: mszewczyk@armstrongteasdale.com
Email: mathomas@atllp.com
Email: skhohnson@atllp.com

Respectfully submitted,

*/s/ J. Stephen Ravel*
J. Stephen Ravel
Texas State Bar No. 16584975
**KELLY HART & HALLMAN LLP**
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
Email: steve.ravel@kellyhart.com

*Attorneys for Defendant Grande Communications Networks LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF filing system on August 16, 2022.

*/s/ J. Stephen Ravel*
J. Stephen Ravel