UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UMG Recordings, Inc. et al, | § § | |
| vs. | § § | Case Number: AU:17-CV-00365-DAE |
| Grande Communications Networks LLC | § § | |

ORDER SETTING TELEPHONE CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for a TELEPHONE CONFERENCE on Monday, October 03, 2022 at 10:30 AM. The parties are to call the court's telephone conference line at (866) 390-1828; Access Code: 6054147 on the designated date and time.

IT IS SO ORDERED this **29th day of September, 2022.**

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE