UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UMG Recordings, Inc., et al. | § | |
|     Plaintiffs, | § | |
| vs. | § | NO:  AU:17-CV-00365-DAE |
| | § | |
| Grande Communications Networks | § | |
| LLC, et al. | § | |
| | § | |
|     Defendants. | § | |

## ORDER RESETTING FINAL PRETRIAL CONFERENCE

It is hereby ORDERED that the above entitled and numbered case is reset for a FINAL PRETRIAL CONFERENCE before Senior U.S. District Judge David A. Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Tuesday, October 11, 2022 at 02:00 PM**.

IT IS SO ORDERED.

DATED: Austin, Texas October 07, 2022.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE