**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| UMG RECORDINGS, INC., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | Civil Action No. 1:17-cv-00365-DAE-AWA |
| | § | |
| GRANDE COMMUNICATIONS | § | |
| NETWORKS LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**EXHIBIT 4**

**PLAINTIFFS' SECOND AMENDED EXHIBIT LIST**

Pursuant to Local Rule 16(f)-4 and this Court's Order Resetting Jury Trial and Related Deadlines (Dkt. 386), Plaintiffs submit their Second Amended Exhibit List.  Plaintiffs are adding Exhibits 38, 39 and 40 to serve as standalone exemplars of the documents found in Plaintiffs' Exhibit 1.

Plaintiffs identify the exhibits they expect to offer, and exhibits they may offer if the need arises, separately.  This Second Amended Exhibit List does not include exhibits that Plaintiffs may introduce solely for impeachment purposes.  Plaintiffs reserve the right to amend or supplement this list, including to identify additional exhibits in response to Defendant's pretrial disclosures.

Dated: October 11, 2022

Respectfully submitted,

By:  */s/ Andrew H. Bart*
Andrew H. Bart (admitted *pro hac vice*)
Jacob L. Tracer (admitted *pro hac vice*)
**Jenner & Block**
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1600

Facsimile: (212) 891-1699
abart@jenner.com
jtracer@jenner.com

Robert B. Gilmore (admitted *pro hac vice*)
Philip J. O'Beirne (admitted *pro hac vice*)
Michael A. Petrino (admitted *pro hac vice*)
Kevin J. Attridge (admitted *pro hac vice*)
**Stein Mitchell Beato & Missner LLP**
901 15th Street, N.W., Suite 700
Washington, DC 20005
Telephone: (202) 737-7777
Facsimile: (202) 296-8312
rgilmore@steinmitchell.com
pobeirne@steinmitchell.com
mpetrino@steinmitchell.com
kattridge@steinmitchell.com

Daniel C. Bitting (State Bar No. 02362480)
Paige A. Amstutz (State Bar No. 00796136)
**Scott Douglass & McConnico LLP**
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399
dbitting@scottdoug.com
pamstutz@scottdoug.com

***Attorneys for Plaintiffs***

2