**FILED**
November 01, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ps_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDING, INC. et al. § | |
| § | CRIMINAL NO: |
| vs. § | AU:17-CV-00365-DAE |
| § | |
| GRANDE COMMUNICATIONS § | |
| NETWORKS LLC, | |

## ORDER

The jury having been empaneled, the evidence having been closed in the above styled and numbered cause, and after charge of the Court and submission of the case to the jury;

IT IS ORDERED that the jury be sequestered during their deliberations beginning from when they report to the jury room each day until: a) release by the Court at the end of each day, b) verdict is reached and the jury is formally discharged by the Court, or c) until further Order of the Court.

While the jury is kept together and not allowed to separate, pursuant to this Order, the cost of subsistence of said jury including cost of coffee, lunch and other necessaries incurred by the said jury during court recesses shall be paid by the United States Government.

DATED: Austin, Texas, November 1, 2022.

_____
DAVID A. EZRA
UNITED STATES SENIOR DISTRICT JUDGE