**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**FILED**
October 27, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ps_____
DEPUTY

| | |
|---|---|
| UMG RECORDINGS, INC et al. § | |
| § | |
| § | |
| vs. § | CASE NO: AU-17-CV-0365-DAE |
| GRANDE COMMUNICATION § | |
| NETWORKS LLC § | |

## ORDER

  IT IS ORDERED pursuant to the provisions of 28 U.S.C. 1871, as amended, the jurors named on the attached are entitled to the per diem rate of $10.00 for extended service as stated for the days listed, each of which represents a day of travel and/or attendance in excess of ten, in hearing a single case.

  The jurors in this case have already attended more than ten days of trial. Accordingly, the Court hereby ORDERS that each juror be paid the $10.00 fee above the usual attendance fee for each day in excess of ten days that he or she has served. Such additional fee shall be effective from the first day of extended service. *See* 28 U.S.C. § 1871 (b) 5.

  IT IS SO ORDERED.

  SIGNED and ENTERED this 27rd day of October 2022.

_____
DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE