FILED

NOV 0 3 2022

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al., | ) |
| Plaintiffs, | ) |
| vs. | ) No. 1:17-cv-00365 |
| GRANDE COMMUNICATIONS NETWORKS LLC, | ) |
| Defendant. | ) |

## VERDICT FORM

We, the jury in the above-captioned action, answer the questions submitted to us as follows:

1. Did the plaintiffs prove by a preponderance of the evidence that Grande is contributorily liable for copyright infringement?

   *Answer:*     Yes  ✓     No _____

---

*If you answered "YES" to Question 1, answer Questions 2-5.*

*If you answered "NO" to Question 1, DO NOT answer any more questions. Sign and return your verdict form.*

---

2. What is the number of copyrighted works for which the plaintiffs have proved that Grande is liable for statutory damages?

   *Answer:* __1,403__

3. If you answered "yes" to Question 1, did the plaintiffs prove by a preponderance of the evidence that Grande's contributory infringement was willful?

   *Answer:*     Yes  ✓     No _____

1

4. If you answered "yes" to Question 1 and "no" to Question 3, did Grande prove by a preponderance of the evidence that Grande's contributory infringement was innocent?

      *Answer*:     Yes _____     No _____

| | |
|---|---|
| If Innocent | You must award damages between $200 and $30,000 per work infringed. |
| If Not Innocent and Not Willful | You must award damages between $750 and $30,000 per work infringed. |
| If Willful | You must award damages between $750 and $150,000 per work infringed. |

5. What is the total amount of statutory damages you award to Plaintiffs in this case?

    TOTAL STATUTORY DAMAGES    $ 46,766,200.00

*Please sign and return the verdict form.*

Jury Foreperson [ORIGINAL SIGNATURE REDACTED PURSUANT TO E-GOVERNMENT ACT OF 2002]    Date 2022/11/3