UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, | ) |
| *Plaintiffs*, | ) ) ) |
| vs. | ) Case No. 1:17-cv-00365-DAE ) |
| GRANDE COMMUNICATIONS NETWORKS LLC, | ) JURY TRIAL DEMANDED ) ) |
| *Defendant*. | ) ) ) |

**PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT
IN ACCORDANCE WITH THE VERDICT OF THE JURY**

Plaintiffs move this Court to approve the form of the Judgment and for its entry, and for good cause show the following:

1. On April 13, 2017, Plaintiffs commenced this action against Defendant for secondary copyright infringement.

2. A jury was demanded by Plaintiffs. A jury was empaneled on October 7, 2022, and a trial on the merits occurred beginning on October 12, 2022.

3. After the trial on the merits, the Court submitted the case to the jury. On November 3, 2022, the jury returned a unanimous verdict, finding the following:

   a. Plaintiffs proved by a preponderance of the evidence that Defendant was contributorily liable for copyright infringement;

   b. Defendant was liable for statutory damages with respect to 1,403 of Plaintiffs' copyrighted sound recordings;

   c. Plaintiffs proved by a preponderance of the evidence that Defendant's contributory infringement was willful; and

      d.   Plaintiffs were entitled to an award of $46,766,200 in statutory damages.

*See* Verdict Form (Dkt. No. 458).

    4.     Pursuant to Federal Rule of Civil Procedure 58, the jury's verdict entitles Plaintiffs to a judgment that Defendant willfully infringed 1,403 of Plaintiffs' copyrighted sound recordings; Defendant is liable to Plaintiffs for statutory damages of $46,766,200 under the Copyright Act; Plaintiffs are entitled to recover their costs from Defendant, to the extent set forth in a timely-filed and approved bill of costs; and Defendant additionally is liable to Plaintiffs for post-judgment interest pursuant to 28 U.S.C. § 1961, which provides that an award of post-judgment interest is mandatory on any money judgment in a civil case recovered in district court.[1]

    5.     Plaintiffs' proposed form of judgment is attached as Exhibit A.

Wherefore, Plaintiffs respectfully request that the Court enter Judgment substantially in the form of Exhibit A. Plaintiffs' proposed Order granting this motion is attached as Exhibit B.

Dated: November 18, 2022        Respectfully Submitted:

By:   */s/ Andrew H. Bart*
Andrew H. Bart (admitted *pro hac vice*)
Jacob L. Tracer (admitted *pro hac vice*)
**JENNER & BLOCK LLP**
1135 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
abart@jenner.com
jtracer@jenner.com

---

[1] Plaintiffs reserve the right to seek attorneys' fees and prejudgment interest in accordance with, and to the fullest extent provided under, applicable law. Accordingly, the judgment should be without prejudice to Plaintiffs' filing of a timely motion seeking fees and prejudgment interest.

Robert B. Gilmore (admitted *pro hac vice*)
Philip J. O'Beirne (admitted *pro hac vice*)
Kevin J. Attridge (admitted *pro hac vice*)
**STEIN MITCHELL BEATO & MISSNER LLP**
901 15th Street, N.W., Suite 700
Washington, DC 20005
Telephone: (202) 737-7777
Facsimile: (202) 296-8312
rgilmore@steinmitchell.com
pobeirne@steinmitchell.com
kattridge@steinmitchell.com

Daniel C. Bitting (State Bar No. 02362480)
Paige A. Amstutz (State Bar No. 00796136)
**SCOTT DOUGLASS & MCCONNICO LLP**
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399
dbitting@scottdoug.com
pamstutz@scottdoug.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 18, 2022 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(b)(1).

*/s/ Paige A. Amstutz*
Paige A. Amstutz