# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, | ) |
| *Plaintiffs*, | ) |
| vs. | ) Case No. 1:17-cv-00365-DAE |
| GRANDE COMMUNICATIONS NETWORKS LLC, | ) JURY TRIAL DEMANDED |
| *Defendant*. | ) |

## JUDGMENT

On April 13, 2017, Plaintiffs brought this action against Defendant Grande Communications Networks LLC for secondary copyright infringement. A jury was demanded by Plaintiffs. A jury was empaneled on October 7, 2022, and a trial on the merits occurred beginning on October 12, 2022.

After the trial on the merits, the Court submitted the case to the jury. On November 3, 2022, the jury returned a unanimous verdict, finding the following:

a. Plaintiffs proved by a preponderance of the evidence that Defendant was contributorily liable for copyright infringement;

b. Defendant was liable for statutory damages with respect to 1,403 of Plaintiffs' copyrighted sound recordings;

c. Plaintiffs proved by a preponderance of the evidence that Defendant's contributory copyright infringement was willful; and

d. Plaintiffs were entitled to an award of $46,766,200 in statutory damages.

*See* Verdict Form (Dkt. No. 458).

Plaintiffs thereafter moved for entry of judgment. The Court has considered the motion and renders judgment in accordance with the jury's verdict and in favor of Plaintiffs. Accordingly:

1. The Court ORDERS, ADJUDGES and DECREES that Defendant is contributorily liable to Plaintiffs for copyright infringement; Defendant willfully infringed 1,403 of Plaintiffs' copyrighted sound recordings; Defendant is liable to Plaintiffs for statutory damages of $46,766,200 under the Copyright Act; Plaintiffs are entitled to recover their costs from Defendant; and Defendant additionally is liable to Plaintiffs for post-judgment interest pursuant to 28 U.S.C. § 1961.

2. The Court orders that execution issue for Plaintiffs' damages and post-judgment interest awarded in this Judgment, as well as for Plaintiffs' costs set forth in a timely-filed and approved bill of costs.

3. The Court's order issuing this Judgment is without prejudice to Plaintiffs' filing of a timely motion for attorneys' fees and pre-judgment interest.

4. This is a FINAL JUDGMENT.

SIGNED on _____, 2022

_____
DAVID A. EZRA
UNITED STATES DISTRICT JUDGE