# EXHIBIT B

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> vs. ) <br> ) <br> GRANDE COMMUNICATIONS ) <br> NETWORKS LLC, ) <br> ) <br> *Defendant*. ) <br> ) | Case No.  1:17-cv-00365-DAE <br><br> JURY TRIAL DEMANDED |

## ORDER ON PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT IN ACCORDANCE WITH THE VERDICT OF THE JURY

Before this Court is Plaintiffs' Motion for Entry of Judgment in Accordance with the Verdict of the Jury. The Court determines that the motion is meritorious and that the form of the proposed Judgment complies with the verdict of the jury and should be approved. Accordingly:

It is ORDERED that the form of the Judgment proposed by Plaintiffs is approved and the Clerk of the Court shall enter the Judgment.

SIGNED on _____, 2022

_____

DAVID A. EZRA
UNITED STATES DISTRICT JUDGE