**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| UMG RECORDINGS, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No.  1:17-cv-00365-DAE |
| | ) | |
| GRANDE COMMUNICATIONS | ) | |
| NETWORKS LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION TO EXTEND BRIEFING DEADLINES REGARDING**
**PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT**

The parties jointly move to extend the briefing deadlines for Plaintiffs' Motion for Entry of Judgment (ECF No. 460) as follows:

- A two-week extension for Grande's response, from December 2, 2022 to December 16, 2022; and

- A two-week extension for Plaintiffs' reply, from December 23, 2022 to January 6, 2022.

Considering the holiday schedules of the parties and their counsel, the parties request these extensions to give counsel sufficient time to consult with their clients and to prepare the necessary filings.  No party will be prejudiced by the requested extensions, which are not being sought for purposes of delay.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court grant this Motion, extend Grande's response deadline to December 16, 2022 and Plaintiffs' reply deadline to January 6, 2023, and grant any other relief the Court deems appropriate.

Dated:  November 22, 2022


| | |
|---|---|
| /s/ *Andrew H. Bart* | /s/ *Richard L. Brophy* |

Andrew H. Bart (admitted pro hac vice)
Jacob Tracer (admitted pro hac vice)
**Jenner & Block LLP**
1155 Ave. of the Americas
New York, New York 10036
Telephone: (212) 891-1600
Facsimile:  (212) 891-1699
abart@jenner.com
jtracer@jenner.com

Daniel C. Bitting
State Bar No. 02362480
Paige A. Amstutz
State Bar No. 00796136
**Scott Douglass & McConnico LLP**
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile:  (512) 495-6399
dbitting@scottdoug.com
pamstutz@scottdoug.com

Jonathan E. Missner (admitted pro hac vice)
Robert B. Gilmore (admitted pro hac vice)
Philip J. O'Beirne (admitted pro hac vice)
Michael A. Petrino (admitted pro hac vice)
Kevin L. Attridge (admitted pro hac vice)
**Stein Mitchell Beato & Missner LLP**
901 15th St, NW Suite 700
Washington, DC 20005
Telephone: (202) 737-7777
Facsimile:  (202) 296-8312
jmissner@steinmitchell.com
rgilmore@steinmitchell.com
pobeirne@steinmitchell.com
mpetrino@steinmitchell.com
kattridge@steinmitchell.com

***Attorneys for Plaintiffs***

Richard L. Brophy (admitted pro hac vice)
Zachary C. Howenstine (admitted pro hac vice)
Mark A. Thomas (admitted pro hac vice)
Margaret R. Szewczyk (admitted pro hac vice)
Sydney K. Johnson (admitted pro hac vice)
**Armstrong Teasdale LLP**
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone:  (314) 621-5070
Facsimile:  (314) 621-5065
rbrophy@atllp.com
zhowenstine@atllp.com
mathomas@atllp.com
mszewczyk@atllp.com
skjohnson@atllp.com

J. Stephen Ravel
State Bar No. 16584975
Diana L. Nichols
State Bar No. 00784682
**Kelly Hart & Hallman LLP**
303 Colorado, Suite 2000
Austin, Texas 78701
Telephone: (512) 495-6429
Facsimile: (512) 495-6401
steve.ravel@kellyhart.com
diana.nichols@kellyhart.com

***Attorneys for Defendant Grande
Communications Networks LLC***