## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| UMG RECORDINGS, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No.  1:17-cv-00365-DAE |
| | ) | |
| GRANDE COMMUNICATIONS | ) | |
| NETWORKS LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### **JUDGMENT**

Pursuant to the November 3, 2022 Jury Verdict (ECF No. 458), and in accordance with Federal Rules of Civil Procedure 54 and 58, **JUDGMENT** is hereby entered in favor of Plaintiffs and against Defendant in the amount of $46,766,200.00.

**IT IS SO ORDERED**.


Date: _____

_____
David Alan Ezra
United States District Judge