# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Sony Music Entertainment, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:18cv950 |
| ) | |
| ) | |
| Cox Communications, Inc., et al. ) | |
| ) | |
| Defendants. ) | |

## **JUDGMENT**

Pursuant to the order of this Court entered on 1/12/21 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Plaintiffs and against the Defendants in the amount of One Billion Dollars ($1,000,000,000.00).

FERNANDO GALINDO, CLERK OF COURT

By:     /s/
       Kathy Lau
       Deputy Clerk

Dated: 1/12/21
Alexandria, Virginia