# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

BMG RIGHTS MANAGEMENT (US)
LLC,

      Plaintiff,

                                  1:14-CV-1611

v.

COX COMMUNICATIONS, INC., and
COXCOM, LLC,

      Defendants.

## JUDGMENT

      Pursuant to the order of this Court entered on August 8, 2016, and in accordance with

Federal Rule of Civil Procedure 54(b) and 58(b)(2), JUDGMENT is hereby entered in

accordance with the jury verdict in favor of BMG Rights Management (US) LLC and against the

Cox Communications Inc. and Coxcom LLC, in the amount of $25,000,000.00.


August 8, 2016                              FERNANDO GALINDO
Date                                         Clerk

                                                s/ A. Wachtendonck
                                                (By) Deputy Clerk