UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, | ) |
| *Plaintiffs*, | ) |
| vs. | ) Case No. 1:17-cv-00365-DAE |
| GRANDE COMMUNICATIONS NETWORKS LLC, | ) |
| *Defendant*. | ) |

## JUDGMENT

On April 13, 2017, Plaintiffs UMG Recordings, Inc, et. al. ("Plaintiffs") brought this action against Defendant Grande Communications Networks, LLC ("Defendant") for secondary copyright infringement. A jury was demanded by Plaintiffs. A jury was empaneled on October 7, 2022, and a trial on the merits occurred beginning on October 12, 2022.

After the trial on the merits, the Court submitted the case to the jury. On November 3, 2022, the jury returned a unanimous verdict in this case. (Dkt. # 458.) In accordance with the jury verdict, it is hereby **ORDERED** and **ADJUDGED** that:

a. Defendant is contributorily liable for copyright infringement;

b. Defendant is liable for statutory damages with respect to 1,403 of Plaintiffs' copyrighted works;

c. Defendant's contributory copyright infringement was willful; and

d. Plaintiffs are entitled to an award of $46,766,200 in statutory damages.

The order issuing this Final Judgment is without prejudice to Plaintiffs' filing of a timely motion for attorneys' fees and pre-judgment interest. Plaintiffs are to file a timely bill of costs. The Clerk is **INSTRUCTED** to **CLOSE THE CASE**.

**IT IS SO ORDERED.**

SIGNED on this 30th day of January, 2023.

_____

DAVID A. EZRA
UNITED STATES DISTRICT JUDGE