UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, | ) </br> ) |
| *Plaintiffs*, | ) </br> ) |
| vs. | ) </br> )   No. 1:17-cv-00365-DAE </br> ) |
| GRANDE COMMUNICATIONS NETWORKS LLC, | ) </br> ) </br> ) |
| *Defendant*. | ) </br> ) |

**ORDER GRANTING CONDITIONAL CROSS-MOTION FOR WRIT OF EXECUTION**

Before the Court is Plaintiffs' Conditional Cross-Motion for Writ of Execution ("Cross-Motion"). Pursuant to Federal Rule of Civil Procedure 69(a), considering that the judgment at issue is a money judgment and more than thirty (30) days have passed since the judgment was entered on January 30, 2023, Dkt. 481, and because Defendant Grande Communications Networks LLC ("Grande") failed to secure a bond within seven (7) days of the Court's denial of its Opposed Motion for Stay of Execution of Judgment and for Waiver of Bond, Dkt. 502, the Court finds that Plaintiffs are entitled to a writ of execution and the Cross-Motion therefore should be GRANTED.

So ORDERED this _____ day of _____, 2023.

_____
THE HONORABLE DAVID A. EZRA
UNITED STATES DISTRICT COURT JUDGE