**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |
|---|---|
| UMG RECORDINGS, INC., *et al.*, ) <br> ) <br> *Plaintiffs,* ) <br> ) <br> vs. ) <br> ) <br> GRANDE COMMUNICATIONS ) <br> NETWORKS LLC, ) <br> ) <br> *Defendant.* ) | Civil Action No. 1:17-cv-00365-DAE |

**EXHIBIT 1 TO PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO
DEFENDANT'S MOTION FOR STAY OF EXECUTION OF JUDGMENT AND FOR
WAIVER OF BOND AND IN SUPPORT OF PLAINTIFFS' CONDITIONAL
CROSS-MOTION FOR WRIT OF EXECUTION**

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on April 6, 2023 all counsel of record who are deemed to have consented to electronic service are being served the following exhibit via the Court's CM/ECF system pursuant to Local Rule CV-5(b)(1).

                                        */s/ Paige A. Amstutz*
                                        Paige A. Amstutz

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>*Plaintiffs,*<br><br>vs.<br><br>GRANDE COMMUNICATIONS NETWORKS LLC,<br><br>*Defendant.* | Civil Action No. 1:17-cv-00365-DAE |

## WRIT OF EXECUTION

**TO ANY UNITED STATES MARSHAL IN THE STATE OF TEXAS:**

WHEREAS, on the 30th day of January 2023, in a cause styled as above, judgment was rendered in this Court in favor of Plaintiffs UMG Recordings, Inc. et al. against Defendant Grande Communications Networks, LLC, hereinafter called judgment debtor, for $46,766,200.00 in statutory damages, together with costs which have been taxed to date by the Clerk of Court in the sum of $106,050.23;

AND WHEREAS, according to an affidavit on the reverse side hereof, executed by or on behalf of the judgment creditor, there remains due and unpaid the following sums:
   $46,766,200.00     Judgment
   $106,050.23         Unpaid balance costs taxed by the Clerk of the Court

THEREFORE YOU ARE COMMANDED, that of the goods and chattels, lands and tenements of the said judgment debtor you cause to be paid the full amount of said judgment, interests, costs, with the further costs of executing this writ.

HEREIN FAIL NOT, and have you the said monies, together with this writ, before this Court within ninety (90) days of this writ.

WITNESS my hand and the seal of this Court at _____, Texas, this ___ day of _____, _____.

                                                                             _____, CLERK

                                                               By _____
                                                                               Deputy Clerk

STATE OF TEXAS )
)
COUNTY OF TRAVIS )

### AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

I, Paige Arnette Amstutz, duly authorized agent and attorney acting in the capacity specified under my signature, do hereby swear or affirm that all of the recitals on the Writ of Execution instrument relating to the entry of judgment and costs are true and correct; and, after application of all credits, first against costs, second against accrued interest, and third against the judgment as entered, there remains unpaid and unsatisfied the sums specified, and that further interest will accrue as shown.

Executed this 4th day of April, 2023.

Paige Arnette Amstutz (SBN 00796136)
Scott, Douglass & McConnico LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701
**ATTORNEY FOR PLAINTIFFS**

On this date there appeared before me, the undersigned authority, the person whose name is subscribed to the foregoing instrument and on his oath did swear or affirm that he has knowledge of the facts stated therein, that such facts are true and correct, and that he has authority to execute the instrument in the capacity stated therein.

SUBSCRIBED AND SWORN TO before me on this the 4th day of April, 2023, to certify which witness my hand and seal of office.

MELISSA A. PATTERSON
Notary Public, State of Texas
Notary ID# 791163-7
My Commission Expires
JUNE 25, 2023

Notary Public, State of Texas

MARSHAL'S RETURN

Received this writ at _____, on _____ and executed as follows:

UNITED STATES MARSHAL
By: _____
Deputy Marshal