**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>GRANDE COMMUNICATIONS NETWORKS LLC,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　No. 1:17-cv-00365-DAE<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT GRANDE COMMUNICATIONS NETWORKS LLC'S**
**RESPONSE IN OPPOSITION TO PLAINTIFFS'**
**CONDITIONAL MOTION FOR WRIT OF EXECUTION**

The Court should deny Plaintiffs' Conditional Motion for Writ of Execution. In the event the Court denies Grande's Motion for Stay of Execution of Judgment and for Waiver of Bond (ECF No. 502), Grande will post a supersedeas bond. Accordingly, Plaintiffs will not be entitled to a writ of execution. Fed. R. Civ. P. 69(a)(1) (federal execution "must accord with the procedure of the state where the court is located"); Tex. R. Civ. P. 627 ("If no supersedeas bond . . . has been filed and approved, the clerk of the court or justice of the peace shall issue the execution upon such judgment . . . .").

Grande also objects to Plaintiffs' Conditional Motion to the extent Plaintiffs propose that the Court issue a writ of execution if Grande has not posted such a bond within **seven days** of an order denying Grande's Motion. Given the complexity of securing such a bond, Grande respectfully submits that **14 days** is more reasonable. Because it is uncertain when the Court will take up these matters, Grande is concerned that it may be required to supplement financial information it has already provided to potential bond issuers, which could take some time to

compile.  Ultimately, an additional seven days does not constitute undue delay; Grande is merely trying to simplify matters to avoid the need for any further motion practice on this subject.

Accordingly, in the event the Court denies Grande's Motion for Stay of Execution of Judgment and for Waiver of Bond (ECF No. 502), Grande respectfully requests that the Court defer any consideration of Plaintiffs' Conditional Motion until at least 14 days after such ruling.

Dated: April 20, 2023

                                  By: /s/ *Richard L. Brophy*
                                      Richard L. Brophy
                                      Zachary C. Howenstine
                                      Mark A. Thomas
                                      Margaret R. Szewczyk
                                      Sydney K. Johnson
                                      ARMSTRONG TEASDALE LLP
                                      7700 Forsyth Blvd., Suite 1800
                                      St. Louis, Missouri 63105
                                      Telephone: 314.621.5070
                                      Fax: 314.621.5065
                                      rbrophy@armstrongteasdale.com
                                      zhowenstine@armstrongteasdale.com
                                      mszewczyk@armstrongteasdale.com
                                      mathomas@armstrongteasdale.com
                                      skjohnson@armstrongteasdale.com

                                      Diana L. Nichols
                                      Texas State Bar No. 00784682
                                      KELLY HART & HALLMAN LLP
                                      303 Colorado, Suite 2000
                                      Austin, Texas 78701
                                      Telephone: 512.495.6429
                                      Fax: 512.495.6401
                                      Email: diana.nichols@kellyhart.com

                                      *Attorneys for Defendant Grande*
                                      *Communications Networks LLC*