**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., et al.,  )<br>  )<br>    Plaintiffs,  )<br>  )<br>vs.  )<br>  )<br>GRANDE COMMUNICATIONS  )<br>NETWORKS LLC,  )<br>  )<br>    Defendant.  )<br>  ) | No. 1:17-cv-00365-DAE<br><br><br><br>AMENDED NOTICE OF APPEAL |

**DEFENDANT GRANDE COMMUNICATIONS NETWORKS LLC'S**
**AMENDED NOTICE OF APPEAL**

On March 1, 2023, Defendant Grande Communications Networks LLC ("Grande") filed its original Notice of Appeal (ECF No. 488), thereby appealing to the United States Court of Appeals for the Fifth Circuit, the Final Judgment (ECF No. 481) ("the Judgment") entered by the District Court for the Western District of Texas on January 30, 2023, and all orders, rulings, and determinations subsumed within the Judgment.

On February 27, 2023, Grande timely moved under Fed. R. Civ. P. 50(b) and 59(a) to renew its motion for judgment as a matter of law and, in the alternative, request a new trial. *See* ECF No. 487.  On May 11, 2023, this Court entered an Order denying Grande's renewed motion for judgment as a matter of law or a new trial. *See* ECF No. 516.

In accordance with Federal Rule of Appellate Procedure 4(a)(4)(B)(ii), Grande hereby files its Amended Notice of Appeal, appealing to the United States Court of Appeals for the Fifth Circuit:

(1) the Order denying Grande's renewed motion for judgment as a matter of law or a new trial (ECF No. 516) ("the Order") entered by the District Court for the Western District of Texas

on May 11, 2023, and all orders, rulings, and determinations subsumed within the Order, in addition to

(2) the items included in Grande's original Notice of Appeal (ECF No. 488), which are expressly reasserted herein.

Dated: June 9, 2023

By: /s/ *Richard L. Brophy*
Richard L. Brophy
Zachary C. Howenstine
Mark A. Thomas
Margaret R. Szewczyk
Sydney K. Johnson
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone: 314.621.5070
Fax: 314.621.5065
rbrophy@atllp.com
zhowenstine@atllp.com
mathomas@atllp.com
mszewczyk@atllp.com
skjohnson@atllp.com

Diana L. Nichols
Texas State Bar No. 00784682
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Telephone: 512.495.6429
Fax: 512.495.6401
Email: diana.nichols@kellyhart.com

*Attorneys for Defendant Grande Communications Networks LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 9, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(b)(1).

/s/ Richard L. Brophy<br>Richard L. Brophy