IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UMG Recordings, Inc. et al<br>*Plaintiffs*, | § § § § | |
| vs. | § § | |
| Grande Communications Networks, LLC, | § § § | 1:17-cv-00365-DAE |
| *Defendant*. | § | |

## ORDER

Before the Court is Defendant Grande Communications Networks LLC's Opposed MOTION to Stay *Execution of Judgment Pursuant to F.R.C.P. 62(b) and Motion for Waiver of Bond*, Dkt. No. 502. The motion is referred for resolution pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. Authority to enter this Order stems from 28 U.S.C. § 636(b)(1)(A).

**IT IS ORDERED** that the motion is set for a 90-minute hearing on **July 25, 2023 at 10:00 am**. The hearing will be conducted by ZOOM. Court staff will be in contact with the parties prior to the hearing with the details needed for connecting to the conference.

**SIGNED** June 15, 2023.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE