# United States Court of Appeals for the Fifth Circuit

**FILED**
July 21, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
DEPUTY

---

No. 23-50162

---

UMG RECORDINGS, INCORPORATED; CAPITOL RECORDS, L.L.C.; WARNER BROS. RECORDS, INCORPORATED; SONY MUSIC ENTERTAINMENT; ARISTA RECORDS, L.L.C.; ARISTA MUSIC; ATLANTIC RECORDING CORPORATION; CAPITOL CHRISTIAN MUSIC GROUP, INCORPORATED; ELEKTRA ENTERTAINMENT GROUP, INCORPORATED; FONOVISA, INCORPORATED; FUELED BY RAMEN, L.L.C.; LAFACE RECORDS, L.L.C.; NONESUCH RECORDS, INCORPORATED; RHINO ENTERTAINMENT COMPANY; ROADRUNNER RECORDS, INCORPORATED; ROC-A-FELLA RECORDS, L.L.C.; TOOTH & NAIL, L.L.C.; ZOMBA RECORDING, L.L.C.,

*Plaintiffs—Appellees/Cross-Appellants*,

*versus*

GRANDE COMMUNICATIONS NETWORKS, L.L.C.,

*Defendant—Appellant/Cross-Appellee.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:17-CV-365

---

ORDER:

IT IS ORDERED that Appellant/Cross-Appellee's unopposed

No. 23-50162

motion to view and obtain sealed documents is GRANTED.

*Edith H. Jones*
EDITH H. JONES
*United States Circuit Judge*

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 21, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-50162    UMG Recordings v. Grande Comm
                       USDC No. 1:17-CV-365

Enclosed is an order entered in this case.

The court has considered the motion of Grande Communications Networks, L.L.C. to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Grande Communications Networks, L.L.C. may obtain all ex parte documents *filed on behalf of* Grande Communications Networks, L.L.C., and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Ms. Paige Arnette Amstutz
Mr. Andrew H. Bart
Mr. Richard L. Brophy
Mr. Philip Devlin
Mr. Zachary C. Howenstine
Mr. Michael Anthony Petrino
Mr. Jacob Tracer