# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **UMG RECORDINGS, INC., ET AL.** | § | |
| *Plaintiffs* | § | |
| | § | |
| **v.** | § | **No. 1:17-CV-00365-DAE** |
| | § | |
| **GRANDE COMMUNICATIONS** | § | |
| **NETWORKS LLC,** | § | |
| *Defendant* | § | |

## ORDER

Before the Court is Defendant Grande Communications Networks LLC's Opposed Motion for Stay of Execution of Judgment and for Waiver of Bond, Dkt. 502; and Plaintiffs' Conditional Cross-Motion for Writ of Execution, contained within its opposition to Grande's motion, Dkt. 508, at 17-18. The District Court referred the motions to the undersigned for disposition. The Court set the motions for hearing. Having considered the parties' filings, the record, the applicable law, and the arguments and evidence offered at the hearing, the Court, for the reasons stated on the record, enters the following rulings.

The Court **DENIES** Grande's motion, Dkt. 502; **GRANTS** Plaintiffs' conditional cross-motion, Dkt. 508; and **ORDERS** that if Grande fails to secure a bond within 14 days of this Order, a writ of execution, substantially in the form of the exhibit filed at Dkt. 509, should be issued and served by the U.S. Marshal to satisfy the judgment and costs of Grande subject to execution by law.

The referral of these motions should now be **CANCELED**.

1

SIGNED July 25, 2023.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE