IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UMG RECORDINGS, INC., *et al.*, | § § § | |
| *Plaintiffs,* | § § | Civil Action No. 1:17-cv-00365-DAE-DMH |
| vs. | § § § | |
| GRANDE COMMUNICATIONS NETWORKS LLC, | § § § § | |
| *Defendant.* | § § | |

**PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE
THE IN-PERSON STATUS CONFERENCE**

TO SENIOR UNITED STATES DISTRICT JUDGE DAVID A. EZRA:

Plaintiffs file their Unopposed Motion to Continue the In-Person Status Conference and, in support thereof, show the following:

### I.     BRIEF PROCEDURAL HISTORY

This is a copyright infringement case with a long history. The lawsuit was filed in April 2017 and eventually tried to a jury from October 12 through November 3, 2022. On January 30, 2023, the Court entered Final Judgment in favor of Plaintiffs and against Defendant [Doc. 481]. Defendant appealed the Court's Final Judgment to the Fifth Circuit Court of Appeals, and Plaintiffs filed a Cross-Appeal. On December 16, 2024, the Fifth Circuit issued its Judgment and Mandate remanding the case for a new trial on damages only [Doc. 536]. The Court then set an in-person Status Conference for April 15, 2025 at 9:00 a.m. [Doc. 542].

## II. BASIS FOR THE CONTINUANCE

Plaintiffs seek a brief continuance of the status conference until the week of May 5, 2025, or another time thereafter convenient to the Court. Such a continuance will facilitate the attendance of Mr. Jacob Tracer, who is in-house counsel at the Recording Industry Association of America ("RIAA") with direct supervisory responsibility for this matter on behalf of all Plaintiffs. Mr. Tracer has an irreconcilable conflict on April 15 and will be out of the country. For context, prior to taking his current position at RIAA, Mr. Tracer was an attorney at Jenner & Block LLP (lead counsel in the case) and participated in the entirety of the jury trial.

As such, Plaintiffs request this continuance not for purposes of delay, but so that justice may be done.

## III. REQUEST FOR RELIEF

For these reasons, Plaintiffs respectfully request that the in-person Status Conference be rescheduled to the week of May 5, 2025 or thereafter. As reflected in the Certificate of Conference below, Defendant does not oppose either the continuance of the Status Conference or a resetting during the week of May 5.

4911-2359-3512

Dated:  March 14, 2025.                    Respectfully submitted,

By:     /s/ Gianni P. Servodidio
Gianni P. Servodidio (admitted *pro hac vice*)
Remi Jaffre (admitted *pro hac vice*)
**Jenner & Block LLP**
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
gservodidio@jenner.com
rjaffre@jenner.com

Robert B. Gilmore (admitted *pro hac vice*)
Philip J. O'Beirne (admitted *pro hac vice*)
Kevin J. Attridge (admitted *pro hac vice*)
**Stein Mitchell Beato & Missner LLP**
901 15th Street, N.W., Suite 700
Washington, DC 20005
Telephone: (202) 737-7777
Facsimile: (202) 296-8312
rgilmore@steinmitchell.com
pobeirne@steinmitchell.com
kattridge@steinmitchell.com

Paige A. Amstutz (State Bar No. 00796136)
**Scott Douglass & McConnico LLP**
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399
pamstutz@scottdoug.com

***Attorneys for Plaintiffs***

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with counsel for Defendant in this action and that Defendant does not oppose the relief sought in this motion.

                                          */s/ Gianni P. Servodidio*
                                          Gianni P. Servodidio

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on March 14, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(b)(1).

                                          */s/ Paige Arnette Amstutz*
                                          Paige Arnette Amstutz

4911-2359-3512