IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UMG RECORDINGS, INC., *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | Civil Action No. 1:17-cv-00365-DAE |
| GRANDE COMMUNICATIONS NETWORKS LLC, | § § § § | |
| Defendant. | § § | |

**GRANDE COMMUNICATIONS NETWORKS LLC'S**
**UNOPPOSED MOTION TO DISCHARGE/RELEASE SUPERSEDEAS BOND**

Defendant Grande Communications Networks LLC ("Grande") respectfully moves the Court, unopposed, to enter an order discharging the Supersedeas Bond that United States Fire Insurance Company issued as surety on behalf of Grande and releasing United States Fire Insurance Company from liability on the bond. The parties have conferred pursuant to Local Rule CV-7(g), and Plaintiffs consent to the relief sought in this Motion.

In further support of this unopposed Motion, Grande states as follows:

**I.    Brief Procedural History**

On January 30, 2023, the Court entered judgment against Grande pursuant to the jury's verdict. ECF No. 481. On August 8, 2023, Grande filed a Motion for Approval of Supersedeas Bond and Stay of Judgment under Rule 62(b). ECF No. 528. Grande attached to its Motion a supersedeas bond in the amount of $46,872,250.23 issued by United States Fire Insurance Company. *See* ECF No. 528.1 ("Bond"). On September 27, 2023, the Court approved the Bond and granted Grande's Motion. ECF No. 532. On October 9, 2024, the United States Court of Appeals for the Fifth Circuit vacated the damages award against Grande and remanded to this

Court for a new trial on damages. *See* ECF No. 536 (5th Circuit Opinion) at 2. A new trial is currently set for September 14, 2026. *See* ECF No. 553.

## II.     The Bond Should Be Discharged

The Bond provides that the surety would be liable for all damages and costs in either of two circumstances: (i) "if Grande does not perfect an appeal or the appeal is dismissed and Grande does not perform the trial court's judgment"; or (ii) "if the judgment of the Fifth Circuit Court of Appeals be against Grande, and Grande fails to perform under that Judgment and fails to pay all such damages as the Court may award against it. . . ." *See* Bond, ECF No. 528-1 at 2.  Grande perfected its appeal, and the Fifth Circuit vacated the judgment against Grande. *See* ECF No. 536 at 2.

Accordingly, "there [is] no judgment, in terms of money damages, to enforce after the appeal. Instead, a new trial [is] necessary." *See Neeley v. Bankers Tr. Co. of Texas*, 848 F.2d 658, 659 (5th Cir. 1988). Because the Bond is limited by its terms to the judgment of the court of appeals, the Bond is properly discharged. *See id.* ("The retrial on damages results in an entirely new judgment. The bond is limited to any decree of the court of appeals; it does not include an entirely new judgment of the district court.").

Further, Grande continues to incur significant fees to keep the Bond in effect, and Plaintiffs do not oppose the discharge of the Bond.

## III.    Request for Relief

WHEREFORE, Grande respectfully moves the Court for an order discharging the Supersedeas Bond (ECF No. 528-1) and releasing the surety from liability on the Bond.

| | |
|---|---|
| Dated: August 29, 2025 | Respectfully submitted, |
| | By: */s/ Richard L. Brophy* |
| | Richard L. Brophy |
| | Zachary C. Howenstine |
| | Mark A. Thomas |
| | Margaret R. Szewczyk |
| | Sydney K. Johnson |
| | ARMSTRONG TEASDALE LLP |
| | 7700 Forsyth Blvd., Suite 1800 |
| | St. Louis, Missouri 63105 |
| | Telephone: 314.621.5070 |
| | Fax: 314.621.5065 |
| | rbrophy@atllp.com |
| | zhowenstine@atllp.com |
| | mszewczyk@atllp.com |
| | mathomas@atllp.com |
| | skjohnson@atllp.com |
| | |
| | Diana L. Nichols |
| | Texas State Bar No. 00784682 |
| | KELLY HART & HALLMAN LLP |
| | 303 Colorado, Suite 2000 |
| | Austin, Texas 78701 |
| | Telephone: 512.495.6429 |
| | Fax: 512.495.6401 |
| | Email: diana.nichols@kellyhart.com |
| | |
| | *Attorneys for Grande Communications Networks, LLC* |

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Plaintiffs in this action and that Plaintiffs do not oppose the relief sought in this Motion.

/s/     *Richard L. Brophy*
          Richard L. Brophy

3

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on August 29, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/ *Richard L. Brophy*
Richard L. Brophy
