# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

U. S. COURT OF APPEALS
RECEIVED
APR 07 2026
FIFTH CIRCUIT

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 6, 2026

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

      Re:  Grande Communications Networks, LLC
            v. UMG Recordings, Incorporated, et al.
            No. 24-967
            (Your No. 23-50162)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.  The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of *Cox Communications, Inc.* v. *Sony Music Entertainment*, 607 U. S. ___ (2026).

The judgment or mandate of this Court will not issue for at least thirty-two days pursuant to Rule 45.  Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 10, 2026

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

   No. 23-50162   UMG Recordings v. Grande Comm
                USDC No. 1:17-CV-365

Dear Mr. Devlin,

Enclosed is a copy of the Supreme Court order granting certiorari.

        Sincerely,

        LYLE W. CAYCE, Clerk

        *Christina Gardner*

        By: _____
        Christina A. Gardner, Deputy Clerk
        504-310-7684