IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UMG RECORDINGS, INC., *et al.*, | § | No. 1:17-CV-00365-DAE |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | |
| GRANDE COMMUNICATIONS | § | |
| NETWORKS LLC, | § | |
| | § | |
| | § | |
| *Defendant*. | § | |

ORDER VACATING JURY SELECTION/TRIAL
AND RELATED DEADLINES

Before the Court is the status of the above-captioned case.  In light of the Supreme Court's recent order remanding this case to the United States Court of Appeals for the Fifth Circuit (Dkt. # 563), this Court hereby **VACATES** the Order Setting Jury Selection/Trial and Related Deadlines (Dkt. # 553) entered on June 3, 2025.  The trial set for September 14, 2026, is **CANCELLED**.

The Court will await further instructions from the Fifth Circuit.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, April 15, 2026.

_____
David Alan Ezra
Senior United States District Judge